| | |
|---|---|
| Carol V. Gilden (*Pro Hac Vice*) <br> **COHEN MILSTEIN SELLERS & TOLL PLLC** <br> 190 South LaSalle Street <br> Suite 1705 <br> Chicago, IL 60603 <br> Telephone: (312) 357-0370 <br> Email: cgilden@cohenmilstein.com <br><br> Steven J. Toll (*Pro Hac Vice*) <br> Molly Bowen (*Pro Hac Vice*) <br> Joshua C. Handelsman (*Pro Hac Vice*) <br> **COHEN MILSTEIN SELLERS & TOLL PLLC** <br> 1100 New York Ave NW, Suite 500 East <br> Washington, DC 20005 <br> Telephone: (202) 408-4600 <br> Facsimile: (202) 408-4699 <br> Email: stoll@cohenmilstein.com <br>          mbowen@cohenmilstein.com <br>          jhandelsman@cohenmilstein.com <br><br> Nicole Lavallee (SBN 165755) <br> Jeffrey Miles (SBN 293869) <br> **BERMAN TABACCO** <br> 44 Montgomery Street, Suite 650 <br> San Francisco, CA 94104 <br> Telephone: (415) 433-3200 <br> Facsimile: (415) 433-6382 <br> Email: nlavallee@bermantabacco.com <br>          jmiles@bermantabacco.com <br><br> *Attorneys for Lead Plaintiff Sheet Metal Workers National Pension Fund and International Brotherhood of Teamsters Local No. 710 Pension Fund* | John F. Lynch (*Pro Hac Vice* forthcoming) <br> **WACHTELL, LIPTON, ROSEN & KATZ** <br> 51 West 52nd Street <br> New York, NY 10019 <br> Telephone:  (212) 403-1000 <br> Facsimile: (212) 403-2000 <br> Email:  JFLynch@wlrk.com <br><br> Jordan Eth (SBN 121617) <br> **MORRISON & FOERSTER LLP** <br> 425 Market Street <br> San Francisco, CA 94105 <br> Telephone: (415) 268-7000 <br> Facsimile: (415) 268-7522 <br> Email:  jeth@mofo.com <br><br> *Attorneys for Defendants Bayer Aktiengesellschaft, Werner Baumann, Werner Wenning, Liam Condon, Johannes Dietsch, and Wolfgang Nickl* |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| CITY OF GRAND RAPIDS GENERAL RETIREMENT SYSTEM et al., <br><br> Plaintiffs, <br><br> vs. <br><br> BAYER AKTIENGESELLSCHAFT, et al., <br><br> Defendants. | Case No: 3:20-cv-04737-RS <br><br> <u>CLASS ACTION</u> <br><br> **JOINT STIPULATION AND ORDER REGARDING DEADLINES FOR FILING CLASS ACTION COMPLAINT AND RESPONSES THERETO** <br><br> Ctrm:  3 – 17th Floor <br> Judge:  Richard Seeborg |

Pursuant to Civil Local Rule 7-12, Lead Plaintiff Sheet Metal Workers National Pension Fund and International Brotherhood of Teamsters Local No. 710 Pension Fund and Defendants Bayer Aktiengesellschaft, Werner Baumann, Werner Wenning, Liam Condon, Johannes Dietsch, and Wolfgang Nickl ("Defendants," and together with Lead Plaintiff, the "Parties"), by and through their undersigned counsel, submit the following stipulation and proposed scheduling order.

WHEREAS, on July 15, 2020, a putative class action complaint was filed by City of Grand Rapids General Retirement System and City of Grand Rapids Police & Fire Retirement System ("Grand Rapids Funds") against Defendants alleging violations of Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 and Rule 10b-5, promulgated thereunder (ECF No. 1);

WHEREAS, on August 7, 2020, before the appointment of Lead Plaintiff and Lead Counsel, counsel to the Grand Rapids Funds and Defendants filed a stipulation and proposed scheduling order governing the schedule for the Court-appointed lead plaintiff to file an amended or consolidated complaint ("Amended Complaint") (ECF No. 8);

WHEREAS, on August 7, 2020, the Court granted this stipulation, which provided, *inter alia*, that: (1) "The Court-appointed lead plaintiff shall file the Amended Complaint no later than sixty (60) days after the date of entry of the Court's order appointing a lead plaintiff"; (2) "Defendants shall answer or move to dismiss the Amended Complaint no later than sixty (60) days after the filing of the Amended Complaint"; (3) "If Defendants move to dismiss the Amended Complaint, the Court-appointed lead plaintiff shall file opposition papers no later than sixty (60) days after the filing of Defendants' motion to dismiss"; (4) "Defendants' reply in support of any motion to dismiss the Amended Complaint shall be filed no later than thirty (30) days after the filing of the Court-appointed lead plaintiff's opposition to Defendants' motion to dismiss" (ECF No. 9);

WHEREAS, on October 21, 2020, the Court appointed Sheet Metal Workers National Pension Fund and International Brotherhood of Teamsters Local No. 710 Pension Fund as Lead Plaintiff and approved Cohen Milstein Sellers & Toll PLLC as Lead Counsel and Berman Tabacco as Liaison Counsel on behalf of the class (ECF No. 44);

WHEREAS, Lead Plaintiff and Defendants have negotiated a proposed schedule that they believe to be appropriate given the current circumstances surrounding COVID-19 and the upcoming holidays;

WHEREAS, this proposed schedule amends the deadlines set out in the Court's August 7, 2020 order (ECF No. 9) only as to the timeframe for Lead Plaintiff to file the Amended Complaint.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between Lead Plaintiff and Defendants, as follows:

1. Lead Plaintiff shall file the Amended Complaint no later than ninety (90) days after the entry date (October 21, 2020) of the Court's order appointing a lead plaintiff;

2. Defendants shall respond to the Amended Complaint within sixty (60) days of the filing of the Amended Complaint;

3. If Defendants move to dismiss the Amended Complaint, Lead Plaintiff shall file opposition papers no later than 60 days after the filing of Defendants' motion to dismiss; and

4. Defendants shall file any reply brief in support of any motion to dismiss within 30 days of the filing of the opposition brief.

Dated: November 30, 2020

**BERMAN TABACCO**

By: */s/ Nicole Lavallee*
      Nicole Lavallee (SBN 165755)

Jeffrey Miles (SBN 293869)
44 Montgomery Street, Suite 650
San Francisco, CA 94104
Telephone: (415) 433-3200
Facsimile: (415) 433-6382
Email: nlavallee@bermantabacco.com
      jmiles@bermantabacco.com

Carol V. Gilden
**COHEN MILSTEIN SELLERS & TOLL PLLC**
190 South LaSalle Street, Suite 1705
Chicago, IL 60603
Telephone: (312) 357-0370
Facsimile: (312) 357-0369
Email: cgilden@cohenmilstein.com

Steven J. Toll
Molly Bowen
Joshua C. Handelsman
**COHEN MILSTEIN SELLERS & TOLL PLLC**
1100 New York Ave NW, Suite 500 East
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
Email: stoll@cohenmilstein.com
         mbowen@cohenmilstein.com
         jhandelsman@cohenmilstein.com

*Attorneys for Movants Sheet Metal Workers National Pension Fund and International Brotherhood of Teamsters Local No. 710 Pension Fund*

**MORRISON & FOERSTER LLP**

By:   */s/ Jordan Eth*
        Jordan Eth (SBN 121617)

425 Market St.
San Francisco, CA 94105
Telephone: (415) 268-7000
Facsimile: (415) 268-7522
Email: jeth@mofo.com

John F. Lynch (*pro hac vice* forthcoming)
**WACHTELL, LIPTON, ROSEN & KATZ**
51 West 52nd Street
New York, NY 10019
Telephone: (212) 403-1000
Facsimile: (212) 403-2000
Email: JFLynch@wlrk.com

*Attorneys for Defendants Bayer Aktiengesellschaft, Werner Baumann, Werner Wenning, Liam Condon, Johannes Dietsch, and Wolfgang Nickl*

**CERTIFICATE PURSUANT TO LOCAL RULE 5-1(i)(3)**

I, Nicole Lavallee, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories.

By:    */s/ Nicole Lavallee*
        Nicole Lavallee

**ORDER GRANTING STIPULATION**

Pursuant to stipulation and for good cause shown, IT IS SO ORDERED.

Dated: December 2, 2020

HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE