**CORRECTED SCHEDULE A**

| Trade Date | Transaction Type | Shares | Share Price ($) |
|---|---|---|---|
| 6/7/2016 | PURCHASE | 25,100 | 103.9916 |
| 8/2/2016 | PURCHASE | 16,315 | 106.6131 |
| 9/6/2016 | PURCHASE | 10,020 | 107.2068 |
| 10/14/2016 | SALE | 3,400 | 99.46 |
| 11/28/2016 | SALE | 11,100 | 93.2475 |
| 12/9/2016 | PURCHASE | 11,000 | 99.2994 |
| 9/19/2017 | SALE | 1,700 | 131.6165 |
| 12/18/2017 | PURCHASE | 20,200 | 31.928 |
| 2/14/2018 | PURCHASE | 5,700 | 30.71 |
| 3/27/2018 | PURCHASE | 5,306 | 28.22 |
| 10/18/2018 | PURCHASE | 14,910 | 22.4282 |
| 4/15/2019 | SALE | 231,056 | 17.369299 |