## CORRECTED SCHEDULE A

| Trade Date | Transaction Type | Shares | Share Price ($) |
|---|---|---|---|
| 5/25/2016 | SALE | 5,900 | 97.4497 |
| 5/26/2016 | SALE | 3,400 | 96.2871 |
| 5/27/2016 | SALE | 1,865 | 95.142 |
| 6/7/2016 | PURCHASE | 20,100 | 103.9916 |
| 8/2/2016 | PURCHASE | 13,110 | 106.6131 |
| 9/6/2016 | PURCHASE | 8,020 | 107.2068 |
| 12/9/2016 | PURCHASE | 12,400 | 99.2994 |
| 6/22/2017 | SALE | 3,200 | 136.6591 |
| 8/7/2017 | SALE | 3,000 | 125.6627 |
| 12/18/2017 | PURCHASE | 19,900 | 31.928 |
| 5/1/2018 | SALE | 5,888 | 29.6217 |
| 4/15/2019 | SALE | 203,732 | 17.3693 |