Reset Form

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

CITY OF GRAND RAPIDS GENERAL RETIREMENT SYSTEM AND CITY OF GRAND RAPIDS POLICE & FIRE RETIREMENT SYSTEM, on behalf of themselves and all others similarly situated,

                                Plaintiff(s),

        v.

BAYER AKTIENGESELLSCHAFT, WERNER BAUMANN, WERNER WENNING, LIAM CONDON, JOHANNES DIETSCH, and WOLFGANG NICKL,

                                Defendant(s).

Case No: 3:20-cv-04737-RS

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, ___John F. Lynch___, an active member in good standing of the bar of ___the State of New York___, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: ___Bayer Aktiengesellschaft, Werner Baumann, Werner Wenning, Liam Condon, Johannes Dietsch, and Wolfgang Nickl,___ in the above-entitled action. My local co-counsel in this case is ___Jordan Eth___, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| My address of record: | Local co-counsel's address of record: |
|---|---|
| Wachtell, Lipton, Rosen & Katz<br>51 West 52nd Street<br>New York, NY 10019 | Morrison & Foerster LLP<br>425 Market Street<br>San Francisco, California 94105 |
| My telephone # of record:<br>(212) 403-1000 | Local co-counsel's telephone # of record:<br>(415) 268-7000 |
| My email address of record:<br>Jlynch@wlrk.com | Local co-counsel's email address of record:<br>JEth@mofo.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: ___2921310___.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated:    03/19/2021

                                        /s/  John F. Lynch
                                        APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of ___John F. Lynch___ is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:  March 22, 2021

                                        CHIEF UNITED STATES DISTRICT DISTRICT JUDGE

*PRO HAC VICE* APPLICATION & ORDER                                        *October 2012*