Jordan Eth (CA SBN 121617)
JEth@mofo.com
Mark R.S. Foster (CA SBN 223682)
MFoster@mofo.com
**MORRISON & FOERSTER LLP**
425 Market Street
San Francisco, CA  94105
Telephone:  (415) 268-7126
Facsimile:  (415) 268-7522

William Savitt (*pro hac vice*)
John F. Lynch (*pro hac vice*)
Noah B. Yavitz (*pro hac vice*)
John R. Rady (*pro hac vice*)
**WACHTELL, LIPTON, ROSEN & KATZ**
51 West 52nd Street
New York, NY  10019
Telephone:  (212) 403-1000
Facsimile:  (212) 403-2000

*Attorneys for defendants Bayer
Aktiengesellschaft, Werner Baumann,
Werner Wenning, Liam Condon,
Johannes Dietsch, and Wolfgang Nickl*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| SHEET METAL WORKERS' NATIONAL PENSION FUND and INTERNATIONAL BROTHERHOOD OF TEAMSTERS LOCAL NO. 710 PENSION FUND, individually and as Lead Plaintiffs on behalf of all others similarly situated, and<br><br>INTERNATIONAL UNION OF OPERATING ENGINEERS PENSION FUND OF EASTERN PENNSYLVANIA AND DELAWARE, individually and as Named Plaintiff, on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BAYER AKTIENGESELLSCHAFT, WERNER BAUMANN, WERNER WENNING, LIAM CONDON, JOHANNES DIETSCH, and WOLFGANG NICKL,<br><br>Defendants. | Case No.:  3:20-cv-04737-RS<br><br>**DECLARATION OF JOHN F. LYNCH IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE AMENDED CLASS ACTION COMPLAINT**<br><br><u>CLASS ACTION</u><br><br>Date:   July 22, 2021<br>Time:   1:30 p.m.<br>Judge:  Richard Seeborg<br>Courtroom:  3 — 17th Floor |

I, John F. Lynch, declare as follows:

1.      I am an attorney admitted to practice law in the state of New York and a partner of Wachtell, Lipton, Rosen & Katz, counsel of record for defendants Bayer Aktiengesellschaft, Werner Baumann, Werner Wenning, Liam Condon, Johannes Dietsch, and Wolfgang Nickl.  I am admitted *pro hac vice* in this Court.  I submit this declaration in support of the defendants' motion to dismiss the amended class action complaint.  I make this declaration based on my personal knowledge.

2.      Attached as **Exhibit 1** is a true and correct copy of an email exchange retrieved from https://www.baumhedlundlaw.com/documents/pdf/monsanto-documents/37-monsanto-executive-admits-studies-demonstrate-formulated-roundup-does-the-damage.pdf, where it is available in redacted form; the exchange concludes with an email among Richard Dirks, William Heydens, and Donna Farmer, dated April 25, 2002.

3.      Attached as **Exhibit 2** is a true and correct copy of a transcript titled "M&A Call," from S&P Global, relating to a Bayer AG conference call dated May 23, 2016.

4.      Attached as **Exhibit 3** is a true and correct copy of a transcript titled "Special Call," from S&P Global, relating to a Bayer AG conference call dated August 23, 2018.

5.      Attached as **Exhibit 4** is a true and correct copy of Bayer AG's Annual Report 2018, published February 2019.

6.      Attached as **Exhibit 5** is a true and correct copy of a statement of Linklaters LLP, dated February 7, 2020, retrieved from https://www.bayer.com/sites/default/files/linklaters-statement-board-duties-monsanto-takeover.pdf.

7.      Attached as **Exhibit 6** is a true and correct copy of Bayer AG's Annual Report 2019, published February 27, 2020.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 22nd day of March, 2021, in New York, New York.

_____
John F. Lynch

LYNCH DECLARATION
CASE NO.:  3:20-CV-04737-RS

1