**S&P Global**
Market Intelligence

# Bayer Aktiengesellschaft DB:BAYN
# M&A Call
## Monday, May 23, 2016 8:00 AM GMT

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
spglobal.com/marketintelligence

# Table of Contents

Call Participants .................................................................. 3

Presentation .................................................................. 4

Question and Answer .................................................................. 9

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved

# Call Participants

**EXECUTIVES**

**Johannes M. Dietsch**
*Former Head of Finance Dept, CFO
- Asia/Pacific Region & Member of
Management Board*

**Jürgen Beunink**

**Liam Condon**
*President of Bayer Crop Science
Division & Member of Management
Board*

**Werner Baumann**
*Chairman of the Board of
Management & CEO*

**Werner Wenning**
*Chairman of Supervisory Board*

**ANALYSTS**

**Christian Faitz**
*Kepler Cheuvreux, Research
Division*

**Florent Cespedes**
*Societe Generale Cross Asset
Research*

**Keyur Parekh**
*Goldman Sachs Group Inc.,
Research Division*

**Luisa Caroline Hector**
*Exane BNP Paribas, Research
Division*

**Marietta Eva Miemietz**
*equinet Bank AG, Research
Division*

**Michael Leuchten**
*Barclays Bank PLC, Research
Division*

**Peter Verdult**
*Citigroup Inc, Research Division*

**Sachin Jain**
*BofA Merrill Lynch, Research
Division*

**Timothy Michael Race**
*Deutsche Bank AG, Research
Division*

**Unknown Analyst**

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Presentation

**Jürgen Beunink**

Thanks. Ladies and gentlemen, good morning, and welcome also on behalf of my colleagues to today's conference call related to our proposal to acquire Monsanto. The call will be hosted by our CEO, Werner Baumann; our CFO, Johannes Dietsch; and Liam Condon, member of the Board of Management and the Head of Crop Science Division. We really appreciate that you could join our call on such short notice. We ask for your understanding that we will close the call after one hour and limit the Q&A session to 2 questions per person. The webcast of this telephone conference will also be made available.

For our colleagues in the U.S. Time Zone, we will host a second call at 2:00 p.m. Central European summertime.

Before we start, I'd like to draw your attention to the legal information at the beginning of the presentation.

I would like to hand over now to Werner Baumann.

**Werner Baumann**
*Chairman of the Board of Management & CEO*

Yes. Thank you, Jürgen, and good morning, ladies and gentlemen, and thank you for joining our conference call today. It is my pleasure to announce our proposal to acquire Monsanto. The agriculture industry is at the heart of one of the greatest challenges of our time. How to feed an additional 3 billion people in the world by 2050? At Bayer, we are passionate about tackling large societal challenges through innovation, science and always, this utmost responsibility.

It is our core capability to develop innovative businesses in the Life Sciences and turn them into leaders, creating superior value for our shareholders, employees and society at large.

We have long respected Monsanto's business and share their vision of an integrated business that we believe is capable of generating substantial value for Bayer, Monsanto and all of our key stakeholders. As a matter of fact, we had discussions on multiple occasions in the last years regarding potential avenues to realize our shared vision from corporation-specific areas to R&D agreements. Following thorough consideration and preparation, we strongly believe that it is actually the combination of the 2 businesses that's kept best the inherent value, and we are fully committed to pursuing this transaction. This transaction represents a compelling opportunity for Monsanto shareholders.

As outlined on Slide 4, we are proposing an all-cash offer of $122 per Monsanto share, representing a premium of 37% to the Monsanto share price of $89.03 on May 9, 2016, the day prior to our offer. We believe our offer represents the best opportunity for Monsanto shareholders to generate immediate and certain value at a substantial premium. Our offer would not be subject to a financing condition. We intend to finance the transaction with a combination of debt and equity. The expected equity portion represents approximately 25% of the transaction's enterprise value and is expected to be raised primarily via a rights offering. We are highly confident in our ability to finance the transaction based on advanced discussions with and support from both Bank of America Merrill Lynch and Crédit Suisse. We are also confident that we will obtain the necessary regulatory approvals. The transaction represents a major step forward for our Crop Science business and would reinforce Bayer as a life science company with leadership position in its core business segments.

Through the combination with Monsanto, we would create a fully integrated leader in the agriculture industry. We will be able to offer a broad product portfolio across Seeds and Traits, Crop Protection and Biologics and can draw on an R&D platform with capabilities in all relevant technologies and a broad and deep combined product pipeline to deliver better solutions for farmers. We will also be at the forefront of Digital Farming, helping to prepare the industry for the next generation of farming. In combining our 2 companies, we expect to create substantial value for our shareholders.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

We've identified significant potential for sales and cost synergies, in line with industry benchmarks. We expect to realize approximately $1.5 billion total annual synergies after year 3, plus additional integrated offer benefits in future years and anticipate the deal to be accretive to core EPS by a mid-single-digit percentage already in the first full year after closing and a double percent -- double-digit percentage thereafter.

In addition, we see potential to command a premium valuation for the combined Crop Science business. When you look at the criteria we have set out for our portfolio divisions, it becomes apparent why this combination strongly fits into our life sciences strategy.

First, we are looking for businesses that have a focus on science-based innovation. Monsanto is highly innovative with a biotech-centric business model and they have leading R&D capabilities and the very high productivity to turning their innovation into sustainable applications for farmers.

Second, in our business model, regulation plays an important role given the level of innovation and the impact of science. Monsanto is successful with its business model in the regulated industry. Additionally, it has built a very strong position in IP and it's one of the drivers of technology in the industry.

Third, we are aiming to build industry-leading positions in our businesses. Monsanto is a leader in Seeds and Traits with very strong brands, and they are at the forefront of Digital Farming.

Fourth, we particularly aim to identify businesses with strong growth dynamics. Monsanto has an industry-leading secular growth profile and has a strong focus on high-growth regions and segments.

Last, but not least, we are investing in highly profitable businesses and Monsanto has an outstanding position in that regard. It can claim industry-leading margins and the strong ability to generate cash. As you see, Monsanto is a strong match in every respect and highly complementary to our business. It is an extraordinary fit and a major advance for us, both at business and at group level. A look at the 2015 pro forma Life Science sales with Monsanto shows the impact on the overall portfolio of Bayer.

Monsanto would add EUR 12.7 billion in sales and EBITDA of around EUR 4 billion and more than 22,500 staff to Bayer. The health care businesses and the agriculture business would be equally balanced and would significantly add to our leadership claim in Life Science.

More specifically, and turning to our Crop Science business, the combination is about bringing together leading Crop Protection and Seeds and Traits businesses with a larger range of products and targeted solutions for farmers. The combination would diversify the portfolio across geographies, indications and crops, resulting in lower business risk while supporting further growth potential, as there is limited overlap. The combined best-in-class sales force would use its global network to make a comprehensive product portfolio available to an ever wider range of consumers and benefit from significantly enhanced access to farmers.

Put simply, in bringing together these 2 businesses, we would create an innovation powerhouse with a strong R&D pipeline in Crop Protection, seeds breeding as well as herbicide tolerance and insect resistance traits. Furthermore, we would create a leading platform in Biologics and Digital Farming. The combined business' innovation potential would be extraordinary and, in turn, help farmers from around the world close the productivity gap in agriculture.

Let me now hand it over to Liam Condon.

**Liam Condon**
*President of Bayer Crop Science Division & Member of Management Board*

Thank you, Werner. The proposed transaction is driven by our strong belief that while our industry has to take on enormous challenges, this combination is a powerful response. By 2050, the world's population is expected to grow by an additional 3 billion people. This represents about 6x the population of Europe today. A significant productivity increase of 60% is required to feed the planet. Rising protein intake will further exacerbate the problem. Land available to grow food, however, is expected to decline by around 17% per capita during the same period. If we factor in the effect that climate change may have

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

on yields, what emerges is a significant gap between food requirements and production levels. Innovators and integrated solutions are required to close this gap. And this transaction represents the kind of revolutionary approach to agriculture that will be necessary to sustainably feed the world.

The fundamental challenges affecting the agriculture industry can be directly translated into a new set of requirements that farmers have in conducting their business in the next years. They have to make the right choice in the best performing seed varieties, in the way they operate their farms and the economic use of key input factors such as Seeds and Traits, fertilizer and Crop Protection. Only then can they achieve optimal yields in a more sustainable manner.

For the agriculture industry, this means the need and the opportunity alike to provide a new set of offerings, summarized in what we call the next generation of farming, tailor-made solutions for individual farmers catering to their very complex requirements across different geographies and product categories. The need to have innovation capability at scale to be at the forefront of these developments and the glue between all product and input elements: A Digital Farming solution, which leverages technology to a maximum for farmers and the environment.

The proposed combination of Bayer and Monsanto will form a new global leader in an industry worth about EUR 85 billion today. We are convinced that the combined business will be suited ideally to cater effectively to the requirements of farmers and the challenges of the industry because it has equal and meaningful strengths in both agrochemicals and seeds. The business combination would, for example, bring together Bayer's best-in-class Crop Protection portfolio and our focus on plant health, chemistry, biologics and comprehensive Life Science technology platform with Monsanto's best-in-class Seeds and Traits portfolio, it's operational and scientific focus on yield, it's breeding and trait development and advanced digital applications.

By combining both companies' commitment to quality and passion for innovation, we would be able to create a highly integrated product offering and industry-leading R&D for our customers worldwide.

Slide 13 will give you the impression of what we mean by integrated offering. The combination of Bayer and Monsanto would enable us to fully optimize all input factors a farmer needs over the growing cycle. And the combination with our superior services like intensive consultancy and innovative Digital Farming solutions, our customers will benefit from enhanced yields and sustainability. A look at the pro forma combined product portfolio shows the high complementarity of the combined business. We will be able to provide our customers with a superior offering across all relevant product segments worldwide.

In addition to broadening our product portfolio, Bayer and Monsanto's integrated offering would significantly expand our global reach. The combined business would almost quadruple Bayer's presence in North America, which is of particular importance given its financial significance and double Bayer's presence in the important Latin American region.

The proposed combination of Bayer and Monsanto would create an innovation powerhouse with capabilities and critical mass in all relevant R&D platforms and technologies, ranging from breeding and traits, chemical and biological Crop Protection to Digital Farming. Our combined pro forma R&D spend would amount to around EUR 2.5 billion. The combined best-in-class R&D pipeline would enable us to better serve our customers and address their challenges and needs. The combined business would be best positioned to make new advances in agriculture.

Slide 17 shows a selection of our joint innovation capabilities and how they stack up with challenges and needs of our customers. The challenges and needs that farmers are facing today are extremely broad and require much more targeted solutions in the areas of strengthening plant health and harvests. Let me give you 2 specific examples. As farmers struggle with breaking insecticide resistance, Bayer's innovative insecticides and Monsanto's new BT-trait technology's will be under the same roof. Bayer's hybridization platform, along with Monsanto's breeding technology, will greatly help farmers in the future to improve their wheat yield.

Looking to the next 10 to 15 years, the combined business will be extremely well positioned to tackle complex issues that farmers will face, above all with a focus on sustainability. By 2025, we believe farmers

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

can rely on much higher predictability of yield and input. There will be a very strong element of advice and service in the offering, ease of application will be key and we will see major advances in sustainability.

Consequently, the agriculture industry is expected to see an extension in the business model and new ways to address the needs of farmers at farm and field level. A significant portion of sales will be related to technology and service with the main input ingredients of today integrated into a tailor-made solution.

Both companies to date have already turned their attention to Digital Farming, in the case of Monsanto, including multibillion-dollar investments, and we expect that the capabilities of the combined business will greatly contribute to superior offerings being available to farmers in the years to come.

And with that, I will hand over Johannes Dietsch.

**Johannes M. Dietsch**
*Former Head of Finance Dept, CFO - Asia/Pacific Region & Member of Management Board*

Thank you, Liam. So as you can see, this combination would bring significant short and long-term benefits to farmers across the globe. Hence, they would translate into attractive financial benefits for Bayer and its shareholders. The preliminary analysis, which we expect to verify through the due diligence shows that the combination would generate substantial sales and cost synergies. Cost synergies in line with industry benchmarks would be driven by the optimization of product supply chains, marketing and sales and R&D teams as well as overhead reduction.

Top line growth is expected to come from more customized product combinations and integrated solutions across geographies. We envisage total synergies to amount to approximately $1.5 billion after year 3, plus additional integrated offer benefits in future years. We expect the combination to be core EPS accretive by a mid-single-digit percentage in the first full year after closing and a double-digit percentage, thereafter. It would have a positive impact on our earnings and margin development, both at Crop Science and group level. Overall, we are convinced that the combined business should be able to claim a premium valuation.

As you know, Bayer is always committed to creating value for its shareholders and with this transaction, we will continue to do so. By transforming Bayer into a Life Science company, we have increased our market capitalization by effect of about 4 since 2004 and have successfully integrated large and complex companies into our portfolio. We are very confident we will maintain the strong integration track record, which we have built in the past. We assume that integrating Monsanto from a business perspective would be no more complex than some of our previous acquisitions, such as the Schering acquisition in 2006. For instance, total headcount in both cases is about the same size. And in terms of legal entities, this combination is far less complex than the Schering acquisition. Here, we are talking about 37 major subsidiaries compared to 154 subsidies in the case of Schering. We are very confident that our proven processes and experienced management team as well as superior execution enable us to deliver on our promises.

On Slide 21, we have combined analysis of some of our larger transactions to provide proof of our execution capability. We have limited this review to cost synergies, but the message is clear, we deliver on the synergies we identify and the result is strong value creation for our shareholders.

Let me spend a moment discussing how this transaction would affect Bayer from a finance perspective. Despite a larger amount of debt financing that this transaction will require, we target an investment grade rating immediately after closing of the transaction and remain committed to a single A credit rating category in the long term. We ensure this -- where we plan to take a disciplined approach to deleveraging our balance sheet and we believe that the strong cash flows of the combined business would contribute to improving our financial profile.

Our commitment to deleveraging is more than simple words. We have a proven track record of quickly deleveraging our balance sheet after large transactions. And we aim to reduce anticipated debt levels from the combination with Monsanto in the same timely and disciplined manner.

Now I'm handing back to Werner Baumann.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**Werner Baumann**
*Chairman of the Board of Management & CEO*

So thank you, Johannes. Execution of our stated strategy, namely driving profitable growth in an innovation-driven industry with a growth profile of its own has rendered superior returns for our shareholders. We will remain focused on that strategy across all our businesses.

In pharma, we will place particular attention on the maximization of the value of launch products. We aim to advance the early and mid-stage pipeline. In marketing and sales, our focus will be on driving commercial excellence. And we will continue to explore opportunities for partnerships, innovation and bolt-on acquisitions. In consumer health, we are very well positioned to have strengthened this business recently with the acquisitions of Merck OTC and Dihon. Priority will now be placed on the globalization of established brands and the launch of our innovation pipeline. In emerging markets, we will advance our focused strategies. Overall, we want to capitalize on the synergy potential from recent acquisitions while we remain open to incremental add-ons and alliances.

Let me briefly summarize why we believe this transaction to be a compelling transaction for shareholders of Bayer and Monsanto alike. Monsanto shareholders benefit from an all-cash offer that provides immediate and certain value at a substantial premium. In accepting this offer, Monsanto shareholders can capitalize on the benefits of an integrated business model, which Monsanto has also been advocating for quite some time now.

For Bayer shareholders, this transaction is highly attractive. It is highly value accretive, as the creation of an integrated leader in agriculture provides substantial synergy potential, that will be earnings accretive, enhance earnings growth and generate strong cash flows.

So what are the next steps? Let me first refer to the history of this transaction. On May 10, we had a meeting with Monsanto where we handed over a letter with our private proposal. On May 18, Monsanto publicly disclosed that they received our private proposal. On May 19, we confirmed the preliminary discussions we had with Monsanto. Due to further market speculation and stakeholder inquiries, we decided today -- to make our private proposal public. We are looking forward to discussions with Monsanto and are prepared to proceed immediately with due diligence and negotiations to achieve an agreed transaction, so you see that we are fully committed to this compelling transaction.
This concludes my remarks. Thank you for your time. And we will now be happy to take your questions.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Question and Answer

**Operator**

[Operator Instructions] First question comes from the line of Sachin Jain.

**Sachin Jain**
*BofA Merrill Lynch, Research Division*

Sachin Jain from Bank of America. Two questions, one high level and one financial. Firstly, stocks obviously reacted negatively to rumors when the announcement was released. I guess, part of this is based on investors' surprise at change in business mix away from health care within Life Sciences. So on just a very high level, can you comment on the capital allocation decision of crop versus health care, just how the board and yourself are viewing the risk/reward in the 2 divisions and returns in crop versus health care? And then secondly on the leverage, quick numbers suggest you're sort of 5.5x net debt-to-EBITDA immediately post deal, is that roughly, right? And could you just give a bit more color on what discussions you had with rating agencies around that leverage and the average financing cost you expect to achieve?

**Werner Baumann**
*Chairman of the Board of Management & CEO*

Yes, thank you, Sachin. I will take your first question and then Johannes Dietsch will talk and answer the question on leverage. When we discussed the merits of this transaction, there are a number of very important considerations you have to look at. We think that we are very well positioned to take this step in the combination with Monsanto. We think that it is a highly attractive value proposition to both shareholder bases alike and we see an attractive biotech and technology-driven business that we can make better and then, together with our business, tap into opportunities to drive further growth and an even better financial profile. That was also very apparent to our Management Board and at the same time Supervisory Board. You may have seen that the proposal to make this offer to Monsanto was unanimously approved and supported by Management Board and Supervisory Board alike. In terms of value generation, there are 2 data points that may help you assess our proposal. Number one, the very rapid core EPS accretion that will also lead to a higher ability to pay cash dividends. As a matter of fact, already in year one after completion of the transaction, a mid-single-digit increase based on the $122; and second, double-digit increases in core EPS per share in the years thereafter. We will also earn our cost of capital and the premium above, starting after the 3rd year of the completion of the acquisition and then it's going to ramp up rapidly thereafter. So overall, in financial terms and strategic terms, very attractive from our perspective and that is -- that view is, again, shared unanimously by our boards.

**Johannes M. Dietsch**
*Former Head of Finance Dept, CFO - Asia/Pacific Region & Member of Management Board*

Yes. Sachin, on your question on leverage, as announced, we will finance this transaction with 75% of debt. This will bring us in the leverage to above 4 overall. And we have also preliminary rating assessment. As you may have seen the announcement from S&P saying that with this higher leverage, we will have a chance to go down in the rating by not more than 2 notches to BBB flat. With this high leverage at the beginning of the transaction of closing. We will be able to quickly deleverage and come down from that level in the subsequent years.

**Operator**

Next question comes from the line of Peter Verdult.

**Peter Verdult**
*Citigroup Inc, Research Division*

It's Peter Verdult from Citi. Two questions. Firstly for Liam or Johannes, the long-term [indiscernible] rationale of Monsanto is clear, but if even if one assumes that you're opening bid is successful, one has to take a very long-term view to see Bayer generate return above the cost of capital. So can you just discuss

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

your thinking here, Liam, as well as implications were this transaction not to proceed? And then second one is just on clarification on a few issues, just on synergies, timing and tax. Can you just clarify that the $1.5 billion is a net synergy number? A deal of this size would mean any closing unlikely to happen until the end of next year and just -- can you confirm that there is not much by way of tax synergies?

**Liam Condon**
*President of Bayer Crop Science Division & Member of Management Board*

Yes, so let me first hand it over to Johannes for the first 2 questions. I will take the third question, then.

**Johannes M. Dietsch**
*Former Head of Finance Dept, CFO - Asia/Pacific Region & Member of Management Board*

Well with the long-term view of our cost of capital, as Werner mentioned just before, we see that the we are earning premium of cost of capital already in year 3. We will, of course, generate substantial value for our shareholders with the $1.5 billion synergies. And we will manage the shareholder value creation with the financing as well as the combination of Monsanto and Bayer in a very disciplined manner that we execute on our promises to create value for our shareholders.

**Werner Baumann**
*Chairman of the Board of Management & CEO*

Peter, the $1.5 billion annually that will then be further complemented by benefits of the integrated offering thereafter is a net number, yes? So it is a net number you see there and it does not include any tax benefits. So that is not included in the number. It is operational synergies.

**Peter Verdult**
*Citigroup Inc, Research Division*

And timing of the deal?

**Werner Baumann**
*Chairman of the Board of Management & CEO*

The timing of closing, yes, your perspective depends a little bit on the response of the Board of Directors of Monsanto. We are awaiting that response and that will then also give a perspective on how we can proceed here. But at this point in time, it's too early to tell.

**Operator**

Next question comes from the line of Florent Cespedes...

**Werner Baumann**
*Chairman of the Board of Management & CEO*

Maybe -- I'm sorry. I have to correct myself. There's about 130 -- that's -- a small amount of tax benefits in this number, which I'll confirm in a few minutes.

**Operator**

Your next question comes from the line of Florent Cespedes.[Operator Instructions]

**Florent Cespedes**
*Societe Generale Cross Asset Research*

Florent Cespedes from Societe Generale. Two quick ones. First regarding the leverage of your company. In order to deleverage Bayer, could you decide to dispose of some assets Covestro is already on track? But could you go further and decide to sell other businesses such as potentially Animal Health? Second question, to follow up on capital allocation, Werner, could you tell us what convinced you to acquire Monsanto versus spending the same amount of money to acquire businesses in pharma and biotech space? And maybe just last one, is a breakup scenario a potential scenario for Bayer going forward?

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**Werner Baumann**
*Chairman of the Board of Management & CEO*

So please.

**Johannes M. Dietsch**
*Former Head of Finance Dept, CFO - Asia/Pacific Region & Member of Management Board*

Yes. Maybe, Florent, I can take the first question here about potential asset disposals. We have clearly stated that we want to finance this acquisition with equity and debt. There are no asset disposals foreseen to finance this transaction. Of course, we will stay with our statement made before regarding Covestro that in medium term, we intend to reduce our share holding to 0. But we are in not in a need now to have a fire sale of that asset. And of course, we have made our calculations clearly without any additional disposals. Nevertheless, we constantly monitor all our portfolio positions and also have, on a regular basis, an update on our business being in the portfolio or maybe even better developed outside. The question regarding capital allocation -- pharma and biotech versus crop, I would like to hand back to Werner.

**Werner Baumann**
*Chairman of the Board of Management & CEO*

So you're looking at investment alternatives always the question of availability of attractive opportunities that provide the company and our shareholders with superior value creation potential based on our internal assessment at this point in time is actually very, very difficult to see something that is similarly attractive, as we see here with the proposed acquisition of Monsanto. At the same time, you also know that this industry is in a stage of overall consolidation and the value proposition overall is significant for one of our core businesses. That's why we decided, also from an overall perspective on the entire portfolio, that this is the right and next step for the company. In terms of the way we see the business going forward, in terms of your question regarding a breakup scenario, we are looking at our company as a life sciences company that stands strongly on its 3 core businesses now and also in the future. That is exactly the reason why we are now taking the step with this offer for the Monsanto business to actually strengthen the crop business under our -- the umbrella of Bayer into a leading -- a very strong leading player in the crop industry. Consumer is well positioned as a co-leading #1 in its relevant segments of the OTC industry. And at the same time, we have a strong position as a midsized player, not a dominating player, but a midsize player in pharmaceuticals and we will also continue to develop our pharmaceuticals business going forward.

**Operator**

Next question comes from the line of Christian Faitz.

[Operator Instructions]

**Christian Faitz**
*Kepler Cheuvreux, Research Division*

Christian Faitz, Kepler Cheuvreux. I have a question regarding your scenario in terms of regulatory approval, sorry. If I look at Monsanto's Roundup ready franchise and your LibertyLink franchise, do you believe what the regulatory concerns certainly in the U.S. regarding the combination of those two?

**Werner Baumann**
*Chairman of the Board of Management & CEO*

Yes, Christian. Thanks for the question. And Liam is going to take this question.

**Liam Condon**
*President of Bayer Crop Science Division & Member of Management Board*

Yes, it's -- actually, Christian, it's too early to make any calls at this point in time. We're going to enter into a discussion with the regulatory authorities and based on the conclusions that regulatory authorities

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

reach, we will then take the necessary decisions. But we -- because this is such a highly complementary deal, we see very little overlap and we're very confident of getting all necessary regulatory approvals.

**Operator**

Next question comes from the line of Michael Leuchten.

[Operator Instructions]

**Michael Leuchten**
*Barclays Bank PLC, Research Division*

It's Michael Leuchten at Barclays. Two questions, please. One, just as you promised going -- to go back to the synergies, on the $1.5 billion, can you give us an idea of how much of that is also operating expense based and how much of it is top line based? And then in terms phasing presumably that top line synergies will take quite a bit longer, so what's the time frame for the different buckets? And then just a question again, broader speaking, about the market reaction so far to the speculation of today's announcement, what do you think the market's missing in terms of the deal that you've tabled?

**Werner Baumann**
*Chairman of the Board of Management & CEO*

So the first question is being answered by Johannes Dietsch. I will then answer the second question, Michael.

**Johannes M. Dietsch**
*Former Head of Finance Dept, CFO - Asia/Pacific Region & Member of Management Board*

So Michael, yes. About synergies, we are, at this point in time not able to provide more details. We stated $1.5 billion net after year 3. It consists both of cost synergies and top line synergies. And we also made one more sentence here in the slide you may have seen that we expect significant more top line synergies thereafter -- from the integrated offering, which normally takes more time to come. So at this point in time, the only thing what we will -- what we can reveal is clearly $1.5 billion after the year 3 with more to come thereafter.

**Werner Baumann**
*Chairman of the Board of Management & CEO*

Yes, Michael. On market reaction -- the market reaction shows that there is quite a bit of explaining that needs to be done on our end. I hope that you got a first piece of explanation and rationale during today's call also with the presentations and I think if you look at the different components of why we think it is such an attractive proposition, whether it is the long term and secular trend growth that is driven by this significant unmet societal needs whether it is the bringing together of core capabilities into a very, very strongly leading company under our management going forward or, quite frankly, the compelling financials with very early on EPS accretion and also the ability to earn a return at -- and afterwards above our weighted average cost of capital after year 3 speak for themselves. It may not be well understood or not well enough understood. There is certainly also an element of surprise, which I will not deny, not necessarily based on the stated strategy of the company, but based on the perception of the market, given a number of health care investments in the past and we have always been very clear that we are looking at our company, not as a health care company, but a life sciences company. And we aspire to develop all of our businesses into leading businesses in their respective industries. So in that context, it is entirely in line with our corporate strategy, even though market perception may have been different. The combination of those 2 may explain the market reaction. We stand ready to engage with all our investors and shareholders in discussions to explain and take our discussion from there. And that's why we're going to be visiting you in the next weeks to come.

**Operator**

Next question comes from the line of Tim Race.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**Timothy Michael Race**
*Deutsche Bank AG, Research Division*

It's Tim Race here from Deutsche Bank, So first of all, just on the ability to invest in pharma. Investors generally believe that you need to invest in long-term pipeline and the regeneration of your pipeline. How does this deal impact your ability to invest in the pipeline? Or is this your solution to that sort of lack of pipeline and perhaps a defocusing on pharma going forward? And then a question just on the crop side itself, what happens if this deal doesn't go through? Or what would have been the case if you didn't do this deal? Do see that the consolidation in the industry would be harmful for Bayer's business going forward? And what other solutions where there potentially on the table for you?

**Werner Baumann**
*Chairman of the Board of Management & CEO*

Yes, thanks, Tim, for both questions. For the first question, our ability to invest in pharma. We are not feeding Peter by starving Paul here. So it is very clear to us that we will, and of course, want to continue to invest into all of our businesses. The ability of major inorganic growth for the next years to come during the phase of deleveraging will, of course, be limited for both consumer and pharma. So there's nothing of large scale and transformational nature that can be done in pharma, but there's plentitude and multitude of other things we are doing. We are significantly stepping up our investments into early technology acquisitions. For example, with our CRISPR Cas [ph] investments, we are very active in business development and licensing. We can also look at other means to further develop our pharmaceuticals portfolio. And as we stand currently, we, of course, have a fairly strong early pipeline that is going to reach mid-stage pipeline status over the next years to come. And that is then also going to shed perspective on our ability to grow the pharma business in the 2020s. So right now, we see our pharma business with continued, very, very strong operational performance that gives us confidence that, that business will continue to have operational traction and, at the same time, is able to renew its product pipeline to a large extent with what we have currently in the company. And now let me hand over to Liam to answer the second question.

**Liam Condon**
*President of Bayer Crop Science Division & Member of Management Board*

Yes. Thanks, Tim. So as you know, we have a competitive business today. And we believe also without Monsanto, we would have a very competitive business going forward. However, for us, the rationale here is simply we see a tremendous opportunity for value creation going forward. And we believe if we combine basically the innovation powerhouse of Monsanto with their Seeds and Traits capabilities together with our Crop Protection innovation both today and what's in the pipeline that we can create an innovation powerhouse going forward. So there's a tremendous opportunity in here to create additional value, which is beyond what we can create purely by ourselves. But even as a standalone, we would continue to be a competitive company, so this is driven -- this whole rationale is driven by growth and innovation.

**Operator**

Next question comes from the line of Luisa Hector.

[Operator Instructions]

**Luisa Caroline Hector**
*Exane BNP Paribas, Research Division*

It's Luisa Hector from Exane BNP Paribas. I just want to go back to the synergies and just confirm the $1.5 billion is a mixture of cost, sales and tax synergies, but you're unable to give any information on the split. However, we should assume the sales synergies take longer to deliver. And then specifically on those sales synergies, I just like to understand how confident you are on why you think you can achieve them if they relate to specific geographies, for example. And where are those tax benefits coming from because the companies appear to have very similar tax rates? So that's on the synergies. In terms of Monsanto, just so if I could check whether there's any political considerations here given that there is opposition

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

to GMs in Europe, for example? And I believe there is a renewal of the glyphosate license in Europe, a decision to be made. Just wondering whether that's any -- a material risk to the deal?

**Werner Baumann**
*Chairman of the Board of Management & CEO*

Yes, thank you, Luisa. Johannes Dietsch is going to answer your questions 1 and 3. Liam is going to answer your second question. And I will take the last 2 questions you have post.

**Johannes M. Dietsch**
*Former Head of Finance Dept, CFO - Asia/Pacific Region & Member of Management Board*

You're absolutely, correct. There's actually not more to say than the EUR 1.5 billion overall net synergies. The tax portion that is only very, very small. Since you are widely correct with your statement that the effective tax rate of both companies are of similar magnitude, I saw with Monsanto a rate of 27%, we are guiding this year for 24%. So combining the business, we may have the chance to have an overall tax rate, which is beneficial. However, it is not a major portion of our synergy circulation. That comes from other [indiscernible] Liam?

**Liam Condon**
*President of Bayer Crop Science Division & Member of Management Board*

Okay. So thanks a lot for the question. So related to our confidence and ability to achieve the sales synergies, this is based on the fact that we already have today an operating model where we, in certain parts of our business, have an integrated model, for example, in canola or in cotton, which is highly successful, where we also have also very, very strong market positions and very profitable positions. So going forward, we're convinced basically if we can combine the best Seeds and Traits in the industry, the best genetics in the industry with the best Crop Protection in the industry, together with the best agronomic advice, this is a very compelling model. And it's not built on theory. It's actually built on our practical experience in areas of our business, which we then want to broaden when we do this transaction with Monsanto.

**Werner Baumann**
*Chairman of the Board of Management & CEO*

So Luisa, before I jump into answering questions 4 and 5, let me clarify one point because it kind of sounded ambiguous back and forth, since we have of course, different buckets of value creation that make this transaction so attractive to us. The $1.5 billion we mentioned do not include taxes. So there's 0 taxes in there. And the value creation by these synergies is entirely operational in nature. Growth synergies, of course, come thereafter. And I think that has been outlined quite well. So now let me come to major political considerations. There is a political aspect to Monsanto actually in a number of different aspects. The U.S. presidential elections are ongoing. It may well be that this topic is going to be picked up, we don't know that. At the same time, looking at political and regulatory environment and with that also coming to the topic of glyphosate and the pending renewal of the glyphosate authorization in Europe, yes, as you would expect us to do, we have looked at it. We do understand the risk and the exposure that does exist, also in different grades of potential renewal or nonrenewal. And it would not affect the overall offer and proposal to acquire Monsanto.

**Operator**

Next question comes from the line of Mick Readey.

[Operator Instructions]

**Keyur Parekh**
*Goldman Sachs Group Inc., Research Division*

It's actually Keyur Parekh from Goldman Sachs. Just a couple of clarificatory questions, please. One, as you think about kind of returns from this transaction exiting cost of capital, should we think of those -- do your cost as being -- cost of capital being 7.6% that's on the annual report? Or should we think

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

about it as being the cost on incremental capital that you are likely to raise for this transaction? If you just provide some numbers around it, that would be helpful. Secondly, to the extent that you've already engaged with some of your stakeholders, your shareholders on Thursday, Friday, just help us think about what is -- what has been the feedback from them? Where do you think there is areas of continued misunderstanding regards this transaction? And then lastly, I understand that you're still waiting for feedback from Monsanto, but as and when you do get to a transaction, can you talk about what the regulatory hurdles around this transaction might be? That's one. And secondly, have you explored any other transaction structure with Monsanto? How did you come to the conclusion that owning this 100% was the right thing for Bayer shareholders?

### Werner Baumann
*Chairman of the Board of Management & CEO*

Okay. Thank you, Mick, [ph] for your questions. Johannes Dietsch is going to answer the first question on returns and weighted average cost of capital. I will then take stakeholder feedback and structure of the proposed transaction. Liam Condon will thereafter answer your question on the regulatory perspective.

### Johannes M. Dietsch
*Former Head of Finance Dept, CFO - Asia/Pacific Region & Member of Management Board*

Well we are using for our calculation can be [indiscernible] for U.S. dollar acquisitions back [ph] of 7.7%.

### Werner Baumann
*Chairman of the Board of Management & CEO*

All right, thank you. So now on stakeholder feedback, we got quite a number of inbound calls after we had to confirm the discussions on early Thursday morning European time. I would call the general feedback as fairly consistent in so far that it was a surprise for many of our shareholders that we were going into a substantial strengthening of our Crop Science business, as obviously a number of people have expected that we will continue to focus our inorganic growth, primarily and predominantly on the businesses in the health care part of our portfolio. So I think that was one. The second one, very clearly, the lack of information. We could not communicate at that point in time what we are communicating and discussing today, very important things in order to be able to properly assess the attractiveness of the proposed transaction, such as what is the financing structure we're using? How much equity do we need? What is the leverage that can take on, while still maintaining a solid financing profile and an investment grade financing? What is the level of synergies we do expect? How does the ramp up of the synergy going to -- generation look like? What does it mean in terms of accretion dilution analysis? And how fast can we delever in order to regain more flexibility? That is exactly what we are doing now starting today, to put you in a position to better understand the proposed transaction. But these were, I think, by and large, the questions that were out there that were asked. In terms of structure of a transaction, I mean, there are very, very different ways to look at different possibilities to actually join forces between companies. We have actually, probably together with other companies in the industry, entertained many, many, many years of discussions. I also mentioned it earlier in my presentation on how to reap the value potential by combining forces in select areas or also actually in other contractual arrangements. Over the years, a lot of discussions took place without any progress in terms of tangible outcome. And as usual, it is not an issue -- it was not an issue about strategic alignment, but it was an issue about how do we do this to the mutual benefit of both companies, and that was simply always an issue that looked quite symmetrical. The second point I would make on this one is that other structured combinations such as things that people are thinking about, why don't you do a contribution deal and so on, why don't you do joint ventures? These typically come, the significant negative tax consequences that make the value proposition that is going to be nullified, yes? So it just doesn't work to do it into this way as long as we are clear that we want to continue to strategically develop this business. Any business can be bought and sold, but it's a question of the company strategy on whether we believe that we have a position in this industry that enables us to lead and develop these industries and to do that to the mutual benefit of all stakeholders, that means shareholders, customers, employees and other stakeholders out there alike. And that's why we are utterly convinced that this is only going to work if we take the lead here and that's what made us make the proposal to the Monsanto board.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**Liam Condon**
*President of Bayer Crop Science Division & Member of Management Board*

Okay. So thank you very much on the question on regulatory and I don't want to preempt any of the discussions we will have with regulatory authorities. But we'll just highlight again the high complementarity of this deal both from a product and from a geographic point of view. So we don't foresee any major issues with regulatory authorities, but we will be going through a diligent process. And I think we have a very good track record of dealing with regulatory authorities in ensuring any and all of their concerns are taken into account, so that we can consummate this deal. There is one element unique to the U.S., which we will also take into account, which is the CFIUS, the Committee on Foreign Investment in the U.S., which looks at national security issues. Here, we don't see any issues at this point in time. It's maybe of interest to note that Bayer actually has more employees than Monsanto in the U.S. today. and that we've actually been in the U.S. for a longer period of time than Monsanto. I think we're a very trusted company in the U.S. But also here, we'll go through a diligent process and ensure that any and all concerns of regulatory authorities are taken fully into account and that we can consummate this deal.

**Operator**

Next question comes from the line of Marietta Miemietz.

**Marietta Eva Miemietz**
*equinet Bank AG, Research Division*

It's Marietta Miemietz from Prime Avenue. The first one is just a small clarification question on your core EPS accretion numbers. Can you just let us know what number of shares this is based on? In other words, is that before or after the rights issue? And should we potentially be looking at dilution for some years at least following the rights issue? And then the second question just coming back to the deal structure. So to me also, a JV would have intuitively made a lot of sense, would have really reduced the risk on the leverage. And I understand from your answer to the previous question that your reason for not doing a JV was mainly financial, for example, tax. And then we have to envisage the possibility that the deal won't go through on the terms you proposed. So if you had to pay significantly more and you reached a tipping point where the JV looks potentially more attractive financially, would you then consider it? Or are you actually ruling out a JV at this stage?

**Werner Baumann**
*Chairman of the Board of Management & CEO*

So Johannes Dietsch is going to answer the first question, and I will then take your second and third question, Marietta.

**Johannes M. Dietsch**
*Former Head of Finance Dept, CFO - Asia/Pacific Region & Member of Management Board*

Yes, Many thanks for this question on our core EPS calculation. We mentioned that we want to finance this deal with 25% of equity with the vast majority being in rights issue. And with the rights issue, we have an instrument at hand here in Europe where we have a standard approach to raise new capital with discounted shares. And in contrast to the at-market, capital raising shares will be initially offered exclusively to the existing shareholders by the way of subscription rights. The rights enable then shareholders to subscribe to new shares with a guaranteed allocation. And if someone does not want to subscribe to the new shares with the high discount, then they can sell their subscription rights in the market and that has some value. So whenever you calculate your core EPS, you should take into account this effect of rights issue, which will be the major portion of our equity piece.

**Marietta Eva Miemietz**
*equinet Bank AG, Research Division*

So just to be clear, when you're talking about double-digit accretion at some point, that will be despite the dilution, so that will be on the higher number of shares that you're anticipating following the rights issue?

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**Johannes M. Dietsch**
*Former Head of Finance Dept, CFO - Asia/Pacific Region & Member of Management Board*

Yes, ma'am. You say clearly on fully dilutive basis that will include all equity measures and, of course, also the rights issue.

**Werner Baumann**
*Chairman of the Board of Management & CEO*

So Marietta, let me answer your second and third question together. JV structures do make sense if there is a clear strategic perspective on both sides of the JV. We have, in the past, been very outspoken that we would only engage in JVs if the strategic end game for either partner is clear and compelling. But we would not look at open-ended JVs because it's actually fairly complex from a structure perspective to do this. It is being done in other areas where one side of that JV has made a strategic decision to, in the long term, exit and then for multitude of reasons may be engaged for transitional period of time. Here we have a situation where both sides of the table look at the Ag businesses as strategic entities. And looking at subsets of our businesses to contribute them into joint ventures, while there were some preliminary discussions way back when on how could we do things together contractually and would one or the other structure enable us to do something. It always came back to how do we get a fair share in value share on both sides of the party and without belaboring it and going into too much detail, it actually never gained traction. We firmly believe that with the attractiveness of the offer that is on the table, the Monsanto shareholders will see through the high attractiveness and value creation. And I guess, with the first part of answer have also answered the second part of your question. We don't see a joint venture structure. For us, it's the right thing to do. And of course, any joint venture between the 2 companies would create tax leakage at both ends of the equation.

**Operator**

Next question comes from the line of Miss Yanna [ph].

[Operator Instructions]

**Unknown Analyst**

Miss Yanna [ph], UCMS Management. Just have a question to Johannes. You mentioned about sort of investment grade rating and the 4x pro forma leverage upon completion. What's your thought on, especially in the hybrid bonds, at BBB flat? Are you willing to see the hybrid bonds going below investment grade? And would the 75% EBITDA debt, would that be all just straight bonds? Or would you also consider a hybrid structure?

**Johannes M. Dietsch**
*Former Head of Finance Dept, CFO - Asia/Pacific Region & Member of Management Board*

Yes. Thank you, Miss Yanna [ph], for this specific questions. We are targeting investment grade rating that is at least BBB minus. And with the existing hybrid bonds, they would then fall into the noninvestment grade, which is correct. Of course, we will be on discussions with rating agencies and we see how we can manage this rating process during the process. With regards to the financing structure and the debt piece. Yes, we include also the idea to issue hybrid bonds, new hybrid bonds, but that's only to a very limited extent. We will mostly use senior debt to finance the debt piece of the acquisition.

**Unknown Analyst**

Okay. So -- and just to clarify, so the new debt structure would include hybrid, that would be rated after knowing the investment grade?

**Johannes M. Dietsch**
*Former Head of Finance Dept, CFO - Asia/Pacific Region & Member of Management Board*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

Yes. Correct. Sorry, I have the correct myself. If we are going down one notch to BBB+ in our senior rating, then hybrid bonds will still be investment grade with BBB-. So it very much depends where we end up, whether BBB+ or BBB flat.

**Operator**

Mr. Wenning, there are no further questions at this time. Please continue with any other points you wish to raise.

**Werner Wenning**
*Chairman of Supervisory Board*
Yes. Also on behalf of my colleagues, I'd like to thank you for being with us on the call today, and thank you for your questions. Now we'd like to say goodbye.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Copyright © 2019 by S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

These materials have been prepared solely for information purposes based upon information generally available to the public and from sources believed to be reliable. No content (including index data, ratings, credit-related analyses and data, research, model, software or other application or output therefrom) or any part thereof (Content) may be modified, reverse engineered, reproduced or distributed in any form by any means, or stored in a database or retrieval system, without the prior written permission of S&P Global Market Intelligence or its affiliates (collectively, S&P Global). The Content shall not be used for any unlawful or unauthorized purposes. S&P Global and any third-party providers, (collectively S&P Global Parties) do not guarantee the accuracy, completeness, timeliness or availability of the Content. S&P Global Parties are not responsible for any errors or omissions, regardless of the cause, for the results obtained from the use of the Content. THE CONTENT IS PROVIDED ON "AS IS" BASIS. S&P GLOBAL PARTIES DISCLAIM ANY AND ALL EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE, FREEDOM FROM BUGS, SOFTWARE ERRORS OR DEFECTS, THAT THE CONTENT'S FUNCTIONING WILL BE UNINTERRUPTED OR THAT THE CONTENT WILL OPERATE WITH ANY SOFTWARE OR HARDWARE CONFIGURATION. In no event shall S&P Global Parties be liable to any party for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including, without limitation, lost income or lost profits and opportunity costs or losses caused by negligence) in connection with any use of the Content even if advised of the possibility of such damages. S&P Global Market Intelligence's opinions, quotes and credit-related and other analyses are statements of opinion as of the date they are expressed and not statements of fact or recommendations to purchase, hold, or sell any securities or to make any investment decisions, and do not address the suitability of any security. S&P Global Market Intelligence may provide index data. Direct investment in an index is not possible. Exposure to an asset class represented by an index is available through investable instruments based on that index. S&P Global Market Intelligence assumes no obligation to update the Content following publication in any form or format. The Content should not be relied on and is not a substitute for the skill, judgment and experience of the user, its management, employees, advisors and/or clients when making investment and other business decisions. S&P Global Market Intelligence does not act as a fiduciary or an investment advisor except where registered as such. S&P Global keeps certain activities of its divisions separate from each other in order to preserve the independence and objectivity of their respective activities. As a result, certain divisions of S&P Global may have information that is not available to other S&P Global divisions. S&P Global has established policies and procedures to maintain the confidentiality of certain nonpublic information received in connection with each analytical process.

S&P Global may receive compensation for its ratings and certain analyses, normally from issuers or underwriters of securities or from obligors. S&P Global reserves the right to disseminate its opinions and analyses. S&P Global's public ratings and analyses are made available on its Web sites, www.standardandpoors.com (free of charge), and www.ratingsdirect.com and www.globalcreditportal.com (subscription), and may be distributed through other means, including via S&P Global publications and third-party redistributors. Additional information about our ratings fees is available at www.standardandpoors.com/usratingsfees.
© 2019 S&P Global Market Intelligence.