Carol V. Gilden (admitted *pro hac vice*)
**Cohen Milstein Sellers & Toll PLLC**
190 South LaSalle Street
Suite 1705
Chicago, IL 60603
Telephone: (312) 357-0370
Email: cgilden@cohenmilstein.com

Nicole Lavallee (SBN 165755)
Jeffrey Miles (SBN 293869)
**BERMAN TABACCO**
44 Montgomery Street, Suite 650
San Francisco, CA 94104
Telephone: (415) 433-3200
Facsimile: (415) 433-6382
Email: nlavallee@bermantabacco.com
jmiles@bermantabacco.com

*Attorneys for Lead Plaintiffs and Additional Named Plaintiff*
[Additional Counsel on Signature Page]

William Savitt (*pro hac vice*)
John F. Lynch (*pro hac vice*)
Noah B. Yavitz (*pro hac vice*)
John R. Rady (*pro hac vice*)
**WACHTELL, LIPTON, ROSEN & KATZ**
51 West 52nd Street
New York, NY 10019
Telephone: (212) 403-1000
Facsimile: (212) 403-2000

Jordan Eth (SBN 121617)
Mark R.S. Foster (SBN 223682)
**MORRISON & FOERSTER LLP**
425 Market Street
San Francisco, CA 94105
Telephone: (415) 268-7000
Facsimile: (415) 268-7522
Email: JEth@mofo.com
MFoster@mofo.com

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

SHEET METAL WORKERS' NATIONAL PENSION FUND and INTERNATIONAL BROTHERHOOD OF TEAMSTERS LOCAL NO. 710 PENSION FUND, individually and as Lead Plaintiffs on behalf of all others similarly situated, and

INTERNATIONAL UNION OF OPERATING ENGINEERS PENSION FUND OF EASTERN PENNSYLVANIA AND DELAWARE, individually and as Named Plaintiff, on behalf of all others similarly situated,

Plaintiffs,

vs.

BAYER AKTIENGESELLSCHAFT, WERNER BAUMANN, WERNER WENNING, LIAM CONDON, JOHANNES DIETSCH, and WOLFGANG NICKL,

Defendants.

Case No: 3:20-cv-04737-RS

CLASS ACTION

**STIPULATION AND ORDER REGARDING PAGE LIMITS FOR BRIEFING ON MOTION TO DISMISS**

Ctrm: 3 – 17th Floor
Judge: Richard Seeborg

Pursuant to Civil Local Rule 7-12, Lead Plaintiffs Sheet Metal Workers National Pension Fund and International Brotherhood of Teamsters Local No. 710 Pension Fund ("Lead Plaintiffs") and Defendants Bayer Aktiengesellschaft, Werner Baumann, Werner Wenning, Liam Condon, Johannes Dietsch, and Wolfgang Nickl ("Defendants," and together with Lead Plaintiffs, the "Parties"), by and through their undersigned counsel, submit the following stipulation and proposed order.

WHEREAS, on November 30, 2020, the Court entered the stipulated briefing schedule on Defendants' Motion to Dismiss (ECF No. 45);

WHEREAS, on January 19, 2021, Lead Plaintiffs filed the Amended Class Action Complaint (the "Amended Complaint") (ECF No. 47);

WHEREAS, on March 22, 2021, Defendants filed their Motion to Dismiss the Amended Complaint (ECF No. 61);

WHEREAS, Lead Plaintiffs have requested an additional five (5) pages for their memorandum in opposition to Defendants' Motion to Dismiss for a total of thirty (30) pages in length;

WHEREAS, Defendants do not oppose this request provided they receive the same five (5) additional pages for their reply memorandum for a total of twenty (20) pages in length;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, SUBJECT TO COURT APPROVAL, THAT:

1. Lead Plaintiffs' opposition brief shall not exceed a combined thirty (30) pages in length; and
2. Defendants' reply brief shall not exceed a combined twenty (20) pages in length.

///
///
///

Dated: May 14, 2021

**BERMAN TABACCO**

By: /s/ Nicole Lavallee
Nicole Lavallee (SBN 165755)

Jeffrey Miles (SBN 293869)
44 Montgomery Street, Suite 650
San Francisco, CA 94104
Telephone: (415) 433-3200
Facsimile: (415) 433-6382
Email: nlavallee@bermantabacco.com
jmiles@bermantabacco.com

*Liaison Counsel for Plaintiffs and the Class*

Carol V. Gilden (admitted *pro hac vice*)
**COHEN MILSTEIN SELLERS & TOLL PLLC**
190 South LaSalle Street, Suite 1705
Chicago, IL 60603
Telephone: (312) 357-0370
Facsimile: (312) 357-0369
Email: cgilden@cohenmilstein.com

Steven J. Toll (admitted *pro hac vice*)
Susan G. Taylor (*pro hac vice* forthcoming)
**COHEN MILSTEIN SELLERS & TOLL PLLC**
1100 New York Ave NW, Suite 500 East
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
Email: stoll@cohenmilstein.com
sgtaylor@cohenmilstein.com

Joel P. Laitman (*pro hac vice* forthcoming)
Chris Lometti (*pro hac vice* forthcoming)
Benjamin F. Jackson (admitted *pro hac vice*)
**COHEN MILSTEIN SELLERS & TOLL PLLC**
88 Pine Street, Fourteenth Floor
New York, NY 10005
Telephone: (212) 838-7797
Facsimile: (212) 838-7745
Email: jlaitman@cohenmilstein.com
clometti@cohenmilstein.com
bjackson@cohenmilstein.com

*Lead Counsel for Plaintiffs and the Class*

**MORRISON & FOERSTER LLP**

By: */s/ Jordan Eth*
Jordan Eth (SBN 121617)

Mark R.S. Foster (SBN 223682)
425 Market St.
San Francisco, CA 94105
Telephone: (415) 268-7000
Facsimile: (415) 268-7522
Email: JEth@mofo.com
MFoster@mofo.com

William Savitt (*pro hac vice*)
John F. Lynch (*pro hac vice*)
Noah B. Yavitz (*pro hac vice*)
John R. Rady (*pro hac vice*)
**WACHTELL, LIPTON, ROSEN & KATZ**
51 West 52nd Street
New York, NY 10019
Telephone: (212) 403-1000
Facsimile: (212) 403-2000

*Attorneys for Defendants Bayer Aktiengesellschaft, Werner Baumann, Werner Wenning, Liam Condon, Johannes Dietsch, and Wolfgang Nickl*

**CERTIFICATE PURSUANT TO LOCAL RULE 5-1(i)(3)**

I, Nicole Lavallee, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories.

By: *_/s/ Nicole Lavallee_*
Nicole Lavallee

## ORDER GRANTING STIPULATION

Pursuant to stipulation and for good cause shown, IT IS SO ORDERED.

Dated: May 14, 2021

HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE