**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SHEET METAL WORKERS' NATIONAL PENSION FUND and INTERNATIONAL BROTHERHOOD OF TEAMSTERS LOCAL NO. 710 PENSION FUND, individually and as Lead Plaintiffs on behalf of all others similarly situated, and<br><br>INTERNATIONAL UNION OF OPERATING ENGINEERS PENSION FUND OF EASTERN PENNSYLVANIA AND DELAWARE, individually and as Named Plaintiff, on behalf of all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>BAYER AKTIENGESELLSCHAFT, WERNER BAUMANN, WERNER WENNING, LIAM CONDON, JOHANNES DIETSCH, and WOLFGANG NICKL,<br><br>　　　　　Defendants. | Case No: 3:20-cv-04737-RS<br><br><u>CLASS ACTION</u><br><br>**[PROPOSED] ORDER DENYING DEFENDANTS' MOTION TO DISMISS**<br><br>Date:　　　　July 15, 2021<br>Time:　　　　1:30 p.m.<br>Judge:　　　Richard Seeborg<br>Courtroom:　3 — 17th Floor |

[No: 3:20-cv-04737-RS] [PROPOSED] ORDER DENYING DEFENDANTS' MOTION TO DISMISS

Having considered Defendants' Motion to Dismiss ("Motion") (ECF No. 61), and upon due consideration of the parties' arguments and the record herein, **IT IS HEREBY ORDERED THAT:**

Defendants' Motion is **DENIED.**

**IT IS SO ORDERED.**

Dated: _____, 2021

_____
HON. RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE