**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SHEET METAL WORKERS' NATIONAL PENSION FUND and INTERNATIONAL BROTHERHOOD OF TEAMSTERS LOCAL NO. 710 PENSION FUND, individually and as Lead Plaintiffs on behalf of all others similarly situated, and<br><br>INTERNATIONAL UNION OF OPERATING ENGINEERS PENSION FUND OF EASTERN PENNSYLVANIA AND DELAWARE, individually and as Named Plaintiff, on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>    vs.<br><br>BAYER AKTIENGESELLSCHAFT, WERNER BAUMANN, WERNER WENNING, LIAM CONDON, JOHANNES DIETSCH, and WOLFGANG NICKL,<br><br>    Defendants. | Case No: 3:20-cv-04737-RS<br><br>CLASS ACTION<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' REQUEST FOR CONSIDERATION AND JUDICIAL NOTICE IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS THE AMENDED CLASS ACTION COMPLAINT**<br><br>Date:      July 15, 2021<br>Time:     1:30 p.m.<br>Judge:    Richard Seeborg<br>Courtroom:  3 — 17th Floor |

[No: 3:20-cv-04737-RS] [PROPOSED] ORDER GRANTING LEAD PLTFS' REQUEST FOR CONSIDERATION AND JUDICIAL NOTICE IN OPP'N TO MOT. TO DISMISS THE AMENDED CLASS ACTION COMPLAINT

Having considered Plaintiffs' Request for Consideration and Judicial Notice in Opposition to Defendants' Motion to Dismiss the Amended Class Action Complaint ("Request for Consideration and Judicial Notice"), **IT IS HEREBY ORDERED THAT:**

Plaintiffs' Request for Consideration and Judicial Notice is **GRANTED**.

**IT IS SO ORDERED.**

Dated: _____, 2021

_____
HON. RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

[No: 3:20-cv-04737-RS] [PROPOSED] ORDER GRANTING LEAD PLTFS' REQUEST FOR CONSIDERATION AND JUDICIAL NOTICE IN OPP'N TO MOT. TO DISMISS THE AMENDED CLASS ACTION COMPLAINT          1