Carol V. Gilden (admitted *pro hac vice*)
**COHEN MILSTEIN SELLERS & TOLL PLLC**
190 South LaSalle Street
Suite 1705
Chicago, IL 60603
Telephone: (312) 357-0370
Email: cgilden@cohenmilstein.com

Nicole Lavallee (SBN 165755)
Jeffrey Miles (SBN 293869)
**BERMAN TABACCO**
44 Montgomery Street, Suite 650
San Francisco, CA 94104
Telephone: (415) 433-3200
Facsimile: (415) 433-6382
Email: nlavallee@bermantabacco.com
　　　jmiles@bermantabacco.com

*Attorneys for Lead Plaintiffs and Additional Named Plaintiff*
[Additional Counsel on Signature Page for Accompanying Request for Consideration]

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| SHEET METAL WORKERS' NATIONAL PENSION FUND and INTERNATIONAL BROTHERHOOD OF TEAMSTERS LOCAL NO. 710 PENSION FUND, individually and as Lead Plaintiffs on behalf of all others similarly situated, and <br><br> INTERNATIONAL UNION OF OPERATING ENGINEERS PENSION FUND OF EASTERN PENNSYLVANIA AND DELAWARE, individually and as Named Plaintiff, on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> BAYER AKTIENGESELLSCHAFT, WERNER BAUMANN, WERNER WENNING, LIAM CONDON, JOHANNES DIETSCH, and WOLFGANG NICKL, <br><br> Defendants. | Case No: 3:20-cv-04737-RS <br><br> <u>CLASS ACTION</u> <br><br> **DECLARATION OF CAROL V. GILDEN IN SUPPORT OF PLAINTIFFS' REQUEST FOR CONSIDERATION AND JUDICIAL NOTICE IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS THE AMENDED CLASS ACTION COMPLAINT** <br><br> Date:　　　July 15, 2021 <br> Time:　　　1:30 p.m. <br> Judge:　　　Richard Seeborg <br> Courtroom:　3 — 17th Floor |

[No: 3:20-cv-04737-RS] DECL. OF CAROL V. GILDEN IN SUPPORT OF PLTFS' REQUEST FOR CONSIDERATION AND JUDICIAL NOTICE IN OPP'N TO MOT. TO DISMISS AM. CLASS ACTION COMPL.

I, Carol V. Gilden, declare as follows:

1. I am a member in good standing of the bar of the State of Illinois and have been admitted *pro hac vice* in this pending action. I am a partner with the law firm of Cohen Milstein Sellers & Toll PLLC, Lead Counsel in this action. I respectfully submit this declaration in support of Plaintiffs' Request for Consideration and Judicial Notice in Opposition to Defendants' Motion to Dismiss the Amended Class Action Complaint.

2. Attached as **Exhibit 1** is a true and correct copy of a Schedule 14A Proxy Statement Pursuant to Section 14(a) of the Securities Exchange Act of 1934 filed by Monsanto Company on September 14, 2016, and retrieved from https://www.sec.gov/Archives/edgar/data/0001110783 /000119312516709814/d261188ddefa14a.htm.

3. Attached as **Exhibit 2** is a true and correct copy of a CBS News article published on June 19, 2018 titled *Monsanto Faces Its First Trial Over Allegations Roundup Ingredient Caused Cancer*, and retrieved from https://www.cbsnews.com/news/monsanto-faces-its-first-trial-over-allegations-roundup-ingredient-caused-cancer-glyphosate/. The internet version of this article incorporates a video that attached herein as Exhibit 3.

4. Attached as **Exhibit 3** is a true and correct copy of a CBS News video published on June 19, 2018 and titled *Man Dying of Cancer Sues Monsanto*. The video, which is incorporated into the internet version of the article attached herein as Exhibit 2, was retrieved from https://www.cbsnews.com/news/monsanto-faces-its-first-trial-over-allegations-roundup-ingredient-caused-cancer-glyphosate/.

5. Attached as **Exhibit 4** is a true and correct copy of the opinion of the U.S. Court of Appeals for the Ninth Circuit in *Hardeman v. Monsanto Co.*, 2021 WL 1940550 (9th Cir. May 14, 2021).

///

///

///

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed this 21st day of May 2021 in Chicago, Illinois.

/s/ Carol V. Gilden
Carol V. Gilden