# Exhibit 2

CBS News　/　CBS Evening News　/　**CBS This Morning**　/　CTM Saturday　/　48 Hours　/　60 Minutes　/　Sunday Morning　/　Face The Nation　/　CBSN Originals

Search

Politics | Features | Pop Culture | CTM Saturday | More

**CBS NEWS** / *June 19, 2018, 1:20 PM*

# Monsanto faces its first trial over allegations Roundup ingredient caused cancer

f Share / 🐦 Tweet / ⑅ Reddit / ▣ Flipboard / ✉ Email

## Watch CBSN Live

 Active duty marine officer arrested for role in attack on Capitol Hill

 CDC issues new mask guidance; say people who are fully vaccinated against COVID no longer need to wear masks indoors or outdoors

 Violence breaks out in streets of Israel as Mideast conflict intensifies

 Colonial Pipeline fully restores service following cyberattack

 Ellen DeGeneres show coming to an end after 19 years on air

## Get the Newsletter

Catch up on the best of "CBS This Morning."

enter your email　　Sign Up

By signing up, you agree to the CBS Terms of Use and acknowledge the data practices in our Privacy Policy.

☐ Receive updates, offers & other information from the CBS family of companies & our partners. Opt out through the unsubscribe link in any marketing email.

## Follow Us

In the first case of its kind to reach trial, a California man dying of cancer is suing Monsanto, the maker of popular weed killer Roundup. Dewayne Johnson used Roundup during his two years as a groundskeeper and blames his 2014 cancer diagnosis on its active ingredient, glyphosate.

The 46-year-old is just one of thousands of people nationwide reportedly accusing Monsanto of failing "to exercise reasonable care to warn of the dangerous risks associated with use and exposure" to glyphosate. Under California law, Johnson's case was allowed to go first because he is dying.

Monsanto denies the allegations and in a statement to CBS News said, "We have empathy for anyone suffering from cancer, but the scientific evidence clearly shows that glyphosate was not the cause. We look forward to presenting this evidence to the court."

CBS News legal analyst Rikki Klieman told "CBS This Morning" on Tuesday that the trial's outcome will serve as a "bellwether" for the thousands that could follow.

Roundup accusations

"You have cases in San Francisco, a mass of them. You have another mass of them in St. Louis where Monsanto is located," Klieman said. "If in fact this plaintiff wins, that creates real momentum for other plaintiffs, and Monsanto would have to rethink its position. However if this plaintiff loses, Monsanto is in a much better position to discourage some of these other cases."

According to Klieman, the plaintiff is saying he can show scientific evidence that Roundup is what caused his cancer and that Monsanto allegedly knew about the link, failed to warn people and buried evidence from the public. If he can prove all that, he'll seek punitive damages. Whether that's possible is questionable.

"Monsanto creates this battle of experts and the literature is clearly on Monsanto's side. They have 800 studies," Klieman said.

"There was one study in particular that came out of an agency, out of the World Health Organization, in 2015 and it was the one that said it was a carcinogen and that was what spurred on this litigation according to Monsanto," Klieman said. "Monsanto says that the plaintiff's science is junk science, but this judge is going to let that science in. Now, the federal judge who's looking at multi-district litigation, he has said words like the science is 'loosey-goosey' from the plaintiff, and so Monsanto in those cases may have a much better shot."



Dewayne Johnson is suing Monsanto, the maker of Roundup. He blames his 2014 cancer diagnosis on its active ingredient, glyphosate. / **CBS NEWS**

© 2018 CBS Interactive Inc. All Rights Reserved.

f Share / 🐦 Tweet / 🔴 Reddit / 🔲 Flipboard / ✉ Email

**The Bronx: Why Are People Snapping Up This $89 AC Unit?**

Lifestyletipstoday | Sponsored

**The buzz around Bitcoin: why 2021 may be the year to invest**

eToro | Sponsored

## Family of Ashli Babbitt, woman shot by officer during Capitol riot, says it was murder and plans to sue for

## Newsroom

A Twitter list by @CBSThisMorning

The @CBSThisMorning Newsroom on CBSNews.com


**CBS Evening News**
@CBSEveningNews

The race is on to vaccinate nearly 17 million kids between the ages of 12 and 15 years old.

As some parents weigh whether to get their kids COVID-19 shots, nearly 6,000 began pre-registering their children about a week ago.@MolaReports on the new campaign to inoculate kids.



15m

CBS This Morning

Embed                    View on Twitter



## Watch CBS News Live

*Watch CBS News anytime, anywhere with the our 24/7 digital news network. Stream CBSN live or on demand for FREE on your TV, computer, tablet, or smartphone.*

Watch Now



*50* **PHOTOS**
**Notable Deaths in 2021**

wrongful death

**Warmer Weather Means Ticks In Your Yard. Here's The Easy Way To Kill Them**
Thermacell Tick Control Tubes | Amazon | Sponsored

**Hurry! Score a Low Refi Rate Before It's Too Late**
LendingTree | Sponsored

**Many failed before. Will you complete the trial?**
Hero Wars | Sponsored

## Ohio Rep. Jim Jordan on why House GOP ousted Congresswoman Liz Cheney from leadership

**Bitcoin for beginners: what you need to know before buying Bitcoin**
eToro | Sponsored

**Dogs Should Eat Food, Not Burnt Brown Balls. Switch To a Smarter, Healthier Pet Food.**
The Farmer's Dog | Sponsored

**If You Can Qualify for Any Credit Card, These Are the Top 6**
NerdWallet | Sponsored

## University of Kentucky student falls to her death off 150-foot cliff at Red River Gorge

**A Fast Way To Pay Off Up To $10,000 In Credit Card Debt**
NerdWallet | Sponsored

**Why Everyone Loves These Colorful Socks**
Bombas | Sponsored

**New Cadillac's Finally On Sale**
All Things Auto | Search Ads | Sponsored

## Florida teen and mom face up to 16 years in prison after allegedly rigging homecoming court votes

**Tie Dye You Don't Have to DIY: Check Out These Socks**
Bombas | Sponsored

## The Uplift — Stories That Inspire



How free swimming lessons are changing lives in Nashville



CBS News poll: How long have you known your closest friend?



8-year-old Virginia boy on a mission to help the homeless



College golfer with Down syndrome makes history



Foster mom on the "heartwarming" choice to care for 81 infants

Son makes mom's bucket list journey into a documentary

**People On Medicare Are Getting A Big Surprise This May**

Smartlifestyletrends | Sponsored

**Uncover Your Personal Loan Options With NerdWallet.**

NerdWallet | Sponsored

## 7 arrested after spiritual leader's mummified body found decorated with Christmas lights in Colorado home

**25 Celebs That Ruined Their Careers Overnight**

Upbeat News | Sponsored

**Randy Jackson: This 3 Minute Routine Transformed My Health**

Unify Health Labs Multi-GI 5 Supplement | Sponsored

**Try the fresh dog food the humans can't get enough of**

The Farmer's Dog | Sponsored

## Woman charged in attack on flight attendant during late-night flight from Miami to JFK as reports of unruly passengers increase

**Want To Compare Personal Loans? Turn to The Nerds.**

NerdWallet | Sponsored

**3 Toxic Foods For Dogs: The One Meat You Should Never Feed Your Dog**

Dr. Marty | Sponsored

**Say goodbye to the 30yr fixed? Consider a 15yr if you owe less than $356K. Compare Lenders**

LowerMyBills | Sponsored

## Estranged husband tries to use COVID-19 as a cover for murder

**This Outdoor Shirt Is Durable And Will Keep You Cool All Year Long**

Walls Outdoor Goods | Sponsored

Case 3:20-cv-04737-RS   Document 75-2   Filed 05/21/21   Page 6 of 6

**CBSNews.com**

Site Map
Help
Contact Us
CBS Bios
Careers
CBSi Careers
Internships
Development Programs
CBS News Store

**CBS Interactive**

Privacy Policy
California Privacy/Information We Collect
Do Not Sell My Personal Information
Ad Choice
Terms of Use
Mobile User Agreement
About CBS
Advertise
Closed Captioning

**Follow Us**

Facebook
Twitter
RSS
Email Newsletters
YouTube
CBS News Radio
CBS Local

Search...

Copyright © 2021 CBS Interactive Inc.
All rights reserved.