| | |
|---|---|
| Carol V. Gilden (*Pro Hac Vice*) <br> **COHEN MILSTEIN SELLERS &** <br>   **TOLL PLLC** <br> 190 South LaSalle Street <br> Suite 1705 <br> Chicago, IL 60603 <br> Telephone: (312) 357-0370 <br> Email: cgilden@cohenmilstein.com <br><br> Nicole Lavallee (SBN 165755) <br> Jeffrey Miles (SBN 293869) <br> **BERMAN TABACCO** <br> 44 Montgomery Street, Suite 650 <br> San Francisco, CA 94104 <br> Telephone: (415) 433-3200 <br> Facsimile: (415) 433-6382 <br> Email: nlavallee@bermantabacco.com <br>        jmiles@bermantabacco.com <br><br> *Attorneys for Lead Plaintiffs Sheet Metal Workers' National Pension Fund and International Brotherhood of Teamsters Local No. 710 Pension Fund and Additional Named Plaintiff International Union of Operating Engineers Pension Fund of Eastern Pennsylvania and Delaware* <br> [Additional Counsel on Signature Page] | William Savitt (*pro hac vice*) <br> John F. Lynch (*pro hac vice*) <br> Noah B. Yavitz (*pro hac vice*) <br> **WACHTELL, LIPTON, ROSEN &** <br>   **KATZ** <br> 51 West 52nd Street <br> New York, NY 10019 <br> Telephone: (212) 403-1000 <br> Facsimile: (212) 403-2000 <br> Email: WDSavitt@wlrk.com <br>        JFLynch@wlrk.com <br>        NBYavitz@wlrk.com <br><br> Jordan Eth (SBN 121617) <br> Mark R.S. Foster (SBN 223682) <br> **MORRISON & FOERSTER LLP** <br> 425 Market Street <br> San Francisco, CA 94105 <br> Telephone: (415) 268-7000 <br> Facsimile: (415) 268-7522 <br> Email: JEth@mofo.com <br>        MFoster@mofo.com <br><br> *Attorneys for Defendants Bayer Aktiengesellschaft, Werner Baumann, Werner Wenning, Liam Condon, Johannes Dietsch, and Wolfgang Nickl* |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SHEET METAL WORKERS' NATIONAL PENSION FUND and INTERNATIONAL BROTHERHOOD OF TEAMSTERS LOCAL NO. 710 PENSION FUND, individually and as Lead Plaintiffs on behalf of all others similarly situated, and <br><br> INTERNATIONAL UNION OF OPERATING ENGINEERS PENSION FUND OF EASTERN PENNSYLVANIA AND DELAWARE, individually and as Named Plaintiff, on behalf of all others similarly situated, <br>        Plaintiffs, <br>   vs. <br> BAYER AKTIENGESELLSCHAFT, WERNER BAUMANN, WERNER WENNING, LIAM CONDON, JOHANNES DIETSCH, and WOLFGANG NICKL, <br>        Defendants. | Case No: 3:20-cv-04737-RS <br><br> <u>CLASS ACTION</u> <br><br> **JOINT STIPULATION AND [PROPOSED] ORDER REGARDING HEARING ON MOTION TO DISMISS** <br><br> Ctrm: 3 – 17th Floor <br> Judge: Richard Seeborg |

Pursuant to Civil Local Rule 7-12, Lead Plaintiffs Sheet Metal Workers' National Pension Fund and International Brotherhood of Teamsters Local No. 710 Pension Fund and Additional Named Plaintiff International Union of Operating Engineers Pension Fund of Eastern Pennsylvania and Delaware ("Plaintiffs") and Defendants Bayer Aktiengesellschaft, Werner Baumann, Werner Wenning, Liam Condon, Johannes Dietsch, and Wolfgang Nickl ("Defendants," and together with Plaintiffs, the "Parties"), by and through their undersigned counsel, submit the following stipulation and proposed scheduling order.

WHEREAS, on July 15, 2020, a putative class action complaint was filed by City of Grand Rapids General Retirement System and City of Grand Rapids Police & Fire Retirement System against Defendants alleging violations of Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 and Rule 10b-5, promulgated thereunder (ECF No. 1);

WHEREAS, on October 21, 2020, the Court appointed Sheet Metal Workers' National Pension Fund and International Brotherhood of Teamsters Local No. 710 Pension Fund as Lead Plaintiff and approved Cohen Milstein Sellers & Toll PLLC as Lead Counsel and Berman Tabacco as Liaison Counsel on behalf of the class (ECF No. 44);

WHEREAS, on January 19, 2021, Plaintiffs filed their Amended Complaint (ECF No. 47);

WHEREAS, on March 22, 2021, Defendants filed their Motion to Dismiss the Amended Complaint and Request for Judicial Notice (ECF Nos. 61-62);

WHEREAS, on May 21, 2021, Plaintiffs filed their Opposition to Defendants' Motion to Dismiss and Opposition to Defendants' Request for Judicial Notice (ECF Nos. 73-74);

WHEREAS, on June 7, 2021, the Court continued the Hearing on the Motion to Dismiss the Amended Class Action Complaint, previously scheduled for July 15, 2021, to August 5, 2021 at 1:30 p.m. (ECF No. 77);

WHEREAS, on June 21, 2021, Defendants filed their reply in support of their Motion to Dismiss (ECF Nos. 78-79);

WHEREAS, due to scheduling conflicts surrounding the August 5, 2021 hearing date, Lead Plaintiffs' counsel sought Defendants' consent to file a stipulated request for a new hearing date from the Court, rescheduling the hearing for Thursday, September 30, 2021, at 1:30 p.m.;

1 WHEREAS, Lead Plaintiffs' counsel and counsel for Defendants have conferred regarding the mutual acceptability of the requested rescheduled hearing date on the Motion to Dismiss;

WHEREAS, Defendants' counsel stated their non-opposition to the Lead Plaintiffs' requested alternative hearing date;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs and Defendants and subject to the Court's availability and approval, as follows:

1. The hearing on the Motion to Dismiss shall be set for Thursday, September 30, 2021 at 1:30 p.m. in Courtroom 3 on the 17th floor; and

2. The Case Management Conference shall be rescheduled for a date five weeks after the Court issues its Order on the Motion to Dismiss. A Joint Case Management Conference Statement shall be filed five court days in advance of the Case Management Conference.

Dated: June 28, 2021

**BERMAN TABACCO**

By: */s/ Nicole Lavallee*
      Nicole Lavallee (SBN 165755)

Jeffrey Miles (SBN 293869)
44 Montgomery Street, Suite 650
San Francisco, CA 94104
Telephone: (415) 433-3200
Facsimile: (415) 433-6382
Email: nlavallee@bermantabacco.com
      jmiles@bermantabacco.com

*Liaison Counsel*

Carol V. Gilden (admitted *pro hac vice*)
**COHEN MILSTEIN SELLERS & TOLL PLLC**
190 South LaSalle Street, Suite 1705
Chicago, IL 60603
Telephone: (312) 357-0370
Facsimile: (312) 357-0369
Email: cgilden@cohenmilstein.com

---

[No: 3:20-cv-04737-RS] JOINT STIPULATION AND [PROPOSED] ORDER REGARDING HEARING ON MOTION TO DISMISS     2

| | |
|---|---|
| 1 | Steven J. Toll (admitted *pro hac vice*) |
| 2 | Susan G. Taylor (SBN 190753) |
| | **COHEN MILSTEIN SELLERS & TOLL PLLC** |
| 3 | 1100 New York Ave NW, Suite 500 East |
| | Washington, DC 20005 |
| 4 | Telephone: (202) 408-4600 |
| | Facsimile: (202) 408-4699 |
| 5 | Email: stoll@cohenmilstein.com |
| 6 | sgtaylor@cohenmilstein.com |

Joel P. Laitman (*pro hac vice* forthcoming)
Chris Lometti (*pro hac vice* forthcoming)
Benjamin F. Jackson (admitted *pro hac vice*)
**COHEN MILSTEIN SELLERS & TOLL PLLC**
88 Pine Street, Fourteenth Flour
New York, NY 10005
Telephone: (212) 838-7797
Facsimile: (212) 838-7745
Email: jlaitman@cohenmilstein.com
         clometti@cohenmilstein.com
         bjackson@cohenmilstein.com

*Lead Counsel*

*Attorneys for Lead Plaintiffs Sheet Metal Workers' National Pension Fund and International Brotherhood of Teamsters Local No. 710 Pension Fund, and Additional Named Plaintiff International Union of Operating Engineers Pension Fund of Eastern Pennsylvania And Delaware Local No. 542*

**MORRISON & FOERSTER LLP**

By:   /s/ Jordan Eth
        Jordan Eth (SBN 121617)

Mark R.S. Foster
425 Market St.
San Francisco, CA 94105
Telephone: (415) 268-7000
Facsimile: (415) 268-7522
Email: jeth@mofo.com
         MFoster@mofo.com

---

[No: 3:20-cv-04737-RS] JOINT STIPULATION AND [~~PROPOSED~~] ORDER REGARDING HEARING ON MOTION TO DISMISS                                                                                                                        3

| | |
|---|---|
| 1 | William Savitt |
| 2 | John F. Lynch |
|   | Noah B. Yavitz |
| 3 | **WACHTELL, LIPTON, ROSEN & KATZ** |
|   | 51 West 52nd Street |
| 4 | New York, NY 10019 |
|   | Telephone: (212) 403-1000 |
| 5 | Facsimile: (212) 403-2000 |
|   | Email: WDSavitt@wlrk.com |
| 6 | JFLynch@wlrk.com |
|   | NBYavitz@wlrk.com |

*Attorneys for Defendants Bayer Aktiengesellschaft, Werner Baumann, Werner Wenning, Liam Condon, Johannes Dietsch, and Wolfgang Nickl*

---

[No: 3:20-cv-04737-RS] JOINT STIPULATION AND [PROPOSED] ORDER REGARDING HEARING ON MOTION TO DISMISS

4

1  **[PROPOSED] ORDER GRANTING STIPULATION**

2  Pursuant to stipulation and for good cause shown, IT IS SO ORDERED.

3

4  Dated:  6/28/2021   _____
                        HONORABLE RICHARD SEEBORG
5                       UNITED STATES DISTRICT JUDGE