Carol V. Gilden (admitted *pro hac vice*)
**COHEN MILSTEIN SELLERS & TOLL PLLC**
190 South LaSalle Street, Suite 1705
Chicago, IL 60603
Telephone: (312) 357-0370
Facsimile: (312) 357-0369
Email: cgilden@cohenmilstein.com

Nicole Lavallee (SBN 165755)
Jeffrey Miles (SBN 293869)
**BERMAN TABACCO**
44 Montgomery Street, Suite 650
San Francisco, CA 94104
Telephone: (415) 433-3200
Facsimile: (415) 433-6382
Email: nlavallee@bermantabacco.com
          jmiles@bermantabacco.com

*Attorneys for Lead Plaintiffs and Additional Named Plaintiff*
[Additional Counsel on Signature Page]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SHEET METAL WORKERS' NATIONAL PENSION FUND and INTERNATIONAL BROTHERHOOD OF TEAMSTERS LOCAL NO. 710 PENSION FUND, individually and as Lead Plaintiffs on behalf of all others similarly situated, and | Case No: 3:20-cv-04737-RS <br><br> <u>CLASS ACTION</u> <br><br> **PLAINTIFFS' MOTION FOR ADMINISTRATIVE RELIEF UNDER LOCAL RULE 7-11** |
| INTERNATIONAL UNION OF OPERATING ENGINEERS PENSION FUND OF EASTERN PENNSYLVANIA AND DELAWARE, individually and as Named Plaintiff, on behalf of all others similarly situated, | Ctrm:  3 – 17th Floor <br> Judge:  Richard Seeborg |
| Plaintiffs, | |
| vs. | |
| BAYER AKTIENGESELLSCHAFT, WERNER BAUMANN, WERNER WENNING, LIAM CONDON, JOHANNES DIETSCH, and WOLFGANG NICKL, | |
| Defendants. | |

[No: 3:20-cv-04737-RS] PLAINTIFFS' MOTION FOR ADMINISTRATIVE RELIEF UNDER LOCAL RULE 7-11

**ARGUMENT**

Plaintiffs respectfully submit this Motion for Administrative Relief Under Local Rule 7-11 to (1) correct an inadvertent omission with respect to Exhibit 1 to the Declaration of Carol V. Gilden in Support of Plaintiffs' Request for Consideration and Judicial Notice in Opposition to Defendants' Motion to Dismiss the Amended Class Action Complaint (the "Gilden Declaration") (ECF No. 75); and (2) to clarify the statement in Plaintiffs' Request for Consideration and Judicial Notice in Opposition to Defendants' Motion to Dismiss the Amended Class Action Complaint (the "Request") (ECF No. 74) that Exhibits 2 and 3 to the Gilden Declaration "[d]iscuss[] matters of public record."[1]

First, Plaintiffs inadvertently omitted to include as part of Exhibit 1 to the Gilden Declaration one of two September 2016 proxy disclosures filed with the SEC, which are referenced separately in paragraphs 97 and 224 of the Amended Class Action Complaint (the "Complaint") (ECF No. 47).[2] As set forth in these paragraphs of the Complaint and in Plaintiffs' brief in opposition to Defendants' motion to dismiss, *see* MTD Opp'n Br. 5 & 12, ***both*** of these proxy disclosures state that Bayer's due diligence had "confirmed" $1.5 billion in "sales and cost synergies."  To correct this inadvertent omission, Plaintiffs request that the Court substitute Exhibits 1A and 1B to the attached Declaration of Carol V. Gilden in Support of Plaintiffs' Motion for Administrative Relief Under Local Rule 7-11 ("Gilden Rule 7-11 Motion Declaration"), filed herewith, for Exhibit 1 to the Gilden Declaration. Defendants have previously stated that they do not oppose the Court's consideration of either document in deciding the pending motion to dismiss. *See* Defs.' RJN Opp'n Br. 2-3. Further, all of Plaintiffs' arguments with respect to Exhibit 1 to the Gilden Declaration, *see* Pls.' RJN Br. 1-3, apply equally to Exhibits 1A and 1B. Accordingly, Plaintiffs request that the Court substitute Exhibits 1A and 1B to the Gilden Rule 7-11 Motion Declaration for Exhibit 1 to the Gilden

---

[1] "Pls.' RJN Br." refers to Plaintiffs' Request for Consideration and Judicial Notice in Opposition to Defendants' Motion to Dismiss the Amended Class Action Complaint (ECF No. 74). "Defs.' RJN Opp'n Br." refers to Defendants' Reply in Support of Request for Consideration and Judicial Notice and Opposition to Plaintiffs' Request for Consideration and Judicial Notice (ECF No. 79). "MTD Opp'n Br." refers to Plaintiffs' Memorandum of Points and Authorities in Opposition to Defendants' Motion to Dismiss the Amended Class Action Complaint (ECF No. 73).

[2] Plaintiffs also inadvertently omitted to cite paragraph 224 of the Complaint when describing Exhibit 1 in the Gilden Declaration.

Declaration and deem these exhibits part of the Request originally filed on May 21, 2021.

Second, with respect to Exhibits 2 and 3 to the Gilden Declaration—which consist of a CBS News article and video published on June 19, 2018—Plaintiffs seek leave of the Court to clarify their statement in the Request that the Court should take judicial notice of these exhibits because they discuss "matters of public record." To be clear, Plaintiffs have never maintained nor conceded that the information contained in these exhibits was a matter of public record *at the time CBS News published it*, which is consistent with the position taken in Plaintiffs' brief in opposition to Defendants' motion to dismiss. *See* MTD Opp'n Br. 26. Plaintiffs seek the Court's permission to clarify that the Request's statement that Exhibits 2 and 3 to the Gilden Declaration discuss "matters of public record" refers only to the fact that Plaintiffs' position is that information in these exhibits *subsequently* became a matter of public record, making them appropriate for judicial notice *now*.

For the foregoing reasons, Plaintiffs respectfully request that the Court (1) substitute Exhibits 1A and 1B to the Gilden Rule 7-11 Motion Declaration for Exhibit 1 to the Gilden Declaration and consider these exhibits when ruling on Defendants' motion to dismiss, and (2) grant Plaintiffs' request to clarify that Plaintiffs' statement in the Request that Exhibits 2 and 3 to the Gilden Declaration "[d]iscuss[] matters of public record" refers only to the fact that information in these exhibits is a matter of public record at the present time.

Dated:  June 28, 2021

**COHEN MILSTEIN SELLERS & TOLL PLLC**


By:     */s/ Carol V. Gilden*
            Carol V. Gilden (admitted *pro hac vice*)

190 South LaSalle Street, Suite 1705
Chicago, IL 60603
Telephone: (312) 357-0370
Facsimile: (312) 357-0369
Email: cgilden@cohenmilstein.com

Steven J. Toll (admitted *pro hac vice*)
Susan G. Taylor (SBN 190753)
**COHEN MILSTEIN SELLERS & TOLL PLLC**
1100 New York Ave NW, Suite 500 East
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
Email: stoll@cohenmilstein.com
        sgtaylor@cohenmilstein.com

Joel P. Laitman (*pro hac vice* forthcoming)
Chris Lometti (*pro hac vice* forthcoming)
Benjamin F. Jackson (admitted *pro hac vice*)
**COHEN MILSTEIN SELLERS & TOLL PLLC**
88 Pine Street, Fourteenth Floor
New York, NY 10005
Telephone: (212) 838-7797
Facsimile: (212) 838-7745
Email: jlaitman@cohenmilstein.com
        clometti@cohenmilstein.com
        bjackson@cohenmilstein.com

*Lead Counsel for Plaintiffs and the Class*

Nicole Lavallee (SBN 165755)
Jeffrey Miles (SBN 293869)
**BERMAN TABACCO**
44 Montgomery Street, Suite 650
San Francisco, CA 94104
Telephone: (415) 433-3200
Facsimile: (415) 433-6382
Email: nlavallee@bermantabacco.com
        jmiles@bermantabacco.com

*Liaison Counsel for Plaintiffs and the Class*