Carol V. Gilden (admitted *pro hac vice*)
**COHEN MILSTEIN SELLERS & TOLL PLLC**
190 South LaSalle Street, Suite 1705
Chicago, IL 60603
Telephone: (312) 357-0370
Facsimile: (312) 357-0369
Email: cgilden@cohenmilstein.com

Nicole Lavallee (SBN 165755)
Jeffrey Miles (SBN 293869)
**BERMAN TABACCO**
44 Montgomery Street, Suite 650
San Francisco, CA 94104
Telephone: (415) 433-3200
Facsimile: (415) 433-6382
Email: nlavallee@bermantabacco.com
        jmiles@bermantabacco.com

*Attorneys for Lead Plaintiffs and Additional Named Plaintiff*
[Additional Counsel on Signature Page for Accompanying Motion]

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| SHEET METAL WORKERS' NATIONAL PENSION FUND and INTERNATIONAL BROTHERHOOD OF TEAMSTERS LOCAL NO. 710 PENSION FUND, individually and as Lead Plaintiffs on behalf of all others similarly situated, and<br><br>INTERNATIONAL UNION OF OPERATING ENGINEERS PENSION FUND OF EASTERN PENNSYLVANIA AND DELAWARE, individually and as Named Plaintiff, on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>   vs.<br><br>BAYER AKTIENGESELLSCHAFT, WERNER BAUMANN, WERNER WENNING, LIAM CONDON, JOHANNES DIETSCH, and WOLFGANG NICKL,<br><br>        Defendants. | Case No: 3:20-cv-04737-RS<br><br>CLASS ACTION<br><br>**DECLARATION OF CAROL V. GILDEN IN SUPPORT OF PLAINTIFFS' MOTION FOR ADMINISTRATIVE RELIEF UNDER LOCAL RULE 7-11**<br><br>Judge:  Richard Seeborg<br>Ctrm:   3 – 17th Floor |

[No: 3:20-cv-04737-RS] DECLARATION OF CAROL V. GILDEN IN SUPPORT OF PLAINTIFFS' MOTION FOR ADMINISTRATIVE RELIEF UNDER LOCAL RULE 7-11

I, Carol V. Gilden, declare as follows:

1.     I am a member in good standing of the bar of the State of Illinois and have been admitted *pro hac vice* in this pending action. I am a partner with the law firm of Cohen Milstein Sellers & Toll PLLC, Lead Counsel in this action.

2.     I respectfully submit this declaration in support of Plaintiffs' Motion for Administrative Relief Under Local Rule 7-11 (the "Motion") seeking to correct inadvertent omissions with respect to Exhibit 1 to the Declaration of Carol V. Gilden in Support of Plaintiffs' Request for Consideration and Judicial Notice in Opposition to Defendants' Motion to Dismiss the Amended Class Action Complaint (the "Gilden Declaration") (ECF No. 75); and to clarify the statement in Plaintiffs' Request for Consideration and Judicial Notice in Opposition to Defendants' Motion to Dismiss the Amended Class Action Complaint (the "Request") (ECF No. 74) that Exhibits 2 and 3 to the Gilden Declaration "[d]iscuss[] matters of public record."

3.     On June 28, 2021, at 6:39 p.m. PST, liaison counsel contacted Defendants to seek to obtain a stipulation or Defendants' position on Plaintiff's Motion for Administrative Relief.

4.     Unforeseen circumstances arose which delayed counsel's request for Defendants' position on the Motion until after close of business.

5.     Defense counsel was not able to respond with their position within the limited time period available for Lead Plaintiffs to file this Motion today.

6.     As such, Plaintiffs will file a supplemental declaration with Defendants' position on the request for relief, or if Defendants join in the request, a Stipulation pursuant to Local Rule 7-12.

7.     Attached as **Exhibit 1A** is a true and correct copy of a Schedule 14A Proxy Statement Pursuant to Section 14(a) of the Securities Exchange Act of 1934 filed by Monsanto Company in September 2016, and retrieved from https://www.sec.gov/Archives/edgar/data/1110783/000119312516712356/d243622ddefa14a.htm.

8.     Attached as **Exhibit 1B** is a true and correct copy of a Schedule 14A Proxy Statement Pursuant to Section 14(a) of the Securities Exchange Act of 1934 filed by Monsanto Company in

September 2016, and retrieved from https://www.sec.gov/Archives/edgar/data/0001110783/000119312516709814/d261188ddefa14a.htm.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed this 28th day of June 2021 in Chicago, Illinois.

*/s/ Carol V. Gilden*
Carol V. Gilden