# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| SHEET METAL WORKERS' NATIONAL PENSION FUND and INTERNATIONAL BROTHERHOOD OF TEAMSTERS LOCAL NO. 710 PENSION FUND, individually and as Lead Plaintiffs on behalf of all others similarly situated, and<br><br>INTERNATIONAL UNION OF OPERATING ENGINEERS PENSION FUND OF EASTERN PENNSYLVANIA AND DELAWARE, individually and as Named Plaintiff, on behalf of all others similarly situated,<br><br>       Plaintiffs,<br><br>   vs.<br><br>BAYER AKTIENGESELLSCHAFT, WERNER BAUMANN, WERNER WENNING, LIAM CONDON, JOHANNES DIETSCH, and WOLFGANG NICKL,<br><br>      Defendants. | Case No: 3:20-cv-04737-RS<br><br>CLASS ACTION<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR ADMINISTRATIVE RELIEF UNDER LOCAL RULE 7-11**<br><br>Judge:  Richard Seeborg<br>Ctrm:   3 – 17th Floor |

[No: 3:20-cv-04737-RS] [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR ADMINISTRATIVE RELIEF UNDER LOCAL RULE 7-11

2897572 v1

Having considered Plaintiffs' Motion for Administrative Relief Under Local Rule 7-11 ("Motion"), **IT IS HEREBY ORDERED THAT:**

(1) Plaintiffs' request to substitute Exhibits 1A and 1B to the Declaration of Carol V. Gilden in Support of Plaintiffs' Motion for Administrative Relief Under Local Rule 7-11, filed on June 28, 2021, in the record for Exhibit 1 to the Declaration of Carol V. Gilden in Support of Plaintiffs' Request for Consideration and Judicial Notice in Opposition to Defendants' Motion to Dismiss the Amended Class Action Complaint (the "Gilden Declaration") (ECF No. 75) and for the Court to consider these exhibits when ruling on Defendants' motion to dismiss is **GRANTED**.

(2) Plaintiffs' request to clarify that the statement in Plaintiffs' Request for Consideration and Judicial Notice in Opposition to Defendants' Motion to Dismiss the Amended Class Action Complaint (ECF No. 74) that Exhibits 2 and 3 to the Gilden Declaration "[d]iscuss[] matters of public record" refers only to the fact that information in these exhibits is a matter of public record at the present time is **GRANTED**.

**IT IS SO ORDERED.**

Dated: _____, 2021

_____
HON. RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

[No: 3:20-cv-04737-RS] [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR ADMINISTRATIVE RELIEF UNDER LOCAL RULE 7-11                                                                                                  1
2897572 v1