Jordan Eth (CA SBN 121617)
JEth@mofo.com
Mark R.S. Foster (CA SBN 223682)
MFoster@mofo.com
**MORRISON & FOERSTER LLP**
425 Market Street
San Francisco, CA  94105
Telephone:  (415) 268-7126
Facsimile:  (415) 268-7522

William Savitt (*pro hac vice*)
John F. Lynch (*pro hac vice*)
Noah B. Yavitz (*pro hac vice*)
**WACHTELL, LIPTON, ROSEN & KATZ**
51 West 52nd Street
New York, NY  10019
Telephone:  (212) 403-1000
Facsimile:  (212) 403-2000

*Attorneys for defendants Bayer*
*Aktiengesellschaft, Werner Baumann,*
*Werner Wenning, Liam Condon,*
*Johannes Dietsch, and Wolfgang Nickl*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SHEET METAL WORKERS' NATIONAL PENSION FUND and INTERNATIONAL BROTHERHOOD OF TEAMSTERS LOCAL NO. 710 PENSION FUND, individually and as Lead Plaintiffs on behalf of all others similarly situated, and <br><br> INTERNATIONAL UNION OF OPERATING ENGINEERS PENSION FUND OF EASTERN PENNSYLVANIA AND DELAWARE, individually and as Named Plaintiff, on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> BAYER AKTIENGESELLSCHAFT, WERNER BAUMANN, WERNER WENNING, LIAM CONDON, JOHANNES DIETSCH, and WOLFGANG NICKL, <br><br> Defendants. | Case No.:  3:20-cv-04737-RS <br><br> **DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION FOR ADMINISTRATIVE RELIEF** <br><br> <u>CLASS ACTION</u> <br><br> Judge:  Richard Seeborg <br> Courtroom:  3 — 17th Floor |

**ARGUMENT**

Plaintiffs' motion for administrative relief seeks to correct two mistakes they made when requesting judicial notice of exhibits in connection with defendants' motion to dismiss. The first was merely technical: Plaintiffs omitted an SEC filing from their proposed Exhibit 1, and seek to fix that omission by supplementing the exhibit. As defendants previously indicated, the omitted disclosure does not help plaintiffs, but defendants do not object to the Court considering it. *See* Defs.' Reply in Support of Request for Consideration and Judicial Notice and Opposition to Pls.' Request for Consideration and Judicial Notice ("Defs.' Opp.") at 2-3.

Plaintiffs also hope to revise how they described their proposed Exhibits 2 and 3 — two news reports that plaintiffs have asserted were "corrective disclosures" because they allegedly alerted investors to a public lawsuit against Monsanto. In requesting judicial notice of these reports, plaintiffs conceded that each "[d]iscusses matters of public record." Pls.' Request for Consideration and Judicial Notice at 2. Defendants did not object to judicial consideration of the reports, but noted that news items discussing "matters of public record" cannot be corrective disclosures. *See* Defs.' Opp. at 2. Plaintiffs now "seek leave of the Court to clarify" their concession. Plaintiffs' Motion for Administrative Relief Under Local Rule 7-11 ("Admin. Mot.") at 2.

Even if Local Rule 7-11 were an appropriate vehicle for plaintiffs to "clarify" their previous argument — and it is not — the correction they propose should be rejected. Plaintiffs suggest that when they described the news reports about the *Johnson* litigation as "discuss[ing]" a matter of public record, what they meant was that the news reports themselves became public when they ran. Admin. Mot. at 2. But plaintiffs' initial description of the news coverage was correct — the reports "discusse[d]" a public court proceeding. Beyond asserting in conclusory terms that the reports were "corrective disclosures," plaintiffs have not identified anything in the reports that was not publicly available beforehand. The revision that plaintiffs propose to the wording of their request for judicial notice will not change that fact, and should not be permitted by administrative motion.

Dated:    July 2, 2021

By:    _____/s/ Jordan Eth_____
Jordan Eth (CA SBN 121617)
JEth@mofo.com
Mark R.S. Foster (CA SBN 223682)
MFoster@mofo.com
**MORRISON & FOERSTER LLP**
425 Market Street
San Francisco, CA  94105
Telephone:  (415) 268-7126
Facsimile:  (415) 268-7522

William Savitt (*pro hac vice*)
John F. Lynch (*pro hac vice*)
Noah B. Yavitz (*pro hac vice*)
**WACHTELL, LIPTON, ROSEN & KATZ**
51 West 52nd Street
New York, NY  10019
Telephone:  (212) 403-1000
Facsimile:  (212) 403-2000

*Attorneys for defendants Bayer
Aktiengesellschaft, Werner Baumann, Werner
Wenning, Liam Condon, Johannes Dietsch, and
Wolfgang Nickl*