**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SHEET METAL WORKERS' NATIONAL PENSION FUND and INTERNATIONAL BROTHERHOOD OF TEAMSTERS LOCAL NO. 710 PENSION FUND, individually and as Lead Plaintiffs on behalf of all others similarly situated, and<br><br>INTERNATIONAL UNION OF OPERATING ENGINEERS PENSION FUND OF EASTERN PENNSYLVANIA AND DELAWARE, individually and as Named Plaintiff, on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BAYER AKTIENGESELLSCHAFT, WERNER BAUMANN, WERNER WENNING, LIAM CONDON, JOHANNES DIETSCH, and WOLFGANG NICKL,<br><br>Defendants. | Case No.:  3:20-cv-04737-RS<br><br>**[PROPOSED] ORDER GRANTING IN AND DENYING IN PART PLAINTIFFS' MOTION FOR ADMINISTRATIVE RELIEF**<br><br><u>CLASS ACTION</u><br><br>Judge:  Richard Seeborg<br>Courtroom:  3 — 17th Floor |

**[PROPOSED] ORDER**

This matter came before the Court on Plaintiffs' Motion for Administrative Relief Under Local Rule 7-11.  Having considered the papers and arguments submitted in support thereof, and in opposition thereto, it is accordingly **ORDERED** that:

1.  Plaintiffs' request to substitute Exhibits 1A and 1B to the Declaration of Carol V. Gilden in Support of Plaintiffs' Motion for Administrative Relief Under Local Rule 7-11 in the record for Exhibit 1 to the Declaration of Carol V. Gilden in Support of Plaintiffs' Request for Consideration and Judicial Notice in Opposition to Defendants' Motion to Dismiss the Amended Class Action Complaint and for the Court to consider these exhibits when ruling on defendants' motion to dismiss is **GRANTED**.

2.  Plaintiffs' Motion for Administrative Relief Under Local Rule 7-11 is otherwise **DENIED**.

DATED: _____        _____

HON. RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING IN PART AND DENYING IN PART  PLS.' MOTION FOR ADMINISTRATIVE RELIEF
CASE NO.:  3:20-CV-04737-RS

1