United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SHEET METAL WORKERS NATIONAL
PENSION FUND, et al.,

Plaintiffs,

v.

BAYER AKTIENGESELLSCHAFT, et al.,

Defendants.

Case No. 20-cv-04737-RS

**ORDER REQUESTING RESPONSE TO DEFENDANTS' MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION**

On October 19, 2021, this court denied the Defendants' Motion to Dismiss the Amended Class Action Complaint. Dkt. 90. On November 2, 2021, Defendants filed a motion for leave to file a motion for reconsideration. Dkt. 93. Plaintiffs are requested to file a response to the motion for leave to file a motion for reconsideration. The response should not exceed seven pages and should be filed by November 12, 2021.

**IT IS SO ORDERED**.

Dated: November 3, 2021

_____
RICHARD SEEBORG
Chief United States District Judge