Reset Form

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

CITY OF GRAND RAPIDS GENERAL RETIREMENT SYSTEM AND CITY OF GRAND RAPIDS POLICE & FIRE RETIREMENT SYSTEM, on behalf of themselves and all others similarly situated,

Plaintiff(s),

v.

BAYER AKTIENGESELLSCHAFT, WERNER BAUMANN, WERNER WENNING, LIAM CONDON, JOHANNES DIETSCH, and WOLFGANG NICKL,

Defendant(s).

Case No: 3:20-cv-04737-RS

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Norhan Bassiouny, an active member in good standing of the bar of the State of New York, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Sheet Metal Workers Nat'l Pension Fund & Int'l Brotherhood of Teamsters Local No. 710 Pension Fund in the above-entitled action. My local co-counsel in this case is Nicole Lavallee, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| My address of record: | Local co-counsel's address of record: |
|---|---|
| **COHEN MILSTEIN SELLERS & TOLL PLLC** 1100 New York Ave NW, Suite 500 East Washington, DC 20005 | **BERMAN TABACCO** 44 Montgomery Street, Suite 650 San Francisco, CA 94104 |
| My telephone # of record: (929) 445-6831 | Local co-counsel's telephone # of record: (415) 433-3200 |
| My email address of record: nbassiouny@cohenmilstein.com | Local co-counsel's email address of record: (415) 433-6382 |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 5846712.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 11/18/21

Norhan Bassiouny
APPLICANT

# ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Norhan Bassiouny is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 11/18/2021

UNITED STATES DISTRICT JUDGE

*PRO HAC VICE* APPLICATION & ORDER                                      *October 2012*