Carol V. Gilden (admitted *pro hac vice*)
**COHEN MILSTEIN SELLERS & TOLL PLLC**
190 South LaSalle Street
Suite 1705
Chicago, IL 60603
Telephone: (312) 357-0370
Email: cgilden@cohenmilstein.com

Nicole Lavallee (SBN 165755)
Jeffrey Miles (SBN 293869)
**BERMAN TABACCO**
44 Montgomery Street, Suite 650
San Francisco, CA 94104
Telephone: (415) 433-3200
Facsimile: (415) 433-6382
Email: nlavallee@bermantabacco.com
           jmiles@bermantabacco.com

*Attorneys for Lead Plaintiffs Sheet Metal Workers'*
*National Pension Fund and International*
*Brotherhood of Teamsters Local No. 710 Pension*
*Fund and Additional Named Plaintiff International*
*Union of Operating Engineers Pension Fund of*
*Eastern Pennsylvania and Delaware*

[Additional Counsel on Signature Page]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SHEET METAL WORKERS' NATIONAL PENSION FUND and INTERNATIONAL BROTHERHOOD OF TEAMSTERS LOCAL NO. 710 PENSION FUND, individually and as Lead Plaintiffs on behalf of all others similarly situated, and<br><br>INTERNATIONAL UNION OF OPERATING ENGINEERS PENSION FUND OF EASTERN PENNSYLVANIA AND DELAWARE, individually and as Named Plaintiff, on behalf of all others similarly situated,<br>                  Plaintiffs,<br>           vs.<br>BAYER AKTIENGESELLSCHAFT, WERNER BAUMANN, WERNER WENNING, LIAM CONDON, JOHANNES DIETSCH, and WOLFGANG NICKL,<br>                  Defendants. | Case No: 3:20-cv-04737-RS<br><br>CLASS ACTION<br><br>[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE SECOND AMENDED CLASS ACTION COMPLAINT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 15(a) |

[No: 3:20-cv-04737-RS] [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE SECOND AMENDED CLASS ACTION COMPLAINT

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiffs' Motion for Leave to File Second Amended Class Action Complaint is GRANTED. Plaintiffs shall file their Second Amended Class Action Class Action Complaint within five days of the date of this Order.

IT IS SO ORDERED.


DATED: _____                 _____
                                         JUDGE RICHARD SEEBORG
                                         UNITED STATES DISTRICT JUDGE

[No: 3:20-cv-04737-RS] [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE SECOND AMENDED CLASS ACTION COMPLAINT

1