Carol V. Gilden (admitted *pro hac vice*)
**COHEN MILSTEIN SELLERS & TOLL PLLC**
190 South LaSalle Street
Suite 1705
Chicago, IL 60603
Telephone: (312) 357-0370
Email: cgilden@cohenmilstein.com

Nicole Lavallee (SBN 165755)
Jeffrey Miles (SBN 293869)
**BERMAN TABACCO**
44 Montgomery Street, Suite 650
San Francisco, CA 94104
Telephone: (415) 433-3200
Facsimile: (415) 433-6382
Email: nlavallee@bermantabacco.com
        jmiles@bermantabacco.com

*Attorneys for Lead Plaintiffs Sheet Metal Workers'*
*National Pension Fund and International*
*Brotherhood of Teamsters Local No. 710 Pension*
*Fund and Additional Named Plaintiff International*
*Union of Operating Engineers Pension Fund of*
*Eastern Pennsylvania and Delaware*

[Additional Counsel on Signature Page]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SHEET METAL WORKERS' NATIONAL PENSION FUND and INTERNATIONAL BROTHERHOOD OF TEAMSTERS LOCAL NO. 710 PENSION FUND, individually and as Lead Plaintiffs on behalf of all others similarly situated, and <br><br> INTERNATIONAL UNION OF OPERATING ENGINEERS PENSION FUND OF EASTERN PENNSYLVANIA AND DELAWARE, individually and as Named Plaintiff, on behalf of all others similarly situated, <br>            Plaintiffs, <br>       vs. <br> BAYER AKTIENGESELLSCHAFT, WERNER BAUMANN, WERNER WENNING, LIAM CONDON, JOHANNES DIETSCH, and WOLFGANG NICKL, <br>            Defendants. | Case No: 3:20-cv-04737-RS <br><br> <u>CLASS ACTION</u> <br><br> **DECLARATION OF CAROL V. GILDEN IN SUPPORT OF PLAINTIFFS' MOTION FOR LEAVE TO FILE SECOND AMENDED CLASS ACTION COMPLAINT** <br><br> Date: January 13, 2022 <br> Time: 1:30 PM <br> Courtroom:  3 – 17th Floor <br> Judge:  Richard Seeborg |

[No: 3:20-cv-04737-RS] DECLARATION OF CAROL V. GILDEN IN SUPPORT OF PLAINTIFFS' MOTION FOR LEAVE TO FILE SECOND AMENDED CLASS ACTION COMPLAINT

I, Carol V. Gilden, declare as follows:

1.    I am a member in good standing of the bar of the State of Illinois and have been admitted *pro hac vice* in this pending action. I am a partner with the law firm of Cohen Milstein Sellers & Toll PLLC, Lead Counsel in this action. I respectfully submit this declaration in support of Plaintiffs' Motion for Leave to file a Second Amended Class Action Complaint.

2.    Attached as **Exhibit 1** is a true and correct copy of the proposed Second Amended Class Action Complaint.

3.    Attached as **Exhibit 2** is a true and correct copy of a comparison in redline of the current operative complaint (ECF No. 47) with the proposed Second Amended Class Action Complaint.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed this 17th day of December 2021 in Chicago, Illinois.

*/s/ Carol V. Gilden*
Carol V. Gilden

### CERTIFICATE PURSUANT TO LOCAL RULE 5-1(i)(3)

I, Nicole Lavallee, am the ECF User whose ID and password are being used to file this document.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from Carol V. Gilden.

By:   */s/ Nicole Lavallee*
Nicole Lavallee

[No: 3:20-cv-04737-RS] DECLARATION OF CAROL V. GILDEN IN SUPPORT OF PLAINTIFFS' MOTION FOR LEAVE TO FILE SECOND AMENDED CLASS ACTION COMPLAINT

1