Jordan Eth (CA SBN 121617)
JEth@mofo.com
Mark R.S. Foster (CA SBN 223682)
MFoster@mofo.com
**MORRISON & FOERSTER LLP**
425 Market Street
San Francisco, CA  94105
Telephone:  (415) 268-7126
Facsimile:  (415) 268-7522

William Savitt (*pro hac vice*)
Noah B. Yavitz (*pro hac vice*)
Emily R. Barreca (*pro hac vice*)
**WACHTELL, LIPTON, ROSEN & KATZ**
51 West 52nd Street
New York, NY  10019
Telephone:  (212) 403-1000
Facsimile:  (212) 403-2000

*Attorneys for defendants Bayer*
*Aktiengesellschaft, Werner Baumann,*
*Werner Wenning, Liam Condon,*
*Johannes Dietsch, and Wolfgang Nickl*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| SHEET METAL WORKERS' NATIONAL PENSION FUND and INTERNATIONAL BROTHERHOOD OF TEAMSTERS LOCAL NO. 710 PENSION FUND, individually and as Lead Plaintiffs on behalf of all others similarly situated, and<br><br>INTERNATIONAL UNION OF OPERATING ENGINEERS PENSION FUND OF EASTERN PENNSYLVANIA AND DELAWARE, individually and as Named Plaintiff, on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BAYER AKTIENGESELLSCHAFT, WERNER BAUMANN, WERNER WENNING, LIAM CONDON, JOHANNES DIETSCH, and WOLFGANG NICKL,<br><br>Defendants. | Case No.: 3:20-cv-04737-RS<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS THE SECOND AMENDED CLASS ACTION COMPLAINT**<br><br>CLASS ACTION<br><br>Date:   April 14, 2022<br>Time:   1:30 p.m.<br><br>Judge:  Richard Seeborg<br>Courtroom:  3 — 17th Floor |

**[PROPOSED] ORDER**

This matter came before the Court for hearing on April 14, 2022, at 1:30 p.m., on the Motion to Dismiss the Second Amended Class Action Complaint of defendants Bayer Aktiengesellschaft, Werner Baumann, Werner Wenning, Liam Condon, Johannes Dietsch, and Wolfgang Nickl pursuant to Rules 9(b) and 12(b)(6) of the Federal Rules of Civil Procedure, as well as the Private Securities Litigation Reform Act of 1995.  Having considered the papers and arguments submitted in support thereof, and in opposition thereto, and good cause appearing, it is accordingly **ORDERED** that:  Defendants' Motion to Dismiss is **GRANTED** with prejudice with respect to the statements alleged at Paragraphs 250-72 of Plaintiffs' Second Amended Class Action Complaint.  Plaintiffs are foreclosed from proceeding on those statements as the case moves forward.


DATED: _____          _____

                                                                     HON. RICHARD SEEBORG
                                                                     UNITED STATES DISTRICT JUDGE