Jordan Eth (CA SBN 121617)
JEth@mofo.com
Mark R.S. Foster (CA SBN 223682)
MFoster@mofo.com
**MORRISON & FOERSTER LLP**
425 Market Street
San Francisco, CA  94105
Telephone:  (415) 268-7126
Facsimile:  (415) 268-7522

William Savitt (*pro hac vice*)
Noah B. Yavitz (*pro hac vice*)
Emily R. Barreca (*pro hac vice*)
**WACHTELL, LIPTON, ROSEN & KATZ**
51 West 52nd Street
New York, NY  10019
Telephone:  (212) 403-1000
Facsimile:  (212) 403-2000

*Attorneys for defendants Bayer*
*Aktiengesellschaft, Werner Baumann,*
*Werner Wenning, Liam Condon,*
*Johannes Dietsch, and Wolfgang Nickl*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| SHEET METAL WORKERS' NATIONAL PENSION FUND and INTERNATIONAL BROTHERHOOD OF TEAMSTERS LOCAL NO. 710 PENSION FUND, individually and as Lead Plaintiffs on behalf of all others similarly situated, and<br><br>INTERNATIONAL UNION OF OPERATING ENGINEERS PENSION FUND OF EASTERN PENNSYLVANIA AND DELAWARE, individually and as Named Plaintiff, on behalf of all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　　　v.<br><br>BAYER AKTIENGESELLSCHAFT, WERNER BAUMANN, WERNER WENNING, LIAM CONDON, JOHANNES DIETSCH, and WOLFGANG NICKL,<br><br>　　　　　Defendants. | Case No.:  3:20-cv-04737-RS<br><br>**DECLARATION OF NOAH B. YAVITZ IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE SECOND AMENDED CLASS ACTION COMPLAINT**<br><br>CLASS ACTION<br><br>Date:　April 14, 2022<br>Time:　1:30 p.m.<br><br>Judge:  Richard Seeborg<br>Courtroom:  3 — 17th Floor |

I, Noah B. Yavitz, declare as follows:

1.      I am an attorney admitted to practice law in the state of New York and a partner of Wachtell, Lipton, Rosen & Katz, counsel of record for defendants Bayer Aktiengesellschaft, Werner Baumann, Werner Wenning, Liam Condon, Johannes Dietsch, and Wolfgang Nickl.  I am admitted *pro hac vice* in this Court.  I submit this declaration in support of the Defendants' Motion to Dismiss the Second Amended Class Action Complaint.  I make this declaration based on my personal knowledge.

2.      Attached as **Exhibit 1** is a true and correct copy of a memorandum titled "Glyphosate:  Draft Human Health Risk Assessment in Support of Registration Review," published by the U.S. Environmental Protection Agency ("EPA") on December 12, 2017, retrieved from https://www.regulations.gov/document/EPA-HQ-OPP-2009-0361-0068.

3.      Attached as **Exhibit 2** is a true and correct copy of a report titled "Conclusion on the Peer Review of the Pesticide Risk Assessment of the Active Substance Glyphosate," published by the European Food Safety Authority on November 12, 2015, retrieved from https://www.efsa.europa.eu/en/efsajournal/pub/4302#:~:text=Following%20a%20second%20mandate%20from,active%20substance%2C%20EFSA%20concluded%20that.

4.      Attached as **Exhibit 3** is a true and correct copy of a letter from Michael L. Goodis, P.E., of the EPA, dated August 7, 2019, retrieved from https://www.epa.gov/sites/default/files/2019-08/documents/glyphosate_registrant_letter_-_8-7-19_-_signed.pdf.

5.      Attached as **Exhibit 4** is a true and correct copy of a report titled "IARC Monographs Evaluate Drinking Coffee, Maté, and Very Hot Beverages," published by the International Agency for Research on Cancer ("IARC") on June 15, 2016, retrieved from https://www.iarc.who.int/wp-content/uploads/2018/07/pr244_E.pdf.

6.      Attached as **Exhibit 5** is a true and correct copy of a report titled "IARC Monographs Evaluate Consumption of Red Meat and Processed Meat," published by the IARC on October 26, 2015, retrieved from https://www.iarc.who.int/wp-content/uploads/2018/07/pr240_E.pdf.

7.      Attached as **Exhibit 6** is a true and correct copy of a proposed interim registration review decision on glyphosate published by the EPA on April 23, 2019, retrieved from https://www.epa.gov/sites/default/files/2019-04/documents/glyphosate-pid-signed.pdf.

8.      Attached as **Exhibit 7** is a true and correct copy of an interim registration review decision on glyphosate, published by the EPA on January 22, 2020, retrieved from https://www.epa.gov/sites/default/files/2020-01/documents/glyphosate-interim-reg-review-decision-case-num-0178.pdf.

9.      Attached as **Exhibit 8** is a true and correct copy of a statement on glyphosate by Health Canada, dated January 11, 2019, retrieved from https://www.canada.ca/en/health-canada/news/2019/01/statement-from-health-canada-on-glyphosate.html.

10.     Attached as **Exhibit 9** is a true and correct copy of a notice of completed verdict form in *Clark* v. *Monsanto Co.*, No. 20STCV46616 (Cal. Super. Ct., Los Angeles Cnty.), filed on October 5, 2021.

11.     Attached as **Exhibit 10** is a true and correct copy of a completed special verdict form in *Stephens* v. *Monsanto Co.*, No. CIVSB2104801 (Cal. Super. Ct., San Bernardino Cnty.), filed on December 9, 2021.

12.     Attached as **Exhibit 11** is a true and correct copy of a transcript titled "Special Call," from S&P Global, relating to a Bayer AG conference call dated August 23, 2018.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 31st day of January, 2022, in New York, New York.

_____
/s/ Noah B. Yavitz
Noah B. Yavitz

**ATTESTATION (CIVIL LOCAL RULE 5-1(i)(3))**

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the signatory.

Dated:  January 31, 2022

_/s/ Jordan Eth_

Jordan Eth