Michael H. Swartz (SBN: 163590)
MSwartz@winston.com
WINSTON & STRAWN LLP
333 S. Grand Avenue
Los Angeles, CA 90071-1543
Telephone: (213) 615-1700
Facsimile: (213) 615-1750

Jennifer L. Saulino (*pro hac vice*)
Michael X. Imbroscio (*pro hac vice*)
Paul W. Schmidt (*pro hac vice*)
COVINGTON & BURLING LLP
850 Tenth Street NW
Washington, D.C. 20001-4956
jsaulino@cov.com
mimbroscio@cov.com
pschmidt@cov.com

Attorneys for Defendant
MONSANTO COMPANY

FILED
Superior Court of California
County of Los Angeles

OCT 05 2021

Sherri R. Carter, Executive Officer/Clerk
By_____ Deputy
Stephanie Chung

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## FOR THE COUNTY OF LOS ANGELES

| | |
|---|---|
| DESTINY CLARK, ON BEHALF OF HER MINOR CHILD, EZRA CLARK<br><br>                 Plaintiffs<br><br>   v.<br><br>MONSANTO COMPANY, ET AL.,<br><br>                 Defendants. | Civil Case No. 20STCV46616<br><br>**NOTICE OF COMPLETED VERDICT FORM**<br><br>Judge: Hon. Daniel J. Buckley<br>Dept: 1 (Spring Street Courthouse)<br>Complaint Filed: December 4, 2020<br>Trial Date: September 13, 2021 |

1

NOTICE OF COMPLETED VERDICT FORM

AmericasActive:16106653.1

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Attached is the completed verdict form in this matter.

Dated:  October 6, 2021

WINSTON & STRAWN LLP
MICHAEL H. SWARTZ

By: _____

Michael H. Swartz

---

2

NOTICE OF COMPLETED VERDICT FORM

AmericasActive:16106653.1

## VERDICT FORM

We, the Jury, answer the question submitted to us as follows:

1. Was Ezra Clark's exposure to Roundup a substantial factor in causing his Burkitt's lymphoma?

Yes                                No

☐                                ☒

Signed: _____

Presiding Juror

Dated: _____10_____/___5___/____2021_____

## PROOF OF SERVICE

*Case No. 20STCV46616; Clark, et al. v. Monsanto Company, et al.*

Los Angeles Superior Court Action

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Winston & Strawn LLP, 333 South Grand Avenue, Los Angeles, CA 90071. On October 6, 2021, I served the following document:

**NOTICE OF COMPLETED VERDICT FORM**

on the interested parties and/or through their attorneys of record by depositing the original or true copy thereof as designated below, at Los Angeles, California addressed to the following:

**BY ELECTRONIC SERVICE**: Pursuant to Court Order Authorizing Electronic Service (CMO No. 2), dated March 23, 2018, I provided the document(s) listed above electronically on the CASE ANYWHERE Website to the parties on the Service List maintained on the CASE ANYWHERE Website for this case. Case Anywhere is the on-line e-service provider designated in this case.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on October 6, 2021, in Los Angeles, California.

_____
Ann Newman

---

4

NOTICE OF COMPLETED VERDICT FORM

AmericasActive:16106653.1

## SERVICE LIST

Fletcher V. Trammell, Esq. *(pro hac vice )*
Melissa Binstock Ephron, Esq. *(pro hac vice )*
TRAMMELL, PC
3262 Westheimer Rd., Ste. 423
Houston, TX 77098
Tel: (800) 405-1740
Fax: (800) 532-0992
fletch@trammellpc.com
melissa@trammellpc.com


Paul R. Kiesel
KIESEL LAW LLP
8648 Wilshire Boulevard
Beverly Hills; CA 90211
Tel: 310-854-4444
Fax: 310-854-0812
kiesel@kiesel.law

Alexander G. Dwyer
Andrew F. Kirkendall
Erin M. Wood
KIRKENDALL DWYER LLP
4343 Sigma Rd, Suite 200
Dallas, T10189X 75244
Tel: 214-271-4027
Fax: 214-253-0629
ad@kirkendalldwyer.com
ak@kirkendalldwyer.com
ewood@kirkendalldwyer.com


Karen Barth Menzies (CA SBN 180234)
GIBBS LAW GROUP LLP
505 14th Street, Suite 1110
Oakland, CA 94612
Tel: (510) 350-9700
Fax: (510) 350-9701
kbm@classlawgroup.com

*Attorneys for Plaintiff*

5

NOTICE OF COMPLETED VERDICT FORM

AmericasActive:16106653.1