**IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA**

**IN AND FOR THE COUNTY OF SAN BERNARDINO**

**F I L E D**
SUPERIOR COURT
COUNTY OF SAN BERNARDINO
SAN BERNARDINO DISTRICT

DEC -9 2021

BY _Jennifer Medina_
JENNIFER MEDINA, DEPUTY

DONNETTA STEPHENS,

                  Plaintiff,

      vs.

MONSANTO COMPANY,

              Defendant(s).

Case No. __CIVSB2104801__

USED ___X____             NOT USED _____

**SPECIAL VERDICT**

**FORM**

**DEPARTMENT __S24____**

## VERDICT FORM

We, the Jury, answer the questions submitted to us as follows:

### NEGLIGENCE

1.    Did Monsanto manufacture Roundup?

Yes                    No

☒                    ☐

*If your answer to question 1 is yes, then answer question 2. If you answered no, proceed to question 5.*

2.    Was Monsanto negligent in designing Roundup?

Yes                    No

☐                    ☒

*If your answer to question 2 is yes, then answer question 3. If you answered no, proceed to question 5.*

3.    Was Donnetta Stephens harmed?

Yes                    No

☐                    ☐

*If your answer to question 3 is yes, then answer question 4. If you answered no, proceed to question 5.*

1

4.    Was Monsanto's negligence a substantial factor in causing Donnetta Stephens's harm?

Yes    No

☐    ☐

*Go to question 5.*

**NEGLIGENCE—FAILURE TO WARN**

5.    Did Monsanto manufacture Roundup?

Yes    No

☒    ☐

*If your answer to question 5 is yes, then answer question 6. If you answered no, proceed to question 12.*

6.    Did Monsanto know or should it reasonably have known that Roundup was dangerous or was likely to be dangerous when used or misused in a reasonably foreseeable manner?

Yes    No

☐    ☒

*If your answer to question 6 is yes, then answer question 7. If you answered no, proceed to question 12.*

7.    Did Monsanto know or should it reasonably have known that users would not realize the danger?

Yes                    No

☐                    ☐

*If your answer to question 7 is yes, then answer question 8. If you answered no, proceed to question 12.*

8.    Did Monsanto fail to adequately warn of the danger or instruct on the safe use of Roundup?

Yes                    No

☐                    ☐

*If your answer to question 8 is yes, then answer question 9. If you answered no, proceed to question 12.*

9.    Would a reasonable manufacturer or seller under the same or similar circumstances have warned of the danger or instructed on the safe use of Roundup?

Yes                    No

☐                    ☐

*If your answer to question 9 is yes, then answer question 10. If you answered no, proceed to question 12.*

3

10.    Was Donnetta Stephens harmed?

Yes              No

☐                ☐

*If your answer to question 10 is yes, then answer question 11. If you answered no, proceed to question 12.*

11.    Was Monsanto's failure to warn a substantial factor in causing harm to Donnetta Stephens?

Yes              No

☐                ☐

*Go to question 12.*

## STRICT LIABILITY—DESIGN DEFECT

12.    Did Monsanto manufacture Roundup?

Yes              No

☒                ☐

*If your answer to question 12 is yes, then answer question 13. If you answered no, proceed to question 16.*

4

13.    Did Roundup fail to perform as safely as an ordinary consumer would have expected it to perform when used or misused in an intended or reasonably foreseeable manner?

Yes                    No

☐                    ☒

*If your answer to question 13 is yes, then answer question 14.  If you answered no, proceed to question 16.*

14.    Was Donnetta Stephens harmed?

Yes                    No

☐                    ☐

*If your answer to question 14 is yes, then answer question 15. If you answered no, proceed to question 16.*

15.    Was Roundup's failure to perform safely a substantial factor in causing Donnetta Stephens's harm?

Yes                    No

☐                    ☐

*Go to question 16.*

5

**STRICT LIABILITY—FAILURE TO WARN**

16.    Did Monsanto manufacture Roundup?

Yes                    No

☒                    ☐

*If your answer to question 16 is yes, then answer question 17. If you answered no, proceed to the section labeled "Claim of Damages" and follow the instructions there.*

17.    Did Roundup have a potential cancer risk that was known or knowable in light of scientific and medical knowledge that was generally accepted in the scientific community at the time of its manufacture or sale?

Yes                    No

☐                    ☒

*If you answer to question 17 is yes, then answer question 18. If you answered no, proceed to the section labeled "Claim of Damages" and follow the instructions there.*

18.    Did the potential cancer risk present a substantial danger to persons using or misusing Roundup in an intended or reasonably foreseeable way?

Yes                    No

☐                    ☐

*If your answer to 18 is yes, then answer question 19. If you answered no, proceed to the section labeled "Claim of Damages" and follow the instructions there.*

6

19.    Would ordinary consumers have recognized the cancer risk?

Yes                    No

☐                    ☐

*If your answer to question 19 is no, then answer question 20. If you answered yes, proceed to the section labeled "Claim of Damages" and follow the instructions there.*

20.    Did Monsanto fail to adequately warn of the cancer risk?

Yes                    No

☐                    ☐

*If your answer to question 20 is yes, then answer question 21. If you answered no, proceed to the section labeled "Claim of Damages" and follow the instructions there.*

21.    Was Donnetta Stephens harmed?

Yes                    No

☐                    ☐

*If your answer to question 21 is yes, then answer question 22. If you answered no, proceed to the section labeled "Claim of Damages" and follow the instructions there.*

22.    Was the lack of sufficient warnings a substantial factor in causing Donnetta Stephens's harm?

Yes                    No

☐                    ☐

*Go to the section labeled "Claim of Damages" and follow the instructions there.*

7

## CLAIM OF DAMAGES

If you answered yes to 4, 11, 15, OR 22, then answer question 23 below about damages for Donnetta Stephens. If you did not answer or answered no to question 4, 11, 15, AND 22, proceed to question 27.

23.    What are Donnetta Stephens' damages?

Past economic loss:          $_____

Future economic loss:        $_____

Past noneconomic loss:       $_____

Future noneconomic loss:     $_____

*Go to question 24.*

## PUNITIVE DAMAGES

24.    Did Monsanto engage in the conduct with malice, oppression, or fraud?

Yes            No

☐              ☐

*If your answer to question 24 is yes, then answer question 25. If you answered no, proceed to question 27.*

25.    Was the conduct constituting malice, oppression, or fraud committed by one or more officers, directors or managing agents of Monsanto acting on behalf of Monsanto?

Yes            No

☐              ☐

*If your answer to question 25 is yes, then answer question 26. If you answered no, proceed to question 27.*

8

26.    What amount of punitive damages, if any, do you award to Donnetta Stephens?

$_____

*Go to question 27.*

### STATUTE OF LIMITATIONS

27.    Did Donnetta Stephens's claimed harm occur before August 4, 2018?

|  Yes  |  No  |
|:-----:|:----:|
|  ☒   |  ☐  |

*If your answer to question 27 is no, stop here, answer no further questions, and have the presiding juror sign and date this form.*

*If your answer to question 27 is yes, proceed to question 28.*

28.    Before August 4, 2018, did Donnetta Stephens know of facts that would have caused a reasonable person to suspect that she had suffered harm that was caused by someone's wrongful conduct?

|  Yes  |  No  |
|:-----:|:----:|
|  ☐   |  ☒  |

*Have the presiding juror sign and date this form.*

Signed: _____

ANDREW JEYIFRI co Presiding Juror

Dated: _Thursday, December 9, 2021_

9