**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SHEET METAL WORKERS' NATIONAL PENSION FUND and INTERNATIONAL BROTHERHOOD OF TEAMSTERS LOCAL NO. 710 PENSION FUND, individually and as Lead Plaintiffs on behalf of all others similarly situated, and<br><br>INTERNATIONAL UNION OF OPERATING ENGINEERS PENSION FUND OF EASTERN PENNSYLVANIA AND DELAWARE, individually and as Named Plaintiff, on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>    vs.<br><br>BAYER AKTIENGESELLSCHAFT, WERNER BAUMANN, WERNER WENNING, LIAM CONDON, JOHANNES DIETSCH, and WOLFGANG NICKL,<br><br>        Defendants. | Case No: 3:20-cv-04737-RS<br><br>CLASS ACTION<br><br>**[PROPOSED] ORDER DENYING DEFENDANTS' MOTION TO DISMISS THE SECOND AMENDED CLASS ACTION COMPLAINT**<br><br>Ctrm:  3 – 17th Floor<br>Judge:  Richard Seeborg |

[No: 3:20-cv-04737-RS] [PROPOSED] ORDER DENYING DEFENDANTS' MOTION TO DISMISS THE SECOND AMENDED CLASS ACTION COMPLAINT

Having considered Defendants' Motion to Dismiss the Second Amended Class Action Complaint ("Motion") (ECF No. 110), and upon due consideration of the parties' arguments and the record herein, **IT IS HEREBY ORDERED THAT:**

Defendants' Motion is **DENIED.**

**IT IS SO ORDERED.**

Dated: _____, 2022

_____
HON. RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE