Carol V. Gilden (admitted *pro hac vice*)
**COHEN MILSTEIN SELLERS & TOLL PLLC**
190 South LaSalle Street
Suite 1705
Chicago, IL 60603
Telephone: (312) 357-0370
Email: cgilden@cohenmilstein.com

Nicole Lavallee (SBN 165755)
Alexander S. Vahdat (SBN 284963)
**BERMAN TABACCO**
425 California Street, Suite 2300
San Francisco, CA 94104
Telephone: (415) 433-3200
Facsimile: (415) 433-6382
Email: nlavallee@bermantabacco.com
           avahdat@bermantabacco.com

*Attorneys for Lead Plaintiffs and Additional Named Plaintiff*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| SHEET METAL WORKERS' NATIONAL PENSION FUND and INTERNATIONAL BROTHERHOOD OF TEAMSTERS LOCAL NO. 710 PENSION FUND, individually and as Lead Plaintiffs on behalf of all others similarly situated, and<br><br>INTERNATIONAL UNION OF OPERATING ENGINEERS PENSION FUND OF EASTERN PENNSYLVANIA AND DELAWARE, individually and as Named Plaintiff, on behalf of all others similarly situated,<br><br>         Plaintiffs,<br><br>    vs.<br><br>BAYER AKTIENGESELLSCHAFT, WERNER BAUMANN, WERNER WENNING, LIAM CONDON, JOHANNES DIETSCH, and WOLFGANG NICKL,<br><br>        Defendants. | Case No: 3:20-cv-04737-RS<br><br>CLASS ACTION<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND APPOINTMENT OF CLASS REPRESENTATIVES AND CLASS COUNSEL**<br><br>Date:  March 23, 2023<br>Time:  1:30 p.m.<br>Ctrm:  3 – 17th Floor<br>Judge:  Richard Seeborg |

[No: 3:20-cv-04737-RS] [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND APPOINTMENT OF CLASS REPRESENTATIVES AND CLASS COUNSEL

Court-appointed Lead Plaintiffs Sheet Metal Workers' National Pension Fund and International Brotherhood of Teamsters Local No. 710 Pension Fund ("Lead Plaintiffs"), and additional plaintiff International Union of Operating Engineers Pension Fund of Eastern Pennsylvania and Delaware (collectively "Plaintiffs") having moved for the certification of this action as a class action on behalf of those who purchased or otherwise acquired publicly traded American Depository Receipts ("ADRs") of Bayer Aktiengesellschaft ("Bayer" or the "Company"), and for the appointment of class representatives and class counsel, pursuant to Rules 23(a), 23(b)(3), and 23(g) of the Federal Rules of Civil Procedure; and the Court, having considered the papers and argument submitted in support of and in opposition to the motion; and good cause having been shown;

WHEREAS the proposed Class is defined as follows:

All persons and entities that, during the proposed Class Period of May 23, 2016 through July 6, 2020, inclusive, purchased or otherwise acquired Bayer ADRs and were damaged thereby, except as excluded by definition. Excluded from the Class are: (1) Defendants; (2) members of the immediate family of each of the Individual Defendants; (3) any subsidiary or affiliate of Bayer, including its employee retirement and benefit plan(s) and their participants or beneficiaries, to the extent they made purchases through such plan(s); (4) the directors and officers of Bayer during the Class Period, as well as the members of their immediate families; and (5) the legal representatives, heirs, successors, and assigns of any such excluded party;

WHEREAS the Court finds, pursuant to Rule 23(a) that: (1) the Class is so numerous that joinder of all members is impracticable; (2) there are questions of law or fact common to the Class; (3) the claims of Plaintiffs are typical of the claims of the Class; and (4) Plaintiffs will fairly and adequately protect the interests of the Class;

WHEREAS the Court finds, pursuant to Rule 23(b)(3), that questions of law or fact common to members of the Class predominate over any questions affecting only individual members, and that a class action is superior to other available methods for fairly and efficiently adjudicating the controversy; and

WHEREAS the Court finds, pursuant to Rule 23(g), that Cohen Milstein Sellers & Toll PLLC as Class Counsel will fairly and adequately represent the interests of the Class;

///

[No: 3:20-cv-04737-RS] [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND APPOINTMENT OF CLASS REPRESENTATIVES AND CLASS COUNSEL          1

**IT IS HEREBY ORDERED THAT:**

1.    Plaintiffs' motion for class certification and appointment of class representative and class counsel is GRANTED;

2.    The Class, as defined above, is certified pursuant to Rules 23(a) and 23(b)(3);

3.    Lead Plaintiffs Sheet Metal Workers' National Pension Fund and International Brotherhood of Teamsters Local No. 710 Pension Fund and additional plaintiff International Union of Operating Engineers Pension Fund of Eastern Pennsylvania and Delaware are appointed as Class Representatives pursuant to Rules 23(a) and 23(b)(3);

4.    Pursuant to Rule 23(g), Lead Counsel Cohen Milstein Sellers & Toll PLLC is appointed as Class Counsel.

**IT IS SO ORDERED.**


DATED: _____          _____

Honorable Richard Seeborg
Chief District Judge