Carol V. Gilden (admitted *pro hac vice*)
**COHEN MILSTEIN SELLERS & TOLL PLLC**
190 South LaSalle Street
Suite 1705
Chicago, IL 60603
Telephone: (312) 357-0370
Email: cgilden@cohenmilstein.com

Nicole Lavallee (SBN 165755)
Alexander S. Vahdat (SBN 284963)
**BERMAN TABACCO**
425 California Street, Suite 2300
San Francisco, CA 94104
Telephone: (415) 433-3200
Facsimile: (415) 433-6382
Email: nlavallee@bermantabacco.com
        avahdat@bermantabacco.com

*Attorneys for Lead Plaintiffs and Additional Named Plaintiff*
[Additional Counsel on Signature Page for Accompanying Motion]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SHEET METAL WORKERS' NATIONAL PENSION FUND and INTERNATIONAL BROTHERHOOD OF TEAMSTERS LOCAL NO. 710 PENSION FUND, individually and as Lead Plaintiffs on behalf of all others similarly situated, and<br><br>INTERNATIONAL UNION OF OPERATING ENGINEERS PENSION FUND OF EASTERN PENNSYLVANIA AND DELAWARE, individually and as Named Plaintiff, on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>  vs.<br><br>BAYER AKTIENGESELLSCHAFT, WERNER BAUMANN, WERNER WENNING, LIAM CONDON, JOHANNES DIETSCH, and WOLFGANG NICKL,<br><br>    Defendants. | Case No: 3:20-cv-04737-RS<br><br>CLASS ACTION<br><br>**DECLARATION OF CAROL V. GILDEN IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND APPOINTMENT OF CLASS REPRESENTATIVES AND CLASS COUNSEL**<br><br>Date: March 23, 2023<br>Time: 1:30 p.m.<br>Ctrm: 3 – 17th Floor<br>Judge: Richard Seeborg |

[No: 3:20-cv-04737-RS] DECL. OF CAROL V. GILDEN ISO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

I, Carol V. Gilden, declare, pursuant to 28 U.S.C. § 1746, as follows:

1.      I am a member in good standing of the bar of the State of Illinois and have been admitted *pro hac vice* in this pending action. I am a partner with the law firm of Cohen Milstein Sellers & Toll PLLC ("Cohen Milstein"), Lead Counsel in this action.

2.      I respectfully submit this declaration in support of Lead Plaintiffs Sheet Metal Workers' National Pension Fund and International Brotherhood of Teamsters Local No. 710 Pension Fund and additional plaintiff International Union of Operating Engineers Pension Fund of Eastern Pennsylvania and Delaware (collectively "Plaintiffs") to (i) certify this action as a Class Action, (ii) appoint Plaintiffs as Class Representatives; and (iii) appoint Lead Counsel, the law firm of Cohen Milstein, as Class Counsel. I have personal knowledge of the statements herein and, if called upon as a witness, could and would competently testify thereto.

3.      Attached hereto as Exhibit A is a true and correct copy of the Expert Report of Chad Coffman, CFA, dated October 28, 2022.

4.      Attached hereto as Exhibit B is a true and correct copy of the Expert Report of Professor Joshua R. Mitts, Ph.D., dated October 28, 2022.

5.      Attached hereto as Exhibit C is a true and correct copy of the Joint Declaration of Sheet Metal Workers' National Pension Fund, Teamsters Local No. 710 Pension Fund, and International Union of Operating Engineers Pension Fund of Eastern Pennsylvania and Delaware in Support of Plaintiffs' Motion for Class Certification and Appointment of Class Representatives and Class Counsel.

6.      Attached hereto as Exhibit D is a true and correct copy of the firm resume of Cohen Milstein.

7.      As reflected in its Firm Resume, Cohen Milstein is also among the most experienced securities class action law firms in the country, having recovered billions of dollars for its clients in some of the largest and most complex securities class actions. Cohen Milstein has recovered hundreds of millions of dollars for investors, including a $50 million settlement for a consolidated shareholder derivative action against Pinterest (*In re Pinterest Derivative Litigation*, No. 3:20-cv-

08331-WHA (N.D. Cal.); a $275 million settlement in a mortgage-backed securities class action against the Royal Bank of Scotland (*New Jersey Carpenters Health Fund v. The Royal Bank of Scotland Grp., plc*, No. 08-cv-05310-DAB-HBP (S.D.N.Y.)); $175 million in settlements in a class action against BP for allegations related to the Deepwater Horizon oil spill (*In re BP Securities Litigation*, No. 4:10-MD-02185 (S.D. Tex.); $335 million in settlements in a class action against Residential Accredit Loans, Inc. and various investment banks (*New Jersey Carpenters Health Fund v. Residential Capital, LLC*, No. 08-cv-8781 (HB) (S.D.N.Y.)); and a $90 million settlement in a class action involving MF Global (*Rubin v. MF Global, Ltd.*, No. 08-cv-2233 (VM) (S.D.N.Y.)).

8.     Since the inception of this litigation, Lead Counsel have vigorously prosecuted this action for the benefit of Plaintiffs, the additional plaintiff and the Class. Lead Counsel's efforts have included, among other things, (i) conducting a thorough pre-suit investigation; (ii) drafting detailed amended complaints; (iii) overcoming in substantial part Defendants' hard-fought motions to dismiss; (iv) serving document requests on Defendants; (v) serving document subpoenas on numerous non-parties who possess relevant information; (vi) consulting with an expert in market efficiency and a finance and economics expert; (vii) working with dedicated teams of experienced attorneys and staff to prosecute the claims on behalf of Plaintiffs, the additional plaintiff and the Class; and (viii) drafting and filing this motion for class certification. Lead Counsel is committed and will continue to vigorously prosecute the action for the benefit of Plaintiffs, the additional plaintiff and the Class.

I declare under penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct.

Executed this 28th day of October, 2022, at Chicago, Illinois.

*/s/ Carol V. Gilden*
Carol V. Gilden