# EXHIBIT C

Carol V. Gilden (admitted *pro hac vice*)
**COHEN MILSTEIN SELLERS & TOLL PLLC**
190 South LaSalle Street
Suite 1705
Chicago, IL 60603
Telephone: (312) 357-0370
Email: cgilden@cohenmilstein.com

Nicole Lavallee (SBN 165755)
Alexander S. Vahdat (SBN 284963)
**BERMAN TABACCO**
425 California Street, Suite 2300
San Francisco, CA 94104
Telephone: (415) 433-3200
Facsimile: (415) 433-6382
Email: nlavallee@bermantabacco.com
        avahdat@bermantabacco.com

*Attorneys for Lead Plaintiffs and Additional Named Plaintiff*
[Additional Counsel on Signature Page for Accompanying Motion]

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| SHEET METAL WORKERS' NATIONAL PENSION FUND and INTERNATIONAL BROTHERHOOD OF TEAMSTERS LOCAL NO. 710 PENSION FUND, individually and as Lead Plaintiffs on behalf of all others similarly situated, and<br><br>INTERNATIONAL UNION OF OPERATING ENGINEERS PENSION FUND OF EASTERN PENNSYLVANIA AND DELAWARE, individually and as Named Plaintiff, on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>BAYER AKTIENGESELLSCHAFT, WERNER BAUMANN, WERNER WENNING, LIAM CONDON, JOHANNES DIETSCH, and WOLFGANG NICKL,<br><br>Defendants. | Case No: 3:20-cv-04737-RS<br><br>CLASS ACTION<br><br>**JOINT DECLARATION OF SHEET METAL WORKERS' NATIONAL PENSION FUND, TEAMSTERS LOCAL NO. 710 PENSION FUND, AND INTERNATIONAL UNION OF OPERATING ENGINEERS PENSION FUND OF EASTERN PENNSYLVANIA AND DELAWARE IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND APPOINTMENT OF CLASS REPRESENTATIVES AND CLASS COUNSEL**<br><br>Date:    March 23, 2023<br>Time:    1:30 p.m.<br>Ctrm:    3 – 17th Floor<br>Judge:   Richard Seeborg |

[No: 3:20-cv-04737-RS] JOINT DECL. IN SUPP. OF PLS.' MOT. FOR CLASS CERTIFICATION AND APPOINTMENT OF CLASS REPRESENTATIVES AND CLASS COUNSEL

We, Sheet Metal Workers' National Pension Fund, International Brotherhood of Teamsters Local No. 710 Pension Fund, and International Union of Operating Engineers Pension Fund of Eastern Pennsylvania and Delaware, through our duly authorized representatives, jointly declare as follows:

1.    We are authorized representatives of Proposed Class Representatives and Lead Plaintiffs Sheet Metal Workers' National Pension Fund and International Brotherhood of Teamsters Local No. 710 Pension Fund, and Proposed Class Representative and Plaintiff International Union of Operating Engineers Pension Fund of Eastern Pennsylvania and Delaware. We respectfully submit this joint declaration in support of Plaintiff's motion to (i) certify this action as a class action; (ii) certify Plaintiffs as Class Representatives; and (iii) appoint the law firm of Cohen Milstein Sellers & Toll PLLC ("Cohen Milstein") as Class Counsel pursuant to Federal Rule of Civil Procedure 23(g). We have personal knowledge of the facts set forth in this Declaration.

2.    The Proposed Class Representatives provide retirement benefits for eligible union members. The Proposed Class Representatives collectively hold approximately $11 billion in net assets held in trust for pension benefits. During the Class Period, Plaintiffs purchased or otherwise acquired a combined total of approximately 591,316 of Bayer's publicly traded American Depositary Receipts ("ADRs") and suffered substantial losses as a result of the securities law violations alleged in this action.

3.    The Proposed Class Representatives have actively supervised and monitored the progress of this litigation and actively participated in its prosecution. For example, the Proposed Class Representatives have (i) received and reviewed periodic status reports from Cohen Milstein on case developments; (ii) engaged in regular discussions with Cohen Milstein concerning the conduct of this litigation and significant developments therein; (iii) received drafts of, and reviewed, significant pleadings and filings filed or served in this matter, including the Amended Class Action Complaint and the Second Amended Class Action Complaint; (iv) successfully opposed Defendants' Motion to Dismiss the Amended Class Action Complaint and Defendants' Motion to Dismiss the Second Amended Class Action Complaint; (v) prepared to collect and produce documents and

electronically stored information in response to anticipated document requests by Defendants; and (viii) through its counsel, served document requests on Defendants and engaged in other forms of discovery, including the service of numerous subpoenas on third parties.

4.    We understand that the Proposed Class Representatives owe a fiduciary duty to all members of the Proposed Class to provide fair and adequate representation, and to continue to work actively with Class Counsel to obtain the largest recovery for the proposed Class consistent with good faith and meritorious advocacy. In view of our responsibilities, we retained Cohen Milstein to serve as Lead Counsel because we believe that Cohen Milstein possesses the requisite expertise in nationwide securities class action litigation and has sufficient legal and fiscal resources to vigorously prosecute this action on behalf of all Class members.

5.    It is our intention to continue to actively monitor and participate in the ongoing prosecution of this action and to take all necessary steps to ensure that the Proposed Class Representatives' fiduciary obligations as Lead Plaintiffs (in the case of Sheet Metal Workers' National Pension Fund and International Brotherhood of Teamsters Local No. 710 Pension Fund) and Class Representatives (in the case of all three Proposed Class Representatives) are fulfilled.

6.    Further, we support the accompanying motion to have Cohen Milstein appointed as Class Counsel.

We declare under penalty of perjury that the foregoing is true and correct.

Executed this 25 day of October, 2022.

SHEET METAL WORKERS'
NATIONAL PENSION FUND

By:

_____
Lori Wood
Executive Director

[SPACE INTENTIONALLY LEFT BLANK]

[No: 3:20-cv-04737-RS] JOINT DECL. IN SUPP. OF PLS.' MOT. FOR CLASS CERTIFICATION AND APPOINTMENT OF CLASS REPRESENTATIVES AND CLASS COUNSEL                    2

Executed this 28th day of October, 2022.

INTERNATIONAL BROTHERHOOD
OF TEAMSTERS LOCAL NO. 710
PENSION FUND

By:

Michael O'Malley
Fund Administrator

[SPACE INTENTIONALLY LEFT BLANK]

Executed this 25th day of October, 2022.

                                        INTERNATIONAL UNION OF
                                        OPERATING ENGINEERS PENSION
                                        FUND OF EASTERN
                                        PENNSYLVANIA AND DELAWARE

By:                                     _____
                                        John Heenan
                                        Administrator

[No: 3:20-cv-04737-RS] JOINT DECL. IN SUPP. OF PLS.' MOT. FOR CLASS CERTIFICATION AND
APPOINTMENT OF CLASS REPRESENTATIVES AND CLASS COUNSEL                                    4