Carol V. Gilden (admitted *pro hac vice*)
**Cohen Milstein Sellers & Toll PLLC**
190 South LaSalle Street
Suite 1705
Chicago, IL 60603
Telephone: (312) 357-0370
Email: cgilden@cohenmilstein.com

Nicole Lavallee (SBN 165755)
Alexander S. Vahdat (SBN 284963)
**BERMAN TABACCO**
44 Montgomery Street, Suite 650
San Francisco, CA 94104
Telephone: (415) 433-3200
Facsimile: (415) 433-6382
Email: nlavallee@bermantabacco.com
         jmiles@bermantabacco.com

*Attorneys for Lead Plaintiffs and Additional Named Plaintiff*
[Additional Counsel on Signature Page]

William Savitt (*pro hac vice*)
Noah B. Yavitz (*pro hac vice*)
Emily R. Barreca (*pro hac vice*)
**WACHTELL, LIPTON, ROSEN & KATZ**
51 West 52nd Street
New York, NY 10019
Telephone: (212) 403-1000
Facsimile: (212) 403-2000

Jordan Eth (SBN 121617)
Mark R.S. Foster (SBN 223682)
**MORRISON & FOERSTER LLP**
425 Market Street
San Francisco, CA 94105
Telephone: (415) 268-7000
Facsimile: (415) 268-7522
Email:  JEth@mofo.com
          MFoster@mofo.com

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SHEET METAL WORKERS' NATIONAL PENSION FUND and INTERNATIONAL BROTHERHOOD OF TEAMSTERS LOCAL NO. 710 PENSION FUND, individually and as Lead Plaintiffs on behalf of all others similarly situated, and<br><br>INTERNATIONAL UNION OF OPERATING ENGINEERS PENSION FUND OF EASTERN PENNSYLVANIA AND DELAWARE, individually and as Named Plaintiff, on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>BAYER AKTIENGESELLSCHAFT, WERNER BAUMANN, WERNER WENNING, LIAM CONDON, JOHANNES DIETSCH, and WOLFGANG NICKL,<br><br>Defendants. | Case No: 3:20-cv-04737-RS<br><br>CLASS ACTION<br><br>**JOINT STIPULATION AND SCHEDULING ORDER**<br><br>Ctrm:  3 – 17th Floor<br>Judge:  Richard Seeborg |

Pursuant to Local Rule 6-2, the Parties respectfully request the following:

WHEREAS, on July 1, 2022, the Court entered the Initial Case Management Scheduling Order (ECF No. 133), which set the parameters for discovery and a schedule for Plaintiffs' motion for class certification;

WHEREAS, on October 28, 2022, Lead and Named Plaintiffs filed the Motion for Class Certification and Appointment of Class Representatives and Class Counsel (the "Motion for Class Certification") (ECF No. 140);

WHEREAS, on November 10, 2022, Defendants issued their first set of document requests to Plaintiffs and requested Plaintiffs' and their experts' availability to be deposed in the final week of December 2022 and the first week of January 2023;

WHEREAS, Plaintiffs' market efficiency expert witness was deposed on December 21, 2022, Plaintiffs' other class certification expert witness was deposed on January 6, 2023, and the depositions of Lead Plaintiffs are anticipated to be complete by January 13, 2023;

WHEREAS, the earliest date additional Named Plaintiff and proposed class representative International Union of Operating Engineers Pension Fund of Eastern Pennsylvania and Delaware ("Additional Plaintiff IUOE") is now available to be deposed is January 23, 2023;

WHEREAS, Additional Plaintiff IUOE is scheduled for deposition on January 23, 2023;

WHEREAS, senior counsel for Defendants with primary responsibility for preparing Defendants' opposition to the Motion for Class Certification anticipates the birth of his child during the week of January 23, 2023;

WHEREAS, Defendants' opposition to the Motion for Class Certification and rebuttal expert report(s) are currently due on or before January 16, 2023;

WHEREAS, Plaintiffs' reply in support of the Motion for Class Certification and reply expert report(s) are currently due on or before March 3, 2023;

WHEREAS, there is currently a hearing on the Motion for Class Certification scheduled for March 23, 2023;

WHEREAS, the parties have conferred regarding mutually agreeable dates for Defendants' opposition to the Motion for Class Certification and rebuttal expert report(s) and Plaintiffs' reply in support of the Motion for Class Certification and reply expert report(s);

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among the Parties and subject to the approval of the Court, that:

1.    Defendants shall file their opposition to the Motion for Class Certification and rebuttal expert report(s) on or before February 3, 2023.

2.    Plaintiffs shall file their reply in support of the Motion for Class Certification, if any, and reply expert report(s), if any, on or before March 21, 2023.

3.    Subject to the Court's convenience and schedule, the hearing on the Motion for Class Certification currently scheduled for March 23, 2023, shall be continued to April 13, 2023, or such other date as the Court deems appropriate.

IT IS SO STIPULATED.

Dated:    January 9, 2023

By:    _____
Jordan Eth (CA SBN 121617)
JEth@mofo.com
Mark R.S. Foster (CA SBN 223682)
MFoster@mofo.com
**MORRISON & FOERSTER**
425 Market Street
San Francisco, CA  94105
Telephone:  (415) 268-7126
Facsimile:  (415) 268-7522

William Savitt (*pro hac vice*)
Noah B. Yavitz (*pro hac vice*)
Emily R. Barreca (*pro hac vice*)
**WACHTELL, LIPTON, ROSEN & KATZ**
51 West 52nd Street
New York, NY  10019
Telephone:  (212) 403-1000
Facsimile:  (212) 403-2000

*Attorneys for Defendants*

By:    /s/ Carol V. Gilden

Carol V. Gilden (*pro hac vice*)
cgilden@cohenmilstein.com
**COHEN MILSTEIN SELLERS & TOLL PLLC**
190 South LaSalle Street, Suite 1705
Chicago, IL 60603
Telephone: (312) 357-0370
Facsimile: (312) 357-0369

Steven J. Toll (*pro hac vice*)
stoll@cohenmilstein.com
**COHEN MILSTEIN SELLERS & TOLL PLLC**
1100 New York Ave NW, Suite 500 East
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699

Chris Lometti (*pro hac vice*)
clometti@cohenmilstein.com
Benjamin F. Jackson (*pro hac vice*)
bjackson@cohenmilstein.com
Norhan Bassiouny (*pro hac vice*)
nbassiouny@cohenmilstein.com
**COHEN MILSTEIN SELLERS & TOLL PLLC**
88 Pine Street, Fourteenth Floor
New York, NY 10005
Telephone: (212) 838-7797
Facsimile: (212) 838-7745

*Lead Counsel for Plaintiffs and the Class*

Nicole Lavallee (CA SBN 165755)
nlavallee@bermantabacco.com
Alexander S. Vahdat (CA SBN 284963)
avahdat@bermantabacco.com
**BERMAN TABACCO**
44 Montgomery Street, Suite 650
San Francisco, CA 94104
Telephone: (415) 433-3200
Facsimile: (415) 433-6382

*Liaison Counsel for Plaintiffs and the Class*

## <u>CERTIFICATE PURSUANT TO LOCAL RULE 5-1(i)(3)</u>

I, Jordan Eth, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories.

By: _____

Jordan Eth

## <u>ORDER GRANTING STIPULATION</u>

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:   January 9, 2023

_____
HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE