Carol V. Gilden (admitted *pro hac vice*)
**COHEN MILSTEIN SELLERS & TOLL PLLC**
190 South LaSalle Street
Suite 1705
Chicago, IL 60603
Telephone: (312) 357-0370
Email: cgilden@cohenmilstein.com

Nicole Lavallee (SBN 165755)
Alexander S. Vahdat (SBN 284963)
**BERMAN TABACCO**
425 California Street, Suite 2300
San Francisco, CA 94104
Telephone: (415) 433-3200
Facsimile: (415) 433-6382
Email: nlavallee@bermantabacco.com
         avahdat@bermantabacco.com

*Attorneys for Lead Plaintiffs and Additional Named Plaintiff*

[Additional Counsel on Signature Page]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SHEET METAL WORKERS' NATIONAL PENSION FUND and INTERNATIONAL BROTHERHOOD OF TEAMSTERS LOCAL NO. 710 PENSION FUND, individually and as Lead Plaintiffs on behalf of all others similarly situated, and <br><br> INTERNATIONAL UNION OF OPERATING ENGINEERS PENSION FUND OF EASTERN PENNSYLVANIA AND DELAWARE, individually and as Named Plaintiff, on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> BAYER AKTIENGESELLSCHAFT, WERNER BAUMANN, WERNER WENNING, LIAM CONDON, JOHANNES DIETSCH, and WOLFGANG NICKL, <br><br> Defendants. | Case No: 3:20-cv-04737-RS <br><br> <u>CLASS ACTION</u> <br><br> **LEAD PLAINTIFFS' MOTION FOR ADMINISTRATIVE RELIEF UNDER CIVIL LOCAL RULE 7-11** <br><br> Ctrm:  3 – 17th Floor <br> Judge:  Richard Seeborg |

[No: 3:20-cv-04737-RS] LEAD PLAINTIFFS' MOTION FOR ADMINISTRATIVE RELIEF UNDER CIVIL LOCAL RULE 7-11

Pursuant to Civil Local Rule 7-11, Court-appointed Lead Plaintiffs Sheet Metal Workers' National Pension Fund and International Brotherhood of Teamsters Local No. 710 Pension Fund (collectively "Lead Plaintiffs") respectfully submit this Motion for Administrative Relief under Civil Local Rule 7-11 to correct a filing error due to an inadvertent omission with respect to the Schedule A's attached to Lead Plaintiffs' Certifications Pursuant to the Federal Securities Laws ("Certifications") that accompanied the Amended Class Action Complaint ("Amended Complaint") (ECF 47 Ex. A at Sched. A & Ex. B at Sched. A). Defendants do not oppose the relief sought herein. *See* Declaration of Carol V. Gilden in Support of Lead Plaintiffs' Motion for Administrative Relief under Civil Local Rule 7-11 ("Gilden Declaration" or "Gilden Decl."), filed herewith, ¶ 9.

This motion is being filed because the Schedule A's attached to Exhibits A and B to the Amended Complaint, reflecting Lead Plaintiffs' respective purchases and sales of American Depository Receipts ("ADRs") during the Extended Class Period alleged in the Amended Complaint, inadvertently omitted an ADR sale that took place on April 15, 2019 for each Lead Plaintiff during the Extended Class Period.[1] *See* Gilden Decl. ¶ 4. All of Lead Plaintiffs' ADR purchases during the Extended Class Period were included on the Schedule A's. *Id.* Ex. 1 ¶ 3 & Ex. 2 ¶ 3.

While the April 15, 2019 ADR sales were inadvertently omitted from the Schedule A's, they were disclosed in Lead Plaintiffs' loss charts attached to their earlier motion for appointment as Lead Plaintiffs in connection with the operative complaint at that time. ECF 24-2; *see* Gilden Decl. ¶ 5. These sales also were reflected in documents produced by Lead Plaintiffs on January 9, 2023 in response to Defendants' First Request for Production of Documents Directed to Lead Plaintiffs and Additional Named Plaintiff served on November 10, 2022. *See id*. ¶ 6. Thus, Defendants were not prejudiced by said inadvertent omissions.[2]

---

[1] The first complaint filed in this Action provided for a class period of May 23, 2016 through March 19, 2019, inclusive (the "Original Class Period") (ECF 1 ¶ 1). After Lead Plaintiffs were appointed, they filed an Amended Complaint extending the class period through July 6, 2020, inclusive (the "Extended Class Period") (ECF 47 ¶ 1), and the Second Amended Complaint specified the Extended Class Period (ECF 107 ¶ 1).

[2] The omissions only came to Lead Counsel's attention in connection with Lead Plaintiffs'

[No: 3:20-cv-04737-RS] LEAD PLAINTIFFS' MOTION FOR ADMINISTRATIVE RELIEF UNDER CIVIL LOCAL RULE 7-11                                                                                                   1

Corrected Schedule A's reflecting these sales are attached as (i) Exhibit A to the Declaration of Sheet Metal Workers' National Pension Fund ("Corrected Sheet Metal Workers' Schedule A"); and (ii) Exhibit A to the Declaration of International Brotherhood of Teamsters Local No. 710 Pension Fund ("Corrected Teamsters Local 710 Schedule A"), which are appended as Exhibits 1 and 2, respectively, to the Gilden Declaration.  To correct the filing error due to this inadvertent omission, Lead Plaintiffs request that the Court (i) substitute the Corrected Sheet Metal Workers' Schedule A, attached as Exhibit A to Gilden Declaration Exhibit 1, for the Schedule A docketed as ECF 47 at ECF p. 161 of 169; and (ii) substitute the Corrected Teamsters Local 710 Schedule A, attached as Exhibit A to Gilden Declaration Exhibit 2, for the Schedule A docketed as ECF 47 at ECF p. 165 of 169.

Dated:  January 25, 2023

**COHEN MILSTEIN SELLERS & TOLL PLLC**

By:  */s/ Carol V. Gilden*
Carol V. Gilden (admitted *pro hac vice*)

190 South LaSalle Street, Suite 1705
Chicago, IL 60603
Telephone: (312) 357-0370
Facsimile: (312) 357-0369
Email: cgilden@cohenmilstein.com

Steven J. Toll (admitted *pro hac vice*)
**COHEN MILSTEIN SELLERS & TOLL PLLC**
1100 New York Ave NW, Suite 500 East
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
Email: stoll@cohenmilstein.com

---

depositions, and Lead Plaintiffs bring this Motion now to ensure that the record is complete and accurate.

Chris Lometti (admitted *pro hac vice*)
Benjamin F. Jackson (admitted *pro hac vice*)
Norhan Bassiouny (admitted *pro hac vice*)
**COHEN MILSTEIN SELLERS & TOLL PLLC**
88 Pine Street, Fourteenth Floor
New York, NY 10005
Telephone: (212) 838-7797
Facsimile: (212) 838-7745
Email: clometti@cohenmilstein.com
          bjackson@cohenmilstein.com
          nbassiouny@cohenmilstein.com

*Lead Counsel*

Nicole Lavallee (SBN 165755)
Alexander S. Vahdat (SBN 284963)
**BERMAN TABACCO**
425 California Street, Suite 2300
San Francisco, CA 94104
Telephone: (415) 433-3200
Facsimile: (415) 433-6382
Email: nlavallee@bermantabacco.com
          avahdat@bermantabacco.com

*Liaison Counsel*

*Attorneys for Lead Plaintiffs Sheet Metal Workers'
National Pension Fund and International Brotherhood
of Teamsters Local No. 710 Pension Fund, and Named
Plaintiff International Union of Operating Engineers
Pension Fund of Eastern Pennsylvania and Delaware*