Carol V. Gilden (admitted *pro hac vice*)
**COHEN MILSTEIN SELLERS & TOLL PLLC**
190 South LaSalle Street
Suite 1705
Chicago, IL 60603
Telephone: (312) 357-0370
Email: cgilden@cohenmilstein.com

Nicole Lavallee (SBN 165755)
Alexander S. Vahdat (SBN 284963)
**BERMAN TABACCO**
425 California Street, Suite 2300
San Francisco, CA 94104
Telephone: (415) 433-3200
Facsimile: (415) 433-6382
Email: nlavallee@bermantabacco.com
        avahdat@bermantabacco.com

*Attorneys for Lead Plaintiffs and Additional Named Plaintiff*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SHEET METAL WORKERS' NATIONAL PENSION FUND and INTERNATIONAL BROTHERHOOD OF TEAMSTERS LOCAL NO. 710 PENSION FUND, individually and as Lead Plaintiffs on behalf of all others similarly situated, and<br><br>INTERNATIONAL UNION OF OPERATING ENGINEERS PENSION FUND OF EASTERN PENNSYLVANIA AND DELAWARE, individually and as Named Plaintiff, on behalf of all others similarly situated,<br><br>   Plaintiffs,<br><br>  vs.<br><br>BAYER AKTIENGESELLSCHAFT, WERNER BAUMANN, WERNER WENNING, LIAM CONDON, JOHANNES DIETSCH, and WOLFGANG NICKL,<br><br>   Defendants. | Case No: 3:20-cv-04737-RS<br><br>CLASS ACTION<br><br>**DECLARATION OF CAROL V. GILDEN IN SUPPORT OF LEAD PLAINTIFFS' MOTION FOR ADMINISTRATIVE RELIEF UNDER CIVIL LOCAL RULE 7-11**<br><br>Ctrm: 3 – 17th Floor<br>Judge: Richard Seeborg |

[No: 3:20-cv-04737-RS] DECL. OF CAROL V. GILDEN ISO LEAD PLAINTIFFS' MOTION FOR ADMINISTRATIVE RELIEF UNDER CIVIL LOCAL RULE 7-11

I, Carol V. Gilden, declare, pursuant to 28 U.S.C. § 1746, as follows:

1.     I am a member in good standing of the bar of the State of Illinois and have been admitted *pro hac vice* in this pending action. I am a partner with the law firm of Cohen Milstein Sellers & Toll PLLC ("Cohen Milstein"), Lead Counsel in this action.

2.     I have personal knowledge of the statements herein and, if called upon as a witness, could and would competently testify thereto.

3.     I respectfully submit this declaration in support of Lead Plaintiffs' Motion for Administrative Relief under Civil Local Rule 7-11.

4.     The Schedule A's attached to the Certifications attached as Exhibits A and B to the Amended Class Action Complaint (ECF 47) each inadvertently omitted one American Depository Receipt ("ADR") sale that occurred on April 15, 2019, during the Extended Class Period.[1]

5.     The loss charts attached to the Lead Plaintiffs' motion for appointment as Lead Plaintiff disclosed these ADR sales for each of the Lead Plaintiffs.  ECF 24-2.

6.     These sales were also reflected in documents produced on January 9, 2023 by the Lead Plaintiffs in response to Defendants' First Request for Production of Documents Directed to Lead Plaintiffs and Additional Named Plaintiff served on November 10, 2022.

7.     Attached hereto as Exhibit 1 is a true and correct copy of the Declaration of Sheet Metal Workers' National Pension Fund in Support of Lead Plaintiffs' Motion for Administrative Relief under Civil Local Rule 7-11, attaching as Exhibit A thereto a Corrected Schedule A.

8.     Attached hereto as Exhibit 2 is a true and correct copy of the Declaration of International Brotherhood of Teamsters Local No. 710 Pension Fund in Support of Lead Plaintiffs' Motion for Administrative Relief under Civil Local Rule 7-11, attaching as Exhibit A thereto a Corrected Schedule A.

---

[1] The Class Period specified in the initial complaint in this Action was May 23, 2016 through March 19, 2019, inclusive (ECF 1 ¶ 1). The Amended Complaint extended the Class Period through July 6, 2020, inclusive (ECF 47 ¶ 1) (the "Extended Class Period"), and the Second Amended Complaint specified that same Extended Class Period (ECF 107 ¶ 1).

9.    On January 24, 2023, my colleague Benjamin F. Jackson contacted Defendants' counsel to obtain a stipulation to agree to the filing of the corrected Certifications.  On January 25, 2023, Defendants' counsel Mr. Noah B. Yavitz stated both via email and during a telephone conference attended by me and Mr. Jackson that Defendants do not oppose the relief requested herein.

I declare under penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct.

Executed this 25th day of January, 2023, at Chicago, Illinois.

*/s/ Carol V. Gilden*
Carol V. Gilden

# EXHIBIT 1

Carol V. Gilden (admitted *pro hac vice*)
**COHEN MILSTEIN SELLERS & TOLL PLLC**
190 South LaSalle Street
Suite 1705
Chicago, IL 60603
Telephone: (312) 357-0370
Email: cgilden@cohenmilstein.com

Nicole Lavallee (SBN 165755)
Alexander S. Vahdat (SBN 284963)
**BERMAN TABACCO**
425 California Street, Suite 2300
San Francisco, CA 94104
Telephone: (415) 433-3200
Facsimile: (415) 433-6382
Email: nlavallee@bermantabacco.com
       avahdat@bermantabacco.com

*Attorneys for Lead Plaintiffs and Additional Named Plaintiff*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SHEET METAL WORKERS' NATIONAL PENSION FUND and INTERNATIONAL BROTHERHOOD OF TEAMSTERS LOCAL NO. 710 PENSION FUND, individually and as Lead Plaintiffs on behalf of all others similarly situated, and<br><br>INTERNATIONAL UNION OF OPERATING ENGINEERS PENSION FUND OF EASTERN PENNSYLVANIA AND DELAWARE, individually and as Named Plaintiff, on behalf of all others similarly situated,<br><br>   Plaintiffs,<br><br>  vs.<br><br>BAYER AKTIENGESELLSCHAFT, WERNER BAUMANN, WERNER WENNING, LIAM CONDON, JOHANNES DIETSCH, and WOLFGANG NICKL,<br><br>   Defendants. | Case No: 3:20-cv-04737-RS<br><br>CLASS ACTION<br><br>**DECLARATION OF SHEET METAL WORKERS' NATIONAL PENSION FUND IN SUPPORT OF LEAD PLAINTIFFS' MOTION FOR ADMINISTRATIVE RELIEF UNDER CIVIL LOCAL RULE 7-11**<br><br>Ctrm: 3 – 17th Floor<br>Judge: Richard Seeborg |

[No: 3:20-cv-04737-RS] DECL. OF SHEET METAL WORKERS' NATIONAL PENSION FUND ISO LEAD PLS.' ADMINISTRATIVE MOTION FOR ADMINISTRATIVE RELIEF UNDER CIVIL LOCAL RULE 7-11

I, Lori Wood, on behalf of Lead Plaintiff Sheet Metal Workers' National Pension Fund ("Fund" or "Lead Plaintiff") declare, pursuant to 28 U.S.C. § 1746, as follows:

1.    I respectfully submit this Declaration on behalf of the Sheet Metal Workers' National Pension Fund in support of Lead Plaintiffs' Motion for Administrative Relief under Civil Local Rule 7-11 in 5 the above-captioned case. Unless otherwise specifically noted, I have personal knowledge about the information in this Declaration and, if called as a witness, could and would competently testify hereto.

2.    I am the Executive Director at the Sheet Metal Workers' National Pension Fund and am authorized to make legal decisions on behalf of the Fund with regard to this action.

3.    As set forth in the Certification Pursuant to the Federal Securities Laws ("Certification") attached as Exhibit A to the Amended Class Action Complaint ("Amended Complaint"), the Sheet Metal Workers' National Pension Fund purchased and sold Bayer American Depository Receipts ("ADRs") during the Class Period alleged in the Amended Complaint. While Schedule A to the Certification included all of the Fund's purchases of Bayer ADRs and three sales during the Class Period, it inadvertently omitted one sale taking place on April 15, 2019. As such, attached as Exhibit A is a Corrected Schedule A to the Sheet Metal Workers' National Pension Fund's prior Certification. Other than those transactions set forth in Exhibit A, the Fund has engaged in no other transactions in Bayer ADRs during the Class Period.

I declare under penalty of that the foregoing is true and correct.

Executed this 25th day of January, 2023.

SHEET METAL WORKERS'
NATIONAL PENSION FUND
PENSION FUND


By: /s/ Lori Wood

Lori Wood
Executive Director

**E-FILING ATTESTATION**

I, Carol V. Gilden, am the ECF User whose ID and password are being used to file this document.  In compliance with Civil Local Rule 5-1(h)(3), I hereby attest that Lori Wood identified above has concurred in this filing.

*/s/ Carol V. Gilden*
Carol V. Gilden

# EXHIBIT A

## CORRECTED SCHEDULE A

| Trade Date | Transaction Type | Shares | Share Price ($) |
|---|---|---|---|
| 6/7/2016 | PURCHASE | 25,100 | 103.9916 |
| 8/2/2016 | PURCHASE | 16,315 | 106.6131 |
| 9/6/2016 | PURCHASE | 10,020 | 107.2068 |
| 10/14/2016 | SALE | 3,400 | 99.46 |
| 11/28/2016 | SALE | 11,100 | 93.2475 |
| 12/9/2016 | PURCHASE | 11,000 | 99.2994 |
| 9/19/2017 | SALE | 1,700 | 131.6165 |
| 12/18/2017 | PURCHASE | 20,200 | 31.928 |
| 2/14/2018 | PURCHASE | 5,700 | 30.71 |
| 3/27/2018 | PURCHASE | 5,306 | 28.22 |
| 10/18/2018 | PURCHASE | 14,910 | 22.4282 |
| 4/15/2019 | SALE | 231,056 | 17.369299 |

# EXHIBIT 2

Carol V. Gilden (admitted *pro hac vice*)
**COHEN MILSTEIN SELLERS & TOLL PLLC**
190 South LaSalle Street
Suite 1705
Chicago, IL 60603
Telephone: (312) 357-0370
Email: cgilden@cohenmilstein.com

Nicole Lavallee (SBN 165755)
Alexander S. Vahdat (SBN 284963)
**BERMAN TABACCO**
425 California Street, Suite 2300
San Francisco, CA 94104
Telephone: (415) 433-3200
Facsimile: (415) 433-6382
Email: nlavallee@bermantabacco.com
         avahdat@bermantabacco.com

*Attorneys for Lead Plaintiffs and Additional Named Plaintiff*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SHEET METAL WORKERS' NATIONAL PENSION FUND and INTERNATIONAL BROTHERHOOD OF TEAMSTERS LOCAL NO. 710 PENSION FUND, individually and as Lead Plaintiffs on behalf of all others similarly situated, and<br><br>INTERNATIONAL UNION OF OPERATING ENGINEERS PENSION FUND OF EASTERN PENNSYLVANIA AND DELAWARE, individually and as Named Plaintiff, on behalf of all others similarly situated,<br><br>   Plaintiffs,<br><br>  vs.<br><br>BAYER AKTIENGESELLSCHAFT, WERNER BAUMANN, WERNER WENNING, LIAM CONDON, JOHANNES DIETSCH, and WOLFGANG NICKL,<br><br>   Defendants. | Case No: 3:20-cv-04737-RS<br><br>CLASS ACTION<br><br>**DECLARATION OF INTERNATIONAL BROTHERHOOD OF TEAMSTERS LOCAL NO. 710 PENSION FUND IN SUPPORT OF LEAD PLAINTIFFS' MOTION FOR ADMINISTRATIVE RELIEF UNDER CIVIL LOCAL RULE 7-11**<br><br>Ctrm: 3 – 17th Floor<br>Judge: Richard Seeborg |

[No: 3:20-cv-04737-RS] DECL. OF INTERNATIONAL BROTHERHOOD OF TEAMSTERS LOCAL NO. 710 PENSION FUND ISO LEAD PLAINTIFFS' ADMINISTRATIVE MOTION FOR ADMINISTRATIVE RELIEF UNDER CIVIL LOCAL RULE 7-11

I, Michael O'Malley, on behalf of Lead Plaintiff International Brotherhood of Teamsters Local No. 710 Pension Fund ("Teamsters Local 710 Pension Fund" or "Lead Plaintiff") declare, pursuant to 28 U.S.C. § 1746, as follows:

1.     I respectfully submit this Declaration on behalf of Teamsters Local 710 Pension Fund in support of Lead Plaintiffs' Motion for Administrative Relief under Civil Local Rule 7-11 in the above-captioned case.  Unless otherwise specifically noted, I have personal knowledge about the information in this Declaration and, if called as a witness, could and would competently testify hereto.

2.     I am the Administrator at Teamsters Local 710 Pension Fund and am authorized to make legal decisions on behalf of Teamsters Local 710 Pension Fund with regard to this action.

3.     As set forth in the Certification Pursuant to the Federal Securities Laws ("Certification") attached as Exhibit B to the Amended Class Action Complaint ("Amended Complaint"), Teamsters Local 710 Pension Fund purchased and sold Bayer American Depository Receipts ("ADRs") during the Class Period alleged in the Amended Complaint.  While Schedule A to the Certification included all of Teamsters Local 710 Pension Fund's purchases of Bayer ADRs and six sales during the Class Period, it inadvertently omitted one sale taking place on April 15, 2019.  As such, attached as Exhibit A is a Corrected Schedule A to Teamsters Local 710 Pension Fund's prior Certification.  Other than those transactions set forth in Exhibit A, Teamsters Local 710 Pension Fund has engaged in no other transactions in Bayer ADRs during the Class Period.

I declare under penalty of that the foregoing is true and correct.

Executed this 25th day of January, 2023.

INTERNATIONAL BROTHERHOOD
OF TEAMSTERS LOCAL NO. 710
PENSION FUND

By: _/s/ Michael O'Malley_

Michael O'Malley
Administrator

[No: 3:20-cv-04737-RS] DECL. OF INTERNATIONAL BROTHERHOOD OF TEAMSTERS LOCAL NO. 710 PENSION FUND ISO LEAD PLAINTIFFS' ADMINISTRATIVE MOTION FOR ADMINISTRATIVE RELIEF UNDER CIVIL LOCAL RULE 7-11                                                                                                      1

**E-FILING ATTESTATION**

I, Carol V. Gilden, am the ECF User whose ID and password are being used to file this document.  In compliance with Civil Local Rule 5-1(h)(3), I hereby attest that Michael O'Malley identified above has concurred in this filing.

/s/ Carol V. Gilden
Carol V. Gilden

# EXHIBIT A

## CORRECTED SCHEDULE A

| Trade Date | Transaction Type | Shares | Share Price ($) |
|---|---|---|---|
| 5/25/2016 | SALE | 5,900 | 97.4497 |
| 5/26/2016 | SALE | 3,400 | 96.2871 |
| 5/27/2016 | SALE | 1,865 | 95.142 |
| 6/7/2016 | PURCHASE | 20,100 | 103.9916 |
| 8/2/2016 | PURCHASE | 13,110 | 106.6131 |
| 9/6/2016 | PURCHASE | 8,020 | 107.2068 |
| 12/9/2016 | PURCHASE | 12,400 | 99.2994 |
| 6/22/2017 | SALE | 3,200 | 136.6591 |
| 8/7/2017 | SALE | 3,000 | 125.6627 |
| 12/18/2017 | PURCHASE | 19,900 | 31.928 |
| 5/1/2018 | SALE | 5,888 | 29.6217 |
| 4/15/2019 | SALE | 203,732 | 17.3693 |