Jordan Eth (CA SBN 121617)
JEth@mofo.com
**MORRISON & FOERSTER LLP**
425 Market Street
San Francisco, CA  94105
Telephone:  (415) 268-7126
Facsimile:  (415) 268-7522

William Savitt (*pro hac vice*)
Noah B. Yavitz (*pro hac vice*)
Emily R. Barreca (*pro hac vice*)
**WACHTELL, LIPTON, ROSEN & KATZ**
51 West 52nd Street
New York, NY  10019
Telephone:  (212) 403-1000
Facsimile:  (212) 403-2000

*Attorneys for defendants Bayer
Aktiengesellschaft, Werner Baumann,
Werner Wenning, Liam Condon,
Johannes Dietsch, and Wolfgang Nickl*

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| SHEET METAL WORKERS' NATIONAL PENSION FUND and INTERNATIONAL BROTHERHOOD OF TEAMSTERS LOCAL NO. 710 PENSION FUND, individually and as Lead Plaintiffs on behalf of all others similarly situated, and<br><br>INTERNATIONAL UNION OF OPERATING ENGINEERS PENSION FUND OF EASTERN PENNSYLVANIA AND DELAWARE, individually and as Named Plaintiff, on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BAYER AKTIENGESELLSCHAFT, WERNER BAUMANN, WERNER WENNING, LIAM CONDON, JOHANNES DIETSCH, and WOLFGANG NICKL,<br><br>Defendants. | Case No.:  3:20-cv-04737-RS<br><br>**DECLARATION OF EMILY R. BARRECA IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND APPOINTMENT OF CLASS REPRESENTATIVES AND CLASS COUNSEL** |

I, Emily R. Barreca, declare as follows:

1.      I am an attorney admitted to practice law in the state of New York and an associate of Wachtell, Lipton, Rosen & Katz, counsel of record for defendants Bayer Aktiengesellschaft, Werner Baumann, Werner Wenning, Liam Condon, Johannes Dietsch, and Wolfgang Nickl.  I am admitted *pro hac vice* in this Court.  I submit this declaration in support of Defendants' Opposition to Plaintiffs' Motion for Class Certification and Appointment of Class Representatives and Class Counsel.  I make this declaration based on my personal knowledge.

2.      Attached as **Exhibit O-1** is a true and correct copy of the Expert Report of Mark Garmaise, Ph.D., dated February 3, 2023.

3.      Attached as **Exhibit O-2** is a true and correct copy of the Expert Report of C. Zarcu, dated February 3, 2023.

4.      Attached as **Exhibit O-3** is a true and correct copy of PLTFS-IUOE-000001, an investment policy statement produced by plaintiff International Union of Operating Engineers Pension Fund of Eastern Pennsylvania and Delaware (Exhibit Z-1 to the Expert Report of C. Zarcu).

5.      Attached as **Exhibit O-4** is a true and correct copy of the transcript of the deposition of Michael O'Malley of the International Brotherhood of Teamsters Local No. 710 Pension Fund ("Local 710") Pursuant to Fed. R. Civ. P. 30(b)(6) (Exhibit Z-2 to the Expert Report of C. Zarcu).

6.      Attached as **Exhibit O-5** is a true and correct copy of the transcript of the deposition of Professor Joshua R. Mitts, Ph.D. (Exhibit Z-3 to the Expert Report of C. Zarcu).

7.      Attached as **Exhibit O-6** is a true and correct copy of the transcript of the deposition of Lori Wood of the Sheet Metal Workers' National Pension Fund ("SMW") Pursuant to Fed. R. Civ. P. 30(b)(6) (Exhibit Z-4 to the Expert Report of C. Zarcu).

8.      Attached as **Exhibit O-7** is a true and correct copy of HL-002732, an email produced by non-party Harding Loevner LP ("Harding Loevner"), dated June 6, 2016 from V. Gowda to C. Reale (Exhibit Z-5 to the Expert Report of C. Zarcu).

9.    Attached as **Exhibit O-8** is a true and correct copy of HL-002709, a brokerage record produced by Harding Loevner for trade date June 7, 2016 (Exhibit Z-6 to the Expert Report of C. Zarcu).

10.    Attached as **Exhibit O-9** is a true and correct copy of HL-002729, an email produced by Harding Loevner, dated August 1, 2016 from S. O'Connell to Instinet (Exhibit Z-7 to the Expert Report of C. Zarcu).

11.    Attached as **Exhibit O-10** is a true and correct copy of HL-002746, an email produced by Harding Loevner, dated August 2, 2016 from J. Crane to S. O'Connell (Exhibit Z-8 to the Expert Report of C. Zarcu).

12.    Attached as **Exhibit O-11** is a true and correct copy of HL-002742, an email produced by Harding Loevner, dated August 2, 2016 from J. Crane to S. O'Connell (Exhibit Z-9 to the Expert Report of C. Zarcu).

13.    Attached as **Exhibit O-12** is a true and correct copy of INSTINET000007, a brokerage record produced by non-party Instinet LLC ("Instinet") for trade date August 2, 2016 (Exhibit Z-10 to the Expert Report of C. Zarcu).

14.    Attached as **Exhibit O-13** is a true and correct copy of INSTINET000001, a brokerage record produced by Instinet for trade dates August 1 to September 6, 2016 (Exhibit Z-11 to the Expert Report of C. Zarcu).

15.    Attached as **Exhibit O-14** is a true and correct copy of HL-002711, a brokerage record produced by Harding Loevner for trade date August 2, 2016 (Exhibit Z-12 to the Expert Report of C. Zarcu).

16.    Attached as **Exhibit O-15** is a true and correct copy of HL-002731, an email produced by Harding Loevner, dated September 2, 2016 from V. Gowda to J. Crane (Exhibit Z-13 to the Expert Report of C. Zarcu).

17.    Attached as **Exhibit O-16** is a true and correct copy of HL-002750, an email produced by Harding Loevner, dated September 6, 2016 from J. Crane to V. Gowda (Exhibit Z-14 to the Expert Report of C. Zarcu).

18. Attached as **Exhibit O-17** is a true and correct copy of INSTINET000008, a brokerage record produced by Instinet for trade dates September 5 to September 6, 2016 (Exhibit Z-15 to the Expert Report of C. Zarcu).

19. Attached as **Exhibit O-18** is a true and correct copy of HL-002713, a brokerage record produced by Harding Loevner for trade date September 6, 2016 (Exhibit Z-16 to the Expert Report of C. Zarcu).

20. Attached as **Exhibit O-19** is a true and correct copy of INSTINET000002, a brokerage record produced by Instinet for trade dates December 8 to December 9, 2016 (Exhibit Z-17 to the Expert Report of C. Zarcu).

21. Attached as **Exhibit O-20** is a true and correct copy of INSTINET000009, a brokerage record produced by Instinet for trade date December 9, 2016 (Exhibit Z-18 to the Expert Report of C. Zarcu).

22. Attached as **Exhibit O-21** is a true and correct copy of HL-002737, an email produced by Harding Loevner, dated December 9, 2016 from J. Crane to V. Gowda (Exhibit Z-19 to the Expert Report of C. Zarcu).

23. Attached as **Exhibit O-22** is a true and correct copy of HL-002714, a brokerage record produced by Harding Loevner for trade date December 9, 2016 (Exhibit Z-20 to the Expert Report of C. Zarcu).

24. Attached as **Exhibit O-23** is a true and correct copy of INSTINET000003, a brokerage record produced by Instinet for trade dates December 15 to December 18, 2017 (Exhibit Z-21 to the Expert Report of C. Zarcu).

25. Attached as **Exhibit O-24** is a true and correct copy of INSTINET000010, a brokerage record produced by Instinet for trade dates December 15 to December 18, 2017 (Exhibit Z-22 to the Expert Report of C. Zarcu).

26. Attached as **Exhibit O-25** is a true and correct copy of HL-002739, an email produced by Harding Loevner, dated December 18, 2017 from J. Crane to V. Gowda (Exhibit Z-23 to the Expert Report of C. Zarcu).

27. Attached as **Exhibit O-26** is a true and correct copy of HL-002715, a brokerage record produced by Harding Loevner for trade date December 18, 2017 (Exhibit Z-24 to the Expert Report of C. Zarcu).

28. Attached as **Exhibit O-27** is a true and correct copy of the transcript of the deposition of John Heenan of the International Union of Operating Engineers Pension Fund of Eastern Pennsylvania and Delaware Pursuant to Fed. R. Civ. P. 30(b)(6) (Exhibit Z-25 to the Expert Report of C. Zarcu).

29. Attached as **Exhibit O-28** is a true and correct copy of HJ-0002400, Instant Bloomberg message exchanges produced by non-party Hardman Johnston Global Advisors LLC (Exhibit Z-26 to the Expert Report of C. Zarcu).

30. Attached as **Exhibit O-29** is a true and correct copy of the transcript of the deposition of Chad Coffman, CFA.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 3rd day of February, 2023, in New York, New York.


_____*/s/ Emily R. Barreca*_____
                    Emily R. Barreca

## ATTESTATION (CIVIL LOCAL RULE 5-1(i)(3))

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the signatory.

Dated:  February 3, 2023

_/s/Jordan Eth_
Jordan Eth