# EXHIBIT O-3

# (Ex. Z-1 to Expert Report of C. Zarcu)

# FILED UNDER SEAL