# EXHIBIT O-4

# (Ex. Z-2 to Expert Report of C. Zarcu)

# FILED UNDER SEAL