# EXHIBIT O-5

# (Ex. Z-3 to Expert Report of C. Zarcu)

# FILED UNDER SEAL