# EXHIBIT O-6

# (Ex. Z-4 to Expert Report of C. Zarcu)

# FILED UNDER SEAL