# EXHIBIT O-7

# (Ex. Z-5 to Expert Report of C. Zarcu)

# FILED UNDER SEAL