# EXHIBIT O-8

# (Ex. Z-6 to Expert Report of C. Zarcu)

# FILED UNDER SEAL