# EXHIBIT O-9

# (Ex. Z-7 to Expert Report of C. Zarcu)

# FILED UNDER SEAL