# EXHIBIT O-10

# (Ex. Z-8 to Expert Report of C. Zarcu)

# FILED UNDER SEAL