# EXHIBIT O-11

# (Ex. Z-9 to Expert Report of C. Zarcu)

# FILED UNDER SEAL