# EXHIBIT O-14

# (Ex. Z-12 to Expert Report
# of C. Zarcu)

# FILED UNDER SEAL