# EXHIBIT O-15

# (Ex. Z-13 to Expert Report
# of C. Zarcu)

# FILED UNDER SEAL