# EXHIBIT O-16

# (Ex. Z-14 to Expert Report of C. Zarcu)

# FILED UNDER SEAL