# EXHIBIT O-18

# (Ex. Z-16 to Expert Report
# of C. Zarcu)

# FILED UNDER SEAL