# EXHIBIT O-20

# (Ex. Z-18 to Expert Report
# of C. Zarcu)

Jordan Eth (CA SBN 121617)
JEth@mofo.com
**MORRISON & FOERSTER LLP**
425 Market Street
San Francisco, CA  94105
Telephone:  (415) 268-7126
Facsimile:  (415) 268-7522

William Savitt (*pro hac vice*)
Noah B. Yavitz (*pro hac vice*)
Emily R. Barreca (*pro hac vice*)
**WACHTELL, LIPTON, ROSEN & KATZ**
51 West 52nd Street
New York, NY  10019
Telephone:  (212) 403-1000
Facsimile:  (212) 403-2000

*Attorneys for defendants Bayer*
*Aktiengesellschaft, Werner Baumann,*
*Werner Wenning, Liam Condon,*
*Johannes Dietsch, and Wolfgang Nickl*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| SHEET METAL WORKERS' NATIONAL PENSION FUND and INTERNATIONAL BROTHERHOOD OF TEAMSTERS LOCAL NO. 710 PENSION FUND, individually and as Lead Plaintiffs on behalf of all others similarly situated, and<br><br>INTERNATIONAL UNION OF OPERATING ENGINEERS PENSION FUND OF EASTERN PENNSYLVANIA AND DELAWARE, individually and as Named Plaintiff, on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BAYER AKTIENGESELLSCHAFT, WERNER BAUMANN, WERNER WENNING, LIAM CONDON, JOHANNES DIETSCH, and WOLFGANG NICKL,<br><br>Defendants. | Case No.:  3:20-cv-04737-RS<br><br>**EXHIBIT O-20: INSTINET000009.XLS** |

## **MANUAL FILING NOTIFICATION**

Regarding:    EXHIBIT O-20 to the Declaration of Emily R. Barecca In Support Of Defendants' Opposition to Plaintiffs' Motion for Class Certification and Appointment of Class Representatives and Class Counsel.

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.  This document is submitted Under Seal.

If you are a participant in this case, this filing will be served in soft-copy shortly.  For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not e-filed for the following reason(s):

|   | |
|---|---|
|   | Unable to Scan Documents |
|   | Physical Object (please describe): |
|   | Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media |
|   | Item Under Seal in Criminal Case |
|   | Conformance with the Judicial Conference Privacy Policy (General Order 53) |
| **X** | Other (please describe): File only legible in native format. |

Dated: February 3, 2023

By: */s/* Jordan Eth
    Jordan Eth (CA SBN 121617)
    JEth@mofo.com
    **MORRISON & FOERSTER LLP**
    425 Market Street
    San Francisco, CA  94105
    Telephone:  (415) 268-7126
    Facsimile:  (415) 268-7522

    William Savitt (*pro hac vice*)
    Noah B. Yavitz (*pro hac vice*)
    Emily R. Barreca (*pro hac vice*)
    **WACHTELL, LIPTON, ROSEN & KATZ**
    51 West 52nd Street
    New York, NY  10019
    Telephone:  (212) 403-1000
    Facsimile:  (212) 403-2000
    *Attorneys for defendants Bayer Aktiengesellschaft, Werner Baumann, Werner Wenning, Liam Condon, Johannes Dietsch, and Wolfgang Nickl*