# EXHIBIT O-21

# (Ex. Z-19 to Expert Report
# of C. Zarcu)

# FILED UNDER SEAL