# EXHIBIT O-22

# (Ex. Z-20 to Expert Report of C. Zarcu)

# FILED UNDER SEAL