# EXHIBIT O-25

# (Ex. Z-23 to Expert Report of C. Zarcu)

# FILED UNDER SEAL