# EXHIBIT O-26

# (Ex. Z-24 to Expert Report
# of C. Zarcu)

# FILED UNDER SEAL