# EXHIBIT O-27

# (Ex. Z-25 to Expert Report of C. Zarcu)

# FILED UNDER SEAL