# EXHIBIT O-28

# (Ex. Z-26 to Expert Report of C. Zarcu)

# FILED UNDER SEAL