# EXHIBIT O-29

-2-

# FILED UNDER SEAL