Carol V. Gilden (admitted *pro hac vice*)
**COHEN MILSTEIN SELLERS & TOLL PLLC**
190 South LaSalle Street
Suite 1705
Chicago, IL 60603
Telephone: (312) 357-0370
Email: cgilden@cohenmilstein.com

Nicole Lavallee (SBN 165755)
Alexander S. Vahdat (SBN 284963)
**BERMAN TABACCO**
425 California Street, Suite 2300
San Francisco, CA 94104
Telephone: (415) 433-3200
Facsimile: (415) 433-6382
Email: nlavallee@bermantabacco.com
           avahdat@bermantabacco.com

*Attorneys for Lead Plaintiffs and Additional Named Plaintiff*

## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| SHEET METAL WORKERS' NATIONAL PENSION FUND and INTERNATIONAL BROTHERHOOD OF TEAMSTERS LOCAL NO. 710 PENSION FUND, individually and as Lead Plaintiffs on behalf of all others similarly situated, and<br><br>INTERNATIONAL UNION OF OPERATING ENGINEERS PENSION FUND OF EASTERN PENNSYLVANIA AND DELAWARE, individually and as Named Plaintiff, on behalf of all others similarly situated,<br><br>       Plaintiffs,<br><br>  vs.<br><br>BAYER AKTIENGESELLSCHAFT, WERNER BAUMANN, WERNER WENNING, LIAM CONDON, JOHANNES DIETSCH, and WOLFGANG NICKL,<br><br>       Defendants. | Case No: 3:20-cv-04737-RS<br><br>CLASS ACTION<br><br>**ORDER GRANTING LEAD PLAINTIFFS' MOTION FOR ADMINISTRATIVE RELIEF UNDER CIVIL LOCAL RULE 7-11**<br><br>Ctrm:  3 – 17th Floor<br>Judge:  Richard Seeborg |

[No: 3:20-cv-04737-RS] ORDER GRANTING LEAD PLAINTIFFS' MOTION FOR ADMINISTRATIVE RELIEF UNDER CIVIL LOCAL RULE 7-11

This matter comes before the Court on Court-appointed Lead Plaintiffs Sheet Metal Workers' National Pension Fund's and International Brotherhood of Teamsters Local No. 710 Pension Fund's Motion for Administrative Relief under Civil Local Rule 7-11 to correct an inadvertent omission with respect to the Schedule A's attached to Lead Plaintiffs' Certifications Pursuant to the Federal Securities Laws ("Certifications") that accompanied the Amended Class Action Complaint (the "Motion").

Upon consideration of the Motion and the papers submitted thereto, good cause appearing, the Motion is GRANTED.

**IT IS HEREBY ORDERED THAT:**

1.    The Clerk of the Court is authorized to:

a.    Substitute the Corrected Schedule A attached as Exhibit A to Exhibit 1 to the Declaration of Carol V. Gilden in Support of Lead Plaintiffs' Motion for Administrative Relief under Civil Local Rule 7-11 filed on January 25, 2023 ("Gilden Declaration"), for the Schedule A docketed as ECF No. 47 at ECF page 161 of 169; and

b.    substitute the Corrected Schedule A attached as Exhibit A to Gilden Declaration Exhibit 2 for the Schedule A docketed as ECF No. 47 at ECF page 165 of 169.

**IT IS SO ORDERED.**

DATED: _February 6, 2023_____        _____

Honorable Richard Seeborg
Chief District Judge

[No: 3:20-cv-04737-RS] ORDER GRANTING LEAD PLAINTIFFS' MOTION FOR
ADMINISTRATIVE RELIEF UNDER CIVIL LOCAL RULE 7-11                    1