# EXHIBIT A

**Willkie Farr & Gallagher LLP**
Nicholas Reddick (SBN 288779)
nreddick@willkie.com
One Front Street, 34th Floor
San Francisco, CA 94111
Telephone: (415) 858-7400
Facsimile: (415) 858-7599

*Attorney for Non-party Cowen and Company, LLC*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SHEET METAL WORKERS' NATIONAL PENSION FUND and INTERNATIONAL BROTHERHOOD OF TEAMSTERS LOCAL NO. 710 PENSION FUND, individually and as Lead Plaintiffs on behalf of all others similarly situated, and<br><br>INTERNATIONAL UNION OF OPERATING ENGINEEERS PENSION FUND OF EASTERN PENNSYLVANIA AND DELAWARE, individually and as Named Plaintiff, on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>BAYER AKTIENGESELLSCHAFT, WERNER BAUMANN, WERNER WENNING, LIAM CONDON, JOHANNES DIETSCH, and WOLFGANG NICKL,<br><br>Defendants. | Case No.: 3:20-cv-04737-RS<br><br><br>**SIGNATURE ATTESTATION OF NICHOLAS REDDICK IN CONNECTION WITH THE DECLARATION OF SHAIMAA M. HUSSEIN IN SUPPORT OF DEFENDANTS' MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED, PURSUANT TO CIVIL LOCAL RULE 79-5(F)** |

REDDICK SIGNATURE ATTESTATION
Case No. 3:20-cv-04737-RS

I, Nicholas Reddick, attest as follows:

1.      I am a partner at the law firm Willkie Farr & Gallagher LLP and am serving as local counsel for non-party Cowen and Company, LLC ("Cowen").  I am admitted to practice law in the state of California.  I respectfully submit this Signature Attestation in connection with the Declaration of Shaimaa M. Hussein in Support of Defendants' Motion to Consider Whether Another Party's Material Should be Sealed, Pursuant to Civil Local Rule 79-5(f) ("Sealing Declaration").

2.      I hereby attest that I have on file the original signature of Ms. Hussein corresponding to the signature indicated by the conformed signature (/S/) within the e-filed Sealing Declaration.

**WILLKIE FARR & GALLAGHER LLP**

Dated:  February 13, 2023

By:     /s/ Nicholas Reddick
        Nicholas Reddick

*Attorney for non-party Cowen and Company, LLC*

REDDICK SIGNATURE ATTESTATION
Case No. 3:20-cv-04737-RS

1