Carol V. Gilden (admitted *pro hac vice*)
**COHEN MILSTEIN SELLERS & TOLL PLLC**
190 South LaSalle Street
Suite 1705
Chicago, IL 60603
Telephone: (312) 357-0370
Email: cgilden@cohenmilstein.com

Nicole Lavallee (SBN 165755)
Alexander S. Vahdat (SBN 284963)
**BERMAN TABACCO**
425 California Street, Suite 2300
San Francisco, CA 94104
Telephone: (415) 433-3200
Facsimile: (415) 433-6382
Email: nlavallee@bermantabacco.com
      avahdat@bermantabacco.com

*Attorneys for Lead Plaintiffs and Additional Named Plaintiff*
[Additional Counsel on Signature Page for Accompanying Memorandum]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SHEET METAL WORKERS' NATIONAL PENSION FUND and INTERNATIONAL BROTHERHOOD OF TEAMSTERS LOCAL NO. 710 PENSION FUND, individually and as Lead Plaintiffs on behalf of all others similarly situated, and | Case No: 3:20-cv-04737-RS <br><br> CLASS ACTION <br><br> **DECLARATION OF CAROL V. GILDEN IN FURTHER SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND APPOINTMENT OF CLASS REPRESENTATIVES AND CLASS COUNSEL** |
| INTERNATIONAL UNION OF OPERATING ENGINEERS PENSION FUND OF EASTERN PENNSYLVANIA AND DELAWARE, individually and as Named Plaintiff, on behalf of all others similarly situated, | |
| Plaintiffs, | Date:   April 13, 2023 <br> Time:   1:30 p.m. <br> Ctrm:   3 – 17th Floor <br> Judge:  Richard Seeborg |
| vs. | |
| BAYER AKTIENGESELLSCHAFT, WERNER BAUMANN, WERNER WENNING, LIAM CONDON, JOHANNES DIETSCH, and WOLFGANG NICKL, | |
| Defendants. | |

[No: 3:20-cv-04737-RS] DECL. OF CAROL V. GILDEN IN FURTHER SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

I, Carol V. Gilden, declare, pursuant to 28 U.S.C. § 1746, as follows:

1.      I am a member in good standing of the bar of the State of Illinois and have been admitted *pro hac vice* in this pending action. I am a partner with the law firm of Cohen Milstein Sellers & Toll PLLC ("Cohen Milstein"), Lead Counsel in this action.

2.      I respectfully submit this declaration in further support of the motion of Lead Plaintiffs Sheet Metal Workers' National Pension Fund and International Brotherhood of Teamsters Local No. 710 Pension Fund and additional plaintiff International Union of Operating Engineers Pension Fund of Eastern Pennsylvania and Delaware (collectively "Plaintiffs") to (i) certify this action as a Class Action, (ii) appoint Plaintiffs as Class Representatives; and (iii) appoint Lead Counsel, the law firm of Cohen Milstein, as Class Counsel. I have personal knowledge of the statements herein and, if called upon as a witness, could and would competently testify thereto.

3.      Attached hereto as Exhibit A is a true and correct copy of the Rebuttal Expert Report of Professor Joshua R. Mitts, Ph.D., dated March 21, 2023. On March 20, 2023, counsel for non-party Hardman Johnston Global Advisors LLC ("Hardman Johnston") provided Plaintiffs with written consent to publicly file material contained in Exhibit A that Hardman Johnston previously designated "Confidential" under the terms of the operative protective order (ECF No. 138). On the same day, counsel for Defendants provided Plaintiffs with written consent to publicly file material contained in Exhibit A that Defendants previously designated "Highly Confidential" under the terms of the operative protective order (ECF No. 138). On March 21, 2023, counsel for non-party Cowen and Company, LLC ("Cowen") provided Plaintiffs with written consent to publicly file material contained in Exhibit A that Cowen previously designated "Confidential" under the terms of the operative protective order (ECF No. 138).

4.      Attached hereto as Exhibit B is a true and correct copy of the Expert Rebuttal Report of Chad Coffman, CFA, dated March 21, 2023. On March 20, 2023, counsel for Defendants provided Plaintiffs with written consent to publicly file material contained in Exhibit B that Defendants previously designated "Highly Confidential" under the terms of the operative protective order (ECF No. 138).

5.    Attached hereto as Exhibit C is a true and correct copy of a description of the Bayer ADR Program published by Defendant Bayer Aktiengesellschaft on its website and retrieved from https://www.bayer.com/en/investors/adr-program on March 16, 2023 at 12:49 p.m. EDT.

6.    Attached hereto as Exhibit D is a true and correct copy of the transcript of the deposition of Cristian Zarcu taken on March 8, 2023. On March 20, 2023, counsel for Defendants provided Plaintiffs with written consent to publicly file material contained in Exhibit D that Defendants previously designated "Highly Confidential" under the terms of the operative protective order (ECF No. 138).

7.    Attached hereto as Exhibit E is a true and correct copy of excerpts from the transcript of the deposition of Professor Joshua R. Mitts, Ph.D. taken on January 6, 2023.

8.    Attached hereto as Exhibit F is a list of federal securities class actions in which courts have rejected challenges to class certification predicated upon the Supreme Court's decision in *Comcast Corp. v. Behrend*, 569 U.S. 27 (2013).

9.    Attached hereto as Exhibit G is a true and correct copy of the transcript of the deposition of Professor Mark Garmaise taken on March 9, 2023, except for page 21. On March 20, 2023, counsel for Defendants provided Plaintiffs with written consent to publicly file material contained in Exhibit G that Defendants previously designated "Highly Confidential" under the terms of the operative protective order (ECF No. 138). On March 21, 2023, Defendants requested Plaintiffs remove page 21 of the transcript from the public filing due to confidentiality concerns.

10.    Between August 12, 2022 and September 19, 2022, Plaintiffs issued subpoenas to the following 37 non-parties seeking, *inter alia*, documents relevant to Defendants' extraterritoriality defense:

    a.    ABN AMRO Clearing Chicago LLC

    b.    Barclays Capital, Inc.

    c.    BGC Financial Inc.

    d.    The Bank of New York Mellon Corporation

    e.    BofA Securities, Inc.

f.   BTIG, LLC

g.   Canaccord Genuity Inc.

h.   Citadel Securities LLC

i.   Cowen

j.   Credit Suisse Securities (USA) LLC

k.   The Financial Industry Regulatory Authority (FINRA)

l.   FIS Brokerage & Securities Services LLC

m.  Hilltop Securities Inc.

n.   Instinet LLC

o.   Interactive Brokers LLC

p.   Jane Street Markets, LLC

q.   Jefferies LLC

r.   JonesTrading Institutional Services LLC

s.   JPMorgan Chase & Co.

t.   Lightspeed Financial Services Group LLC

u.   Macquarie Capital (USA) inc.

v.   Maxim Group LLC

w.   Merrill Lynch, Pierce, Fenner & Smith Incorporated

x.   Morgan Stanley Dean Witter & Co.

y.   National Financial Services LLC

z.   National Securities Clearing Corporation (NSCC)

aa. New York Stock Exchange (NYSE)

bb. OTC Markets Group

cc. Puma Capital, LLC

dd. Sanford C. Bernstein & Co., LLC

ee. SG Americas Securities, LLC

ff.  SpeedRoute LLC

[No: 3:20-cv-04737-RS] DECL. OF CAROL V. GILDEN IN FURTHER SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION                                                                                        3

gg. The Vertical Trading Group, LLC

hh. UBS Securities Co, Ltd.

ii. Virtu Financial, Inc.

jj. Wall Street Access NY Corporation

kk. Wells Fargo & Company

11.    As of today's date, Defendants have taken no depositions of non-parties and have only served notice on Plaintiffs of document subpoenas to Plaintiffs' investment managers, Harding Loevner LP and Hardman Johnston. Defendants provided notice to Plaintiffs of both subpoenas on November 10, 2022, and each subpoena specified a return date of December 12, 2022.

12.    Between August 12, 2022 and September 9, 2022, Plaintiffs issued subpoenas to the non-party broker-dealers that the available evidence indicates were involved in Plaintiffs' purchases of Bayer American Depositary Receipts during the proposed Class Period: Cowen and Company, LLC; Instinet LLC; Macquarie Capital (USA) Inc.; Merrill Lynch, Pierce, Fenner & Smith Incorporated; UBS Securities LLC; and J.P. Morgan Securities LLC. Each of these subpoenas contained a request for the production of "[a]ll communications concerning orders and trades concerning Bayer ADRs, Bayer F-Shares, or any other security issued by Bayer or with Bayer's consent, including communications with other broker-dealers, communications concerning any conditions for order or trade executions, and communications concerning procedures and policies involved with clearing and settlement."

I declare under penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct.

Executed this 21st day of March, 2023, at Chicago, Illinois.

*/s/ Carol V. Gilden*
Carol V. Gilden

[No: 3:20-cv-04737-RS] DECL. OF CAROL V. GILDEN IN FURTHER SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION                                                                                                 4