# EXHIBIT F

**Certified Securities Class Actions Rejecting *Comcast* Arguments**

1.  *Angley v. UTI Worldwide Inc.*, 311 F. Supp. 3d 1117, 1128-29 (C.D. Cal. 2018)

2.  *Baker v. SeaWorld Entm't Inc.*, 2017 WL 5885542, at *12-14 (S.D. Cal. Nov. 29, 2017)

3.  *Beaver Cnty. Emps.' Ret. Fund v. Tile Shop Holdings Inc.*, 2016 WL 4098741, at *11-12 (D. Minn. July 28, 2016)

4.  *Boston Ret. Sys. v. Uber Techs., Inc.*, 2022 WL 2954937, at *4 (N.D. Cal. July 26, 2022) (Seeborg, J.)

5.  *City of Cape Coral Mun. Firefighters Ret. Plan v. Emergent Biosolutions, Inc., HQ*, 322 F. Supp. 3d 676, 691-93 (D. Md. 2018)

6.  *City of Miami Gen. Emps.' & Sanitation Emps.' Ret. Trust v. RH, Inc.*, 2018 WL 4931543, at *2-4 (N.D. Cal. Oct. 11, 2018)

7.  *City of Pontiac Gen. Emps.' Ret. Sys. v. Dell Inc.*, 2018 WL 1558571, at *5-6 (W.D. Tex. Mar. 29, 2018)

8.  *City of Sterling Heights Gen. Emps.' Ret. Sys. v. Prudential Fin., Inc.*, 2015 WL 5097883, at *13 (D.N.J. Aug. 31, 2015)

9.  *City of Sunrise Firefighters' Pension Fund v. Oracle Corp.*, 2022 WL 1459567, at *7-11 (N.D. Cal. May 9, 2022)

10. *City of Sunrise Gen. Emps.' Ret. Plan v. Fleetcor Techs., Inc.*, 2019 WL 3449671, at *6-7 (N.D. Ga. July 17, 2019)

11. *Cooper v. Thoratec Corp.*, 2018 WL 2117337, at *6-7 (N.D. Cal. May 8, 2018)

12. *Cosby v. KPMG, LLP*, 2020 WL 3548379, at *26-28 (E.D. Tenn. June 29, 2020), *report and recommendation adopted*, 2021 WL1828114 (E.D. Tenn. May 7, 2021)

13. *Di Donato v. Insys Therapeutics, Inc.*, 333 F.R.D. 427, 446 (D. Ariz. 2019)

14. *Dodona I LLC v. Goldman Sachs & Co.*, 296 F.R.D. 261, 270-71 (S.D.N.Y. Jan 23, 2014)

15. *Dougherty v. Esperion Therapeutics, Inc.*, 2020 WL 6793326, at *6-7 (E.D. Mich. Nov. 19, 2020)

16. *Ferris v. Wynn Resorts Ltd.*, 2023 WL 2337364, at *12 (D. Nev. Mar. 1, 2023)

17. *Första AP-Fonden v. St Jude Med. Inc.*, 312 F.R.D. 511, 516-17 (D. Minn. 2015)

18. *Fosbre v. Las Vegas Sands Corp.*, 2015 WL 3722496, at *2-6 (D. Nev. June 15, 2015)

19. *Gaynor v. Miller*, 2018 WL 3751606, at *16-18 (E.D. Tenn. Aug. 6, 2018)

1

20.    *Hatamian v. Advanced Micro Devices, Inc.*, 2016 WL 1042502, at *8-9 (N.D. Cal. Mar. 16, 2016)

21.    *Hayes v. MagnaChip Semiconductor Corp.*, 2016 WL 7406418, at *9-10 (N.D. Cal. Dec. 22, 2016)

22.    *Howard v. Liquidity Servs. Inc.*, 322 F.R.D 103, 137-41 (D.D.C. 2017)

23.    *In re Acuity Brands, Inc. Sec. Litig.*, 2020 WL 5088092, at *6-7 (N.D. Ga. Aug. 25, 2020)

24.    *In re Allergan PLC Sec. Litig.*, 2021 WL 4077942, at *14-15 (S.D.N.Y. Sept. 8, 2021)

25.    *In re Anadarko Petroleum Corp. Sec. Litig.*, 2022 WL 4544235, at *7 (S.D. Tex. Sept. 28, 2022)

26.    *In re Apple Inc. Sec. Litig.*, 2022 WL 354785, at *10-13 (N.D. Cal. Feb. 4, 2022)

27.    *In re Banc of Cal. Sec. Litig.*, 326 F.R.D. 640, 651 (C.D. Cal. 2018)

28.    *In re Barrick Gold Sec. Litig.*, 314 F.R.D. 91, 104-07 (S.D.N.Y. 2016)

29.    *In re BofI Holding, Inc. Sec. Litig.*, 2021 WL 3742924, at *6-9 (S.D. Cal. Aug. 24, 2021)

30.    *In re BP plc Sec. Litig.*, 2014 WL 2112823, at *8-9 (S.D. Tex. May 20, 2014)

31.    *In re Celgene Corp. Sec. Litig.*, 2020 WL 8870665, at *8 (D.N.J. Nov. 29, 2020)

32.    *In re CenturyLink Sales Pracs. & Sec. Litig.*, 337 F.R.D. 193, 212-13 (D. Minn. 2020)

33.    *In re Diamond Foods Inc. Sec. Litig.*, 295 F.R.D. 240, 251-52 (N.D. Cal. 2013)

34.    *In re EQT Corp. Sec. Litig.*, 2022 WL 3293518, at *28 (W.D. Pa. Aug. 11, 2022)

35.    *In re Glob. Brokerage, Inc.*, 2021 WL 1160056 (S.D.N.Y. Mar. 18, 2021) *report and recommendation adopted*, 2021 WL 1105367 (S.D.N.Y. Mar. 23, 2021)

36.    *In re Goldman Sachs Grp., Inc. Sec. Litig.*, 2015 WL 5613150, at *7-8 (S.D.N.Y. Sep. 24, 2015), *vacated and remanded on other grounds sub nom. Ark. Teachers Ret. Sys. v. Goldman Sachs Grp., Inc.*, 879 F.3d 474 (2d Cir. 2018)

37.    *In re Groupon, Inc. Sec. Litig.*, 2014 WL 5245387, at *1-2 (N.D. Ill. Sep. 23, 2014)

38.    *In re Heckmann Corp. Sec. Litig.*, 2013 WL 2456104, at *13-14 (D. Del. June 6, 2013)

39.    *In re JPMorgan Chase & Co. Sec. Litig.*, 2015 WL 10433433, at *7 (S.D.N.Y. Sept. 29, 2015)

40.    *In re Lendingclub Sec. Litig.*, 282 F. Supp. 3d 1171, 1184 (N.D. Cal. 2017)

2

41. *In re Montage Tech. Grp. Ltd. Sec. Litig.*, 2016 WL 1598666, at *13 (N.D. Cal. Apr. 21, 2016)

42. *In re NII Holdings Inc. Sec. Litig.*, 311 F.R.D. 401, 413-14 (E.D. Va. 2015)

43. *In re Petrobras Sec. Litig.*, 312 F.R.D. 354, 371-72 (S.D.N.Y. 2016), *aff'd in part and vacated in part on other grounds*, 862 F.3d 250 (2d Cir. 2017)

44. *In re Signet Jewelers Ltd. Sec. Litig.*, 2019 WL 3001084, at *19-20 (S.D.N.Y. July 10, 2019)

45. *In re Silver Wheaton Corp. Sec. Litig.*, 2017 WL 2039171, at *14-16 (C.D. Cal. May 11, 2017)

46. *In re St. Jude Med. Inc. Sec. Litig.*, 2014 WL 6908434, at *6-9 (D. Minn. Dec. 8, 2014)

47. *In re SunEdison Inc. Sec. Litig.*, 329 F.R.D. 124, 142-44 (S.D.N.Y. 2019)

48. *In re Teva Sec. Litig.*, 2021 WL 872156, at *41-42 (D. Conn. Mar. 9, 2021)

49. *In re Twitter Inc. Sec. Litig.*, 326 F.R.D. 619, 629-30 (N.D. Cal. 2018)

50. *In re Under Armour Sec. Litig.*, 2022 WL 4545286, at *16 (D. Md. Sept. 29, 2022)

51. *In re Vale S.A. Sec. Litig.*, 2022 WL 969724, at *6 (E.D.N.Y. Mar. 31, 2022)

52. *In re Willis Towers Watson PLC Proxy Litig.*, 2020 WL 5361582, at *9-11 (E.D. Va. Sept. 4, 2020)

53. *In re Wilmington Trust Sec. Litig.*, 310 F.R.D. 243, 245-46 (D. Del. 2015)

54. *Junge v. Geron Corp.*, 2022 WL 1002446, at *5-9 (N.D. Cal. Apr. 2, 2022)

55. *Kaplan v. S.A.C. Capital Advisors, L.P.*, 311 F.R.D. 373, 382-83 (S.D.N.Y. 2015)

56. *Karinski v. Stamps.com, Inc.*, 2020 WL 6572660, at *8 (C.D. Cal. Nov 9, 2020)

57. *KBC Asset Mgmt. NV v. 3D Sys. Corp.*, 2017 WL 4297450, at *6-7 (D.S.C. Sep. 28, 2017)

58. *La. Mun. Police Emps. Ret. Sys. v. Green Mountain Coffee Roasters, Inc.*, 2017 WL 3149424, at *6-7 (D. Vt. July 21, 2017)

59. *Levy v. Gutierrez*, 448 F. Supp. 3d 46, 64-67 (D.N.H. 2019)

60. *Luna v. Marvell Tech. Grp., Ltd.*, 2017 WL 4865559, at *5-6 (N.D. Cal. Oct. 27, 2017)

61. *Malriat v. QuantumScape Corp.*, 2022 WL 17974629, at *14-15 (N.D. Cal. Dec. 19, 2022)

62. *Martinek v. Amtrust Fin. Servs., Inc.*, 2022 WL 326320, at *18-19 (S.D.N.Y. Feb. 3, 2022)

3

63.  *McIntire v. China MediaExpress Holdings Inc.*, 38 F. Supp. 3d 415, 435-36 (S.D.N.Y. 2014)

64.  *Menaldi v. Och-Ziff Capital Mgmt. Grp. LLC*, 328 F.R.D. 86, 98-99 (S.D.N.Y. 2018)

65.  *Monroe Cnty. Emps.' Ret. Sys. v. The S. Co.*, 2019 WL 3956139, at \*24-27 (N.D. Ga. Aug. 22, 2019)

66.  *Palm Beach Police Pension Fund v. DFC Global Corp.*, 2016 WL 4138613, at \*14-15 (E.D. Pa. Aug. 4, 2016)

67.  *Pearlstein v. Blackberry Ltd.*, 2021 WL 253453, at \*22-23 (S.D.N.Y. Jan. 26, 2021)

68.  *Pelletier v. Endo Int'l PLC*, 338 F.R.D. 446, 487 (E.D. Pa. 2021)

69.  *Pirnik v. Fiat Chrysler Autos. NV*, 327 F.R.D. 38, 47-48 (S.D.N.Y. 2018)

70.  *Plymouth Cnty. Ret. Sys. v. Patterson Cos.,* 2020 WL 5757695, at \*14-15 (D. Minn. Sept. 28, 2020)

71.  *Police Ret. Sys. of St. Louis v. Granite Constr. Inc.*, 2021 WL 229310, at \*6-7 (N.D. Cal. Jan. 21, 2021)

72.  *Pub. Emps.' Ret. Sys. of Miss. v. TreeHouse Foods, Inc.*, 2020 WL 919249, at \*8-10 (N.D. Ill. Feb. 26, 2020)

73.  *Purple Mt. Tr. v. Wells Fargo & Co.*, 2022 WL 3357835, at \*5 (N.D. Cal. Aug. 15, 2022)

74.  *Rooney v. EZCORP Inc.*, 330 F.R.D. 439, 450-51 (W.D. Tex. 2019)

75.  *Rougier v. Applied Optoelectronics, Inc.*, 2019 WL 6111303, at \*15 (S.D. Tex. Nov. 13, 2019), *report and recommendation adopted*, 2019 WL 7020349 (S.D. Tex. Dec. 20, 2019)

76.  *SEB Inv. Mgmt. AB v. Symantec Corp.*, 335 F.R.D. 276, 287-88 (N.D. Cal. 2020)

77.  *Strougo v. Barclays PLC*, 312 F.R.D. 307, 313, 327 (S.D.N.Y. 2016)

78.  *Strougo v. Tivity Health, Inc.*, 2022 WL 2037966, at \*9-10 (M.D. Tenn. June 7, 2022)

79.  *Thorpe v. Walter Inv. Mgmt. Corp.*, 2016 WL 4006661, at \*15-16 (S.D. Fla. Mar. 16, 2016)

80.  *Todd v. STAAR Surgical Co.*, 2017 WL 821662, at \*11 (C.D. Cal. Jan 5, 2017)

81.  *Utesch v. Lannett Co., Inc.*, 2021 WL 3560949, at \*18-19 (E.D. Pa. Aug. 12, 2021)

82.  *Va. Pipe Trades Health & Welfare Fund v. Medtronic, Inc.*, 325 F.R.D. 280, 290 (D. Minn. 2018)

83.  *Wallace v. IntraLinks*, 302 F.R.D. 310, 318 (S.D.N.Y. 2014)

84.    *Washtenaw Cty. Emps.' Ret. Sys. v. Walgreen Co.*, 2018 WL 1535156, at \*3-4 (N.D. Ill. Mar. 29, 2018)

85.    *Weiner v. Tivity Health, Inc.*, 334 F.R.D. 123, 137-38 (M.D. Tenn. 2020)

86.    *Wilson v. LSB Indus. Inc.*, 2018 WL 3913115, at \*16-17 (S.D.N.Y. Aug. 13, 2018)