Carol V. Gilden (admitted *pro hac vice*)
**Cohen Milstein Sellers & Toll PLLC**
190 South LaSalle Street
Suite 1705
Chicago, IL 60603
Telephone: (312) 357-0370
Email: cgilden@cohenmilstein.com

Nicole Lavallee (SBN 165755)
Alexander S. Vahdat (SBN 284963)
**BERMAN TABACCO**
44 Montgomery Street, Suite 650
San Francisco, CA 94104
Telephone: (415) 433-3200
Facsimile: (415) 433-6382
Email: nlavallee@bermantabacco.com
          jmiles@bermantabacco.com

*Attorneys for Lead Plaintiffs and
Additional Named Plaintiff*
[Additional Counsel on Signature Page]

William Savitt (*pro hac vice*)
Noah B. Yavitz (*pro hac vice*)
Emily R. Barreca (*pro hac vice*)
**WACHTELL, LIPTON, ROSEN &
  KATZ**
51 West 52nd Street
New York, NY 10019
Telephone: (212) 403-1000
Facsimile: (212) 403-2000

Jordan Eth (SBN 121617)
David J. Wiener (SBN 291659)
**MORRISON & FOERSTER LLP**
425 Market Street
San Francisco, CA 94105
Telephone: (415) 268-7000
Facsimile: (415) 268-7522
Email: JEth@mofo.com
          DWiener@mofo.com

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

SHEET METAL WORKERS' NATIONAL PENSION FUND and INTERNATIONAL BROTHERHOOD OF TEAMSTERS LOCAL NO. 710 PENSION FUND, individually and as Lead Plaintiffs on behalf of all others similarly situated, and

INTERNATIONAL UNION OF OPERATING ENGINEERS PENSION FUND OF EASTERN PENNSYLVANIA AND DELAWARE, individually and as Named Plaintiff, on behalf of all others similarly situated,

          Plaintiffs,

          vs.

BAYER AKTIENGESELLSCHAFT, WERNER BAUMANN, WERNER WENNING, LIAM CONDON, JOHANNES DIETSCH, and WOLFGANG NICKL,

          Defendants.

Case No: 3:20-cv-04737-RS

CLASS ACTION

**JOINT STIPULATION AND ORDER REGARDING DEFENDANTS' MOTION FOR ADMINISTRATIVE RELIEF UNDER CIVIL LOCAL RULE 7-11**

Ctrm:   3 – 17th Floor
Judge:  Richard Seeborg

Pursuant to Civil Local Rule 7-12, the Parties respectfully request the following:

WHEREAS, Defendants filed the Rebuttal Report of Mark Garmaise, Ph.D. as Exhibit S-2 to the Declaration of Emily R. Barreca in Support of Defendants' Motion to Consider Whether Another Party's Material Should Be Sealed, Pursuant to Civil Local Rule 79-5(f) (ECF No. 152, Exhibit S-2 (Attachment #3)) ("Exhibit S-2");

WHEREAS, Exhibits 6C through 6U to Exhibit S-2 contain typographical defects;

WHEREAS, Defendants have filed herewith a Motion for Administrative Relief Under Civil Local Rule 7-11 requesting that the Court substitute the corrected Exhibit S-2, attached hereto as Exhibit A, for the Exhibit S-2 docketed as ECF No. 152, Exhibit S-2 (Attachment #3) (the "Motion"); and

WHEREAS, Plaintiffs do not oppose the public filing of the corrected Exhibit S-2 and the relief requested in the Motion and herein;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among the Parties, that:

1. Defendants request, and Plaintiffs do not oppose, that the Court substitute the corrected Exhibit S-2, attached hereto as Exhibit A, for Exhibit S-2 docketed as ECF No. 152, Exhibit S-2 (Attachment #3).

IT IS SO STIPULATED.

Dated:    March 14, 2023

By:    /s/ David J. Wiener
        Jordan Eth (CA SBN 121617)
        JEth@mofo.com
        David J. Wiener (CA SBN 291659)
        DWiener@mofo.com
        **MORRISON & FOERSTER**
        425 Market Street
        San Francisco, CA  94105
        Telephone:  (415) 268-7126
        Facsimile:  (415) 268-7522

        William Savitt (*pro hac vice*)
        Noah B. Yavitz (*pro hac vice*)
        Emily R. Barreca (*pro hac vice*)
        **WACHTELL, LIPTON, ROSEN & KATZ**
        51 West 52nd Street
        New York, NY  10019
        Telephone:  (212) 403-1000
        Facsimile:  (212) 403-2000

        *Attorneys for Defendants*

By:    /s/ Benjamin Jackson
        Carol V. Gilden (*pro hac vice*)
        cgilden@cohenmilstein.com
        **COHEN MILSTEIN SELLERS & TOLL PLLC**
        190 South LaSalle Street, Suite 1705
        Chicago, IL 60603
        Telephone: (312) 357-0370
        Facsimile: (312) 357-0369

        Steven J. Toll (*pro hac vice*)
        stoll@cohenmilstein.com
        Susan G. Taylor (*pro hac vice*)
        sgtaylor@cohenmilstein.com
        **COHEN MILSTEIN SELLERS & TOLL PLLC**
        1100 New York Ave NW, Suite 500 East
        Washington, DC 20005
        Telephone: (202) 408-4600
        Facsimile: (202) 408-4699

Chris Lometti (*pro hac vice*)
clometti@cohenmilstein.com
Benjamin F. Jackson (*pro hac vice*)
bjackson@cohenmilstein.com
**COHEN MILSTEIN SELLERS & TOLL PLLC**
88 Pine Street, Fourteenth Floor
New York, NY 10005
Telephone: (212) 838-7797
Facsimile: (212) 838-7745

*Lead Counsel*

Nicole Lavallee (CA SBN 165755)
nlavallee@bermantabacco.com
Alexander S. Vahdat (CA SBN 284963)
avahdat@bermantabacco.com
**BERMAN TABACCO**
44 Montgomery Street, Suite 650
San Francisco, CA 94104
Telephone: (415) 433-3200
Facsimile: (415) 433-6382

*Liaison Counsel*

*Attorneys for Lead Plaintiffs and
Additional Named Plaintiff*

**CERTIFICATE PURSUANT TO LOCAL RULE 5-1(i)(3)**

I, David J. Wiener, am the ECF User whose ID and password are being used to file this document.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories.

By:  ___*/s/ David J. Wiener*_____

David J. Wiener

## ORDER GRANTING MOTION

This matter comes before the Court on Defendants' Motion for Administrative Relief Under Civil Local Rule 7-11 to correct typographical defects identified in Exhibit S-2 to the Declaration of Emily R. Barreca in Support of Defendants' Motion to Consider Whether Another Party's Material Should Be Sealed, Pursuant to Civil Local Rule 79-5(f) (ECF No. 152, Exhibit S-2 (Attachment #3)) (the "Motion").

Upon consideration of the Motion and the papers submitted thereto, good cause appearing, the Motion is GRANTED.

**IT IS HEREBY ORDERED THAT:**

1. The Clerk of the Court is authorized to substitute the corrected Exhibit S-2, attached as Exhibit A to the Parties' Joint Stipulation Regarding Defendants' Motion for Administrative Relief Under Civil Local Rule 7-11 filed on March 14, 2023, for the Exhibit S-2 docketed as ECF No. 152, Exhibit S-2 (Attachment #3).

DATED: __April 3, 2023__

_____
HONORABLE RICHARD SEEBORG
CHIEF UNITED STATES DISTRICT JUDGE