Jordan Eth (CA SBN 121617)
JEth@mofo.com
David J. Wiener (CA SBN 291659)
DWiener@mofo.com
**MORRISON & FOERSTER LLP**
425 Market Street
San Francisco, CA  94105
Telephone:  (415) 268-7126
Facsimile:  (415) 268-7522

William Savitt (*pro hac vice*)
Noah B. Yavitz (*pro hac vice*)
Emily R. Barreca (*pro hac vice*)
**WACHTELL, LIPTON, ROSEN & KATZ**
51 West 52nd Street
New York, NY  10019
Telephone:  (212) 403-1000
Facsimile:  (212) 403-2000

*Attorneys for Defendants Bayer*
*Aktiengesellschaft, Werner Baumann,*
*Werner Wenning, Liam Condon,*
*Johannes Dietsch, and Wolfgang Nickl*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| SHEET METAL WORKERS' NATIONAL PENSION FUND and INTERNATIONAL BROTHERHOOD OF TEAMSTERS LOCAL NO. 710 PENSION FUND, individually and as Lead Plaintiffs on behalf of all others similarly situated, and<br><br>INTERNATIONAL UNION OF OPERATING ENGINEERS PENSION FUND OF EASTERN PENNSYLVANIA AND DELAWARE, individually and as Named Plaintiff, on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BAYER AKTIENGESELLSCHAFT, WERNER BAUMANN, WERNER WENNING, LIAM CONDON, JOHANNES DIETSCH, and WOLFGANG NICKL,<br><br>Defendants. | Case No.:  3:20-cv-04737-RS<br><br>CLASS ACTION<br><br>**DECLARATION OF EMILY R. BARRECA IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE A SUPPLEMENTAL EXPERT REPORT** |

I, Emily R. Barreca, declare as follows:

1.      I am an attorney admitted to practice law in the state of New York and an associate of Wachtell, Lipton, Rosen & Katz, counsel of record for Defendants Bayer Aktiengesellschaft, Werner Baumann, Werner Wenning, Liam Condon, Johannes Dietsch, and Wolfgang Nickl (collectively, "Defendants").  I am admitted *pro hac vice* in this Court.

2.      I have personal knowledge of the statements herein and, if called upon as a witness, could and would competently testify thereto.

3.      I respectfully submit this declaration in support of Defendants' Administrative Motion for Leave to File a Supplemental Expert Report.

4.      Pursuant to Civil Local Rule 7-11(a), on April 3, 2023, counsel for Defendants emailed Plaintiffs' counsel to convey that Defendants intended to file an administrative motion requesting leave to file a supplemental expert report addressing new evidence in the Rebuttal Expert Report of Professor Joshua Mitts, Ph.D. on Plaintiffs' Motion for Class Certification, Dkt. No. 164-1 ("Supplemental Expert Report").  Plaintiffs declined to stipulate to Defendants' filing of the Supplemental Expert Report and indicated their intention to oppose the requested relief.

5.      Attached hereto as Exhibit A is the Supplemental Expert Report proposed for filing by Defendants.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 3rd day of April, 2023, in New York, New York.


_____/s/ Emily R. Barreca_____
Emily R. Barreca

DECLARATION OF EMILY R. BARRECA ISO
DEFS.' ADMIN. MOT. FOR LEAVE TO FILE A SUPPL. EXPERT REPORT
CASE NO.:  3:20-CV-04737-RS

1

## ATTESTATION (CIVIL LOCAL RULE 5-1(h)(3))

In accordance with Civil Local Rule 5-1(h)(3), I attest that concurrence in the filing of this document has been obtained from the signatory.

Dated:  April 3, 2023

_/s/ Jordan Eth_
Jordan Eth

DECLARATION OF EMILY R. BARRECA ISO
DEFS.' ADMIN. MOT. FOR LEAVE TO FILE A SUPPL. EXPERT REPORT
CASE NO.:  3:20-CV-04737-RS

2