Jordan Eth (CA SBN 121617)
JEth@mofo.com
David J. Wiener (CA SBN 291659)
DWiener@mofo.com
**MORRISON & FOERSTER LLP**
425 Market Street
San Francisco, CA  94105
Telephone:  (415) 268-7126
Facsimile:  (415) 268-7522

William Savitt (*pro hac vice*)
Noah B. Yavitz (*pro hac vice*)
Emily R. Barreca (*pro hac vice*)
**WACHTELL, LIPTON, ROSEN & KATZ**
51 West 52nd Street
New York, NY  10019
Telephone:  (212) 403-1000
Facsimile:  (212) 403-2000

*Attorneys for defendants Bayer*
*Aktiengesellschaft, Werner Baumann,*
*Werner Wenning, Liam Condon,*
*Johannes Dietsch, and Wolfgang Nickl*

## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| SHEET METAL WORKERS' NATIONAL PENSION FUND and INTERNATIONAL BROTHERHOOD OF TEAMSTERS LOCAL NO. 710 PENSION FUND, individually and as Lead Plaintiffs on behalf of all others similarly situated, and | Case No.:  3:20-cv-04737-RS<br><br>**PROOF OF SERVICE**<br><br><u>CLASS ACTION</u> |
| INTERNATIONAL UNION OF OPERATING ENGINEERS PENSION FUND OF EASTERN PENNSYLVANIA AND DELAWARE, individually and as Named Plaintiff, on behalf of all others similarly situated, | |
| Plaintiffs, | |
| v. | |
| BAYER AKTIENGESELLSCHAFT, WERNER BAUMANN, WERNER WENNING, LIAM CONDON, JOHANNES DIETSCH, and WOLFGANG NICKL, | |
| Defendants. | |

I, Noah B. Yavitz, declare as follows:

I am a partner at Wachtell, Lipton, Rosen & Katz, 51 West 52nd Street, 27th Floor, New York, New York 10019.  I am over the age of 18 years and am not a party to this action.

I declare that on June 1, 2023, I served true and correct copies of the document described as follows:

**ORDER ON ADMINISTRATIVE MOTIONS TO FILE MATERIALS**
**UNDER SEAL, AND ORDER TO FILE RESPONSIVE STATEMENTS**

by transmitting true and correct Portable Document Format (PDF) copies via email from the email address nbyavitz@wlrk.com to the persons at the email addresses set forth below:

Howard A. Fischer
**MOSES SINGER**
405 Lexington Avenue
New York, NY 10174
Email:  hfischer@mosessinger.com

*Attorney for Non-Party Harding Loevner LP*

Douglas A. Rappaport
Jessica Ro
**AKIN GUMP STRAUSS HAUER & FELD LLP**
1999 Avenue of the Stars, Suite 600
Los Angeles, CA 90067
Emails:  darappaport@akingump.com
jro@akingump.com

*Attorneys for Non-Party Hardman Johnston Global Advisors LLC*

Alice Kenniff
**Instinet LLC**
309 West 49th Street
New York, NY 10019
Email:  alice.kenniff@instinet.com

*Attorney for Non-Party Instinet LLC*

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 1st day of June, 2023, in New York, New York.

_____/s/ Noah B. Yavitz_____
Noah B. Yavitz

## ATTESTATION (CIVIL LOCAL RULE 5-1(h)(3))

In accordance with Civil Local Rule 5-1(h)(3), I attest that concurrence in the filing of this document has been obtained from the signatory.

Dated:  June 1, 2023

_/s/ Jordan Eth_
Jordan Eth