UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SHEET METAL WORKERS' NATIONAL PENSION FUND and INTERNATIONAL BROTHERHOOD OF TEAMSTERS LOCAL NO. 710 PENSION FUND, et al., individually and as Lead Plaintiffs on behalf of all others

Plaintiff(s),

v.

BAYER AKTIENGESELLSCHAFT, WERNER BAUMANN, WERNER WENNING, LIAM CONDON, JOHANNES DIETSCH, and WOLFGANG NICKL,

Defendant(s).

Case No. 3:20-cv-04737-RS

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, William Wilder, an active member in good standing of the bar of the State of New York, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Sheet Metal Workers' Nat'l Pension Fund & Int'l Brotherhood of Teamsters Local No. 710 Pension Fund in the above-entitled action. My local co-counsel in this case is Nicole Lavallee, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.  Local co-counsel's bar number is: SBN 165755.

COHEN MILSTEIN SELLERS & TOLL PLLC 1100 New York Ave. NW Fifth Floor Washington, D.C. 20005
MY ADDRESS OF RECORD

BERMAN TABACCO 425 California Street, Suite 2300 San Francisco, CA 94104
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

202-408-4600
MY TELEPHONE # OF RECORD

415-433-3200
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

wwilder@cohenmilstein.com
MY EMAIL ADDRESS OF RECORD

nlavallee@bermantabacco.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 5883715.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.  I declare under penalty of perjury that the foregoing is true and correct.

Dated: 06/14/2023

William Wilder
APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of  William Wilder  is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:  June 14, 2023

UNITED STATES DISTRICT JUDGE

United States District Court
Northern District of California

Updated 11/2021

2