# EXHIBIT B

| Privilege Log Number | Bates Beg | Bates End | Bates Beg Attach | Bates End Attach | Custodian | All Custodians | Date Sent | Date Received | Last Modified Date | Family Date | Document Type | Author | From | From Metadata | To | To Metadata | CC | CC Metadata | BCC | BCC Metadata | Email Subject | Title | File Name | Privilege Action | Privilege Basis | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BAYER_SEC_PL000017 | BAYER_SEC_LIT000 77086 | BAYER_SEC_LIT000 77086 | BAYER_SEC_LIT0007 7085 | BAYER_SEC_LIT00077 086 | Condon, Liam | Condon, Liam; | | | 3/7/2020 | 3/8/2020 6:00 | Microsoft Word 2016 | | | | | | | | | | | BoM | VS2020-02-18 BoM.docx | Withheld | Attorney-Client Privilege | These are draft minutes of a meeting of the Bayer Board of Management . As reflected in the cover email sent by Bayer counsel M. Arnold (BAYER_SEC_LIT00077085), this document was circulated in solicitation of information necessary to providing legal advice in connection with the preparation of a record of the board meeting. In addition, the minutes themselves contain privileged advice from G. Harnier and others, as presented at the meeting. |
| BAYER_SEC_PL000023 | BAYER_SEC_LIT000 77173 | BAYER_SEC_LIT000 77173 | BAYER_SEC_LIT0007 7171 | BAYER_SEC_LIT00077 175 | Condon, Liam | Condon, Liam; | | | 6/11/2019 | 6/12/2019 9:22 | Microsoft Word 2016 | | | | | | | | | | | | | | Withheld | Attorney-Client Privilege | As reflected in the parent email (BAYER_SEC_LIT00077171), these are draft communication materials prepared in connection with activist defense preparations. They include draft Q&A-style talking points in which counsel advised Bayer leadership on how to characterize and describe the glyphosate litigation and Bayer's litigation strategy, along with internal drafts of press releases that remained subject to legal review, and were never approved or released. |
| BAYER_SEC_PL000063 | BAYER_SEC_LIT000 77725 | BAYER_SEC_LIT000 77725 | BAYER_SEC_LIT0007 7603 | BAYER_SEC_LIT00077 743 | Condon, Liam | Condon, Liam; | | | 8/27/2018 | 9/25/2018 6:51 | Microsoft Word 2010/2011 | | | | | | | | | | | BoM | VS2018-08-16 Extra BoM.docx | Withheld | Attorney-Client Privilege | These are draft minutes of a meeting of the Bayer Board of Management . This document was circulated in solicitation of information necessary to providing legal advice in connection with the preparation of a record of the board meeting. In addition, the minutes themselves contain privileged advice from G. Harnier and others, as presented at the meeting and reflected in the redacted version of the final minutes produced at BAYER_SEC_LIT00036425. |
| BAYER_SEC_PL000067 | BAYER_SEC_LIT000 77801 | BAYER_SEC_LIT000 77801 | BAYER_SEC_LIT0007 7800 | BAYER_SEC_LIT00077 801 | Condon, Liam | Condon, Liam; | | | 8/27/2018 | 8/28/2018 2:16 | Microsoft Word 2010/2011 | | | | | | | | | | | BoM | VS2018-08-16 Extra BoM.docx | Withheld | Attorney-Client Privilege | These are draft minutes of a meeting of the Bayer Board of Management . As reflected in the cover email sent by Bayer counsel M. Arnold (BAYER_SEC_LIT00077800), this document was circulated in solicitation of information necessary to providing legal advice in connection with the preparation of a record of the board meeting. In addition, the minutes themselves contain privileged advice from G. Harnier and others, as presented at the meeting and reflected in the redacted version of the final minutes produced at BAYER_SEC_LIT00036425. |
| BAYER_SEC_PL000113 | | | | | Condon, Liam | Condon, Liam; | | | 3/20/2018 | 3/20/2018 5:09 | Microsoft Word 2016 | | | | | | | | | | | BoM | VS2018-03-06.LC.docx | Withheld | Attorney-Client Privilege | These are draft minutes of a meeting of the Bayer Board of Management, bearing Liam Condon's comments sent to Bayer counsel M. Arnold "for further consideration" as reflected in BAYER_SEC_LIT00077960 and pending final review and approval by L. Benecke. In addition, the draft minutes contain legal advice regarding legal issues from G. Harnier, as presented at the meeting. |
| BAYER_SEC_PL000116 | | | | | Condon, Liam | Condon, Liam; | | | 10/19/2017 | 10/19/2017 11:06 | Microsoft Word 2010/2011 | | | | | | | | | | | BoM | VS2017-09-26.LC.docx | Withheld | Attorney-Client Privilege | These are draft minutes of a meeting of the Bayer Board of Management. As reflected in the cover email sent by Bayer counsel M. Arnold (BAYER_SEC_LIT00032499), this document was circulated in solicitation of information necessary to providing legal advice in connection with the preparation of a record of the board meeting. In addition, the minutes themselves contain privileged advice from G. Harnier and others, as presented at the meeting and reflected in the produced version at BAYER_SEC_LIT00036386. |
| BAYER_SEC_PL000125 | BAYER_SEC_LIT000 78135 | BAYER_SEC_LIT000 78135 | BAYER_SEC_LIT0007 8130 | BAYER_SEC_LIT00078 136 | Condon, Liam | Condon, Liam; | | | 5/2/2016 | 5/3/2016 7:51 | Microsoft Word 2013 | | | | | | | | | | [Subtitle goes here] | [Title goes here] | Moonshot - Press release with public letter 20160502_1800 CET_TC.docx | Withheld | Attorney-Client Privilege | This is an early draft of a press release regarding the Monsanto merger, circulated pending further legal review and comment and reflecting thoughts, opinions, and legal advice of counsel including J. Heinemann and outside counsel (Sullivan & Cromwell). It was subsequently subject to extensive advice and comment by legal counsel.  See BAYER_SEC_LIT00102532; BAYER_SEC_LIT00162023; BAYER_SEC_LIT00162046. |
| BAYER_SEC_PL000126 | BAYER_SEC_LIT000 78136 | BAYER_SEC_LIT000 78136 | BAYER_SEC_LIT0007 8130 | BAYER_SEC_LIT00078 136 | Condon, Liam | Condon, Liam; | | | 5/2/2016 | 5/3/2016 7:51 | Microsoft Word 2013 | | | | | | | | | | [Subtitle goes here] | [Title goes here] | | Withheld | Attorney-Client Privilege | This is an early draft of a press release regarding the Monsanto merger, circulated pending further legal review and comment and reflecting thoughts, opinions, and legal advice of counsel including J. Heinemann and outside counsel (Sullivan & Cromwell). It was subsequently subject to extensive advice and comment by legal counsel.  See BAYER_SEC_LIT00102532; BAYER_SEC_LIT00162023; BAYER_SEC_LIT00162046. |
| BAYER_SEC_PL001769 | BAYER_SEC_LIT000 93207 | BAYER_SEC_LIT000 93207 | BAYER_SEC_LIT0009 3197 | BAYER_SEC_LIT00093 207 | Guth, Christopher | Guth, Christopher; | | | 3/29/2019 | 3/29/2019 5:48 | Microsoft Word 2016 | | | | | | | | | | | | Draft Statements for Fortune 3.29.19.docx | Withheld | Attorney-Client Privilege; Attorney Work Product | This is a draft of a public statement regarding Bayer's legal due diligence on Monsanto, circulated in solicitation of legal advice and reflecting the thoughts, opinions, and advice of counsel. As reflected in the parent email (BAYER_SEC_LIT00093197), this particular draft was circulated by Emily Pierce to counsel C. Guth, W. Hoffman, W. Dodero, and others for advice, comment, and review. |
| BAYER_SEC_PL001969 | BAYER_SEC_LIT000 46028 | BAYER_SEC_LIT000 46028 | BAYER_SEC_LIT0004 6026 | BAYER_SEC_LIT00046 028 | Beunink, Juergen | Beunink, Juergen; | | | 2/1/2019 | 2/1/2019 4:18 | Microsoft Word 2010/2011 | | | | | | | | | | | | Interview Bayer-CEO Baumann (005) clean_OL_JB.docx | Withheld | Attorney-Client Privilege | This is a draft of a public statement regarding glyphosate litigation, circulated pending legal advice and approval. The draft was subsequently subject to extensive legal comments, including by R. Oen and G. Harnier.  See BAYER_SEC_LIT00114697; BAYER_SEC_LIT00114703. |
| BAYER_SEC_PL002186 | BAYER_SEC_LIT000 72473 | BAYER_SEC_LIT000 72473 | BAYER_SEC_LIT0007 2471 | BAYER_SEC_LIT00072 473 | Beunink, Juergen | Beunink, Juergen; | | | 3/21/2017 | 3/21/2017 1:08 | Microsoft Word 2010/2011 | | | | | | | | | | Wind SpA Management Questions | | 20170314 DD Questionnaire incl answers_v5.docx | Withheld | Attorney-Client Privilege | As reflected in the parent email (BAYER_SEC_LIT00072471), these are draft responses to a diligence questionnaire, including regarding legal and litigation diligence, circulated in solicitation of legal advice, including from M. Eisenhauer. |
| BAYER_SEC_PL002188 | BAYER_SEC_LIT000 72477 | BAYER_SEC_LIT000 72477 | BAYER_SEC_LIT0007 2474 | BAYER_SEC_LIT00072 477 | Beunink, Juergen | Beunink, Juergen; | | | 3/14/2017 | 3/14/2017 10:08 | Microsoft Word 2010/2011 | | | | | | | | | | Wind SpA Management Questions | | 20170306 DD Questionnaire _Aufteilung 07.03.2017_Beunink.docx | Withheld | Attorney-Client Privilege | As reflected in the parent email (BAYER_SEC_LIT00072474), these are draft responses to a diligence questionnaire, including regarding legal and litigation diligence, circulated in solicitation of legal advice, including from M. Eisenhauer. |
| BAYER_SEC_PL002190 | BAYER_SEC_LIT000 72480 | BAYER_SEC_LIT000 72480 | BAYER_SEC_LIT0007 2478 | BAYER_SEC_LIT00072 481 | Beunink, Juergen | Beunink, Juergen; | | | 3/7/2017 | 3/7/2017 2:41 | Microsoft Word 2010/2011 | | | | | | | | | | Wind SpA Management Questions | | 20170306 DD Questionnaire _Aufteilung 07.03.2017.docx | Withheld | Attorney-Client Privilege | As reflected in the parent email (BAYER_SEC_LIT00074474), these are draft responses to a diligence questionnaire, including regarding legal and litigation diligence, circulated in solicitation of legal advice, including from M. Eisenhauer. |
| BAYER_SEC_PL002191 | BAYER_SEC_LIT000 72481 | BAYER_SEC_LIT000 72481 | BAYER_SEC_LIT0007 2478 | BAYER_SEC_LIT00072 481 | Beunink, Juergen | Beunink, Juergen; | | | 3/7/2017 | 3/7/2017 2:41 | Microsoft Word 2010/2011 | | | | | | | | | | Wind SpA Management Questions | | 20170306 DD Questionnaire mark-up.docx | Withheld | Attorney-Client Privilege | As reflected in the parent email (BAYER_SEC_LIT00074478), these are draft responses to a diligence questionnaire, including regarding legal and litigation diligence, circulated in solicitation of legal advice, including from M. Eisenhauer. |
| BAYER_SEC_PL002326 | BAYER_SEC_LIT000 73026 | BAYER_SEC_LIT000 73026 | BAYER_SEC_LIT0007 3025 | BAYER_SEC_LIT00073 026 | Beunink, Juergen | Beunink, Juergen; | | | 7/6/2016 | 8/22/2016 2:00 | Microsoft Word 2010/2011 | | | | | | | | | | | | SUN DD Questionnaire Answers 2016-07-11.docx | Withheld | Attorney-Client Privilege; Attorney Work Product | As reflected in the parent email (BAYER_SEC_LIT00073226), these are draft responses to a diligence questionnaire, including regarding legal and litigation diligence, circulated in solicitation of legal advice, including from M. Eisenhauer. |
| BAYER_SEC_PL002508 | BAYER_SEC_LIT000 79821 | BAYER_SEC_LIT000 79821 | BAYER_SEC_LIT0007 9820 | BAYER_SEC_LIT00079 821 | Dietsch, Johannes | Dietsch, Johannes; | | | 10/18/2017 | 10/18/2017 10:24 | Microsoft Word 2010/2011 | | | | | | | | | | | BoM | VS2017-09-26.docx | Withheld | Attorney-Client Privilege | These are draft minutes of a meeting of the Bayer Board of Management. As reflected in the cover email sent by Bayer counsel M. Arnold (BAYER_SEC_LIT00079820), this document was circulated in solicitation of information necessary to providing legal advice in connection with the preparation of a record of the board meeting. In addition, the minutes themselves contain privileged advice from G. Harnier and others, as presented at the meeting and reflected in the produced version at BAYER_SEC_LIT00036386. |
| BAYER_SEC_PL003483 | | | | | Heinemann, Jan | Heinemann, Jan; | | | 11/21/2016 | 11/21/2016 10:49 | Microsoft Word 2010/2011 | | | | | | | | | | | | Interview Baumann - zur Autorisierung - V1.docx | Withheld | Attorney-Client Privilege | As reflected in the cover email (BAYER_SEC_PL003482), this is a draft of public statements regarding the Monsanto merger, provided for review and comment by counsel (J. Heinemann and P. Fort) and reflecting legal advice regarding characterization of process behind and rationale for merger. |
| BAYER_SEC_PL003514 | BAYER_SEC_LIT000 99525 | BAYER_SEC_LIT000 99525 | BAYER_SEC_LIT0009 9524 | BAYER_SEC_LIT00099 525 | Heinemann, Jan | Heinemann, Jan; | | | 9/11/2016 | 9/11/2016 1:47 | Microsoft Word 2003/2004 | | | | | | | | | | | | 20160909 Moonshot Update 5 adjusted post key terms agmt_EN.doc | Withheld | Attorney-Client Privilege | As reflected in the cover email (BAYER_SEC_LIT00099524), this is a draft communication regarding Bayer acquisition of Monsanto, including diligence performed and merger agreement terms, sent to Bayer counsel J. Heinemann for review and comment. |
| BAYER_SEC_PL003792 | BAYER_SEC_LIT001 13132 | BAYER_SEC_LIT001 13132 | BAYER_SEC_LIT0011 3128 | BAYER_SEC_LIT00113 132 | Preuss, Michael | Nickl, Wolfgang; Preuss, Michael; | | | 5/30/2019 | 5/30/2019 11:57 | Microsoft Word 2016 | | | | | | | | | | | | | Withheld | Attorney-Client Privilege | These are draft internal talking points regarding activist defense reflecting legal advice of counsel including G. Harnier, S. Semrau, E. Robinson, R. Wollburg, and S. Niles as reflected in BAYER_SEC_LIT00137194, BAYER_SEC_LIT00137184, and BAYER_SEC_LIT00113237. This draft underwent further review, advice, and comment by counsel for many subsequent months, as reflected in BAYER_SEC_LIT00112165 and BAYER_SEC_LIT00111858. |
| BAYER_SEC_PL003946 | BAYER_SEC_LIT001 14090 | BAYER_SEC_LIT001 14090 | BAYER_SEC_LIT0011 4089 | BAYER_SEC_LIT00114 091 | Preuss, Michael | Preuss, Michael; | | | 3/22/2019 | 3/22/2019 3:08 | Microsoft Word 2010/2011 | | | | | | | | | | | | FAS_Änderungsversion gegenüber FAZ-Vorlage BaumannBayer ha-rac-tia mit Feedback 1600-clean.docx | Withheld | Attorney-Client Privilege | This is a draft transcript of an interview regarding Bayer's acquisition of Monsanto, containing thoughts, opinions, and advice of counsel. As reflected in BAYER_SEC_LIT00114089, this document underwent subsequent legal review and comment. |
| BAYER_SEC_PL003968 | BAYER_SEC_LIT001 14690 | BAYER_SEC_LIT001 14690 | BAYER_SEC_LIT0011 4689 | BAYER_SEC_LIT00114 690 | Preuss, Michael | Preuss, Michael; | | | 2/2/2019 | 2/2/2019 10:52 | Microsoft Word 2010/2011 | | | | | | | | | | | | Interview Bayer-CEO Baumann (007) cleaninkl Feedback wb.docx | Withheld | Attorney-Client Privilege | This is a draft public statement regarding the glyphosate litigation, reflecting legal advice and approval as evidenced by the parent email (BAYER_SEC_LIT00114689). This draft statement underwent subsequent legal review and comment, including by R. Oen and G. Harnier.  See BAYER_SEC_LIT00114697; BAYER_SEC_LIT00114703. |
| BAYER_SEC_PL003969 | BAYER_SEC_LIT001 14703 | BAYER_SEC_LIT001 14703 | BAYER_SEC_LIT0011 4697 | BAYER_SEC_LIT00114 703 | Preuss, Michael | Preuss, Michael; | | | 2/1/2019 | 2/1/2019 7:10 | Microsoft Word 2010/2011 | | | | | | | | | | | | Interview Bayer-CEO Baumann (007) MARK.docx | Withheld | Attorney-Client Privilege | As reflected in the cover email (BAYER_SEC_LIT00114697), this is a draft public statement regarding glyphosate litigation reflecting legal review and commentary, including by R. Oen and G. Harnier. |
| BAYER_SEC_PL005798 | BAYER_SEC_LIT000 37478 | BAYER_SEC_LIT000 37478 | BAYER_SEC_LIT0003 7476 | BAYER_SEC_LIT00037 478 | Benecke, Lars | Benecke, Lars; | | | 10/14/2018 | 10/15/2018 4:52 | Microsoft Word 2016 | | | | | | | | | | | | Bayer Statements on confidence_science_due diligence_reserves 10-13-18.docx | Withheld | Attorney-Client Privilege | As reflected in the parent email (BAYER_SEC_LIT00037476), this is a compilation of public statements regarding glyphosate litigation circulated in solicitation of legal advice, including to L. Benecke, W. Dodero, and G. Harnier. |
| BAYER_SEC_PL006021 | BAYER_SEC_LIT000 39248 | BAYER_SEC_LIT000 39248 | BAYER_SEC_LIT0003 9246 | BAYER_SEC_LIT00039 248 | Benecke, Lars | Benecke, Lars; | | | 9/8/2017 | 9/8/2017 5:36 | Microsoft Word 2010/2011 | | | | | | | | | | | | Liam-Wiwo 2017-09-08-1830 (MAS edits).docx | Withheld | Attorney-Client Privilege | This is a draft public statement regarding the Monsanto transaction, circulated in solicitation of legal advice, including to L. Benecke and P. Fort, as reflected in BAYER_SEC_LIT00025101 and BAYER_SEC_LIT00025094. |
| BAYER_SEC_PL006398 | BAYER_SEC_LIT000 28662 | BAYER_SEC_LIT000 28662 | BAYER_SEC_LIT0002 8661 | BAYER_SEC_LIT00028 662 | Baumann, Werner | Baumann, Werner; | | | 7/31/2019 | 7/31/2019 6:44 | Microsoft Word 2016 | | | | | | | | | | | | 190426_AR_vorHV_Protokoll_v3clean notes wb.docx | Withheld | Attorney-Client Privilege | These are draft minutes of a meeting of the Bayer Supervisory Board . This document was a communication from client to attorney, supplying information necessary to providing legal advice in connection with the preparation of a record of the board meeting (BAYER_SEC_LIT00028661). In addition, the minutes themselves contain privileged advice from G. Harnier and others, as presented at the meeting. |
| BAYER_SEC_PL006400 | BAYER_SEC_LIT000 28711 | BAYER_SEC_LIT000 28711 | BAYER_SEC_LIT0002 8710 | BAYER_SEC_LIT00028 711 | Baumann, Werner | Baumann, Werner; | | | 7/16/2019 | 7/16/2019 5:39 | Microsoft Word 2016 | | | | | | | | | | | | 2019-04-24 PA Protokoll v2 notes wb.docx | Withheld | Attorney-Client Privilege | These are draft minutes of a meeting of the Bayer Supervisory Board . This document was a communication from client to attorney, supplying information necessary to providing legal advice in connection with the preparation of a record of the board meeting (BAYER_SEC_LIT00028710). In addition, the minutes themselves contain privileged advice from G. Harnier and others, as presented at the meeting. |
| BAYER_SEC_PL006488 | BAYER_SEC_LIT000 30148 | BAYER_SEC_LIT000 30148 | BAYER_SEC_LIT0003 0147 | BAYER_SEC_LIT00030 148 | Baumann, Werner | Baumann, Werner; | | | 4/25/2019 | 4/25/2019 3:06 | Microsoft Word 2010/2011 | | | | | | | | | | | | 26.04. Rede WB HV 2019_FINAL.docx | Withheld | Attorney-Client Privilege | This is a draft public statement regarding the Monsanto acquisition and glyphosate litigation, reflecting thoughts, opinions, and advice of counsel, including G. Harnier. It was subsequently subject to review and comment by counsel, as reflected in BAYER_SEC_PL003897 and BAYER_SEC_PL003899. |
| BAYER_SEC_PL006489 | BAYER_SEC_LIT000 30151 | BAYER_SEC_LIT000 30151 | BAYER_SEC_LIT0003 0149 | BAYER_SEC_LIT00030 151 | Baumann, Werner | Baumann, Werner; | | | 4/25/2019 | 4/25/2019 11:12 | Microsoft Word 2010/2011 | | | | | | | | | | | | 26.04. Rede WB HV 2019_FINAL.docx | Withheld | Attorney-Client Privilege | This is a draft public statement regarding the Monsanto acquisition and glyphosate litigation, reflecting thoughts, opinions, and advice of counsel, including G. Harnier. |
| BAYER_SEC_PL006490 | BAYER_SEC_LIT000 30153 | BAYER_SEC_LIT000 30153 | BAYER_SEC_LIT0003 0152 | BAYER_SEC_LIT00030 153 | Baumann, Werner | Baumann, Werner; | | | 4/25/2019 | 4/25/2019 6:12 | Microsoft Word 2016 | | | | | | | | | | | | 26.04. Rede WB HV 2019_FINAL ohne Vietnam (002 notes wb).docx | Withheld | Attorney-Client Privilege | This is a draft public statement regarding the Monsanto acquisition and glyphosate litigation, reflecting thoughts, opinions, and advice of counsel, including G. Harnier. |

| Bates | ID1 | ID2 | ID3 | ID4 | Custodian | Author | Date Sent | Date/Time | File Type | Other | Filename | Status | Privilege | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BAYER_PL006491 | BAYER_SEC_LIT00030197 | BAYER_SEC_LIT00030197 | BAYER_SEC_LIT00030196 | BAYER_SEC_LIT00030198 | Baumann, Werner | Baumann, Werner; | 4/24/2019 | 4/24/2019 1:41 | Microsoft Word 2010/2011 | | 26.04. Rede WB HV 2019_v9_changes.docx | Withheld | Attorney-Client Privilege | This is a draft public statement regarding the Monsanto acquisition and glyphosate litigation, reflecting thoughts, opinions, and advice of counsel, including G. Harnier. It was subsequently subject to review and comment by counsel, as reflected in BAYER_SEC_PL003897 and BAYER_SEC_PL003899. |
| BAYER_PL006492 | BAYER_SEC_LIT00030198 | BAYER_SEC_LIT00030198 | BAYER_SEC_LIT00030196 | BAYER_SEC_LIT00030198 | Baumann, Werner | Baumann, Werner; | 4/24/2019 | 4/24/2019 1:41 | Microsoft Word 2010/2011 | | 26.04. Rede WB HV 2019_v9_clean.docx | Withheld | Attorney-Client Privilege | This is a draft public statement regarding the Monsanto acquisition and glyphosate litigation, reflecting thoughts, opinions, and advice of counsel, including G. Harnier. It was subsequently subject to review and comment by counsel, as reflected in BAYER_SEC_PL003897 and BAYER_SEC_PL003899. |
| BAYER_PL006493 | BAYER_SEC_LIT00030201 | BAYER_SEC_LIT00030201 | BAYER_SEC_LIT00030199 | BAYER_SEC_LIT00030201 | Baumann, Werner | Baumann, Werner; | 4/23/2019 | 4/23/2019 9:47 | Microsoft Word 2016 | | 26.04. Rede WB HV 2019_v8_clean (003 notes wb).docx | Withheld | Attorney-Client Privilege | This is a draft public statement regarding the Monsanto acquisition and glyphosate litigation, reflecting thoughts, opinions, and advice of counsel, including G. Harnier. It was subsequently subject to review and comment by counsel, as reflected in BAYER_SEC_PL003897 and BAYER_SEC_PL003899. |
| BAYER_PL006494 | BAYER_SEC_LIT00030203 | BAYER_SEC_LIT00030203 | BAYER_SEC_LIT00030202 | BAYER_SEC_LIT00030203 | Baumann, Werner | Baumann, Werner; | 4/19/2019 | 4/19/2019 4:20 | Microsoft Word 2016 | | 190226_AR Protokoll_v3 notes wb.docx | Withheld | Attorney-Client Privilege | These are draft minutes of a meeting of the Bayer Supervisory Board . This document was a communication from client to attorney, supplying information necessary to providing legal advice in connection with the preparation of a record of the board meeting (BAYER_SEC_LIT00030202). In addition, the minutes themselves contain privileged advice from G. Harnier and others, as presented at the meeting. |
| BAYER_PL006495 | BAYER_SEC_LIT00030206 | BAYER_SEC_LIT00030206 | BAYER_SEC_LIT00030204 | BAYER_SEC_LIT00030206 | Baumann, Werner | Baumann, Werner; | 4/19/2019 | 4/19/2019 8:43 | Microsoft Word 2016 | Dachzeile: | PI HV 2019 v5-clean notes wb.docx | Withheld | Attorney-Client Privilege | This is a draft public statement regarding the Bayer annual meeting, Monsanto acquisition and glyphosate litigation, reflecting thoughts, opinions, and advice of counsel. This draft was subsequently reviewed and commented on by counsel, as reflected in BAYER_SEC_LIT00113764. |
| BAYER_PL006508 | BAYER_SEC_LIT00030372 | BAYER_SEC_LIT00030372 | BAYER_SEC_LIT00030371 | BAYER_SEC_LIT00030372 | Baumann, Werner | Baumann, Werner; | 3/22/2019 | 3/22/2019 2:42 | Microsoft Word 2016 | | 181213_AR Protokoll_v5 notes wb 20190322.docx | Withheld | Attorney-Client Privilege | These are draft minutes of a meeting of the Bayer Supervisory Board . This document was a communication from client to attorney, supplying information necessary to providing legal advice in connection with the preparation of a record of the board meeting (BAYER_SEC_LIT00030371 ). In addition, the minutes themselves contain privileged advice from G. Harnier and others, as presented at the meeting and reflected in the redacted version of the final minutes produced at BAYER_SEC_LIT00036447. |
| BAYER_PL006531 | BAYER_SEC_LIT00030616 | BAYER_SEC_LIT00030616 | BAYER_SEC_LIT00030614 | BAYER_SEC_LIT00030616 | Baumann, Werner | Baumann, Werner; | 1/27/2019 | 1/27/2019 2:56 | Microsoft Word 2016 | | 181129_AR Protokoll_v07 notes wb.docx | Withheld | Attorney-Client Privilege | These are draft minutes of a meeting of the Bayer Supervisory Board . This document was a communication from client to attorney, supplying information necessary to providing legal advice in connection with the preparation of a record of the board meeting (BAYER_SEC_LIT00030614). In addition, the minutes themselves contain privileged advice from G. Harnier and others, as presented at the meeting and reflected in the redacted version of the final minutes produced at BAYER_SEC_LIT00036640. |
| BAYER_PL006533 | BAYER_SEC_LIT00030660 | BAYER_SEC_LIT00030660 | BAYER_SEC_LIT00030659 | BAYER_SEC_LIT00030660 | Baumann, Werner | Baumann, Werner; | 12/27/2018 | 12/27/2018 4:38 | Microsoft Word 2016 | | 180913_AR Protokoll_v05 notes wb.docx | Withheld | Attorney-Client Privilege | These are draft minutes of a meeting of the Bayer Supervisory Board . This document was a communication from client to attorney, supplying information necessary to providing legal advice in connection with the preparation of a record of the board meeting (BAYER_SEC_LIT00030659). In addition, the minutes themselves contain privileged advice from G. Harnier and others, as presented at the meeting and reflected in the redacted version of the final minutes produced at BAYER_SEC_LIT00036712. |
| BAYER_PL006536 | BAYER_SEC_LIT00030662 | BAYER_SEC_LIT00030662 | BAYER_SEC_LIT00030661 | BAYER_SEC_LIT00030662 | Baumann, Werner | Baumann, Werner; | 12/12/2018 | 12/12/2018 11:51 | Microsoft Word 2010/2011 | | 180913_AR Protokoll_v05.docx | Withheld | Attorney-Client Privilege | These are draft minutes of a meeting of the Bayer Supervisory Board. As reflected in the cover email sent by Bayer counsel G. Harnier (BAYER_SEC_LIT00030661), this document was circulated in solicitation of information necessary to providing legal advice in connection with the preparation of a record of the board meeting. In addition, the minutes themselves contain privileged advice from G. Harnier and others, as presented at the meeting, as reflected in the final version of the minutes produced as redacted at BAYER_SEC_LIT00036712. |
| BAYER_PL006557 | | | | | Baumann, Werner | Baumann, Werner; | 10/2/2018 | 10/2/2018 9:50 | Microsoft Word 2010/2011 | | 180913_AR Protokoll_v01.docx | Withheld | Attorney-Client Privilege | These are draft minutes of a meeting of the Bayer Supervisory Board. As reflected in the cover email sent by Bayer counsel G. Harnier (BAYER_SEC_PL006556), this document was circulated in solicitation of information necessary to providing legal advice in connection with the preparation of a record of the board meeting. In addition, the minutes themselves contain privileged advice from G. Harnier and others, as presented at the meeting, as reflected in the final version of the minutes produced as redacted at BAYER_SEC_LIT00036712. |
| BAYER_PL006558 | BAYER_SEC_LIT00030812 | BAYER_SEC_LIT00030812 | BAYER_SEC_LIT00030811 | BAYER_SEC_LIT00030812 | Baumann, Werner | Baumann, Werner; | 10/1/2018 | 10/1/2018 2:25 | Microsoft Word 2016 | Niederschrift | 2018-08-31 Protokoll PA v3 notes wb.docx | Withheld | Attorney-Client Privilege | These are draft minutes of a meeting of the Bayer Supervisory Board . This document was a communication from client to attorney, supplying information necessary to providing legal advice in connection with the preparation of a record of the board meeting (BAYER_SEC_LIT00030811). In addition, the minutes themselves contain privileged advice from G. Harnier and others, as presented at the meeting. |
| BAYER_PL006560 | | | | | Baumann, Werner | Baumann, Werner; | 9/18/2018 | 9/18/2018 10:22 | Microsoft Word 2016 | BoM | VS2018-08-30 BoM (002) notes wb.docx | Withheld | Attorney-Client Privilege | These are draft minutes of a meeting of the Bayer Supervisory Board . This document was a communication from client to attorney (M. Arnold), supplying information necessary to providing legal advice in connection with the preparation of a record of the board meeting (BAYER_SEC_PL006559). In addition, the minutes themselves contain privileged advice from G. Harnier and others, as presented at the meeting. |
| BAYER_PL006562 | | | | | Baumann, Werner | Baumann, Werner; | 9/17/2018 | 9/17/2018 9:07 | Microsoft Word 2010/2011 | BoM | VS2018-08-30 BoM.docx | Withheld | Attorney-Client Privilege | These are draft minutes of a meeting of the Bayer Supervisory Board. As reflected in the cover email sent by Bayer counsel M. Arnold (BAYER_SEC_PL006561), this document was circulated in solicitation of information necessary to providing legal advice in connection with the preparation of a record of the board meeting. In addition, the minutes themselves contain privileged advice from G. Harnier and others, as presented at the meeting. |
| BAYER_PL006579 | | | | | Baumann, Werner | Baumann, Werner; | 8/27/2018 | 8/27/2018 3:46 | Microsoft Word 2010/2011 | BoM | VS2018-08-16 Extra BoM.docx | Withheld | Attorney-Client Privilege | These are draft minutes of a meeting of the Bayer Supervisory Board. As reflected in the cover email sent by Bayer counsel M. Arnold (BAYER_SEC_PL006578), this document was circulated in solicitation of information necessary to providing legal advice in connection with the preparation of a record of the board meeting. In addition, the minutes themselves contain privileged advice from G. Harnier and others, as presented at the meeting, as reflected in BAYER_SEC_LIT00036425. |
| BAYER_PL006583 | BAYER_SEC_LIT00031450 | BAYER_SEC_LIT00031450 | BAYER_SEC_LIT00031449 | BAYER_SEC_LIT00031450 | Baumann, Werner | Baumann, Werner; | 8/22/2018 | 8/22/2018 12:04 | Microsoft Word 2016 | | InterviewBaumann2108-V3 clean notes wb.docx | Withheld | Attorney-Client Privilege | This is a draft public statement regarding the Monsanto acquisition, reflecting thoughts, opinions, and advice of counsel. The parent email (BAYER_SEC_LIT00031449) reflects that the draft was subject to ongoing legal review, including by G. Harnier. |
| BAYER_PL006612 | BAYER_SEC_LIT00032423 | BAYER_SEC_LIT00032423 | BAYER_SEC_LIT00032421 | BAYER_SEC_LIT00032423 | Baumann, Werner | Baumann, Werner; | 3/17/2018 | 3/17/2018 11:38 | Microsoft Word 2010/2011 | BoM | VS2018-03-06 notes wb.docx | Withheld | Attorney-Client Privilege | These are draft minutes of a meeting of the Bayer Board of Management. This document was a communication from client to attorney (M. Arnold), supplying information necessary to providing legal advice in connection with the preparation of a record of the board meeting (BAYER_SEC_LIT00032421). In addition, the minutes themselves contain privileged advice from G. Harnier and others, as presented at the meeting. |
| BAYER_PL006616 | BAYER_SEC_LIT00032496 | BAYER_SEC_LIT00032496 | BAYER_SEC_LIT00032495 | BAYER_SEC_LIT00032496 | Baumann, Werner | Baumann, Werner; | 11/14/2017 | 11/19/2017 4:49 | Microsoft Word 2010/2011 | BoM | VS2017-10-24 notes wb.docx | Withheld | Attorney-Client Privilege | These are draft minutes of a meeting of the Bayer Board of Management. This document was a communication from client to attorney (M. Arnold), supplying information necessary to providing legal advice in connection with the preparation of a record of the board meeting (BAYER_SEC_LIT00032495). In addition, the minutes themselves contain privileged advice from G. Harnier and others, as presented at the meeting. |
| BAYER_PL006620 | BAYER_SEC_LIT00032503 | BAYER_SEC_LIT00032503 | BAYER_SEC_LIT00032502 | BAYER_SEC_LIT00032503 | Baumann, Werner | Baumann, Werner; | 10/18/2017 | 10/18/2017 5:42 | Microsoft Word 2010/2011 | BoM | VS2017-09-26 notes wb.docx | Withheld | Attorney-Client Privilege | These are draft minutes of a meeting of the Bayer Board of Management. As reflected in the cover email sent by Bayer counsel M. Arnold (BAYER_SEC_LIT00032617), this document was circulated in solicitation of information necessary to providing legal advice in connection with the preparation of a record of the board meeting. In addition, the minutes themselves contain privileged advice from G. Harnier and others, as presented at the meeting, as reflected in the produced version at BAYER_SEC_LIT00036386. |
| BAYER_PL006624 | BAYER_SEC_LIT00032618 | BAYER_SEC_LIT00032618 | BAYER_SEC_LIT00032617 | BAYER_SEC_LIT00032618 | Baumann, Werner | Baumann, Werner; | 1/5/2017 | 1/5/2017 2:39 | Microsoft Word 2010/2011 | BoM | VS2016-12-14_13_BoM.docx | Withheld | Attorney-Client Privilege | These are draft minutes of a meeting of the Bayer Board of Management. As reflected in the cover email sent by Bayer counsel M. Arnold (BAYER_SEC_LIT00032617), this document was circulated in solicitation of information necessary to providing legal advice in connection with the preparation of a record of the board meeting. In addition, the minutes themselves contain privileged advice from G. Harnier and others, as presented at the meeting. |
| BAYER_PL006627 | BAYER_SEC_LIT00032641 | BAYER_SEC_LIT00032641 | BAYER_SEC_LIT00032639 | BAYER_SEC_LIT00032641 | Baumann, Werner | Baumann, Werner; | 10/7/2016 | 10/7/2016 1:01 | Microsoft Word 2010/2011 | | Protokoll-2016-09-14-final.docx | Withheld | Attorney-Client Privilege | These are draft minutes of a meeting of the Bayer Board of Management. As reflected in the cover email sent by Bayer counsel A. Vogt (BAYER_SEC_LIT00032639), this document was circulated in solicitation of information necessary to providing legal advice in connection with the preparation of a record of the board meeting. In addition, the minutes themselves contain privileged advice from G. Harnier and others, as presented at the meeting, as reflected in the final redacted version of the minutes produced at BAYER_SEC_LIT00036830. |
| BAYER_PL006629 | BAYER_SEC_LIT00032872 | BAYER_SEC_LIT00032872 | BAYER_SEC_LIT00032861 | BAYER_SEC_LIT00032877 | Baumann, Werner | Baumann, Werner; | 9/13/2016 | 9/13/2016 4:58 | Microsoft Word 2010/2011 | | Press Release.docx | Withheld | Attorney-Client Privilege | This is a draft press release announcing the Monsanto transaction, circulated pending further legal review and comment, and reflecting thoughts, opinions, and advice of counsel, including outside counsel Sullivan & Cromwell and in-house counsel. |
| BAYER_PL006636 | BAYER_SEC_LIT00032981 | BAYER_SEC_LIT00032981 | BAYER_SEC_LIT00032980 | BAYER_SEC_LIT00032981 | Baumann, Werner | Baumann, Werner; | 9/11/2016 | 9/11/2016 11:05 | Microsoft Word 2010/2011 | [Subtitle goes here] [Title goes here] | DRAFT Bayer_Investor Conference Call Speech 20160909 v48 clean notes wb.docx | Withheld | Attorney-Client Privilege | This is a draft script for an investor call, reflecting thoughts, opinions, and advice of counsel. The parent email, BAYER_SEC_LIT00032980, references ongoing review and comment by outside counsel at Sullivan & Cromwell is ongoing. |
| BAYER_PL006637 | | | | | Baumann, Werner | Baumann, Werner; | 9/11/2016 | 9/11/2016 9:32 | Microsoft Word 2010/2011 | [Subtitle goes here] [Title goes here] | Media Conference Call Speech notes wbdocx.docx | Withheld | Attorney-Client Privilege | This is a draft script for an investor call reflecting thoughts, opinions, and advice of counsel, including outside counsel Sullivan & Cromwell, and circulated pending further legal review and comment as evidenced by BAYER_SEC_LIT00119708 and BAYER_SEC_LIT00072733, which reflect that later drafts were reviewed and commented upon by counsel. |
| BAYER_PL006638 | | | | | Baumann, Werner | Baumann, Werner; | 9/11/2016 | 9/11/2016 9:09 | Microsoft Word 2010/2011 | | Moonshot -Adhoc Release_09102016 Draft notes wb.docx | Withheld | Attorney-Client Privilege | This is a draft press release announcing the Monsanto transaction circulated pending further legal review and comment, reflecting thoughts, opinions, and advice of counsel, including outside counsel Sullivan & Cromwell and in-house counsel S. Semrau, pending further legal review as reflected in BAYER_SEC_LIT00120474 and BAYER_SEC_LIT00120477. |
| BAYER_PL006643 | BAYER_SEC_LIT00033003 | BAYER_SEC_LIT00033003 | BAYER_SEC_LIT00033001 | BAYER_SEC_LIT00033003 | Baumann, Werner | Baumann, Werner; | 9/10/2016 | 9/10/2016 1:57 | Microsoft Word 2010/2011 | | Moonshot - Joint Press Release_09102016 1100 notes wb.docx | Withheld | Attorney-Client Privilege | This is a draft press release announcing the Monsanto transaction circulated pending further legal review and comment, reflecting thoughts, opinions, and advice of counsel, including outside counsel Sullivan & Cromwell and in-house counsel S. Semrau, pending further legal review as reflected in BAYER_SEC_LIT00120474 and BAYER_SEC_LIT00120477. |
| BAYER_PL006646 | BAYER_SEC_LIT00033009 | BAYER_SEC_LIT00033009 | BAYER_SEC_LIT00033008 | BAYER_SEC_LIT00033009 | Baumann, Werner | Baumann, Werner; | 9/9/2016 | 9/9/2016 2:35 | Microsoft Word 2003/2004 | | 20160909 Moonshot Update 5 TR JH WB SS v2 notes wb.doc | Withheld | Attorney-Client Privilege | This is a draft communication regarding the potential Monsanto transaction, reflecting thoughts, opinions, and advice of counsel. The parent email, BAYER_SEC_LIT00033008, contains a request for legal advice by W. Baumann to J. Heinemann reflecting ongoing legal review. |
| BAYER_PL006653 | BAYER_SEC_LIT00033020 | BAYER_SEC_LIT00033020 | BAYER_SEC_LIT00033018 | BAYER_SEC_LIT00033020 | Baumann, Werner | Baumann, Werner; | 9/9/2016 | 9/9/2016 10:49 | Microsoft Word 2003/2004 | | 20160908 Moonshot Update 5 TR JH notes wb.doc | Withheld | Attorney-Client Privilege | This is a draft communication regarding the potential Monsanto transaction, reflecting thoughts, opinions, and advice of counsel. The parent email, BAYER_SEC_LIT00033018, contains a request for legal advice by W. Baumann to J. Heinemann reflecting ongoing legal review. |

| Bates | LIT | LIT | LIT | LIT | Author | Recipient | | | Date | Date/Time | File Type | | | | | | | | | | Subtitle | Title | Filename | Status | Privilege | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BAYER_SEC_PL006656 | | | | | Baumann, Werner | Baumann, Werner; | | | 9/7/2016 | 9/7/2016 8:13 | Microsoft Word 2010/2011 | | | | | | | | | | | | Moonshot - Joint Press Release_09012016 Draft-clean (2) notes wb.docx | Withheld | Attorney-Client Privilege | This is a draft press release announcing the Monsanto transaction circulated pending further legal review and comment, reflecting thoughts, opinions, and advice of counsel, including outside counsel Sullivan & Cromwell and in-house counsel S. Semrau, pending further legal review as reflected in BAYER_SEC_LIT00120474 and BAYER_SEC_LIT00120477. |
| BAYER_SEC_PL006673 | BAYER_SEC_LIT00034255 | BAYER_SEC_LIT00034255 | BAYER_SEC_LIT00034252 | BAYER_SEC_LIT00034256 | Baumann, Werner | Baumann, Werner; | | | 5/21/2016 | 5/21/2016 9:42 | Microsoft Word 2010/2011 | | | | | | | | | | [Subtitle goes here] | [Title goes here] | Moonshot - CEO Slides Script MEDIA 20160521 TR.docx | Withheld | Attorney-Client Privilege | This is a draft public statement regarding the Monsanto acquisition, reflecting legal advice and circulated pending legal review and comment by outside counsel (Sullivan & Cromwell) as evidenced by subsequent documents including BAYER_SEC_LIT00082744, BAYER_SEC_LIT00100420, and BAYER_SEC_LIT00074218 reflecting further legal review and comment. |
| BAYER_SEC_PL006694 | BAYER_SEC_LIT00034727 | BAYER_SEC_LIT00034727 | BAYER_SEC_LIT00034725 | BAYER_SEC_LIT00034736 | Baumann, Werner | Baumann, Werner; | | | 5/11/2016 | 5/13/2016 5:23 | Microsoft Word 2013 | | | | | | | | | | [Subtitle goes here] | [Title goes here] | Moonshot - CEO Slides Script 20160511 clean.docx | Withheld | Attorney-Client Privilege | This is a draft public statement regarding the Monsanto acquisition, reflecting legal advice and circulated pending legal review and comment by outside counsel (Sullivan & Cromwell) as evidenced by subsequent documents including BAYER_SEC_LIT00082744, BAYER_SEC_LIT00100420, and BAYER_SEC_LIT00074218 reflecting further legal review and comment. |
| BAYER_SEC_PL006699 | BAYER_SEC_LIT00034732 | BAYER_SEC_LIT00034732 | BAYER_SEC_LIT00034725 | BAYER_SEC_LIT00034736 | Baumann, Werner | Baumann, Werner; | | | 5/12/2016 | 5/13/2016 5:23 | Microsoft Word 2010/2011 | | | | | | | | | | [Subtitle goes here] | [Title goes here] | | Withheld | Attorney-Client Privilege | This is a draft press release announcing the Monsanto transaction, circulated pending further legal review and comment, reflecting thoughts, opinions, and advice of in-house and external counsel (including M. Hurd, J. Heinemann, E. Krautheimer, and E. Kadel) and pending ongoing legal review and comment, as reflected in BAYER_SEC_LIT0162013 and |
| BAYER_SEC_PL006707 | BAYER_SEC_LIT00034749 | BAYER_SEC_LIT00034749 | BAYER_SEC_LIT00034746 | BAYER_SEC_LIT00034758 | Baumann, Werner | Baumann, Werner; | | | 5/3/2016 | 5/3/2016 8:32 | Microsoft Word 2013 | | | | | | | | | | [Subtitle goes here] | [Title goes here] | | Withheld | Attorney-Client Privilege | This is a draft press release announcing the Monsanto transaction, circulated pending further legal review and comment, reflecting thoughts, opinions, and advice of counsel, including outside counsel Sullivan & Cromwell and J. Heinemann, as reflected in BAYER_SEC_LIT00034746. |
| BAYER_SEC_PL006711 | BAYER_SEC_LIT00034755 | BAYER_SEC_LIT00034755 | BAYER_SEC_LIT00034746 | BAYER_SEC_LIT00034758 | Baumann, Werner | Baumann, Werner; | | | 5/3/2016 | 5/3/2016 8:32 | Microsoft Word 2013 | | | | | | | | | | [Subtitle goes here] | [Title goes here] | | Withheld | Attorney-Client Privilege | This is a draft press release announcing the Monsanto transaction, circulated pending further legal review and comment, reflecting thoughts, opinions, and advice of in-house and external counsel (including M. Hurd, J. Heinemann, E. Krautheimer, and E. Kadel) and pending ongoing legal review and comment, as reflected in BAYER_SEC_LIT0162013 and BAYER_SEC_LIT00162033. |
| BAYER_SEC_PL006713 | BAYER_SEC_LIT00034761 | BAYER_SEC_LIT00034761 | BAYER_SEC_LIT00034759 | BAYER_SEC_LIT00034770 | Baumann, Werner | Baumann, Werner; | | | 5/3/2016 | 5/3/2016 6:29 | Microsoft Word 2013 | | | | | | | | | | [Subtitle goes here] | [Title goes here] | | Withheld | Attorney-Client Privilege | This is a draft press release announcing the Monsanto transaction circulated pending further legal review and comment, reflecting thoughts, opinions, and advice of counsel, including outside including in-house and outside counsel (including M. Hurd, J. Heinemann, E. Krautheimer, and E. Kadel), as reflected in BAYER_SEC_LIT00034746, BAYER_SEC_LIT00162013, and BAYER_SEC_LIT00162033. |