Carol V. Gilden (*pro hac vice*)
**COHEN MILSTEIN SELLERS & TOLL PLLC**
190 South LaSalle Street
Suite 1705
Chicago, IL 60603
Telephone: (312) 357-0370
Facsimile: (312) 357-0369
Email: cgilden@cohenmilstein.com

Nicole Lavallee (CA SBN 165755)
Alexander S. Vahdat (CA SBN 284963)
**BERMAN TABACCO**
425 California Street, Suite 2300
San Francisco, CA 94104
Telephone: (415) 433-3200
Facsimile: (415) 433-6382
Email: nlavallee@bermantabacco.com
        avahdat@bermantabacco.com

*Attorneys for Lead Plaintiffs and Additional Named Plaintiff*

[Additional Counsel on Signature Page]

William Savitt (*pro hac vice*)
Noah B. Yavitz (*pro hac vice*)
Emily R. Barreca (*pro hac vice*)
**WACHTELL, LIPTON, ROSEN & KATZ**
51 West 52nd Street
New York, NY 10019
Telephone: (212) 403-1000
Facsimile: (212) 403-2000

Jordan Eth (CA SBN 121617)
David J. Wiener (CA SBN 291659)
**MORRISON & FOERSTER LLP**
425 Market Street
San Francisco, CA 94105
Telephone: (415) 268-7000
Facsimile: (415) 268-7522
Email:  JEth@mofo.com
        DWiener@mofo.com

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| SHEET METAL WORKERS' NATIONAL PENSION FUND and INTERNATIONAL BROTHERHOOD OF TEAMSTERS LOCAL NO. 710 PENSION FUND, individually and as Lead Plaintiffs on behalf of all others similarly situated, and<br><br>INTERNATIONAL UNION OF OPERATING ENGINEERS PENSION FUND OF EASTERN PENNSYLVANIA AND DELAWARE, individually and as Named Plaintiff, on behalf of all others similarly situated,<br><br>      Plaintiffs,<br><br>    vs.<br><br>BAYER AKTIENGESELLSCHAFT, WERNER BAUMANN, WERNER WENNING, LIAM CONDON, JOHANNES DIETSCH, and WOLFGANG NICKL,<br><br>      Defendants. | Case No: 3:20-cv-04737-RS<br><br><u>CLASS ACTION</u><br><br>[PROPOSED] **STIPULATED ORDER REGARDING THE USE OF TRANSLATION AND INTERPRETATION FOR DEPOSITION**<br><br>Ctrm:  3 – 17th Floor<br>Judge:  Richard Seeborg |

IT IS HEREBY STIPULATED AND AGREED, by and among Plaintiffs[1] and Defendants (collectively, the "Parties," and each, a "Party"), by and through their respective counsel, that:

1.    If a deponent desires an interpreter — either on standby or for continuous interpretation throughout his or her deposition — counsel for the deponent shall provide written notice to the Party that noticed the deposition (the "Noticing Party") at least fourteen (14) days in advance of the deposition.  The Parties shall confer concerning the appointment of a neutral, experienced interpreter to provide interpretation services at the deposition.  If the Parties cannot agree to the appointment of a neutral, qualified interpreter, the Noticing Party shall arrange for an interpreter.  The Noticing Party shall bear the cost of any such interpretation services.

2.    The appointment or arrangement of an interpreter using the procedure set forth in Paragraph 1 does not limit the right of any Party to bring a qualified check interpreter to assist that Party at its own cost.  The check interpreter may succinctly state an objection to the interpretation on the record and, if asked by the deponent, the deponent's counsel, or the counsel taking the deposition, offer his or her different interpretation of the question or answer.  Should the interpreters be unable to resolve a dispute that arises with respect to an interpretation, the translation of the Noticing Party's interpreter shall control for purposes of the examination, and the deponent shall not be barred from clarifying the response based on any other interpretation.

3.    If a deponent requests continuous interpretation throughout his or her deposition, the duration of the deposition may extend up to 12 hours, and the deposition may be conducted over the course of two consecutive days. If a deponent requests standby interpretation throughout his or her deposition, the duration of the deposition shall be extended by a reasonable amount of time corresponding to the amount of time on the record required to effectuate the standby translation.

4.    If the Noticing Party intends to introduce a document that is not primarily in English as an exhibit during a deposition, the Noticing Party shall have prepared a translation of such document, with the translation to be provided by the Noticing Party to the deponent's counsel at

---

[1] Plaintiffs include Lead Plaintiffs Sheet Metal Workers' National Pension Fund and International Brotherhood of Teamsters Local No. 710 Pension Fund, and additional plaintiff International Union of Operating Engineers Pension Fund of Eastern Pennsylvania and Delaware.

least forty-eight (48) hours in advance of the start time of the deposition.  The deponent's counsel shall have the right to propose a check translation of any such document, to be provided to the Notice Party's counsel no later than twenty-four (24) hours in advance of the start time of the deposition. To the extent the Noticing Party introduces any translated document during the deposition, the translation and any check translation shall also be introduced, with each translation marked consecutively as an exhibit separate from the one that is not in English.  The Parties agree that any translation provided pursuant to this Paragraph shall not in any way be binding on, be deemed an admission by, or otherwise waive any right of any Party.

5. The Parties may modify these procedures by mutual agreement and reserve their rights to seek reasonable modifications of these procedures as appropriate in individual circumstances.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

Dated:   February 8, 2024

By:   */s/ David J. Wiener*
Jordan Eth (CA SBN 121617)
JEth@mofo.com
David J. Wiener (CA SBN 291659)
DWiener@mofo.com
**MORRISON & FOERSTER LLP**
425 Market Street
San Francisco, CA  94105
Telephone:  (415) 268-7126
Facsimile:  (415) 268-7522

William Savitt (*pro hac vice*)
Noah B. Yavitz (*pro hac vice*)
Emily R. Barreca (*pro hac vice*)
**WACHTELL, LIPTON, ROSEN & KATZ**
51 West 52nd Street
New York, NY  10019
Telephone:  (212) 403-1000
Facsimile:  (212) 403-2000

*Attorneys for Defendants*

By:    /s/ Carol V. Gliden
Carol V. Gilden (*pro hac vice*)
cgilden@cohenmilstein.com
**COHEN MILSTEIN SELLERS & TOLL PLLC**
190 South LaSalle Street, Suite 1705
Chicago, IL 60603
Telephone: (312) 357-0370
Facsimile: (312) 357-0369

Steven J. Toll (*pro hac vice*)
stoll@cohenmilstein.com
**COHEN MILSTEIN SELLERS & TOLL PLLC**
1100 New York Ave NW, Suite 500 East
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699

Chris Lometti (*pro hac vice*)
clometti@cohenmilstein.com
Benjamin F. Jackson (*pro hac vice*)
bjackson@cohenmilstein.com
**COHEN MILSTEIN SELLERS & TOLL PLLC**
88 Pine Street, Fourteenth Floor
New York, NY 10005
Telephone: (212) 838-7797
Facsimile: (212) 838-7745

*Lead Counsel for Plaintiffs and the Class*

Nicole Lavallee (SBN 165755)
nlavallee@bermantabacco.com
Alexander S. Vahdat (SBN 284963)
avahdat@bermantabacco.com
**BERMAN TABACCO**
425 California Street, Suite 2300
San Francisco, CA 94104
Telephone: (415) 433-3200
Facsimile: (415) 433-6382

*Liaison Counsel for Plaintiffs and the Class*

*Attorneys for Lead Plaintiffs Sheet Metal Workers' National Pension Fund and International Brotherhood of Teamsters Local No. 710 Pension Fund, and Named Plaintiff International Union of Operating Engineers Pension Fund of Eastern Pennsylvania and Delaware Local No. 542*

## CERTIFICATE PURSUANT TO LOCAL RULE 5-1(h)(3)

In compliance with Civil Local Rule 5-1(h)(3), I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories.

By:    /s/ David J. Wiener

David J. Wiener

## ORDER GRANTING STIPULATION

PURSUANT TO STIPULATION, IT IS SO ORDERED.


  February 8, 2024

Date:

_____

HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

[PROPOSED] STIPULATED ORDER REGARDING THE USE OF TRANSLATION AND INTERPRETATION FOR DEPOSITION
CASE NO.:  3:20-CV-04737-RS

6