# EXHIBIT A

** C O N F I D E N T I A L **

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
Case No. 3:20-cv-04737-RS
-----------------------------------x
SHEET METAL WORKERS' NATIONAL
PENSION FUND and INTERNATIONAL
BROTHERHOOD OF TEAMSTERS
LOCAL NO. 710 PENSION FUND,
individually and as Lead Plaintiffs
on behalf of all others similarly
situated,
   - and -
INTERNATIONAL UNION OF
OPERATING ENGINEERS PENSION
FUND OF EASTERN PENNSYLVANIA
AND DELAWARE, individually and as
Named Plaintiff, on behalf of all
others similarly situated
                    Plaintiffs,
   - against -
BAYER AKTIENGESELLSCHAFT, WERNER
BAUMANN, WERNER WENNING, LIAM CONDON,
JOHANNES DIETSCH, and WOLFGANG NICKL,
                    Defendants.
-----------------------------------x
                    March 19, 2024
                    10:34 a.m. CET


                    Remote Videotaped Deposition
of JAN HEINEMANN, taken by Plaintiffs, pursuant
to Notice, held remotely from everyone's
respective locations, before Danielle Grant, a
Registered Professional Reporter and Notary
Public of the State of New York.

JAN HEINEMANN - CONFIDENTIAL

overseeing or managing litigation?

A     No.

Q     Did you have any experience overseeing or managing litigation before you became Bayer's head of legal in M&A?

A     As an associate with that law firm I used to work for, I was involved in a number -- in a couple of litigation cases, but German law consumer litigation.

Q     Understood.

Who did you report to in your role as head of legal in M&A at Bayer?

A     I always reported to the group general counsel, Roland Hartwig.

Q     Do you know who --

A     At the very end, I also reported into Gabriel, Gabriel Harnier, who replaced Roland Hartwig at some point.

Q     Okay.  And --

A     And I think, during my time as head of legal M&A, I think I exclusively reported to Roland.  Maybe for a couple of weeks or, yeah, a very few months to Gabriel.  But for now, I would say

JAN HEINEMANN - CONFIDENTIAL

90 percent of the time to Roland.

Q    Do you know who Mr. Hartwig himself reported to?

A    Roland reported -- it varied.  In the beginning, he reported to the -- to the chief financial officer.  Then for some period of time, he reported to the CEO of Bayer.  In the end, I can't even remember whether it was the COO or the CFO.  It always -- it varied.  But it was typically between the two.

Q    And it says here that you stopped serving as head of legal in M&A toward the end of 2016, and then you became head of law patents and compliance U.S.A.; is that right?

A    That is correct.

Q    So did you -- so when did you stop serving as head of legal in M&A at Bayer, which month?

A    I think it was around October or end of September at 2016.

Q    Okay.  And when you became head of law patents and compliance, you moved to

JAN HEINEMANN - CONFIDENTIAL

Do you recall that?

A    Yes.

Q    Who is Mr. Harnier?

A    Mr. Harnier was the successive role in Hartwig as the general counsel of Bayer.

Q    And what was Mr. Harnier's role with respect to the Monsanto acquisition, if any?

A    I can't recall exactly when he joined Bayer.  He used to work at Bayer, then he left and then he came back.  He must have rejoined Bayer in the course of 2016, but I can't recall exactly at what time.  I -- I would -- I would say, prior to the signing of the merger agreement, he had very limited, if zero, role.  After the signing, I think he was in -- he was the incumbent general counsel.  I mean, it was also part of his responsibilities --

Q    Okay.

A    -- to deal with the legal aspects of the merger.

Q    And what interactions did you

JAN HEINEMANN - CONFIDENTIAL

Q    And do you know where he works now?

A    Yes.

Q    Where does he work?

A    At SAP.

Q    Do you keep in touch with Mr. Harnier?

A    Yes.

Q    And when was the last time you spoke with him?

A    Maybe months ago.

Q    And did you have any conversations with him about the litigation in which you're being deposed today?

A    No.

Q    You also mentioned --

A    Maybe -- that I have to -- that I will be deposed, but we didn't -- we didn't -- you know, we didn't discuss any details.

Q    Okay.  And earlier you also mentioned Mr. Hartwig.

Did you work with Mr. Hartwig in connection with the Monsanto acquisition?

JAN HEINEMANN - CONFIDENTIAL

A    Yes.

Q    And what was Mr. Hartwig's role with respect to the Monsanto acquisition?

A    He was -- he was the group general counsel at the time.  He was, to some degree, involved in the -- in the assessment of the -- of the litigation -- of the litigation risk.

Q    Okay.

A    He didn't -- he didn't perform the due diligence, but I think he was kept in the loop.

Q    Okay.  And Mr. Hartwig no longer works at Bayer either, right?

A    No.

Q    All right.  Do you know what he does now?

A    No.

Q    Okay.  Haven't seen him in the news recently?

A    I have seen him in the news, yes.

Q    Okay.  And do you keep in touch with Mr. Hartwig?

A    No.  I haven't seen him in -- I

JAN HEINEMANN - CONFIDENTIAL

You mean the delivery of those presentations?

MR. JACKSON:  Yeah.

Q    Just did you participate in delivering presentations to the supervisory board about the Monsanto merger?

A    Yes.

Q    Okay.  What was your role -- what was your role in those meetings?

A    I -- I can remember only one supervisory board meeting where I was present, and I would -- I would take care of the legal aspects of the transaction --

Q    Who else --

A    I would present -- I would present the legal aspects of the transaction.

Q    Who else from Bayer's legal department do you know to have participated in presentations to the supervisory board about the Monsanto acquisition?

A    The general counsel, Roland Hartwig.

Q    And anyone else?