UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SHEET METAL WORKERS NATIONAL PENSION FUND, et al.,

Plaintiffs,

v.

BAYER AKTIENGESELLSCHAFT, et al.,

Defendants.

Case No. 20-cv-04737-RS   (SK)

**ORDER DIRECTING DEFENDANT TO PROVIDE COURT WITH DOCUMENTS FOR *IN CAMERA* REVIEW**

On April 2, 2024, the parties filed a joint discovery letter brief, disputing whether two paragraphs in a letter contains privileged information. (Dkt. No. 207.) In particular, the letter in question was sent by Defendant Bayer Aktiengesellschaft's ("Bayer") general counsel, Dr. Gabriel Harnier, to Bayer's Supervisory Board, purportedly analyzing and opining on an adverse jury verdict. (*Id*. at 3.) The Court has determined to review *in camera* the letter in question along with a copy of the final, English language version of the letter. (*Id*. at 5 n.4.)

Accordingly, the Court DIRECTS Defendant Bayer to provide the Court with a copy of the letter along with a copy of the final, English language version by April 17, 2024. Bayer is directed to email this document to SKPO@cand.uscourts.gov. Given the nature of this direction, Bayer need not copy Plaintiffs on the email, and, other than a cover letter identifying the documents, Bayer shall not provide commentary or argument with the document.

**IT IS SO ORDERED**.

Dated: April 15, 2024

_____
SALLIE KIM
United States Magistrate Judge

United States District Court
Northern District of California