**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SHEET METAL WORKERS' NATIONAL PENSION FUND and INTERNATIONAL BROTHERHOOD OF TEAMSTERS LOCAL NO. 710 PENSION FUND, individually and as Lead Plaintiffs on behalf of all others similarly situated, and<br><br>INTERNATIONAL UNION OF OPERATING ENGINEERS PENSION FUND OF EASTERN PENNSYLVANIA AND DELAWARE, individually and as Named Plaintiff, on behalf of all others similarly situated,<br><br>        Plaintiffs,<br>   vs.<br>BAYER AKTIENGESELLSCHAFT, WERNER BAUMANN, WERNER WENNING, LIAM CONDON, JOHANNES DIETSCH, and WOLFGANG NICKL,<br><br>        Defendants. | Case No: 3:20-cv-04737-RS<br><br>CLASS ACTION<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR ISSUANCE OF LETTER OF REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE TO THE APPROPRIATE JUDICIAL AUTHORITIES OF GERMANY PURSUANT TO THE HAGUE CONVENTION**<br><br>Ctrm:  3 – 17th Floor<br>Judge:  Richard Seeborg<br><br>Ctrm:  C – 15th Floor<br>Magistrate Judge:  Sallie Kim |

Having considered Plaintiffs' Motion for Issuance of a Letter of Request for International Judicial Assistance to the Appropriate Authorities of Germany Pursuant to the Hague Convention, IT IS HEREBY ORDERED that Plaintiffs' Motion is GRANTED. The Court will sign and hereby authorizes the issuance of the letter of request accompanying Plaintiffs' motion and will notify Plaintiffs' counsel once the signed letter is prepared.

DATED:                                    _____
                                          Hon. Richard Seeborg