| | |
|---|---|
| Carol V. Gilden (*admitted pro hac vice*)<br>**COHEN MILSTEIN SELLERS & TOLL PLLC**<br>190 South LaSalle Street, Suite 1705<br>Chicago, IL 60603<br>Telephone: (312) 357-0370<br>Email: cgilden@cohenmilstein.com<br><br>*Lead Counsel for Plaintiffs and the Class*<br>[Additional Counsel on Signature Page]<br><br>Nicole Lavallee (SBN 165755)<br>Alexander S. Vahdat (SBN 284963)<br>**BERMAN TABACCO**<br>425 California Street, Suite 2300<br>San Francisco, CA 94104<br>Telephone: (415) 433-3200<br>Facsimile: (415) 433-6382<br>Email: nlavallee@bermantabacco.com<br>       avahdat@bermantabacco.com<br><br>*Liaison Counsel for Plaintiffs and the Class* | William Savitt (*pro hac vice*)<br>Noah B. Yavitz (*pro hac vice*)<br>Emily R. Barreca (*pro hac vice*)<br>**WACHTELL, LIPTON, ROSEN & KATZ**<br>51 West 52nd Street<br>New York, NY 10019<br>Telephone: (212) 403-1000<br>Facsimile: (212) 403-2000<br>Email: WDSavitt@wlrk.com<br>      NBYavitz@wlrk.com<br>      ERBarreca@wlrk.com<br><br>Jordan Eth (CA SBN 121617)<br>David J. Wiener (CA SBN 291659)<br>**MORRISON & FOERSTER LLP**<br>425 Market Street<br>San Francisco, CA 94105<br>Telephone: (415) 268-7000<br>Facsimile: (415) 268-7522<br>Email: JEth@mofo.com<br>      DWiener@mofo.com<br><br>*Attorneys for Defendants* |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SHEET METAL WORKERS' NATIONAL PENSION FUND and INTERNATIONAL BROTHERHOOD OF TEAMSTERS LOCAL NO. 710 PENSION FUND, individually and as Lead Plaintiffs on behalf of all others similarly situated, and<br><br>INTERNATIONAL UNION OF OPERATING ENGINEERS PENSION FUND OF EASTERN PENNSYLVANIA AND DELAWARE, individually and as Named Plaintiff, on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>  vs.<br><br>BAYER AKTIENGESELLSCHAFT, WERNER BAUMANN, WERNER WENNING, LIAM CONDON, JOHANNES DIETSCH, and WOLFGANG NICKL,<br><br>    Defendants. | Case No: 3:20-cv-04737-RS<br><br><u>CLASS ACTION</u><br><br>**JOINT STIPULATION AND SCHEDULING ORDER AS MODIFIED BY THE COURT**<br><br>Ctrm: 3 – 17th Floor<br>Judge: Richard Seeborg |

Pursuant to Local Rule 6-2, the parties respectfully request the following:

WHEREAS, on June 28, 2024, the Court issued a Joint Stipulation and Scheduling Order (ECF 218) (the "Scheduling Order"), and amended select dates by Clerk's Notice Rescheduling Jury Trial and Pretrial Conference (ECF 219) (the "Clerk's Notice") dated July 2nd, 2024,

WHEREAS, the current scheduled due date for the designation of supplemental and rebuttal expert witnesses under Federal Rule of Civil Procedure 26(a)(2) is September 20, 2024,

WHEREAS, one of Plaintiffs'[1] expert witnesses is experiencing an emergency medical issue and accordingly will require additional time to complete his rebuttal expert report,

WHEREAS, the parties have conferred regarding extending the date for the designation of supplemental and rebuttal expert witnesses by four weeks, along with the case management deadlines that follow, with minor adjustments that also take into account intervening holidays,

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among Plaintiffs and Defendants by and through their respective counsel and subject to the approval of the Court, that the Scheduling Order shall be modified as follows:

1. The Parties shall designate their supplemental and rebuttal expert witnesses in accordance with Federal Rule of Civil Procedure 26(a)(2) on or before October 18, 2024.

2. The Parties shall designate their reply expert witnesses on or before November 8, 2024.

3. All discovery of expert witnesses pursuant to Federal Rule of Civil Procedure 26(b)(4) shall be completed on or before December 6, 2024.

4. The Further Case Management Conference previously set for November 14, 2024, is continued to December 19, 2024, at 10:00 a.m. via videoconference, and the parties' Joint Case Management Statement shall be due by December 12, 2024, or such other date as the Court deems appropriate.

---

[1] Plaintiffs are Lead Plaintiffs Sheet Metal Workers' National Pension Fund and International Brotherhood of Teamsters Local No. 710 Pension Fund, and additional plaintiff International Union of Operating Engineers Pension Fund of Eastern Pennsylvania and Delaware.

5. The Parties shall file any dispositive motions on or before January 24, 2025.

6. The Parties shall file any oppositions to dispositive motions on or before February 28, 2025.

7. The Parties shall file any replies to dispositive motions on or before March 21, 2025.

8. All pretrial motions shall be heard no later than April 28, 2025, or such other date as the Court deems appropriate.

9. The final pretrial conference shall be held on July 9, 2025, at 10:00 a.m., in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California, or such other date as the Court deems appropriate.

10. A jury trial shall commence on July 21, 2025, at 9:00 a.m., in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California, or such other date as the Court deems appropriate.

IT IS SO STIPULATED.

Dated:   September 13, 2024

By:   */s/ Carol V. Gilden*
Carol V. Gilden (*pro hac vice*)
cgilden@cohenmilstein.com
**COHEN MILSTEIN SELLERS & TOLL PLLC**
190 South LaSalle Street, Suite 1705
Chicago, IL 60603
Telephone: (312) 357-0370
Facsimile: (312) 357-0369

Steven J. Toll (*pro hac vice*)
stoll@cohenmilstein.com
**COHEN MILSTEIN SELLERS & TOLL PLLC**
1100 New York Ave NW, Suite 500 East
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699

Chris Lometti (*pro hac vice*)
clometti@cohenmilstein.com
Benjamin F. Jackson (*pro hac vice*)
bjackson@cohenmilstein.com
**COHEN MILSTEIN SELLERS & TOLL PLLC**
88 Pine Street, Fourteenth Floor
New York, NY 10005
Telephone: (212) 838-7797
Facsimile: (212) 838-7745

*Lead Counsel for Plaintiffs and the Class*

1

2  Nicole Lavallee (SBN 165755)
   nlavallee@bermantabacco.com
3  Alexander S. Vahdat (SBN 284963)
   avahdat@bermantabacco.com
4  **BERMAN TABACCO**
   425 California Street, Suite 2300
5  San Francisco, CA 94104
   Telephone: (415) 433-3200
6  Facsimile: (415) 433-6382

7  *Liaison Counsel for Plaintiffs and the Class*

8  *Attorneys for Lead Plaintiffs Sheet Metal
   Workers' National Pension Fund and*
9  *International Brotherhood of Teamsters Local
   No. 710 Pension Fund, and Named Plaintiff*
10 *International Union of Operating Engineers
   Pension Fund of Eastern Pennsylvania and*
11 *Delaware Local No. 542*

12

13 By:    /s/ *Noah B. Yavitz*
         William Savitt (*pro hac vice*)
14       Noah B. Yavitz (*pro hac vice*)
         Emily R. Barreca (*pro hac vice*)
15       **WACHTELL, LIPTON, ROSEN & KATZ**
         51 West 52nd Street
16       New York, NY  10019
         Telephone: (212) 403-1000
17       Facsimile: (212) 403-2000

18       Jordan Eth (CA SBN 121617)
         JEth@mofo.com
19       David J. Wiener (CA SBN 291659)
         DWiener@mofo.com
20       **MORRISON & FOERSTER LLP**
         425 Market Street
21       San Francisco, CA  94105
         Telephone: (415) 268-7126
22       Facsimile: (415) 268-7522

23       *Attorneys for Defendants*

24

25

26

27

28

**CERTIFICATE PURSUANT TO LOCAL RULE 5-1(h)(3)**

In compliance with Civil Local Rule 5-1(h)(3), I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories.

By:   */s/ Carol V. Gilden*
        Carol V. Gilden

## ORDER GRANTING STIPULATION

PURSUANT TO STIPULATION, IT IS SO ORDERED.

_9/13/2024_____        _____
Date                                                                  HONORABLE RICHARD SEEBORG
                                                                      UNITED STATES DISTRICT JUDGE

JOINT STIPULATION AND SCHEDULING ORDER CASE NO.:
3:20-CV-04737-RS                                                                                             5