Carol V. Gilden (*pro hac vice*)
**COHEN MILSTEIN SELLERS & TOLL PLLC**
190 South LaSalle Street
Suite 1705
Chicago, IL 60603
Telephone: (312) 357-0370
Facsimile: (312) 357-0369
Email: cgilden@cohenmilstein.com

*Lead Counsel for Plaintiffs and the Class*

Nicole Lavallee (CA SBN 165755)
Alexander S. Vahdat (CA SBN 284963)
**BERMAN TABACCO**
425 California Street, Suite 2300
San Francisco, CA 94104
Telephone: (415) 433-3200
Facsimile: (415) 433-6382
Email: nlavallee@bermantabacco.com
        avahdat@bermantabacco.com

*Liaison Counsel for Plaintiffs and the Class*

[Additional Counsel on Signature Page]

William Savitt (*pro hac vice*)
Noah B. Yavitz (*pro hac vice*)
Emily R. Barreca (*pro hac vice*)
**WACHTELL, LIPTON, ROSEN & KATZ**
51 West 52nd Street
New York, NY 10019
Telephone: (212) 403-1000
Facsimile: (212) 403-2000

Jordan Eth (CA SBN 121617)
David J. Wiener (CA SBN 291659)
**MORRISON & FOERSTER LLP**
425 Market Street
San Francisco, CA 94105
Telephone: (415) 268-7000
Facsimile: (415) 268-7522
Email:  JEth@mofo.com
        DWiener@mofo.com

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| SHEET METAL WORKERS' NATIONAL PENSION FUND and INTERNATIONAL BROTHERHOOD OF TEAMSTERS LOCAL NO. 710 PENSION FUND, individually and as Lead Plaintiffs on behalf of all others similarly situated, and<br><br>INTERNATIONAL UNION OF OPERATING ENGINEERS PENSION FUND OF EASTERN PENNSYLVANIA AND DELAWARE, individually and as Named Plaintiff, on behalf of all others similarly situated,<br><br>       Plaintiffs,<br><br>   vs.<br><br>BAYER AKTIENGESELLSCHAFT, WERNER BAUMANN, WERNER WENNING, LIAM CONDON, JOHANNES DIETSCH, and WOLFGANG NICKL,<br><br>      Defendants. | Case No: 3:20-cv-04737-RS<br><br>CLASS ACTION<br><br>**JOINT STIPULATION AND SCHEDULING ORDER**<br><br>Ctrm:  3 – 17th Floor<br>Judge:  Richard Seeborg |

Pursuant to Local Rule 6-2, the parties respectfully request the following:

WHEREAS, on September 13, 2024, the Court issued the Joint Stipulation and Scheduling Order as Modified by the Court (ECF No. 223);

WHEREAS, all discovery of expert witnesses is currently due to be completed on or before December 6, 2024;

WHEREAS, any dispositive motions are currently due to be filed on or before January 24, 2025;

WHEREAS, any oppositions to dispositive motions are currently due to be filed on or before February 28, 2025;

WHEREAS, any replies to dispositive motions are currently due to be filed on or before March 21, 2025;

WHEREAS, the parties met and conferred regarding the scheduling of seven expert depositions between the service of the parties' reply expert reports on November 8, 2024 and the close of expert discovery on December 6, 2024;

WHEREAS, the parties have determined that it is not possible to schedule three of the seven expert depositions on mutually agreeable dates during that timeframe due to the unavailability of those experts and/or Plaintiffs' counsel;

WHEREAS, the parties have conferred regarding mutually agreeable dates for the deadline for completion of expert discovery and subsequent case deadlines;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among Plaintiffs[1] and Defendants by and through their respective counsel and subject to the approval of the Court, that:

1.      All discovery of expert witnesses pursuant to Federal Rule of Civil Procedure 26(b)(4) shall be completed on or before December 20, 2024.

2.      The Parties shall file any dispositive motions on or before February 7, 2025.

---

[1] Plaintiffs include Lead Plaintiffs Sheet Metal Workers' National Pension Fund and International Brotherhood of Teamsters Local No. 710 Pension Fund, and additional plaintiff International Union of Operating Engineers Pension Fund of Eastern Pennsylvania and Delaware.

3.     The Parties shall file any oppositions to dispositive motions on or before March 14, 2025.

4.     The Parties shall file any replies to dispositive motions on or before April 4, 2025.

IT IS SO STIPULATED.

Dated:   November 11, 2024

By:   */s/ Carol V. Gilden*
Carol V. Gilden (*pro hac vice*)
cgilden@cohenmilstein.com
**COHEN MILSTEIN SELLERS & TOLL PLLC**
190 South LaSalle Street, Suite 1705
Chicago, IL 60603
Telephone: (312) 357-0370
Facsimile: (312) 357-0369

Steven J. Toll (*pro hac vice*)
stoll@cohenmilstein.com
**COHEN MILSTEIN SELLERS & TOLL PLLC**
1100 New York Ave NW, Suite 500 East
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699

Chris Lometti (*pro hac vice*)
clometti@cohenmilstein.com
Benjamin F. Jackson (*pro hac vice*)
bjackson@cohenmilstein.com
**COHEN MILSTEIN SELLERS & TOLL PLLC**
88 Pine Street, Fourteenth Floor
New York, NY 10005
Telephone: (212) 838-7797
Facsimile: (212) 838-7745

*Lead Counsel for Plaintiffs and the Class*

Nicole Lavallee (SBN 165755)
nlavallee@bermantabacco.com
Alexander S. Vahdat (SBN 284963)
avahdat@bermantabacco.com
**BERMAN TABACCO**
425 California Street, Suite 2300
San Francisco, CA 94104
Telephone: (415) 433-3200
Facsimile: (415) 433-6382

*Liaison Counsel for Plaintiffs and the Class*

*Attorneys for Lead Plaintiffs Sheet Metal Workers' National Pension Fund and International Brotherhood of Teamsters Local No. 710 Pension Fund, and Named Plaintiff International Union of Operating Engineers Pension Fund of Eastern Pennsylvania and Delaware Local No. 542*

By:    */s/ Noah B. Yavitz*
William Savitt (*pro hac vice*)
Noah B. Yavitz (*pro hac vice*)
Emily R. Barreca (*pro hac vice*)
**WACHTELL, LIPTON, ROSEN & KATZ**
51 West 52nd Street
New York, NY  10019
Telephone:  (212) 403-1000
Facsimile:  (212) 403-2000

Jordan Eth (CA SBN 121617)
JEth@mofo.com
David J. Wiener (CA SBN 291659)
DWiener@mofo.com
**MORRISON & FOERSTER LLP**
425 Market Street
San Francisco, CA  94105
Telephone:  (415) 268-7126
Facsimile:  (415) 268-7522

*Attorneys for Defendants*

## CERTIFICATE PURSUANT TO LOCAL RULE 5-1(i)(3)

In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories.

By: _/s/ Carol V. Gilden_

Carol V. Gilden

**ORDER GRANTING STIPULATION**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

November 12, 2024
Date:

_____
HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE