Carol V. Gilden (*admitted pro hac vice*)
**COHEN MILSTEIN SELLERS & TOLL PLLC**
190 South LaSalle Street, Suite 1705
Chicago, IL 60603
Telephone: (312) 357-0370
Facsimile: (312) 357-0369
Email: cgilden@cohenmilstein.com

*Lead Counsel for Plaintiffs and the Class*

Nicole Lavallee (SBN 165755)
Alexander S. Vahdat (SBN 284963)
**BERMAN TABACCO**
425 California Street, Suite 2300
San Francisco, CA 94104
Telephone: (415) 433-3200
Facsimile: (415) 433-6382
Email: nlavallee@bermantabacco.com
        avahdat@bermantabacco.com

*Liaison Counsel for Plaintiffs and the Class*

[Additional Counsel on Signature Page]

William Savitt (*pro hac vice*)
Noah B. Yavitz (*pro hac vice*)
Emily R. Barreca (*pro hac vice*)
**WACHTELL, LIPTON, ROSEN & KATZ**
51 West 52nd Street
New York, NY 10019
Telephone: (212) 403-1000
Facsimile: (212) 403-2000
Email: WDSavitt@wlrk.com
        NBYavitz@wlrk.com
        ERBarreca@wlrk.com

Jordan Eth (CA SBN 121617)
David J. Wiener (CA SBN 291659)
**MORRISON & FOERSTER LLP**
425 Market Street
San Francisco, CA 94105
Telephone: (415) 268-7000
Facsimile: (415) 268-7522
Email:  JEth@mofo.com
        DWiener@mofo.com

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SHEET METAL WORKERS' NATIONAL PENSION FUND and INTERNATIONAL BROTHERHOOD OF TEAMSTERS LOCAL NO. 710 PENSION FUND, individually and as Lead Plaintiffs on behalf of all others similarly situated, and<br><br>INTERNATIONAL UNION OF OPERATING ENGINEERS PENSION FUND OF EASTERN PENNSYLVANIA AND DELAWARE, individually and as Named Plaintiff, on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>   vs.<br><br>BAYER AKTIENGESELLSCHAFT, WERNER BAUMANN, WERNER WENNING, LIAM CONDON, JOHANNES DIETSCH, and WOLFGANG NICKL,<br><br>        Defendants. | Case No: 3:20-cv-04737-RS<br><br><u>CLASS ACTION</u><br><br>**JOINT STIPULATION AND SCHEDULING ORDER**<br><br>Ctrm:   3 – 17th Floor<br>Judge:  Richard Seeborg |

Pursuant to Civil Local Rule 6-2, the parties respectfully request the following:

WHEREAS, on November 12, 2024, the Court issued an Order granting the parties' Joint Stipulation and Scheduling Order (ECF 227) (the "Scheduling Order");

WHEREAS, all discovery of expert witnesses is currently due to be completed on or before December 20, 2024;

WHEREAS, any dispositive motions are currently due to be filed on or before February 7, 2025;

WHEREAS, any oppositions to dispositive motions are currently due to be filed on or before March 14, 2025;

WHEREAS, any replies to dispositive motions are currently due to be filed on or before April 4, 2025;

WHEREAS, one of Plaintiffs'[1] expert witnesses is experiencing a serious medical issue requiring emergency surgery and accordingly cannot sit for a deposition until after the current deadline for expert discovery;

WHEREAS, the parties will have completed all other expert discovery, including the depositions of six other expert witnesses, by the current December 20, 2024 deadline;

WHEREAS, the parties have conferred regarding extending by two to three weeks the dates for the completion of expert discovery, along with the deadlines for the briefing of dispositive motions that follow, but maintaining the existing schedule for the upcoming case management conference, the final pretrial conference, jury selection, and trial;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among Plaintiffs and Defendants by and through their respective counsel and subject to the approval of the Court, that the Scheduling Order shall be modified as follows:

1.     All discovery of expert witnesses pursuant to Federal Rule of Civil Procedure 26(b)(4) shall be completed on or before January 10, 2025.

---

[1] Plaintiffs are Lead Plaintiffs Sheet Metal Workers' National Pension Fund and International Brotherhood of Teamsters Local No. 710 Pension Fund, and additional plaintiff International Union of Operating Engineers Pension Fund of Eastern Pennsylvania and Delaware.

2. The parties shall file any dispositive motions on or before February 25, 2025.

3. The parties shall file any oppositions to dispositive motions on or before April 1, 2025.

4. The parties shall file any replies to dispositive motions on or before April 22, 2025.

5. All pretrial motions shall be heard no later than May 12, 2025, or such other date as the Court deems appropriate.

IT IS SO STIPULATED.

Dated:    December 13, 2024

By:    /s/ Carol V. Gilden
Carol V. Gilden (*pro hac vice*)
cgilden@cohenmilstein.com
**COHEN MILSTEIN SELLERS & TOLL PLLC**
190 South LaSalle Street, Suite 1705
Chicago, IL 60603
Telephone: (312) 357-0370
Facsimile: (312) 357-0369

Steven J. Toll (*pro hac vice*)
stoll@cohenmilstein.com
**COHEN MILSTEIN SELLERS & TOLL PLLC**
1100 New York Ave NW, Suite 500 East
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699

Chris Lometti (*pro hac vice*)
clometti@cohenmilstein.com
Benjamin F. Jackson (*pro hac vice*)
bjackson@cohenmilstein.com
**COHEN MILSTEIN SELLERS & TOLL PLLC**
88 Pine Street, Fourteenth Floor
New York, NY 10005
Telephone: (212) 838-7797
Facsimile: (212) 838-7745

*Lead Counsel for Plaintiffs and the Class*

Nicole Lavallee (SBN 165755)
nlavallee@bermantabacco.com
Alexander S. Vahdat (SBN 284963)
avahdat@bermantabacco.com
**BERMAN TABACCO**
425 California Street, Suite 2300
San Francisco, CA 94104
Telephone: (415) 433-3200
Facsimile: (415) 433-6382

*Liaison Counsel for Plaintiffs and the Class*

*Attorneys for Lead Plaintiffs Sheet Metal Workers' National Pension Fund and International Brotherhood of Teamsters Local No. 710 Pension Fund, and Named Plaintiff International Union of Operating Engineers Pension Fund of Eastern Pennsylvania and Delaware Local No. 542*

By:    */s/ Noah B. Yavitz*
William Savitt (*pro hac vice*)
Noah B. Yavitz (*pro hac vice*)
Emily R. Barreca (*pro hac vice*)
**WACHTELL, LIPTON, ROSEN & KATZ**
51 West 52nd Street
New York, NY 10019
Telephone: (212) 403-1000
Facsimile: (212) 403-2000

Jordan Eth (CA SBN 121617)
JEth@mofo.com
David J. Wiener (CA SBN 291659)
DWiener@mofo.com
**MORRISON & FOERSTER LLP**
425 Market Street
San Francisco, CA 94105
Telephone: (415) 268-7126
Facsimile: (415) 268-7522

*Attorneys for Defendants*

**CERTIFICATE PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories.

By: ___/s/ Carol V. Gilden___

Carol V. Gilden

**ORDER GRANTING STIPULATION**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

December 13, 2024

Date:

HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE