**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SHEET METAL WORKERS' NATIONAL PENSION FUND and INTERNATIONAL BROTHERHOOD OF TEAMSTERS LOCAL NO. 710 PENSION FUND, individually and as Lead Plaintiffs on behalf of all others similarly situated, and<br><br>INTERNATIONAL UNION OF OPERATING ENGINEERS PENSION FUND OF EASTERN PENNSYLVANIA AND DELAWARE, individually and as Named Plaintiff, on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>BAYER AKTIENGESELLSCHAFT, WERNER BAUMANN, WERNER WENNING, LIAM CONDON, JOHANNES DIETSCH, and WOLFGANG NICKL,<br><br>Defendants. | Case No: 3:20-cv-04737-RS<br><br>CLASS ACTION<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO AMEND THE CASE MANAGEMENT SCHEDULE TO SUBSTITUTE EXPERT WITNESS**<br><br>Ctrm:  3 – 17th Floor<br>Judge:  Richard Seeborg |

Having considered Plaintiffs' Motion for Leave to Amend the Case Management Schedule to Substitute Expert Witness, IT IS HEREBY ORDERED that Plaintiffs' Motion is GRANTED. The dates set forth in the Court's Order dated January 10, 2025 (ECF No. 232) are hereby modified as follows so that Plaintiffs may substitute an expert for Jeffrey S. Martin:

1.     Plaintiffs shall serve the substitute expert's report on or before February 28, 2025.

2.     Defendants shall serve a rebuttal report (if any) on or before March 14, 2025.

3.     Plaintiffs shall serve a reply report (if any) on or before March 28, 2025.

4.     All discovery of expert witnesses pursuant to Federal Rule of Civil Procedure 26(b)(4) shall be completed on or before April 4, 2025.

5.     The parties shall file any dispositive motions on or before April 22, 2025.

6.     The parties shall file any opposition to dispositive motions on or before May 27, 2025.

7.     The parties shall file any replies to dispositive motions on or before June 17, 2025.

8.     All pretrial motions shall be heard no later than July 7, 2025, or such other date as the

Court deems appropriate.

IT IS SO ORDERED.

_____          _____
Date:                                                          HONORABLE RICHARD SEEBORG

                                                                   UNITED STATES DISTRICT JUDGE