Carol V. Gilden (*pro hac vice*)
**COHEN MILSTEIN SELLERS & TOLL PLLC**
190 South LaSalle Street
Suite 1705
Chicago, IL 60603
Telephone: (312) 357-0370
Facsimile: (312) 357-0369
Email: cgilden@cohenmilstein.com

*Lead Counsel for Plaintiffs and the Class*

Nicole Lavallee (CA SBN 165755)
Alexander S. Vahdat (CA SBN 284963)
**BERMAN TABACCO**
425 California Street, Suite 2300
San Francisco, CA 94104
Telephone: (415) 433-3200
Facsimile: (415) 433-6382
Email: nlavallee@bermantabacco.com
         avahdat@bermantabacco.com

*Liaison Counsel for Plaintiffs and the Class*

[Additional Counsel on Signature Page]

William Savitt (*pro hac vice*)
Noah B. Yavitz (*pro hac vice*)
Emily R. Barreca (*pro hac vice*)
**WACHTELL, LIPTON, ROSEN & KATZ**
51 West 52nd Street
New York, NY 10019
Telephone: (212) 403-1000
Facsimile: (212) 403-2000

Jordan Eth (CA SBN 121617)
David J. Wiener (CA SBN 291659)
**MORRISON & FOERSTER LLP**
425 Market Street
San Francisco, CA 94105
Telephone: (415) 268-7000
Facsimile: (415) 268-7522
Email: JEth@mofo.com
         DWiener@mofo.com

*Attorneys for Defendants Bayer Aktiengesellschaft, Werner Baumann, Werner Wenning, Liam Condon, Johannes Dietsch, and Wolfgang Nickl*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

SHEET METAL WORKERS' NATIONAL PENSION FUND and INTERNATIONAL BROTHERHOOD OF TEAMSTERS LOCAL NO. 710 PENSION FUND, individually and as Lead Plaintiffs on behalf of all others similarly situated, and

INTERNATIONAL UNION OF OPERATING ENGINEERS PENSION FUND OF EASTERN PENNSYLVANIA AND DELAWARE, individually and as Named Plaintiff, on behalf of all others similarly situated,

     Plaintiffs,

  vs.

BAYER AKTIENGESELLSCHAFT, WERNER BAUMANN, WERNER WENNING, LIAM CONDON, JOHANNES DIETSCH, and WOLFGANG NICKL,

    Defendants.

Case No: 3:20-cv-04737-RS

CLASS ACTION

**JOINT STIPULATION AND SCHEDULING ORDER**

Ctrm:  3 – 17th Floor
Judge:  Richard Seeborg

Pursuant to Local Rule 6-2, the parties respectfully request the following:

WHEREAS, on February 5, 2025, Plaintiffs filed a Motion for Leave to Amend the Case Management Schedule to Substitute Expert Witness (the "Motion to Substitute") (ECF No. 234);

WHEREAS, any response to the Motion to Substitute is currently due to be filed on or before February 19, 2025;

WHEREAS, any reply to the Motion to Substitute is currently due to be filed on or before February 26, 2025;

WHEREAS, a hearing on the Motion to Substitute is currently scheduled for March 13, 2025, at 1:30 PM in San Francisco, Courtroom 03, 17th Floor;

WHEREAS, the parties have conferred regarding mutually agreeable dates for the deadlines for any response and any reply to the Motion to Substitute and the parties' positions with respect to oral argument on the Motion to Substitute;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among Plaintiffs[1] and Defendants by and through their respective counsel and subject to the approval of the Court, that:

1. Defendants shall file any response to the Motion to Substitute on or before 3:00 PM Pacific Time on February 12, 2025.

2. Plaintiffs shall file any reply to the Motion to Substitute on or before 3:00 PM Pacific Time on February 19, 2025.

3. The parties agree to forgo oral argument on the Motion to Substitute, with permission of the Court.

IT IS SO STIPULATED.

---

[1] Plaintiffs include Lead Plaintiffs Sheet Metal Workers' National Pension Fund and International Brotherhood of Teamsters Local No. 710 Pension Fund, and additional plaintiff International Union of Operating Engineers Pension Fund of Eastern Pennsylvania and Delaware.

Dated:    February 11, 2025

By:    /s/ David J. Wiener
       David J. Wiener

William Savitt (*pro hac vice*)
Noah B. Yavitz (*pro hac vice*)
Emily R. Barreca (*pro hac vice*)
**WACHTELL, LIPTON, ROSEN & KATZ**
51 West 52nd Street
New York, NY  10019
Telephone:  (212) 403-1000
Facsimile:  (212) 403-2000
Email:  WDSavitt@wlrk.com
        NBYavitz@wlrk.com
        ERBarreca@wlrk.com

Jordan Eth (CA SBN 121617)
David J. Wiener (CA SBN 291659)
**MORRISON & FOERSTER LLP**
425 Market Street
San Francisco, CA  94105
Telephone:  (415) 268-7126
Facsimile:  (415) 268-7522
Email:  JEth@mofo.com
        DWiener@mofo.com

*Attorneys for Defendants Bayer Aktiengesellschaft,
Werner Baumann, Werner Wenning, Liam Condon,
Johannes Dietsch, and Wolfgang Nickl*

By:    /s/ Carol V. Gilden
       Carol V. Gilden

Carol V. Gilden (*pro hac vice*)
**COHEN MILSTEIN SELLERS & TOLL PLLC**
190 South LaSalle Street, Suite 1705
Chicago, IL 60603
Telephone: (312) 357-0370
Facsimile: (312) 357-0369
Email:  cgilden@cohenmilstein.com

Steven J. Toll (*pro hac vice*)
**COHEN MILSTEIN SELLERS & TOLL PLLC**
1100 New York Ave NW, Suite 800
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
Email:  stoll@cohenmilstein.com

Chris Lometti (*pro hac vice*)

JOINT STIPULATION AND  SCHEDULING ORDER CASE NO.:
3:20-CV-04737-RS

2

Benjamin F. Jackson (*pro hac vice*)
**COHEN MILSTEIN SELLERS & TOLL PLLC**
88 Pine Street, Fourteenth Floor
New York, NY 10005
Telephone: (212) 838-7797
Facsimile: (212) 838-7745
Email:  clometti@cohenmilstein.com
          bjackson@cohenmilstein.com

*Lead Counsel for Plaintiffs and the Class*

Nicole Lavallee (SBN 165755)
Alexander S. Vahdat (SBN 284963)
**BERMAN TABACCO**
425 California Street, Suite 2300
San Francisco, CA 94104
Telephone: (415) 433-3200
Facsimile: (415) 433-6382
Email:  nlavallee@bermantabacco.com
          avahdat@bermantabacco.com

*Liaison Counsel for Plaintiffs and the Class*

**<u>CERTIFICATE PURSUANT TO LOCAL RULE 5-1(i)(3)</u>**

In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories.

By:   */s/ David J. Wiener*

David J. Wiener

**ORDER GRANTING STIPULATION**

PURSUANT TO STIPULATION, IT IS SO ORDERED.


__February 12, 2025__
Date:

HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE