William Savitt (*pro hac vice*)
Noah B. Yavitz (*pro hac vice*)
Emily R. Barreca (*pro hac vice*)
**WACHTELL, LIPTON, ROSEN & KATZ**
51 West 52nd Street
New York, NY 10019
Telephone: (212) 403-1000
Facsimile: (212) 403-2000

Jordan Eth (CA SBN 121617)
David J. Wiener (CA SBN 291659)
**MORRISON & FOERSTER LLP**
425 Market Street
San Francisco, CA 94105
Telephone: (415) 268-7000
Facsimile: (415) 268-7522
Email:  JEth@mofo.com
        DWiener@mofo.com

*Attorneys for Defendants Bayer*
*Aktiengesellschaft, Werner Baumann,*
*Werner Wenning, Liam Condon,*
*Johannes Dietsch, and Wolfgang Nickl*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SHEET METAL WORKERS' NATIONAL PENSION FUND and INTERNATIONAL BROTHERHOOD OF TEAMSTERS LOCAL NO. 710 PENSION FUND, individually and as Lead Plaintiffs on behalf of all others similarly situated, and <br><br> INTERNATIONAL UNION OF OPERATING ENGINEERS PENSION FUND OF EASTERN PENNSYLVANIA AND DELAWARE, individually and as Named Plaintiff, on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> BAYER AKTIENGESELLSCHAFT, WERNER BAUMANN, WERNER WENNING, LIAM CONDON, JOHANNES DIETSCH, and WOLFGANG NICKL, <br><br> Defendants. | Case No.:  3:20-cv-04737-RS <br><br> **DECLARATION OF NOAH B. YAVITZ IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE TO AMEND THE CASE MANAGEMENT SCHEDULE TO SUBSTITUTE EXPERT WITNESS** <br><br> <u>CLASS ACTION</u> <br><br> Judge:  Richard Seeborg <br> Courtroom:  3 — 17th Floor |

I, Noah B. Yavitz, declare as follows:

1. I am an attorney admitted to practice law in the state of New York and a partner of Wachtell, Lipton, Rosen & Katz, counsel of record for Defendants Bayer Aktiengesellschaft, Werner Baumann, Werner Wenning, Liam Condon, Johannes Dietsch, and Wolfgang Nickl. I am admitted *pro hac vice* in this Court. I submit this declaration in support of Defendants' Opposition to Plaintiffs' Motion for Leave to Amend the Case Management Schedule to Substitute Expert Witness. I make this declaration based on my personal knowledge.

2. On September 5, 2024, the parties met and conferred regarding, among other topics, the logistics for future depositions in this matter. During this meet and confer, the parties agreed that expert depositions would take place during the four-week period following service of expert reply reports.

3. Attached as **Exhibit 1** is a true and correct copy of an email exchange among Plaintiffs' counsel and Defendants' counsel, dated October 25, 2024 through November 14, 2024.

4. On October 28, 2024, the parties met and conferred regarding the scheduling of expert depositions. During this meet and confer, Defendants' counsel provided a range of dates on which Defendants' experts were available for deposition. Plaintiffs' counsel were unable to identify any dates for the depositions of Plaintiffs' witnesses. Instead, Plaintiffs' counsel requested that Defendants' counsel propose dates for those depositions.

5. On January 3, 2025, Plaintiffs' counsel informed me via telephone of Mr. Martin's worsening health condition. During this call, I expressed concern as to whether Mr. Martin would be able to sit for deposition and noted Defendants' position that it was important to limit or avoid any additional extension of the case schedule.

6. Attached as **Exhibit 2** is a true and correct copy of an email exchange among Plaintiffs' counsel and Defendants' counsel, dated February 3, 2025 through February 4, 2025.

DECLARATION OF NOAH B. YAVITZ IN SUPPORT OF
DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE TO AMEND
THE CASE MANAGEMENT SCHEDULE TO SUBSTITUTE EXPERT WITNESS
CASE NO.: 3:20-CV-04737-RS

1

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 12th day of February, 2025, in New York, New York.

/s/ Noah B. Yavitz
Noah B. Yavitz

DECLARATION OF NOAH B. YAVITZ IN SUPPORT OF
DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE TO AMEND
THE CASE MANAGEMENT SCHEDULE TO SUBSTITUTE EXPERT WITNESS
CASE NO.:  3:20-CV-04737-RS

2

**<u>CERTIFICATE PURSUANT TO LOCAL RULE 5-1(i)(3)</u>**

In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories.

By: _/s/ David J. Wiener_

David J. Wiener

DECLARATION OF NOAH B. YAVITZ IN SUPPORT OF
DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE TO AMEND
THE CASE MANAGEMENT SCHEDULE TO SUBSTITUTE EXPERT WITNESS
CASE NO.: 3:20-CV-04737-RS

3