# EXHIBIT 1

| | |
|---|---|
| **From:** | Yavitz, Noah B. |
| **Sent:** | Thursday, November 14, 2024 10:06 PM |
| **To:** | Benjamin Jackson |
| **Cc:** | Barreca, Emily R.; Villegas, Lorenzo Antonio Hoppe; Carol V. Gilden; Amy Hayes |
| **Subject:** | RE: Bayer: notice of Garmaise and Lawrence depositions |

Ben,

I agree that further back-and-forth won't be productive, because the record here is clear.

We plan to take Prof. Afsharipour's deposition remotely.  Is she available to begin at 7:30am PT on November 26?

Best,
Noah

**Noah B. Yavitz**
WACHTELL, LIPTON, ROSEN & KATZ
51 West 52nd Street | New York, NY 10019
+1 (212) 403-1397 (Direct) | +1 (212) 403-2397 (Fax)
NBYavitz@wlrk.com | www.wlrk.com

**From:** Benjamin Jackson <bjackson@cohenmilstein.com>
**Sent:** Thursday, November 14, 2024 7:02 PM
**To:** Yavitz, Noah B. <NBYavitz@wlrk.com>
**Cc:** Barreca, Emily R. <ERBarreca@wlrk.com>; Villegas, Lorenzo Antonio Hoppe <LVillegas@wlrk.com>; Carol V. Gilden <cgilden@cohenmilstein.com>; Amy Hayes <ahayes@cohenmilstein.com>
**Subject:** RE: Bayer: notice of Garmaise and Lawrence depositions

<div style="background:orange">

**\*\*External Email-Use Caution\*\***

</div>

Noah,

Further, to be clear, Prof. Afsharipour will sit for her deposition at Berman Tabacco's San Francisco office, and Mr. Coffman will sit for his deposition at Cohen Milstein's Chicago office. Messrs. Kelly and Martin and Prof. Mitts will sit for their depositions at Cohen Milstein's New York office.

Best regards,
Ben

**From:** Benjamin Jackson
**Sent:** Thursday, November 14, 2024 5:54 PM
**To:** 'Yavitz, Noah B.' <NBYavitz@wlrk.com>
**Cc:** Barreca, Emily R. <ERBarreca@wlrk.com>; Villegas, Lorenzo Antonio Hoppe <LVillegas@wlrk.com>; Carol V. Gilden <cgilden@cohenmilstein.com>; Amy Hayes <ahayes@cohenmilstein.com>
**Subject:** RE: Bayer: notice of Garmaise and Lawrence depositions

Noah,

While we are glad the parties have ultimately worked out scheduling and locations, much of this could been avoided with clearer and more timely communication on your part. That being said, your email contains numerous inaccuracies that call for a response.

**Witness Scheduling:** Suggesting Plaintiffs failed to reserve time for witnesses is both misleading and absurd.  You had five depositions to notice; we had two. It was unreasonable to expect our experts to block all 18 of the business days between the service of reply expert reports and the close of expert discovery, including the days before and after Thanksgiving, while waiting for you to decide your schedule. Further, you initially provided only ten days of availability, during which we scheduled four depositions.

And of course, Plaintiffs need adequate time to prepare their witnesses— as you are well aware given the extensive time you spent preparing your fact witnesses, as their deposition testimony reflects.

**Deposition Locations:** No agreement on the deposition locations was reached during our initial meet-and-confer, which focused primarily on dates. The mere mention of a location during that conversation or in your subsequent email was just that. If you assumed otherwise without our explicit confirmation, that's on you.

In any event, a further back-and-forth on this is not productive to either party. We await your deposition notices.

Best regards,
Ben

---

**From:** Yavitz, Noah B. <NBYavitz@wlrk.com>
**Sent:** Thursday, November 14, 2024 11:20 AM
**To:** Benjamin Jackson <bjackson@cohenmilstein.com>
**Cc:** Barreca, Emily R. <ERBarreca@wlrk.com>; Villegas, Lorenzo Antonio Hoppe <LVillegas@wlrk.com>; Carol V. Gilden <cgilden@cohenmilstein.com>; Amy Hayes <ahayes@cohenmilstein.com>
**Subject:** RE: Bayer: notice of Garmaise and Lawrence depositions

Ben,

Unfortunately, you are yet again misstating our exchange on this point.

First, Defendants raised the issue of witness scheduling on the very same day as Plaintiffs, so your accusations of delay are hypocritical at best.  We needed to extend the dates because Plaintiffs did not reserve any time for three of their five witnesses during the deposition period, full stop.

Second, when I initially proposed dates for Mr. Coffman and Prof. Afsharipour, I specifically said that I was proposing to "schedule depositions at [my] offices."  You responded with dates, without objecting to that location.  I now understand that you made different arrangements, without raising your apparent disagreement.

In any event, we can accommodate the geographic restrictions that you identified for the first time in your November 12 email.  We'll send you the deposition notice later today, to get this formalized.

Best regards,
Noah

**Noah B. Yavitz**
WACHTELL, LIPTON, ROSEN & KATZ
51 West 52nd Street | New York, NY 10019
+1 (212) 403-1397 (Direct) | +1 (212) 403-2397 (Fax)
NBYavitz@wlrk.com | www.wlrk.com

**From:** Benjamin Jackson <bjackson@cohenmilstein.com>
**Sent:** Thursday, November 14, 2024 10:47 AM
**To:** Yavitz, Noah B. <NBYavitz@wlrk.com>
**Cc:** Barreca, Emily R. <ERBarreca@wlrk.com>; Villegas, Lorenzo Antonio Hoppe <LVillegas@wlrk.com>; Carol V. Gilden <cgilden@cohenmilstein.com>; Amy Hayes <ahayes@cohenmilstein.com>
**Subject:** RE: Bayer: notice of Garmaise and Lawrence depositions

**\*\*External Email-Use Caution\*\***

Noah,

Prof. Afsharipour will sit for her deposition in San Francisco, near her home and the venue of this case. Similarly, Mr. Coffman's deposition will take place in Chicago, where he resides, and where Carol, who will be defending the deposition, is based. Plaintiffs have made considerable efforts to accommodate Defendants' requests to conduct depositions in locations convenient for their witnesses, including locations abroad such as London, Brussels, Amsterdam, and Venlo. We would appreciate it if you would make reciprocal accommodations for our witnesses.

Additionally, if you had hoped for Prof. Afsharipour or Mr. Coffman to travel to New York, it would have been helpful to raise this earlier in the process. Unfortunately, revisiting these arrangements now will create unnecessary disruption to the schedule. Defendants' delay in scheduling these depositions has already contributed to the need to extend the expert discovery schedule, and we hope to avoid further setbacks.

The 11:30 AM ET start time for Prof. Mitts' deposition is acceptable.

If further discussion is needed, we are available to meet and confer to address any remaining concerns. Thank you for your cooperation moving forward.

Best regards,
Ben

**From:** Yavitz, Noah B. <NBYavitz@wlrk.com>
**Sent:** Wednesday, November 13, 2024 11:37 PM
**To:** Benjamin Jackson <bjackson@cohenmilstein.com>
**Cc:** Barreca, Emily R. <ERBarreca@wlrk.com>; Villegas, Lorenzo Antonio Hoppe <LVillegas@wlrk.com>; Carol V. Gilden <cgilden@cohenmilstein.com>; Amy Hayes <ahayes@cohenmilstein.com>
**Subject:** RE: Bayer: notice of Garmaise and Lawrence depositions

Ben,

That's fine for Garmaise, Lawrence, Martin, and Kelly.

For Coffman and Afsharipour, please let us know if they are available to be examined in New York on the specified dates or on alternative dates within the deposition window.

For Mitts, if he's only available on December 11 then we'll need to start at 11:30am ET.  I do not expect to use the full seven hours for his deposition.

We'll book the court reporter for the depositions we're taking, but thanks for offering to arrange.

Best,
Noah

**Noah B. Yavitz**
Wachtell, Lipton, Rosen & Katz
51 West 52nd Street | New York, NY 10019
+1 (212) 403-1397 (Direct) | +1 (212) 403-2397 (Fax)
NBYavitz@wlrk.com | www.wlrk.com

**From:** Benjamin Jackson <bjackson@cohenmilstein.com>
**Sent:** Tuesday, November 12, 2024 4:59 PM
**To:** Yavitz, Noah B. <NBYavitz@wlrk.com>
**Cc:** Barreca, Emily R. <ERBarreca@wlrk.com>; Villegas, Lorenzo Antonio Hoppe <LVillegas@wlrk.com>; Carol V. Gilden <cgilden@cohenmilstein.com>; Amy Hayes <ahayes@cohenmilstein.com>
**Subject:** RE: Bayer: notice of Garmaise and Lawrence depositions

| **\*\*External Email-Use Caution\*\*** |
|:---:|

Noah, additionally, Plaintiffs would be happy to email Veritext to get all of these depositions on the calendar once you've responded regarding the locations. But if you'd prefer to book the depositions Defendants are taking (Afsharipour, Coffman, Mitts, Martin, and Kelly) yourself, that is fine with us too – please just let us know.

Best regards,
Ben

**From:** Benjamin Jackson
**Sent:** Tuesday, November 12, 2024 4:56 PM
**To:** Yavitz, Noah B. <NBYavitz@wlrk.com>
**Cc:** Barreca, Emily R. <ERBarreca@wlrk.com>; Villegas, Lorenzo Antonio Hoppe <LVillegas@wlrk.com>; Carol V. Gilden <cgilden@cohenmilstein.com>; Amy Hayes <ahayes@cohenmilstein.com>
**Subject:** RE: Bayer: notice of Garmaise and Lawrence depositions

Thanks Noah. Mr. Martin is available on Dec. 17 and Mr. Kelly is available on Dec. 20. For Prof. Mitts, we will need to stick with Dec. 11, assuming that works for you.

We also propose the following depositions locations – please let us know your thoughts.

| Deposition | Date | Location |
|---|---|---|
| Garmaise | Nov. 21 | Wachtell's NYC office |
| Afsharipour | Nov. 26 | Remote |
| Coffman | Dec. 3 | Cohen Milstein's Chicago office OR Remote |
| Lawrence | Dec. 6 | Wachtell's NYC office |
| Mitts | Dec. 11 | Cohen Milstein's NYC office |
| Martin | Dec. 17 | Cohen Milstein's NYC office |
| Kelly | Dec. 20 | Cohen Milstein's NYC office |

We are available to meet and confer if needed.

Best regards,
Ben

4

**From:** Yavitz, Noah B. <NBYavitz@wlrk.com>
**Sent:** Monday, November 11, 2024 5:24 PM
**To:** Benjamin Jackson <bjackson@cohenmilstein.com>
**Cc:** Barreca, Emily R. <ERBarreca@wlrk.com>; Villegas, Lorenzo Antonio Hoppe <LVillegas@wlrk.com>; Carol V. Gilden <cgilden@cohenmilstein.com>; Amy Hayes <ahayes@cohenmilstein.com>
**Subject:** RE: Bayer: notice of Garmaise and Lawrence depositions

Ben,

Thanks for filing.

I can confirm November 21 for Prof. Garmaise, November 26 for Prof. Afsharipour, December 3 for Mr. Coffman, and December 6 for Prof. Lawrence.

For Prof. Mitts, would December 10 be possible?  Please let us know availability for Messrs. Martin and Kelly on December 17, 18, 19, and 20.

Best,
Noah

**Noah B. Yavitz**
WACHTELL, LIPTON, ROSEN & KATZ
51 West 52nd Street | New York, NY 10019
+1 (212) 403-1397 (Direct) | +1 (212) 403-2397 (Fax)
NBYavitz@wlrk.com | www.wlrk.com

**From:** Benjamin Jackson <bjackson@cohenmilstein.com>
**Sent:** Monday, November 11, 2024 11:43 AM
**To:** Yavitz, Noah B. <NBYavitz@wlrk.com>
**Cc:** Barreca, Emily R. <ERBarreca@wlrk.com>; Villegas, Lorenzo Antonio Hoppe <LVillegas@wlrk.com>; Carol V. Gilden <cgilden@cohenmilstein.com>; Amy Hayes <ahayes@cohenmilstein.com>
**Subject:** RE: Bayer: notice of Garmaise and Lawrence depositions

**\*\*External Email-Use Caution\*\***

Thanks Noah. We have filed the joint stipulation. Please let us know when you have confirmed the deposition dates for the Garmaise (Nov. 21), Afsharipour (Nov. 26), Coffman (Dec. 3), Lawrence (Dec. 6), and Mitts (Dec. 11) depositions, and please let us know what dates you are available for the Martin and Kelly depositions. We can be available to meet and confer this week.

Best regards,
Ben

**From:** Yavitz, Noah B. <NBYavitz@wlrk.com>
**Sent:** Sunday, November 10, 2024 11:41 PM
**To:** Benjamin Jackson <bjackson@cohenmilstein.com>
**Cc:** Barreca, Emily R. <ERBarreca@wlrk.com>; Villegas, Lorenzo Antonio Hoppe <LVillegas@wlrk.com>; Carol V. Gilden <cgilden@cohenmilstein.com>; Amy Hayes <ahayes@cohenmilstein.com>
**Subject:** RE: Bayer: notice of Garmaise and Lawrence depositions

Thanks, Ben.  I'm glad we could reach compromise on this one.

We had drafted it for Plaintiffs to file.  You have permission to use my /s/.

Best,
Noah

**Noah B. Yavitz**
Wachtell, Lipton, Rosen & Katz
51 West 52nd Street | New York, NY 10019
+1 (212) 403-1397 (Direct) | +1 (212) 403-2397 (Fax)
NBYavitz@wlrk.com | www.wlrk.com

**From:** Benjamin Jackson <bjackson@cohenmilstein.com>
**Sent:** Sunday, November 10, 2024 11:37 PM
**To:** Yavitz, Noah B. <NBYavitz@wlrk.com>
**Cc:** Barreca, Emily R. <ERBarreca@wlrk.com>; Villegas, Lorenzo Antonio Hoppe <LVillegas@wlrk.com>; Carol V. Gilden <cgilden@cohenmilstein.com>; Amy Hayes <ahayes@cohenmilstein.com>
**Subject:** RE: Bayer: notice of Garmaise and Lawrence depositions

**\*\*External Email-Use Caution\*\***

Noah,

Thanks for your email. While of course Plaintiffs are of a different view on the situation, in the interest of compromise and moving the process forward, we agree to the changes to the joint stipulation that you propose, and you may affix Carol's /s/ and file.

Best regards,
Ben

**From:** Yavitz, Noah B. <NBYavitz@wlrk.com>
**Sent:** Sunday, November 10, 2024 8:57 PM
**To:** Benjamin Jackson <bjackson@cohenmilstein.com>
**Cc:** Barreca, Emily R. <ERBarreca@wlrk.com>; Villegas, Lorenzo Antonio Hoppe <LVillegas@wlrk.com>; Carol V. Gilden <cgilden@cohenmilstein.com>; Amy Hayes <ahayes@cohenmilstein.com>
**Subject:** RE: Bayer: notice of Garmaise and Lawrence depositions

Ben,

Thanks for circling back.

Plaintiffs' position appears to be that Defendants unduly delayed because they raised the issue of deposition scheduling on October 25. As I've already noted, that position is not well taken because Plaintiffs raised the issue of deposition scheduling on the same date. In any event, it is perfectly appropriate to discuss scheduling 42 days before the close of expert discovery, particularly when the parties had previously agreed that depositions would take place during the final month of the expert discovery period, as required by the Federal Rules of Civil Procedure in this circumstance. *See, e.g.*, *W. Riverside Council of Governments* v. *Nat'l Union Fire Ins. Co. of Pittsburgh, Pa.*, 2022 WL 4596663, at \*2 (C.D. Cal. July 12, 2022) (party "without fault" for noticing depositions 36 days before close of discovery); Fed. R. Civ. P. 26(b)(4)(A) ("If Rule 26(a)(2)(B) requires a report from the expert, the deposition may be conducted only after the report is provided.").

I have attached a further revision of the stipulation. I can't sign a stipulation saying that the scheduling difficulty stems from "the parties'" schedules, because it's not true, but I've otherwise tried to accommodate your changes.

If Plaintiffs are unwilling to promptly conclude this discussion, Defendants will be forced to subpoena Messrs. Martin and Kelly for deposition on or before December 6, to avert any prejudice to Defendants' right to examine the witnesses following the submission of their expert reports. I'm available to meet and confer.

Best regards,
Noah

**Noah B. Yavitz**
Wachtell, Lipton, Rosen & Katz
51 West 52nd Street | New York, NY 10019
+1 (212) 403-1397 (Direct) | +1 (212) 403-2397 (Fax)
NBYavitz@wlrk.com | www.wlrk.com

**From:** Benjamin Jackson <bjackson@cohenmilstein.com>
**Sent:** Sunday, November 10, 2024 6:21 PM
**To:** Yavitz, Noah B. <NBYavitz@wlrk.com>
**Cc:** Barreca, Emily R. <ERBarreca@wlrk.com>; Villegas, Lorenzo Antonio Hoppe <LVillegas@wlrk.com>; Carol V. Gilden <cgilden@cohenmilstein.com>; Amy Hayes <ahayes@cohenmilstein.com>
**Subject:** Re: Bayer: notice of Garmaise and Lawrence depositions

**\*\*External Email-Use Caution\*\***

Noah,

We wanted to circle back on the joint stipulation. We think this is a straightforward stipulation and it would be great to get it on file so we can lock in the remaining two dates for the deposition schedule.

Best regards,
Ben

**From:** Benjamin Jackson <bjackson@cohenmilstein.com>
**Sent:** Friday, November 8, 2024 7:56:18 PM
**To:** Yavitz, Noah B. <NBYavitz@wlrk.com>
**Cc:** Barreca, Emily R. <ERBarreca@wlrk.com>; Villegas, Lorenzo Antonio Hoppe <LVillegas@wlrk.com>; Carol V. Gilden <cgilden@cohenmilstein.com>; Amy Hayes <ahayes@cohenmilstein.com>
**Subject:** Re: Bayer: notice of Garmaise and Lawrence depositions

Noah, the reality is that you've known for months you'd have to schedule these depositions, and you didn't attempt to do it until two weeks ago. Then two days ago, you told us that you are now available on four days you previously said you were unavailable, and now you are frustrated that Plaintiffs (reasonably, in reliance on your earlier statements) made other commitments on those dates. This situation is as much of Defendants' own making as it is of Plaintiffs'. The language in the joint stipulation should be neutral.

Regards,
Ben

**From:** Yavitz, Noah B. <NBYavitz@wlrk.com>
**Sent:** Friday, November 8, 2024 4:47:28 PM
**To:** Benjamin Jackson <bjackson@cohenmilstein.com>
**Cc:** Barreca, Emily R. <ERBarreca@wlrk.com>; Villegas, Lorenzo Antonio Hoppe <LVillegas@wlrk.com>; Carol V. Gilden <cgilden@cohenmilstein.com>; Amy Hayes <ahayes@cohenmilstein.com>
**Subject:** Re: Bayer: notice of Garmaise and Lawrence depositions

Thanks, Ben. I'll take a look, but the reality here is that we're available to take the depositions; you and your witnesses are not available to sit for them. It's not neutral to refer generically to the availability of "counsel" and "witnesses." It's obfuscatory—and misleading to the extent it suggests that defense counsel or defense witnesses are unavailable.

7

Noah B. Yavitz
Wachtell, Lipton, Rosen & Katz
51 West 52nd Street | New York, NY 10019
+1 (212) 403-1397 (Direct) | +1 (212) 403-2397 (Fax)
NBYavitz@wlrk.com<mailto:NBYavitz@wlrk.com> | www.wlrk.com<https://wlrk.service-now.com/www.wlrk.com>

On Nov 8, 2024, at 7:42 PM, Benjamin Jackson <bjackson@cohenmilstein.com> wrote:

**External Email-Use Caution**
Thanks Noah. A few more edits aimed at keeping this neutral and avoiding rhetoric.

Best,
Ben

From: Yavitz, Noah B. <NBYavitz@wlrk.com>
Sent: Friday, November 8, 2024 3:58 PM
To: Benjamin Jackson <bjackson@cohenmilstein.com>; Barreca, Emily R. <ERBarreca@wlrk.com>; Villegas, Lorenzo
Antonio Hoppe <LVillegas@wlrk.com>
Cc: Carol V. Gilden <cgilden@cohenmilstein.com>; Amy Hayes <ahayes@cohenmilstein.com>
Subject: RE: Bayer: notice of Garmaise and Lawrence depositions

Ben,

I've attached further revisions.

Best,
Noah

Noah B. Yavitz
Wachtell, Lipton, Rosen & Katz
51 West 52nd Street | New York, NY 10019
+1 (212) 403-1397 (Direct) | +1 (212) 403-2397 (Fax)
NBYavitz@wlrk.com <mailto:NBYavitz@wlrk.com> | www.wlrk.com<http://www.wlrk.com>
From: Benjamin Jackson <bjackson@cohenmilstein.com<mailto:bjackson@cohenmilstein.com>>
Sent: Friday, November 8, 2024 3:32 PM
To: Yavitz, Noah B. <NBYavitz@wlrk.com<mailto:NBYavitz@wlrk.com>>; Barreca, Emily R.
<ERBarreca@wlrk.com<mailto:ERBarreca@wlrk.com>>; Villegas, Lorenzo Antonio Hoppe
<LVillegas@wlrk.com<mailto:LVillegas@wlrk.com>>
Cc: Carol V. Gilden <cgilden@cohenmilstein.com<mailto:cgilden@cohenmilstein.com>>; Amy Hayes
<ahayes@cohenmilstein.com<mailto:ahayes@cohenmilstein.com>>
Subject: RE: Bayer: notice of Garmaise and Lawrence depositions

**External Email-Use Caution**
Thanks Noah. Here are some proposed revisions from us.

Best regards,
Ben

From: Yavitz, Noah B. <NBYavitz@wlrk.com<mailto:NBYavitz@wlrk.com>>
Sent: Friday, November 8, 2024 12:04 PM
To: Benjamin Jackson <bjackson@cohenmilstein.com<mailto:bjackson@cohenmilstein.com>>; Barreca, Emily R.
<ERBarreca@wlrk.com<mailto:ERBarreca@wlrk.com>>; Villegas, Lorenzo Antonio Hoppe

<LVillegas@wlrk.com<mailto:LVillegas@wlrk.com>>
Cc: Carol V. Gilden <cgilden@cohenmilstein.com<mailto:cgilden@cohenmilstein.com>>; Amy Hayes
<ahayes@cohenmilstein.com<mailto:ahayes@cohenmilstein.com>>
Subject: RE: Bayer: notice of Garmaise and Lawrence depositions

Ben,

I've attached a proposed stipulation. We kept the trial date where it was, but would be open to a stipulation moving that out two weeks as well if plaintiffs would prefer.

Best,
Noah

Noah B. Yavitz
Wachtell, Lipton, Rosen & Katz
51 West 52nd Street | New York, NY 10019
+1 (212) 403-1397 (Direct) | +1 (212) 403-2397 (Fax)
NBYavitz@wlrk.com <mailto:NBYavitz@wlrk.com> | www.wlrk.com<http://www.wlrk.com>
From: Benjamin Jackson <bjackson@cohenmilstein.com<mailto:bjackson@cohenmilstein.com>>
Sent: Thursday, November 7, 2024 8:08 PM
To: Yavitz, Noah B. <NBYavitz@wlrk.com<mailto:NBYavitz@wlrk.com>>; Barreca, Emily R.
<ERBarreca@wlrk.com<mailto:ERBarreca@wlrk.com>>; Villegas, Lorenzo Antonio Hoppe
<LVillegas@wlrk.com<mailto:LVillegas@wlrk.com>>
Cc: Carol V. Gilden <cgilden@cohenmilstein.com<mailto:cgilden@cohenmilstein.com>>; Amy Hayes
<ahayes@cohenmilstein.com<mailto:ahayes@cohenmilstein.com>>
Subject: RE: Bayer: notice of Garmaise and Lawrence depositions


**External Email-Use Caution**
Noah,

While we believe your email mischaracterizes both the meet-and-confer process and Plaintiffs' responsibilities with respect to setting aside dates for expert depositions, we do not believe a point-by-point response would be productive at this time, as Plaintiffs are willing to stipulate to the short general extension of the case schedule Defendants propose. We appreciate your willingness to circulate a proposed stipulation. Please note, though, that Plaintiffs will not sign onto any stipulation with rhetoric about the back-and-forth on the deposition scheduling. The stipulation should be short and to the point about the need for additional time given the number of expert depositions entailed and the need to accommodate schedules.

Best regards,
Ben

From: Yavitz, Noah B. <NBYavitz@wlrk.com<mailto:NBYavitz@wlrk.com>>
Sent: Thursday, November 7, 2024 2:43 PM
To: Benjamin Jackson <bjackson@cohenmilstein.com<mailto:bjackson@cohenmilstein.com>>; Barreca, Emily R.
<ERBarreca@wlrk.com<mailto:ERBarreca@wlrk.com>>; Villegas, Lorenzo Antonio Hoppe
<LVillegas@wlrk.com<mailto:LVillegas@wlrk.com>>
Cc: Carol V. Gilden <cgilden@cohenmilstein.com<mailto:cgilden@cohenmilstein.com>>; Amy Hayes
<ahayes@cohenmilstein.com<mailto:ahayes@cohenmilstein.com>>
Subject: RE: Bayer: notice of Garmaise and Lawrence depositions

Ben,

On September 5, the parties met and conferred about the scheduling of expert depositions.  I told you that Defendants intended to depose Plaintiffs' experts after the exchange of expert replies, such that the depositions could proceed efficiently with the benefit of a full record of expert reports.  We agreed on that approach, under which the parties' experts

would sit for deposition between November 11 and December 6.

Following that meet and confer, I took steps to ensure that Profs. Garmaise and Lawrence reserved availability during the deposition window, and I arranged my schedule accordingly. Based on your email — and the fact that Messrs. Martin and Kelly are unavailable to sit for deposition between November 11 and December 6 — I gather that Plaintiffs did not do likewise.

On October 25, Plaintiffs served a deposition notice, which purported to schedule Profs. Garmaise and Lawrence for deposition on November 21 and December 3, respectively. That was a violation of L.R. 30-1, which required Plaintiffs to "confer about the scheduling of the deposition[s] with opposing counsel" before noticing the depositions. N.D. Cal. L.R. 30-1. I responded by proposing a meet and confer to coordinate dates for the expert depositions. We then spoke on October 28. The call was short, because while I came prepared with specific dates on which my experts were available for deposition, Plaintiffs' counsel were unprepared to discuss their experts' availability, and had not even coordinated their own availability.

You proposed that I email with suggested deposition dates for your witnesses. Because you were unprepared to discuss deposition scheduling on a meet and confer that had been arranged to discuss deposition scheduling, I agreed. I then emailed with 8 proposed deposition dates for Messrs. Martin and Kelly within the deposition period. At the time, I did not propose dates during the week of November 18, because I had a trial set for that week. Yesterday, after a delay of five days, you responded that Messrs. Martin and Kelly were available on none of the 8 proposed dates. Because my scheduled trial had been taken off calendar shortly before I received your email, I then proposed 4 other dates during the week November 18.

You have now responded that Messrs. Martin and Kelly are available on none of the 12 proposed dates, and indeed that they are available on none of the dates between now and the close of discovery. You write that you failed to reserve time on your witnesses' calendars because I "did not reach out to attempt to book dates until" October 25. But that is the same date that you first sought to schedule Defendants' experts for deposition during the agreed-upon deposition period. You have suggested that you went to "great lengths" to accommodate a deposition on November 21. That is the date that Plaintiffs unilaterally selected for Prof. Garmaise's deposition, in violation of L.R. 30-1.

While this is entirely a problem of Plaintiffs' making, it is a problem all the same. For that reason, I agree that a short extension of the schedule is necessary. However, that extension will need to include an equivalent extension on all subsequent dates in the schedule, to avoid prejudice to Defendants. If that is acceptable to Plaintiffs, we will circulate a proposed stipulation.

Best regards,
Noah

Noah B. Yavitz
Wachtell, Lipton, Rosen & Katz
51 West 52nd Street | New York, NY 10019
+1 (212) 403-1397 (Direct) | +1 (212) 403-2397 (Fax)
NBYavitz@wlrk.com <mailto:NBYavitz@wlrk.com> | www.wlrk.com<http://www.wlrk.com>
From: Benjamin Jackson <bjackson@cohenmilstein.com<mailto:bjackson@cohenmilstein.com>>
Sent: Thursday, November 7, 2024 4:32 PM
To: Yavitz, Noah B. <NBYavitz@wlrk.com<mailto:NBYavitz@wlrk.com>>; Barreca, Emily R.
<ERBarreca@wlrk.com<mailto:ERBarreca@wlrk.com>>; Villegas, Lorenzo Antonio Hoppe
<LVillegas@wlrk.com<mailto:LVillegas@wlrk.com>>
Cc: Carol V. Gilden <cgilden@cohenmilstein.com<mailto:cgilden@cohenmilstein.com>>; Amy Hayes
<ahayes@cohenmilstein.com<mailto:ahayes@cohenmilstein.com>>
Subject: RE: Bayer: notice of Garmaise and Lawrence depositions

**External Email-Use Caution**

Noah,

10

Defendants have been aware of the identity of Plaintiffs' experts for a long time now – months in the case of Mr. Coffman, Mr. Martin, Prof. Mitts and Prof. Afsharipour, and weeks in the case of Mr. Kelly – and yet Defendants did not reach out to attempt to book dates for their depositions until less than two weeks ago, on October 25. We have gone to great lengths to accommodate the few dates Defendants initially provided, including scheduling a deposition on Nov. 21, the same day Carol has a court conference later in the day, and Nov. 26, the Tuesday of Thanksgiving week. Moreover, Defendants did not indicate that they would be available on Nov. 18-20 or 22 until yesterday. As we are sure you are aware, both we and our experts have commitments outside of this case, and we also need time to meet with our experts for their deposition preparation. Given that you previously told us you did not intend to depose our experts on those dates, we have collectively made plans on those dates.

As such, we cannot accommodate additional depositions the week of November 18, besides Mr. Garmaise's deposition on November 21, including related travel, due to commitments we have already made; the week of November 25 Carol will be traveling outside of the country with her family for the Thanksgiving holiday; and the week of December 2 we have mandatory partner meetings at our firm and related travel on December 4-5, and December 3 has already been booked for Mr. Coffman's deposition. Additionally, we know from previous conversations that Mr. Kelly is unavailable at least on November 19 and 20, and possibly other dates, although that is a moot point given Carol's and my availability, as noted above.

For these reasons, we believe a short extension of the schedule is in all parties' interests. We are available to meet and confer, if needed. I am out of town today and Carol is traveling much of today but we can find a time later today to speak if you would like.

Best,
Ben

From: Yavitz, Noah B. <NBYavitz@wlrk.com<mailto:NBYavitz@wlrk.com>>
Sent: Wednesday, November 6, 2024 8:47 AM
To: Benjamin Jackson <bjackson@cohenmilstein.com<mailto:bjackson@cohenmilstein.com>>; Barreca, Emily R. <ERBarreca@wlrk.com<mailto:ERBarreca@wlrk.com>>; Villegas, Lorenzo Antonio Hoppe <LVillegas@wlrk.com<mailto:LVillegas@wlrk.com>>
Cc: Carol V. Gilden <cgilden@cohenmilstein.com<mailto:cgilden@cohenmilstein.com>>; Amy Hayes <ahayes@cohenmilstein.com<mailto:ahayes@cohenmilstein.com>>
Subject: RE: Bayer: notice of Garmaise and Lawrence depositions

Ben,

Just to confirm, neither Mr. Kelly nor Mr. Martin can be available for deposition on November 18, 19, 20, 22, 25, 26, or 27, or on December 2, 3, 4, or 5?  Are there any dates between now and December 5 when either is available for deposition?

Thanks,
Noah

Noah B. Yavitz
Wachtell, Lipton, Rosen & Katz
51 West 52nd Street | New York, NY 10019
+1 (212) 403-1397 (Direct) | +1 (212) 403-2397 (Fax)
NBYavitz@wlrk.com <mailto:NBYavitz@wlrk.com> | www.wlrk.com<http://www.wlrk.com>
From: Benjamin Jackson <bjackson@cohenmilstein.com<mailto:bjackson@cohenmilstein.com>>
Sent: Wednesday, November 6, 2024 11:43 AM
To: Yavitz, Noah B. <NBYavitz@wlrk.com<mailto:NBYavitz@wlrk.com>>; Barreca, Emily R.

<ERBarreca@wlrk.com<mailto:ERBarreca@wlrk.com>>; Villegas, Lorenzo Antonio Hoppe
<LVillegas@wlrk.com<mailto:LVillegas@wlrk.com>>
Cc: Carol V. Gilden <cgilden@cohenmilstein.com<mailto:cgilden@cohenmilstein.com>>; Amy Hayes
<ahayes@cohenmilstein.com<mailto:ahayes@cohenmilstein.com>>
Subject: RE: Bayer: notice of Garmaise and Lawrence depositions


**External Email-Use Caution**
Thanks Noah. Unfortunately November 18, 19, 20, and 22 do not work for the Kelly or Martin depositions on our end.
Please let us know your thoughts on how best to proceed. I am traveling today and Carol is traveling much of tomorrow,
but we can try to find a time to meet-and-confer if it would be helpful.

Best,
Ben

From: Yavitz, Noah B. <NBYavitz@wlrk.com<mailto:NBYavitz@wlrk.com>>
Sent: Wednesday, November 6, 2024 9:58 AM
To: Benjamin Jackson <bjackson@cohenmilstein.com<mailto:bjackson@cohenmilstein.com>>; Barreca, Emily R.
<ERBarreca@wlrk.com<mailto:ERBarreca@wlrk.com>>; Villegas, Lorenzo Antonio Hoppe
<LVillegas@wlrk.com<mailto:LVillegas@wlrk.com>>
Cc: Carol V. Gilden <cgilden@cohenmilstein.com<mailto:cgilden@cohenmilstein.com>>; Amy Hayes
<ahayes@cohenmilstein.com<mailto:ahayes@cohenmilstein.com>>
Subject: RE: Bayer: notice of Garmaise and Lawrence depositions

Thanks, Ben.  Are Mr. Kelly and Mr. Martin available on November 18, 19, 20, or 22?  Those were previously
unavailable on our end due to a conflicting trial, but that schedule has shifted.

I expect the other dates you've proposed will work, but I'll come back with confirmation.

Best,
Noah

Noah B. Yavitz
Wachtell, Lipton, Rosen & Katz
51 West 52nd Street | New York, NY 10019
+1 (212) 403-1397 (Direct) | +1 (212) 403-2397 (Fax)
NBYavitz@wlrk.com <mailto:NBYavitz@wlrk.com> | www.wlrk.com<http://www.wlrk.com>
From: Benjamin Jackson <bjackson@cohenmilstein.com<mailto:bjackson@cohenmilstein.com>>
Sent: Tuesday, November 5, 2024 5:22 PM
To: Yavitz, Noah B. <NBYavitz@wlrk.com<mailto:NBYavitz@wlrk.com>>; Barreca, Emily R.
<ERBarreca@wlrk.com<mailto:ERBarreca@wlrk.com>>; Villegas, Lorenzo Antonio Hoppe
<LVillegas@wlrk.com<mailto:LVillegas@wlrk.com>>
Cc: Carol V. Gilden <cgilden@cohenmilstein.com<mailto:cgilden@cohenmilstein.com>>; Amy Hayes
<ahayes@cohenmilstein.com<mailto:ahayes@cohenmilstein.com>>
Subject: RE: Bayer: notice of Garmaise and Lawrence depositions


**External Email-Use Caution**
Hi Noah,

Thanks for checking in. We have been working to find mutually agreeable dates, given the very limited set of dates on
which Defendants appear to be available. We can confirm the following deposition dates:


1. Nov. 21 for Prof. Garmaise
2. Nov. 26 for Prof. Afsharipour

3. Dec. 3 for Mr. Coffman
4. Dec. 6 for Prof. Lawrence
5. Dec. 11 for Prof. Mitts

Unfortunately, the remaining dates you have listed do not work for the Kelly or Martin depositions. Plaintiffs would be willing to agree to a short two-week extension of the expert discovery schedule to accommodate the scheduling difficulties on both Defendants' and Plaintiffs' ends. Please let us know your thoughts.

Best regards,
Ben

From: Yavitz, Noah B. <NBYavitz@wlrk.com<mailto:NBYavitz@wlrk.com>>
Sent: Monday, November 4, 2024 11:21 AM
To: Benjamin Jackson <bjackson@cohenmilstein.com<mailto:bjackson@cohenmilstein.com>>; Barreca, Emily R. <ERBarreca@wlrk.com<mailto:ERBarreca@wlrk.com>>; Villegas, Lorenzo Antonio Hoppe <LVillegas@wlrk.com<mailto:LVillegas@wlrk.com>>
Cc: Carol V. Gilden <cgilden@cohenmilstein.com<mailto:cgilden@cohenmilstein.com>>; Amy Hayes <ahayes@cohenmilstein.com<mailto:ahayes@cohenmilstein.com>>
Subject: RE: Bayer: notice of Garmaise and Lawrence depositions

Ben,

I think we need to make progress on this scheduling item.  Please let me know availability when possible.

Best,
Noah

Noah B. Yavitz
Wachtell, Lipton, Rosen & Katz
51 West 52nd Street | New York, NY 10019
+1 (212) 403-1397 (Direct) | +1 (212) 403-2397 (Fax)
NBYavitz@wlrk.com <mailto:NBYavitz@wlrk.com> | www.wlrk.com<http://www.wlrk.com>
From: Yavitz, Noah B.
Sent: Thursday, October 31, 2024 10:04 AM
To: 'Benjamin Jackson' <bjackson@cohenmilstein.com<mailto:bjackson@cohenmilstein.com>>; Barreca, Emily R. <ERBarreca@wlrk.com<mailto:ERBarreca@wlrk.com>>; Villegas, Lorenzo Antonio Hoppe <LVillegas@wlrk.com<mailto:LVillegas@wlrk.com>>
Cc: 'Carol V. Gilden' <cgilden@cohenmilstein.com<mailto:cgilden@cohenmilstein.com>>; 'Amy Hayes' <ahayes@cohenmilstein.com<mailto:ahayes@cohenmilstein.com>>
Subject: RE: Bayer: notice of Garmaise and Lawrence depositions

Ben,

As discussed earlier this week, Plaintiffs' proposed deposition date of November 21 is acceptable for Prof. Garmaise.  We'd propose to schedule Prof. Lawrence's deposition for December 6.  We're fine doing those at your offices in New York.

As for Plaintiffs' expert witnesses save for Prof. Mitts, we'd propose to schedule depositions at our offices on November 25, 26, or 27 or December 2, 3, 4, or 5.  If necessary, we could also potentially schedule Mr. Martin, Mr. Kelly, or Mr. Coffman on November 29.

We understand that Prof. Mitts is not available prior to the close of expert discovery.  We are willing to accommodate by scheduling his deposition at our offices on December 10 or December 16, 17, 18, or 19.

Please let me know when Plaintiffs' experts are available during the date ranges provided.  I'm available to meet and confer.

Best regards,
Noah

Noah B. Yavitz
Wachtell, Lipton, Rosen & Katz
51 West 52nd Street | New York, NY 10019
+1 (212) 403-1397 (Direct) | +1 (212) 403-2397 (Fax)
NBYavitz@wlrk.com <mailto:NBYavitz@wlrk.com> | www.wlrk.com<http://www.wlrk.com>
From: Yavitz, Noah B.
Sent: Saturday, October 26, 2024 5:42 PM
To: 'Benjamin Jackson' <bjackson@cohenmilstein.com<mailto:bjackson@cohenmilstein.com>>; Barreca, Emily R. <ERBarreca@wlrk.com<mailto:ERBarreca@wlrk.com>>; Villegas, Lorenzo Antonio Hoppe <LVillegas@wlrk.com<mailto:LVillegas@wlrk.com>>
Cc: Carol V. Gilden <cgilden@cohenmilstein.com<mailto:cgilden@cohenmilstein.com>>; Amy Hayes <ahayes@cohenmilstein.com<mailto:ahayes@cohenmilstein.com>>
Subject: RE: Bayer: notice of Garmaise and Lawrence depositions

Sorry, misread.  I'll make it 5pm.

Noah B. Yavitz
Wachtell, Lipton, Rosen & Katz
51 West 52nd Street | New York, NY 10019
+1 (212) 403-1397 (Direct) | +1 (212) 403-2397 (Fax)
NBYavitz@wlrk.com <mailto:NBYavitz@wlrk.com> | www.wlrk.com<http://www.wlrk.com>
From: Benjamin Jackson <bjackson@cohenmilstein.com<mailto:bjackson@cohenmilstein.com>>
Sent: Saturday, October 26, 2024 2:00 PM
To: Yavitz, Noah B. <NBYavitz@wlrk.com<mailto:NBYavitz@wlrk.com>>; Barreca, Emily R. <ERBarreca@wlrk.com<mailto:ERBarreca@wlrk.com>>; Villegas, Lorenzo Antonio Hoppe <LVillegas@wlrk.com<mailto:LVillegas@wlrk.com>>
Cc: Carol V. Gilden <cgilden@cohenmilstein.com<mailto:cgilden@cohenmilstein.com>>; Amy Hayes <ahayes@cohenmilstein.com<mailto:ahayes@cohenmilstein.com>>
Subject: RE: Bayer: notice of Garmaise and Lawrence depositions

**External Email-Use Caution**
Thanks Noah. We are available to meet-and-confer at 2pm or 5pm ET Monday – please let us know which time works best for you.

Best,
Ben

From: Yavitz, Noah B. <NBYavitz@wlrk.com<mailto:NBYavitz@wlrk.com>>
Sent: Friday, October 25, 2024 2:58 PM
To: Benjamin Jackson <bjackson@cohenmilstein.com<mailto:bjackson@cohenmilstein.com>>; Barreca, Emily R. <ERBarreca@wlrk.com<mailto:ERBarreca@wlrk.com>>; Villegas, Lorenzo Antonio Hoppe <LVillegas@wlrk.com<mailto:LVillegas@wlrk.com>>
Cc: Carol V. Gilden <cgilden@cohenmilstein.com<mailto:cgilden@cohenmilstein.com>>; Amy Hayes

<ahayes@cohenmilstein.com<mailto:ahayes@cohenmilstein.com>>
Subject: RE: Bayer: notice of Garmaise and Lawrence depositions

Confirming receipt, Ben.  I'll confirm availability with the witnesses.

I'd propose that we meet and confer to coordinate dates for the expert depositions, after which I'll notice plaintiffs'
experts.  I'm available Monday except for 3pm to 5pm ET.

Thanks,
Noah

Noah B. Yavitz
Wachtell, Lipton, Rosen & Katz
51 West 52nd Street | New York, NY 10019
+1 (212) 403-1397 (Direct) | +1 (212) 403-2397 (Fax)
NBYavitz@wlrk.com <mailto:NBYavitz@wlrk.com> | www.wlrk.com<http://www.wlrk.com>
From: Benjamin Jackson <bjackson@cohenmilstein.com<mailto:bjackson@cohenmilstein.com>>
Sent: Friday, October 25, 2024 2:53 PM
To: Yavitz, Noah B. <NBYavitz@wlrk.com<mailto:NBYavitz@wlrk.com>>; Barreca, Emily R.
<ERBarreca@wlrk.com<mailto:ERBarreca@wlrk.com>>; Villegas, Lorenzo Antonio Hoppe
<LVillegas@wlrk.com<mailto:LVillegas@wlrk.com>>
Cc: Carol V. Gilden <cgilden@cohenmilstein.com<mailto:cgilden@cohenmilstein.com>>; Amy Hayes
<ahayes@cohenmilstein.com<mailto:ahayes@cohenmilstein.com>>
Subject: Bayer: notice of Garmaise and Lawrence depositions


**External Email-Use Caution**
Counsel – Please see the attached notice of depositions in Bayer.

Best regards,
Ben

Benjamin F. Jackson
Partner

<https://urldefense.com/v3/__http:/www.cohenmilstein.com/__;!!JHVTxvw!koQ1n-
zMM39X2E0Nwm84bkF737GXla0PNj3GG405gxt0BQKOhfcTz87RbbP56b2keRfd5ddKRuJz5iU1_FJWQg$>
<image001.png>




Cohen Milstein Sellers & Toll PLLC

88 Pine Street  | 14th Floor
New York, NY 10005

phone 212.838.7797

website<https://urldefense.com/v3/__http:/www.cohenmilstein.com__;!!JHVTxvw!koQ1n-
zMM39X2E0Nwm84bkF737GXla0PNj3GG405gxt0BQKOhfcTz87RbbP56b2keRfd5ddKRuJz5iWzFYPxow$> |
map<https://urldefense.com/v3/__https:/www.google.com/maps/place/88*Pine*St,*New*York,*NY*10005/@40.705682
2,-74.0104659,16z/data=!4m5!3m4!1s0x89c25a3d8bd97fdb:0x2c63563cac21c14a!8m2!3d40.7056782!4d-
74.0060885?hl=en__;KysrKysr!!JHVTxvw!koQ1n-
zMM39X2E0Nwm84bkF737GXla0PNj3GG405gxt0BQKOhfcTz87RbbP56b2keRfd5ddKRuJz5iWOz-zE_Q$>

This e-mail was sent from Cohen Milstein Sellers & Toll PLLC. It may contain information that is privileged and confidential. If you suspect that you were not intended to receive it, please delete it and notify us as soon as possible.

=====================================================

Please be advised that this transmittal may be a confidential attorney-client communication or may otherwise be privileged or confidential. If you are not the intended recipient, please do not read, copy or re-transmit this communication. If you have received this communication in error, please notify us by e-mail (helpdesk@wlrk.com<mailto:helpdesk@wlrk.com>) or by telephone (call us collect at 212-403-4357) and delete this message and any attachments.

Thank you in advance for your cooperation and assistance.
=====================================================

<Bayer - Scheduling Stipulation and Proposed Order (CMST Draft III 11.8.24)(5334580.5).docx>