# EXHIBIT 2

| | |
|---|---|
| **From:** | Yavitz, Noah B. |
| **Sent:** | Tuesday, February 4, 2025 6:53 PM |
| **To:** | Benjamin Jackson |
| **Cc:** | Carol V. Gilden; Claire Marsden |
| **Subject:** | RE: Bayer: expert substitution motion |

Ben,

Thank you for walking through the details of Plaintiffs' proposal on this morning's meet and confer.  Defendants would oppose the relief requested, in which this litigation — which has been at a standstill since December due to Mr. Martin's unfortunate health issues — would have to remain on hold for months more while Plaintiffs locate and present a substitute expert.

We think the efficient solution here is obvious:  Plaintiffs have already disclosed a testifying expert on issues related to due diligence, Mr. Kelly, whose opinions largely duplicate those of Mr. Martin.  Given that Mr. Kelly has already gone through the expert discovery process, Defendants would be willing to accept an expedited schedule in which he adopts whatever portions of Mr. Martin's affirmative opinions Plaintiffs believe to be non-duplicative, after which we would conduct a narrow deposition of him limited to those additional opinions.  We would propose that Mr. Kelly submit his supplemental report by February 21, and would be prepared to complete his deposition by March 7, while maintaining the same schedule for dispositive motions.

Please let us know if this proposal is acceptable.  If not, Plaintiffs should file their motion and we will look to the Court for resolution.  I'm available to meet and confer in the morning if that would be productive.

Best regards,
Noah

**Noah B. Yavitz**
Wachtell, Lipton, Rosen & Katz
51 West 52nd Street | New York, NY 10019
+1 (212) 403-1397 (Direct) | +1 (212) 403-2397 (Fax)
NBYavitz@wlrk.com | www.wlrk.com

**From:** Benjamin Jackson <bjackson@cohenmilstein.com>
**Sent:** Monday, February 3, 2025 4:49 PM
**To:** Yavitz, Noah B. <NBYavitz@wlrk.com>
**Cc:** Carol V. Gilden <cgilden@cohenmilstein.com>; Claire Marsden <cmarsden@cohenmilstein.com>
**Subject:** RE: Bayer: expert substitution motion

**\*\*External Email-Use Caution\*\***

Hi Noah, we can speak at 9:30am ET tomorrow. I'll send over a Zoom invite shortly. We anticipate this will provide you with sufficient time to confirm your clients' position on the motion in advance.

Best regards,
Ben

**From:** Yavitz, Noah B. <NBYavitz@wlrk.com>
**Sent:** Monday, February 3, 2025 3:46 PM
**To:** Benjamin Jackson <bjackson@cohenmilstein.com>

**Cc:** Carol V. Gilden <cgilden@cohenmilstein.com>; Claire Marsden <cmarsden@cohenmilstein.com>
**Subject:** RE: Bayer: expert substitution motion

Ben,

I'm not available during that time range, but am generally available from 9:30am-12:30pm and 3pm-5pm tomorrow.

Best regards,
Noah

**Noah B. Yavitz**
WACHTELL, LIPTON, ROSEN & KATZ
51 West 52nd Street | New York, NY 10019
+1 (212) 403-1397 (Direct) | +1 (212) 403-2397 (Fax)
NBYavitz@wlrk.com | www.wlrk.com

**From:** Benjamin Jackson <bjackson@cohenmilstein.com>
**Sent:** Monday, February 3, 2025 3:39 PM
**To:** Yavitz, Noah B. <NBYavitz@wlrk.com>
**Cc:** Carol V. Gilden <cgilden@cohenmilstein.com>; Claire Marsden <cmarsden@cohenmilstein.com>
**Subject:** Bayer: expert substitution motion

**\*\*External Email-Use Caution\*\***

Noah,

Plaintiffs intend to file a motion for leave to amend the case management schedule to permit Plaintiffs to substitute an expert witness for Jeffrey Martin, as it is now clear that his serious ongoing health issues and ongoing hospitalization will prevent him from continuing to serve as an expert witness in this case. Please let us know when you are available later today between 4:30pm and 6:30pm ET to meet-and-confer about Defendants' position on the motion.

Best regards,
Ben

**Benjamin F. Jackson**
Partner



**Cohen Milstein Sellers & Toll PLLC**

88 Pine Street  | 14th Floor
New York, NY 10005

phone 212.838.7797

**website**  | **map**

*This e-mail was sent from Cohen Milstein Sellers & Toll PLLC. It may contain information that is privileged and confidential. If you suspect that you were not intended to receive it, please delete it and notify us as soon as possible.*

=====================================================
Please be advised that this transmittal may be a confidential attorney-client communication or may otherwise be privileged or confidential. If you are not the intended recipient, please do not read, copy or re-transmit this communication. If you have received this communication in error, please notify us by e-mail (helpdesk@wlrk.com) or by telephone (call us collect at 212-403-4357) and delete this message and any attachments.

Thank you in advance for your cooperation and assistance.
=================================================