| | |
|---|---|
| Carol V. Gilden (*pro hac vice*)<br>**COHEN MILSTEIN SELLERS & TOLL PLLC**<br>190 South LaSalle Street<br>Suite 1705<br>Chicago, IL 60603<br>Telephone: (312) 357-0370<br>Facsimile: (312) 357-0369<br>Email: cgilden@cohenmilstein.com<br><br>*Lead Counsel for Plaintiffs and the Class*<br><br>Nicole Lavallee (CA SBN 165755)<br>Alexander S. Vahdat (CA SBN 284963)<br>**BERMAN TABACCO**<br>425 California Street, Suite 2300<br>San Francisco, CA 94104<br>Telephone: (415) 433-3200<br>Facsimile: (415) 433-6382<br>Email: nlavallee@bermantabacco.com<br>       avahdat@bermantabacco.com<br><br>*Liaison Counsel for Plaintiffs and the Class*<br><br>[Additional Counsel on Signature Page] | William Savitt (*pro hac vice*)<br>Noah B. Yavitz (*pro hac vice*)<br>Emily R. Barreca (*pro hac vice*)<br>**WACHTELL, LIPTON, ROSEN & KATZ**<br>51 West 52nd Street<br>New York, NY 10019<br>Telephone: (212) 403-1000<br>Facsimile: (212) 403-2000<br><br>Jordan Eth (CA SBN 121617)<br>David J. Wiener (CA SBN 291659)<br>**MORRISON & FOERSTER LLP**<br>425 Market Street<br>San Francisco, CA 94105<br>Telephone: (415) 268-7000<br>Facsimile: (415) 268-7522<br>Email: JEth@mofo.com<br>      DWiener@mofo.com<br><br>*Attorneys for Defendants Bayer Aktiengesellschaft, Werner Baumann, Werner Wenning, Liam Condon, Johannes Dietsch, and Wolfgang Nickl* |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SHEET METAL WORKERS' NATIONAL PENSION FUND and INTERNATIONAL BROTHERHOOD OF TEAMSTERS LOCAL NO. 710 PENSION FUND, individually and as Lead Plaintiffs on behalf of all others similarly situated, and<br><br>INTERNATIONAL UNION OF OPERATING ENGINEERS PENSION FUND OF EASTERN PENNSYLVANIA AND DELAWARE, individually and as Named Plaintiff, on behalf of all others similarly situated,<br><br>      Plaintiffs,<br><br>  vs.<br><br>BAYER AKTIENGESELLSCHAFT, WERNER BAUMANN, WERNER WENNING, LIAM CONDON, JOHANNES DIETSCH, and WOLFGANG NICKL,<br><br>      Defendants. | Case No: 3:20-cv-04737-RS<br><br>CLASS ACTION<br><br>**JOINT STIPULATION AND [PROPOSED] SCHEDULING ORDER**<br><br>Ctrm: 3 – 17th Floor<br>Judge: Richard Seeborg |

Pursuant to Local Rule 6-2, the parties respectfully request the following:

WHEREAS, on January 10, 2025, the Court issued an amended scheduling order in this proceeding (ECF No. 233), setting deadlines for the filing of dispositive motions, oppositions and replies to such motions, and a hearing on pretrial motions;

WHEREAS, on February 25, 2025, the parties filed a joint notice of settlement (ECF No. 244), notifying the Court that the parties had reached a settlement in principle in the above-captioned matter and that upon finalizing the terms of the settlement agreement and establishing a class action notice and administration plan, Plaintiffs would file an unopposed motion for preliminary approval of the class action settlement;

WHEREAS, subsequently on February 25, 2025, the Court ordered that the parties file a motion for preliminary approval of class action settlement on or before April 11, 2025 (ECF No. 245) and entered a notice vacating a case management conference set for March 27, 2025 (ECF No. 246);

WHEREAS, the parties have conferred regarding the currently scheduled deadlines for the filing of any dispositive motions and any oppositions and replies to such motions and the currently scheduled deadline for the hearing of any pretrial motions;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among Plaintiffs[1] and Defendants by and through their respective counsel and subject to the approval of the Court, that:

1. The deadlines for the filing of any dispositive motions, any oppositions to dispositive motions, and any replies to dispositive motions are stayed pending the Court's review of the proposed settlement.

2. The deadline for the hearing of any pretrial motions is stayed pending the Court's review of the proposed settlement.

IT IS SO STIPULATED.

---

[1] Plaintiffs include Lead Plaintiffs Sheet Metal Workers' National Pension Fund and International Brotherhood of Teamsters Local No. 710 Pension Fund, and additional plaintiff International Union of Operating Engineers Pension Fund of Eastern Pennsylvania and Delaware.

Dated:   March 24, 2025

By:   */s/ David J. Wiener*
David J. Wiener

William Savitt (*pro hac vice*)
Noah B. Yavitz (*pro hac vice*)
Emily R. Barreca (*pro hac vice*)
**WACHTELL, LIPTON, ROSEN & KATZ**
51 West 52nd Street
New York, NY  10019
Telephone:  (212) 403-1000
Facsimile:  (212) 403-2000
Email:  WDSavitt@wlrk.com
    NBYavitz@wlrk.com
    ERBarreca@wlrk.com

Jordan Eth (CA SBN 121617)
David J. Wiener (CA SBN 291659)
**MORRISON & FOERSTER LLP**
425 Market Street
San Francisco, CA  94105
Telephone:  (415) 268-7126
Facsimile:  (415) 268-7522
Email:  JEth@mofo.com
    DWiener@mofo.com

*Attorneys for Defendants Bayer Aktiengesellschaft, Werner Baumann, Werner Wenning, Liam Condon, Johannes Dietsch, and Wolfgang Nickl*

By:   */s/ Carol V. Gilden*
Carol V. Gilden

Carol V. Gilden (*pro hac vice*)
**COHEN MILSTEIN SELLERS & TOLL PLLC**
190 South LaSalle Street, Suite 1705
Chicago, IL 60603
Telephone: (312) 357-0370
Facsimile: (312) 357-0369
Email:  cgilden@cohenmilstein.com

Steven J. Toll (*pro hac vice*)
**COHEN MILSTEIN SELLERS & TOLL PLLC**
1100 New York Ave NW, Suite 800
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
Email:  stoll@cohenmilstein.com

Chris Lometti (*pro hac vice*)

Benjamin F. Jackson (*pro hac vice*)
**COHEN MILSTEIN SELLERS & TOLL PLLC**
88 Pine Street, Fourteenth Floor
New York, NY 10005
Telephone: (212) 838-7797
Facsimile: (212) 838-7745
Email:  clometti@cohenmilstein.com
            bjackson@cohenmilstein.com

*Lead Counsel for Plaintiffs and the Class*

Nicole Lavallee (SBN 165755)
Alexander S. Vahdat (SBN 284963)
**BERMAN TABACCO**
425 California Street, Suite 2300
San Francisco, CA 94104
Telephone: (415) 433-3200
Facsimile: (415) 433-6382
Email:  nlavallee@bermantabacco.com
            avahdat@bermantabacco.com

*Liaison Counsel for Plaintiffs and the Class*

## CERTIFICATE PURSUANT TO LOCAL RULE 5-1(i)(3)

In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories.

By:  */s/ David J. Wiener*
David J. Wiener

**ORDER GRANTING STIPULATION**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: _____

HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE