Carol V. Gilden (*pro hac vice*)
**COHEN MILSTEIN SELLERS & TOLL PLLC**
190 South LaSalle Street
Suite 1705
Chicago, IL 60603
Telephone: (312) 357-0370
Facsimile: (312) 357-0369
Email: cgilden@cohenmilstein.com

*Lead Counsel for Plaintiffs and the Class*

Nicole Lavallee (CA SBN 165755)
Alexander S. Vahdat (CA SBN 284963)
**BERMAN TABACCO**
425 California Street, Suite 2300
San Francisco, CA 94104
Telephone: (415) 433-3200
Facsimile: (415) 433-6382
Email: nlavallee@bermantabacco.com
         avahdat@bermantabacco.com

*Liaison Counsel for Plaintiffs and the Class*

[Additional Counsel on Signature Page]

William Savitt (*pro hac vice*)
Noah B. Yavitz (*pro hac vice*)
Emily R. Barreca (*pro hac vice*)
**WACHTELL, LIPTON, ROSEN & KATZ**
51 West 52nd Street
New York, NY 10019
Telephone: (212) 403-1000
Facsimile: (212) 403-2000

Jordan Eth (CA SBN 121617)
David J. Wiener (CA SBN 291659)
**MORRISON & FOERSTER LLP**
425 Market Street
San Francisco, CA 94105
Telephone: (415) 268-7000
Facsimile: (415) 268-7522
Email:  JEth@mofo.com
         DWiener@mofo.com

*Attorneys for Defendants Bayer Aktiengesellschaft, Werner Baumann, Werner Wenning, Liam Condon, Johannes Dietsch, and Wolfgang Nickl*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SHEET METAL WORKERS' NATIONAL PENSION FUND and INTERNATIONAL BROTHERHOOD OF TEAMSTERS LOCAL NO. 710 PENSION FUND, individually and as Lead Plaintiffs on behalf of all others similarly situated, and<br><br>INTERNATIONAL UNION OF OPERATING ENGINEERS PENSION FUND OF EASTERN PENNSYLVANIA AND DELAWARE, individually and as Named Plaintiff, on behalf of all others similarly situated,<br><br>      Plaintiffs,<br><br>    vs.<br><br>BAYER AKTIENGESELLSCHAFT, WERNER BAUMANN, WERNER WENNING, LIAM CONDON, JOHANNES DIETSCH, and WOLFGANG NICKL,<br><br>      Defendants. | Case No: 3:20-cv-04737-RS<br><br>CLASS ACTION<br><br>**JOINT STIPULATION AND ~~[PROPOSED]~~ SCHEDULING ORDER**<br><br>Ctrm:   3 – 17th Floor<br>Judge:  Richard Seeborg |

Pursuant to Local Rule 6-2, the parties respectfully request the following:

WHEREAS, on February 25, 2025, Plaintiffs[1] filed a Joint Notice of Settlement on behalf of the parties (ECF No. 244);

WHEREAS, on February 25, 2025, the Court directed the parties to file a motion for preliminary approval of the class action settlement by April 11, 2025 (ECF No. 245);

WHEREAS, on March 24, 2025, Defendants filed a Joint Stipulation (the "First Joint Stipulation") on behalf of the parties requesting that the Court stay the deadlines for the filing of any dispositive motions, any oppositions to dispositive motions, any replies to dispositive motions, and for the hearing of any pretrial motions pending the Court's review of the proposed settlement (ECF No. 247);

WHEREAS, on March 25, 2025, the Court granted the First Joint Stipulation (ECF No. 248);

WHEREAS, on April 9, 2025, Plaintiffs filed a Joint Stipulation and [Proposed] Scheduling Order (the "Second Joint Stipulation") to request a one-week extension of the then–April 11, 2025 deadline to allow for the orderly completion of the parties' settlement negotiations and preparation of the accompanying materials (ECF No. 249);

WHEREAS on April 10, 2025, the Court granted the Second Joint Stipulation (ECF No. 250);

WHEREAS, the parties concluded negotiating the terms of the settlement yesterday, April 17, 2025, and Plaintiffs require additional time to finalize the accompanying materials and secure the requisite client approvals, particularly in light of today's religious holiday;

WHEREAS, the parties respectfully submit that a three-business-day extension of the current April 18, 2025 deadline is appropriate and necessary to allow for the orderly completion of these efforts and to allow the parties sufficient time to prepare the motion for preliminary approval of the class action settlement and accompanying materials;

---

[1] Plaintiffs include Lead Plaintiffs Sheet Metal Workers' National Pension Fund and International Brotherhood of Teamsters Local No. 710 Pension Fund, and additional plaintiff International Union of Operating Engineers Pension Fund of Eastern Pennsylvania and Delaware.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among Plaintiffs and Defendants by and through their respective counsel and subject to the approval of the Court, that:

1.    Plaintiffs shall file a motion for preliminary approval of the class action settlement by April 23, 2025.

IT IS SO STIPULATED.

Dated:    April 18, 2025

By:    /s/ Carol V. Gilden
Carol V. Gilden

Carol V. Gilden (*pro hac vice*)
**COHEN MILSTEIN SELLERS & TOLL PLLC**
190 South LaSalle Street, Suite 1705
Chicago, IL 60603
Telephone: (312) 357-0370
Facsimile: (312) 357-0369
Email:  cgilden@cohenmilstein.com

Steven J. Toll (*pro hac vice*)
**COHEN MILSTEIN SELLERS & TOLL PLLC**
1100 New York Ave NW, Suite 800
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
Email:  stoll@cohenmilstein.com

Chris Lometti (*pro hac vice*)
Benjamin F. Jackson (*pro hac vice*)
**COHEN MILSTEIN SELLERS & TOLL PLLC**
88 Pine Street, Fourteenth Floor
New York, NY 10005
Telephone: (212) 838-7797
Facsimile: (212) 838-7745
Email:  clometti@cohenmilstein.com
            bjackson@cohenmilstein.com

*Lead Counsel for Plaintiffs and the Class*

Nicole Lavallee (SBN 165755)
Alexander S. Vahdat (SBN 284963)
**BERMAN TABACCO**
425 California Street, Suite 2300
San Francisco, CA 94104
Telephone: (415) 433-3200
Facsimile: (415) 433-6382
Email:  nlavallee@bermantabacco.com
            avahdat@bermantabacco.com

*Liaison Counsel for Plaintiffs and the Class*

By:    /s/ Noah B. Yavitz
Noah B. Yavitz

William Savitt (*pro hac vice*)
Noah B. Yavitz (*pro hac vice*)
Emily R. Barreca (*pro hac vice*)
**WACHTELL, LIPTON, ROSEN & KATZ**
51 West 52nd Street

New York, NY  10019
Telephone:  (212) 403-1000
Facsimile:  (212) 403-2000
Email:  WDSavitt@wlrk.com
        NBYavitz@wlrk.com
        ERBarreca@wlrk.com

Jordan Eth (CA SBN 121617)
David J. Wiener (CA SBN 291659)
**MORRISON & FOERSTER LLP**
425 Market Street
San Francisco, CA  94105
Telephone:  (415) 268-7126
Facsimile:  (415) 268-7522
Email:  JEth@mofo.com
        DWiener@mofo.com

*Attorneys for Defendants Bayer Aktiengesellschaft, Werner Baumann, Werner Wenning, Liam Condon, Johannes Dietsch, and Wolfgang Nickl*

## CERTIFICATE PURSUANT TO LOCAL RULE 5-1(i)(3)

In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories.

By: ___/s/ Carol V. Gilden_____

Carol V. Gilden

## ORDER GRANTING STIPULATION

PURSUANT TO STIPULATION, IT IS SO ORDERED.

_April 18, 2025_
Date:

HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE