Carol V. Gilden (*pro hac vice*)
**COHEN MILSTEIN SELLERS & TOLL PLLC**
190 South LaSalle Street, Suite 1705
Chicago, IL 60603
Telephone: (312) 357-0370
Email: cgilden@cohenmilstein.com

*Lead Counsel for Plaintiffs and the Class*

[Additional Counsel on Signature Page of Motion]

Nicole Lavallee (SBN 165755)
Alexander S. Vahdat (SBN 284963)
**BERMAN TABACCO**
425 California Street, Suite 2300
San Francisco, CA 94104
Telephone: (415) 433-3200
Facsimile: (415) 433-6382
Email: nlavallee@bermantabacco.com
        avahdat@bermantabacco.com

*Liaison Counsel for Plaintiffs and the Class*

## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| SHEET METAL WORKERS' NATIONAL PENSION FUND and INTERNATIONAL BROTHERHOOD OF TEAMSTERS LOCAL NO. 710 PENSION FUND, individually and as Lead Plaintiffs on behalf of all others similarly situated, and<br><br>INTERNATIONAL UNION OF OPERATING ENGINEERS PENSION FUND OF EASTERN PENNSYLVANIA AND DELAWARE, individually and as Named Plaintiff, on behalf of all others similarly situated,<br><br>       Plaintiffs,<br><br>    vs.<br><br>BAYER AKTIENGESELLSCHAFT, WERNER BAUMANN, WERNER WENNING, LIAM CONDON, JOHANNES DIETSCH, and WOLFGANG NICKL,<br><br>       Defendants. | Case No.: 3:20-cv-04737-RS<br><br>CLASS ACTION<br><br>**DECLARATION OF CAROL V. GILDEN IN SUPPORT OF PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF PROPOSED CLASS ACTION SETTLEMENT**<br><br>Ctrm: 3 – 17th Floor<br>Judge: Richard Seeborg |

[No. 3:20-CV-04737-RS] DECL. OF CAROL V. GILDEN IN SUPPORT OF PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF PROPOSED CLASS ACTION SETTLEMENT

I, Carol V. Gilden, declare, pursuant to 28 U.S.C. § 1746, as follows:

1.      I am a member in good standing of the bar of the State of Illinois and have been admitted *pro hac vice* in this pending action. ECF No. 33. I am a partner with the law firm of Cohen Milstein Sellers & Toll PLLC, Lead Counsel in this action. I have personal knowledge of the facts stated herein and could competently testify to them if called as a witness.

2.      I respectfully submit this declaration in support of Plaintiffs' Unopposed Motion for Preliminary Approval of Proposed Class Action Settlement (the "Motion").

3.      True and correct copies of the following documents are annexed hereto:

Exhibit A:      Stipulation and Agreement of Settlement, dated April 23, 2025, with exhibits thereto.

Exhibit B:      Declaration of Benjamin F. Jackson, dated April 23, 2025.

Exhibit C:      Declaration of Adam D. Walter Regarding Notice Plan, dated April 23, 2025, with exhibits thereto.

I declare under penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct.

Executed this 23rd day of April, 2025, at Chicago, Illinois.

/s/ Carol V. Gilden
Carol V. Gilden

[No. 3:20-CV-04737-RS] DECL. OF CAROL V. GILDEN IN SUPPORT OF PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF PROPOSED CLASS ACTION SETTLEMENT                    1