EXHIBIT B

Carol V. Gilden (*pro hac vice*)
**COHEN MILSTEIN SELLERS & TOLL PLLC**
190 South LaSalle Street, Suite 1705
Chicago, IL 60603
Telephone: (312) 357-0370
Email: cgilden@cohenmilstein.com

*Lead Counsel for Plaintiffs and the Class*

[Additional Counsel on Signature Page of Motion]

Nicole Lavallee (SBN 165755)
Alexander S. Vahdat (SBN 284963)
**BERMAN TABACCO**
425 California Street, Suite 2300
San Francisco, CA 94104
Telephone: (415) 433-3200
Facsimile: (415) 433-6382
Email: nlavallee@bermantabacco.com
        avahdat@bermantabacco.com

*Liaison Counsel for Plaintiffs and the Class*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SHEET METAL WORKERS' NATIONAL PENSION FUND and INTERNATIONAL BROTHERHOOD OF TEAMSTERS LOCAL NO. 710 PENSION FUND, individually and as Lead Plaintiffs on behalf of all others similarly situated, and<br><br>INTERNATIONAL UNION OF OPERATING ENGINEERS PENSION FUND OF EASTERN PENNSYLVANIA AND DELAWARE, individually and as Named Plaintiff, on behalf of all others similarly situated,<br><br>       Plaintiffs,<br><br>      vs.<br><br>BAYER AKTIENGESELLSCHAFT, WERNER BAUMANN, WERNER WENNING, LIAM CONDON, JOHANNES DIETSCH, and WOLFGANG NICKL,<br><br>       Defendants. | Case No: 3:20-cv-04737-RS<br><br>CLASS ACTION<br><br>**DECLARATION OF BENJAMIN F. JACKSON REGARDING SELECTION OF SETTLEMENT ADMINISTRATOR**<br><br>Ctrm:  3 – 17th Floor<br>Judge:  Richard Seeborg |

[No. 3:20-CV-04737-RS] DECL. OF BENJAMIN F. JACKSON REGARDING SELECTION OF SETTLEMENT ADMINISTRATOR

I, Benjamin F. Jackson, declare, pursuant to 28 U.S.C. § 1746, as follows:

1. I am a member in good standing of the bar of the State of New York and have been admitted *pro hac vice* in this pending action. ECF No. 49. I am a partner with the law firm of Cohen Milstein Sellers & Toll PLLC, Lead Counsel in this action. I have personal knowledge of the facts stated herein and could competently testify to them if called as a witness.

2. I respectfully submit this declaration regarding Plaintiffs' selection of a settlement administrator for the proposed settlement.

3. As explained in Plaintiffs' Unopposed Motion for Preliminary Approval of Proposed Class Action Settlement (the "Motion"), Lead Counsel selected A.B. Data, Ltd. ("A.B. Data") to serve as the settlement administrator after a competitive bidding process in which five nationally recognized claims administration firms—Strategic Claims Services, Rust Consulting, Epiq Systems, JND Legal Administration, and A.B. Data—submitted cost proposals. Each bid proposed comparable methods of providing notice and claims processing, including use of first-class mail and identification of potential Class Members through third-party brokers and nominee owners. Lead Counsel conducted a detailed and holistic analysis of each proposal, evaluating costs and fees associated with both the notice of pendency phase (including case startup, printing and postage, undeliverables, remails, project management, website development and maintenance, contact center operations, media notice, and other administrative costs and fees) and the settlement phase (including notice and database management, claims processing, printing and mailing, and continued project management costs and fees), along with a review of contractual provisions such as fee caps and cost ceilings. Lead Counsel sent follow-up inquiries to several of these firms to clarify terms and, where appropriate, request a revised bid. After this thorough evaluation, A.B. Data was determined to have submitted the most competitive proposal in terms of overall cost-efficiency, comprehensiveness, and responsiveness.

4. Lead Counsel has engaged A.B. Data to serve as the class and settlement administrator in two securities class actions, including this Action, in the past two years. Lead Counsel also worked with A.B. Data to administer the Class Notice earlier in this Action. *See* ECF No. 200. I have worked

with A.B. Data in this Action and in another securities class action and have found the company's work to be competent and thorough and its pricing to be competitive and fair.

I declare under penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct.

Executed this 23rd day of April, 2025, at New York, New York.


/s/ Benjamin F. Jackson
Benjamin F. Jackson