Robin Greenwald (pro hac vice anticipated)
**WEITZ & LUXENBERG, P.C.**
700 Broadway
New York, NY 10003
Telephone: (212) 558-5802
Email: rgreenwald@weitzlux.com

Robert J. Quigley, CA Bar No. 302879
**WEITZ & LUXENBERG, P.C.**
1800 Century Park E., Suite 700
Los Angeles, CA 90067
Telephone: (212) 558-5829
Email: rquigley@weitzlux.com

*Counsel for Proposed Intervenors*
*Co-Lead Counsel in MDL No. 2741*

[Additional Counsel on Signature Page]

Jordan Eth (CA SBN 121617)
David J. Wiener (CA SBN 291659)
**MORRISON & FOERSTER LLP**
425 Market Street
San Francisco, CA 94105
Telephone: (415) 268-7000
Facsimile: (415) 268-7522
Email:  JEth@mofo.com
         DWiener@mofo.com

*Attorneys for Defendants Bayer*
*Aktiengesellschaft, Werner Baumann,*
*Werner Wenning, Liam Condon, Johannes*
*Dietsch, and Wolfgang Nickl*

[Additional Counsel on Signature Page]

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

SHEET METAL WORKERS' NATIONAL
PENSION FUND and INTERNATIONAL
BROTHERHOOD OF TEAMSTERS
LOCAL NO. 710 PENSION FUND,
individually and as Lead Plaintiffs on behalf
of all others similarly situated, and

INTERNATIONAL UNION OF
OPERATING ENGINEERS PENSION
FUND OF EASTERN PENNSYLVANIA
AND DELAWARE, individually and as
Named Plaintiff, on behalf of all others
similarly situated,

       Plaintiffs,

    vs.

BAYER AKTIENGESELLSCHAFT, WERNER
BAUMANN, WERNER WENNING, LIAM CONDON,
JOHANNES DIETSCH, and WOLFGANG NICKL,

    Defendants,

WEITZ & LUXENBERG, P.C. and THE MILLER
FIRM LLC, as Co-Lead Counsel in MDL No. 2741 and
on behalf of certain clients,

    Proposed Intervenors.

Case No: 3:20-cv-04737-RS

CLASS ACTION

**JOINT STIPULATION AND
[~~PROPOSED~~] SCHEDULING
ORDER**

Ctrm:   3 – 17th Floor
Judge:  Richard Seeborg

Pursuant to Local Rule 6-2, Plaintiffs,[1] Defendants, and Proposed Intervenors respectfully request the following:

WHEREAS, on June 23, 2025, Proposed Intervenors Weitz & Luxenberg, P.C. and the Miller Firm LLC ("Proposed Intervenors") filed a notice of motion and motion in this proceeding (ECF No. 256) (the "Motion"), seeking an order to permit Proposed Intervenors to intervene in this proceeding and to modify the Stipulated Confidentiality and Protective Order entered October 6, 2022 (ECF No. 138).

WHEREAS, pursuant to the briefing schedule set forth in connection with the filing of the Motion, Defendants are to file any response to the Motion by July 7, 2025; Proposed Intervenors are to file any reply in further support of the Motion by July 14, 2025; and a hearing on the Motion is to be held on August 14, 2025 at 1:30 PM in San Francisco Courtroom 03, 17th Floor;

WHEREAS, Plaintiffs, Defendants, and Proposed Intervenors have conferred regarding the current briefing schedule and have agreed upon a modified briefing schedule in light of the intervening Federal holiday and other prior professional obligations;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among Plaintiffs, Defendants, and Proposed Intervenors by and through their respective counsel and subject to the approval of the Court, that:

1.  Defendants shall file any response to the Motion by July 14, 2025;

2.  Proposed Intervenors shall file any reply in further support of the Motion by July 25, 2025;

3.  A hearing on the Motion shall be held on August 14, 2025 at 1:30 PM in San Francisco Courtroom 03, 17th Floor or on such other date as the Court may order.

IT IS SO STIPULATED.

---

[1] Plaintiffs include Lead Plaintiffs Sheet Metal Workers' National Pension Fund and International Brotherhood of Teamsters Local No. 710 Pension Fund, and additional plaintiff International Union of Operating Engineers Pension Fund of Eastern Pennsylvania and Delaware.

Dated:    June 26, 2025

By:    /s/ David J. Wiener
       David J. Wiener

William Savitt (*pro hac vice*)
Noah B. Yavitz (*pro hac vice*)
Emily R. Barreca (*pro hac vice*)
**WACHTELL, LIPTON, ROSEN & KATZ**
51 West 52nd Street
New York, NY  10019
Telephone:  (212) 403-1000
Facsimile:  (212) 403-2000
Email:  WDSavitt@wlrk.com
        NBYavitz@wlrk.com
        ERBarreca@wlrk.com

Jordan Eth (CA SBN 121617)
David J. Wiener (CA SBN 291659)
**MORRISON & FOERSTER LLP**
425 Market Street
San Francisco, CA  94105
Telephone:  (415) 268-7126
Facsimile:  (415) 268-7522
Email:  JEth@mofo.com
        DWiener@mofo.com

*Attorneys for Defendants Bayer Aktiengesellschaft,
Werner Baumann, Werner Wenning, Liam Condon,
Johannes Dietsch, and Wolfgang Nickl*

By:    /s/ Robert J. Quigley
       Robert J. Quigley

Robin Greenwald (pro hac vice anticipated)
**WEITZ & LUXENBERG, P.C.**
700 Broadway
New York, NY 10003
Telephone: (212) 558-5802
Email: rgreenwald@weitzlux.com

Robert J. Quigley, CA Bar No. 302879
**WEITZ & LUXENBERG, P.C.**
1800 Century Park E., Suite 700
Los Angeles, CA 90067
Telephone: (212) 558-5829
Email: rquigley@weitzlux.com

David Dickens (pro hac vice anticipated)
**THE MILLER FIRM LLC**
108 Railroad Ave.
Orange, VA
Telephone: (540) 672-4224
Email: ddickens@millerfirmllc.com

*Counsel for Proposed Intervenors*
*Co-Lead Counsel in MDL No. 2741*

By:   /s/ Carol V. Gilden
        Carol V. Gilden

Carol V. Gilden (*pro hac vice*)
**COHEN MILSTEIN SELLERS & TOLL PLLC**
200 S. Wacker Drive, Suite 2375
Chicago, IL 60603
Telephone: (312) 357-0370
Facsimile: (312) 357-0369
Email:  cgilden@cohenmilstein.com

Steven J. Toll (*pro hac vice*)
**COHEN MILSTEIN SELLERS & TOLL PLLC**
1100 New York Ave NW, Suite 800
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
Email:  stoll@cohenmilstein.com

Chris Lometti (*pro hac vice*)
Benjamin F. Jackson (*pro hac vice*)
**COHEN MILSTEIN SELLERS & TOLL PLLC**
88 Pine Street, Fourteenth Floor
New York, NY 10005
Telephone: (212) 838-7797
Facsimile: (212) 838-7745
Email:  clometti@cohenmilstein.com
            bjackson@cohenmilstein.com

*Lead Counsel for Plaintiffs and the Class*

Nicole Lavallee (SBN 165755)
Alexander S. Vahdat (SBN 284963)
**BERMAN TABACCO**
425 California Street, Suite 2300
San Francisco, CA 94104
Telephone: (415) 433-3200
Facsimile: (415) 433-6382
Email:  nlavallee@bermantabacco.com
            avahdat@bermantabacco.com

*Liaison Counsel for Plaintiffs and the Class*

JOINT STIPULATION AND [PROPOSED] SCHEDULING ORDER
CASE NO.:  3:20-CV-04737-RS

3

## CERTIFICATE PURSUANT TO LOCAL RULE 5-1(i)(3)

In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories.

By: _/s/ David J. Wiener_

David J. Wiener

**ORDER GRANTING STIPULATION**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

June 27, 2025
Date:

HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE