Jordan Eth (CA SBN 121617)
David J. Wiener (CA SBN 291659)
**MORRISON & FOERSTER LLP**
425 Market Street
San Francisco, CA 94105
Telephone:   (415) 268-7000
Facsimile:    (415) 268-7522
Email: JEth@mofo.com
        DWiener@mofo.com

*Attorneys for Defendants Bayer Aktiengesellschaft,*
*Werner Baumann, Werner Wenning, Liam Condon,*
*Johannes Dietsch, and Wolfgang Nickl*

[Additional Counsel on Signature Page]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SHEET METAL WORKERS' NATIONAL PENSION FUND and INTERNATIONAL BROTHERHOOD OF TEAMSTERS LOCAL NO. 710 PENSION FUND, individually and as Lead Plaintiffs on behalf of all others similarly situated, and<br><br>INTERNATIONAL UNION OF OPERATING ENGINEERS PENSION FUND OF EASTERN PENNSYLVANIA AND DELAWARE, individually and as Named Plaintiff, on behalf of all others similarly situated,<br><br>          Plaintiffs,<br><br>          vs.<br><br>BAYER AKTIENGESELLSCHAFT, WERNER BAUMANN, WERNER WENNING, LIAM CONDON, JOHANNES DIETSCH, and WOLFGANG NICKL,<br><br>          Defendants,<br><br>WEITZ & LUXENBERG, P.C. and THE MILLER FIRM LLC, as Co-Lead Counsel in MDL No. 2741 and on behalf of certain clients,<br><br>          Proposed Intervenors. | Case No: 3:20-cv-04737-RS<br><br>CLASS ACTION<br><br>**DECLARATION OF NOAH B. YAVITZ IN SUPPORT OF DEFENDANTS' POINTS AND AUTHORITIES IN OPPOSITION TO PROPOSED INTERVENORS' MOTION TO INTERVENE AND TO MODIFY THE CONFIDENTIALITY AND PROTECTIVE ORDER**<br><br>Ctrm:   3 – 17th Floor<br>Judge:  Richard Seeborg |

I, Noah B. Yavitz, declare as follows:

1.     I am an attorney admitted to practice law in the state of New York and a partner of Wachtell, Lipton, Rosen & Katz, counsel of record for Defendants Bayer Aktiengesellschaft, Werner Baumann, Werner Wenning, Liam Condon, Johannes Dietsch, and Wolfgang Nickl.  I am admitted *pro hac vice* in this Court.  I submit this declaration in support of Defendants' Points and Authorities in Opposition to Proposed Intervenors' Motion to Intervene and to Modify the Confidentiality and Protective Order.  I make this declaration based on my personal knowledge.

2.     Attached as **Exhibit A** is a true and correct copy of the Administrative Motion to Consider Whether Cases Should Be Related, filed on July 16, 2020 by counsel for City of Grand Rapids General Retirement System and City of Grand Rapids Policy & Fire Retirement System at docket number 11257 in *In re Roundup Products Liability Litig.*, No. 3:16-md-02741-VC (N.D. Cal.).

3.     Attached as **Exhibit B** is a true and correct copy of Bayer Defendants' Response to Administrative Motion to Consider Whether Cases Should Be Related, filed on July 27, 2020 by counsel for Defendants in the above-captioned litigation at docket number 11424 in *In re Roundup Products Liability Litig.*, No. 3:16-md-02741-VC (N.D. Cal.).

4.     Attached as **Exhibit C** is a true and correct copy of MDL Co-Lead Counsel's Response to Administrative Motion to Consider Whether Cases Should Be Related, filed on July 27, 2020 by Proposed Intervenors in the above-captioned litigation at docket number 11289 in *In re Roundup Products Liability Litig.*, No. 3:16-md-02741-VC (N.D. Cal.).

DECLARATION OF NOAH B. YAVITZ IN SUPPORT OF
DEFS.' P&A IN OPPOSITION TO PROPOSED INTERVENORS' MOTION TO INTERVENE
AND TO MODIFY THE CONFIDENTIALITY AND PROTECTIVE ORDER
CASE NO.:  3:20-CV-04737-RS

1

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 14th day of July, 2025, in New York, New York.

/s/ Noah B. Yavitz
Noah B. Yavitz

**WACHTELL, LIPTON, ROSEN & KATZ**
51 West 52nd Street
New York, NY 10019
Telephone: (212) 403-1000
Facsimile: (212) 403-2000

## CERTIFICATE PURSUANT TO LOCAL RULE 5-1(i)(3)

In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories.

By:  /s/ Jordan Eth

Jordan Eth