EXHIBIT 4

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

|  |  |
|---|---|
| SHEET METAL WORKERS' NATIONAL PENSION FUND and INTERNATIONAL BROTHERHOOD OF TEAMSTERS LOCAL NO. 710 PENSION FUND, individually and as Lead Plaintiffs on behalf of all others similarly situated, and<br><br>INTERNATIONAL UNION OF OPERATING ENGINEERS PENSION FUND OF EASTERN PENNSYLVANIA AND DELAWARE, individually and as Named Plaintiff, on behalf of all others similarly situated,<br><br>       Plaintiffs,<br><br>   vs.<br><br>BAYER AKTIENGESELLSCHAFT, WERNER BAUMANN, WERNER WENNING, LIAM CONDON, JOHANNES DIETSCH, and WOLFGANG NICKL,<br><br>      Defendants. | Case No. 3:20-cv-04737-RS<br><br>CLASS ACTION<br><br>**DECLARATION OF JOHN HEENAN, ADMINISTRATOR OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS PENSION FUND OF EASTERN PENNSYLVANIA AND DELAWARE, IN SUPPORT OF (I) PLAINTIFFS' MOTION FOR FINAL APPROVAL OF SETTLEMENT AND PLAN OF ALLOCATION AND (II) LEAD COUNSEL'S MOTION FOR ATTORNEYS' FEES AND LITIGATION EXPENSES**<br><br>Ctrm:  3 – 17th Floor<br>Judge:  Richard Seeborg |

[No. 3:20-CV-04737-RS] DECL. OF JOHN HEENAN OF IUOE ISO
FINAL APPROVAL MOTION AND FEE AND EXPENSE MOTION

I, John Heenan, declare, pursuant to 28 U.S.C. § 1746, as follows:

1.      I am the Administrator of the International Union of Operating Engineers Pension Fund of Eastern Pennsylvania and Delaware ("IUOE"), an additional Named Plaintiff in this securities class action (the "Action"). I submit this Declaration in support of (i) Plaintiffs' motion for final approval of the proposed Settlement and approval of the proposed Plan of Allocation; and (ii) Lead Counsel's motion for attorneys' fees and Litigation Expenses, which includes IUOE's application for reimbursement of costs and expenses incurred by IUOE directly related to its representation of the Class in the Action.

2.      I am aware of and understand the requirements and responsibilities of a representative plaintiff in a securities class action as set forth in the Private Securities Litigation Reform Act of 1995 ("PSLRA"). I have personal knowledge of the matters set forth in this Declaration, as I, along with my colleagues at IUOE, have been directly involved in monitoring and overseeing the prosecution of the Action. IUOE is a defined benefit pension fund with over 2,800 active participants and in excess of $1 billion in plan assets. IUOE purchased Bayer ADRs during the Class Period and suffered damages as a result of Defendants' alleged violations of the federal securities laws.

## I.      IUOE's Oversight of the Action

3.      Since joining the Action as a Named Plaintiff in January 2021 (ECF No. 47 ¶ 48), IUOE has devoted substantial time and energy closely supervising, carefully monitoring, and actively participating in all material aspects of the prosecution and resolution of the Action. On behalf of IUOE, I and/or members of IUOE's staff have, among other things: (a) reviewed every major court filing in the Action, including discussion with and/or providing comments on the same to Lead Counsel; (b) received and reviewed regular updates and reports from Lead Counsel regarding developments in the Action, which consisted of frequent communications by email and/or telephone with Lead Counsel regarding case strategy, case developments, and discovery; (c) reviewed all major court decisions with Lead Counsel; (d) worked on, gathered and produced relevant documents in response to Defendants' discovery requests; (e) participated in joint calls with the other Plaintiffs and Lead Counsel in connection with the lead plaintiff motion, class certification, and settlement

negotiations; and (f) prepared and sat for a Rule 30(b)(6) deposition in connection with the Plaintiffs' class certification motion. To prepare for my deposition, I reviewed a lengthy binder of materials and spent a full day with Lead Counsel, as well as with follow-up communications with Lead Counsel. Further, I participated remotely in the first mediation session, stayed apprised of the second session and consulted numerous times with Lead Counsel during the course of their efforts to mediate and negotiate the Settlement. IUOE evaluated and approved of the Settlement in connection with IUOE's responsibilities to the Class.

**II.     IUOE Strongly Endorses Court Approval of the Settlement and Plan of Allocation**

4.     Informed by its involvement in the prosecution of the Action and the settlement negotiations, IUOE believes that the proposed Settlement is fair, reasonable, and adequate. IUOE believes that the Settlement represents an excellent recovery for the Class. Therefore, IUOE strongly endorses approval of the Settlement by the Court.

5.     IUOE also believes that the proposed Plan of Allocation sets forth a fair, reasonable, and adequate method for equitably allocating the Net Settlement Fund among Class Members and endorses its approval.

**III.    IUOE Approves of and Fully Supports Lead Counsel's Motion for Attorneys' Fees and Litigation Expenses**

6.     IUOE also supports Lead Counsel's request for an award of attorneys' fees in the amount of 27% of the Settlement Fund for all Plaintiffs' Counsel. IUOE takes seriously its role as a Named Plaintiff to ensure that the attorneys' fees are fair in light of the result achieved for the Class and reasonably compensate Plaintiffs' Counsel for the work involved and the risks they undertook in litigating the Action. IUOE believes Lead Counsel's fee request is fair and reasonable in light of the quality of the result obtained, the extensive time counsel invested in litigating the case through class certification and fact and expert discovery, the high-quality work counsel performed, and the risks inherent in the litigation.

7.    Further, IUOE believes that Lead Counsel has effectively and zealously represented the interests of the Class throughout the course of the litigation and that the proposed Settlement achieved is reflective of the high quality of the work performed.

8.    IUOE discussed and approved the fee request with Lead Counsel, subject to Court approval, before Lead Counsel filed this motion in an effort to ensure both fair, reasonable, and adequate recovery for the Class and reasonable compensation for Plaintiffs' Counsel, who worked diligently to obtain this result for the Class and in doing so shouldered significant risk.

9.    IUOE believes that Plaintiffs' Counsel's Litigation Expenses are reasonable and represent costs and expenses necessary for the prosecution and resolution of this Action. Therefore, IUOE approves Plaintiffs' Counsel's request for payment of those expenses.

10.    IUOE understands that reimbursement of the reasonable costs and expenses of a "representative party serving on behalf of a class" is authorized under the PSLRA. 15 U.S.C. § 78u-4(a)(4). For this reason, in connection with Lead Counsel's motion for Litigation Expenses, IUOE seeks reimbursement for the costs and expenses that it incurred directly relating to its representation of the Class in this Action.

11.    The time that I devoted to the representation of the Class in this Action was time that otherwise would have been spent on regular duties on behalf of IUOE and therefore represented a cost to IUOE. The chart sets forth the estimated costs, on an hourly basis, of the services of IUOE staff who worked on this action, based on their salaries and benefits and the number of hours normally worked on an annual basis. This estimate is conservative in nature and reflects the minimum hourly cost to IUOE for the services rendered.

| Name | Title | Hours | Rate | Total |
|------|-------|-------|------|-------|
| John Heenan | Administrator | 51 | $95 | $4,845.00 |
| **Total** | | 51 | | $4,845.00 |

IV.    **Conclusion**

12.    In conclusion, IUOE, which was actively involved throughout the prosecution and settlement of the Action, strongly endorses the Settlement as fair, reasonable, and adequate, and

believes that it represents an excellent recovery for the Class. IUOE further supports Lead Counsel's motion for attorneys' fees and litigation expenses and believes that it seeks fair and reasonable compensation for Plaintiffs' Counsel in light of the recovery obtained for the Class, the risks of the litigation, and the substantial work conducted and time invested in litigating the case through fact and expert discovery to make this resolution possible. Finally, IUOE requests reimbursement for the time its employee dedicated to this Action, as set forth above. Accordingly, IUOE respectfully requests that the Court approve (i) Plaintiffs' motion for final approval of the proposed Settlement and Plan of Allocation and (ii) Lead Counsel's motion for an award of attorneys' fees and litigation expenses.

I declare under penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that I have authority to execute this Declaration on behalf of IUOE.

Executed this 24th day of September, 2025, at Fort Washington, Pennsylvania.

John Heenan

John Heenan

[No. 3:20-CV-04737-RS] DECL. OF JOHN HEENAN OF IUOE ISO
FINAL APPROVAL MOTION AND FEE AND EXPENSE MOTION                    4