EXHIBIT 8

*Sheet Metal Workers' National Pension Fund vs. Bayer Aktiengesellschaft*,
Case No. 3:20-cv-04737-RS (N.D. Cal.)

**SUMMARY OF LODESTARS AND EXPENSES**

From Inception Through August 31, 2025

| FIRM | HOURS | LODESTAR | EXPENSES |
|---|---|---|---|
| Cohen Milstein Sellers & Toll PLLC | 13,824.50 | $12,654,304 | $3,272,658 |
| Berman Tabacco | 937.80 | $712,788 | $9,315 |
| **TOTALS** | 14,762.30 | $13,367,092 | $3,281,973 |