Jordan Eth (CA SBN 121617)
JEth@mofo.com
David J. Wiener (CA SBN 291659)
DWiener@mofo.com
**MORRISON & FOERSTER LLP**
425 Market Street
San Francisco, CA  94105
Telephone:  (415) 268-7126
Facsimile:  (415) 268-7522

William Savitt (*pro hac vice*)
Noah B. Yavitz (*pro hac vice*)
Emily R. Barreca (*pro hac vice*)
**WACHTELL, LIPTON, ROSEN & KATZ**
51 West 52nd Street
New York, NY  10019
Telephone:  (212) 403-1000
Facsimile:  (212) 403-2000

*Attorneys for defendants Bayer
Aktiengesellschaft, Werner Baumann,
Werner Wenning, Liam Condon,
Johannes Dietsch, and Wolfgang Nickl*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| SHEET METAL WORKERS' NATIONAL PENSION FUND and INTERNATIONAL BROTHERHOOD OF TEAMSTERS LOCAL NO. 710 PENSION FUND, individually and as Lead Plaintiffs on behalf of all others similarly situated, and | Case No.:  3:20-cv-04737-RS <br><br> CLASS ACTION <br><br> **DECLARATION OF EMILY R. BARRECA IN SUPPORT OF CLASS ACTION SETTLEMENT** |
| INTERNATIONAL UNION OF OPERATING ENGINEERS PENSION FUND OF EASTERN PENNSYLVANIA AND DELAWARE, individually and as Named Plaintiff, on behalf of all others similarly situated, | |
| Plaintiffs, | |
| v. | |
| BAYER AKTIENGESELLSCHAFT, WERNER BAUMANN, WERNER WENNING, LIAM CONDON, JOHANNES DIETSCH, and WOLFGANG NICKL, | |
| Defendants. | |

Pursuant to 28 U.S.C. § 1746, I, Emily R. Barreca, declare as follows:

1.    I am an attorney admitted to practice law in the state of New York and an associate of Wachtell, Lipton, Rosen & Katz, counsel of record for defendants Bayer Aktiengesellschaft, Werner Baumann, Werner Wenning, Liam Condon, Johannes Dietsch, and Wolfgang Nickl (collectively, "Defendants").  I am admitted *pro hac vice* in this Court.

2.    As described in the "*Declaration of Kyle S. Bingham on Implementation of CAFA Notice*," dated May 5, 2025, attached as Exhibit A hereto, Epiq Class Action & Claims Solutions, Inc. sent a CAFA notice package ("CAFA Notice"), on behalf of Defendants as required by the federal Class Action Fairness Act of 2005 (CAFA), 28 U.S.C. § 1715, to 57 federal and state officials on April 29, 2025. The CAFA Notice was mailed via USPS Priority Mail to 53 officials, including the Attorneys General of 47 states, the District of Columbia, and the United States Territories. As per the direction of the Offices of the Nevada, New York, and Connecticut Attorneys General, the CAFA Notice was sent to the Nevada, New York, and Connecticut Attorneys General electronically via e-mail. The CAFA Notice was also sent via United Parcel Service to the Attorney General of the United States.

3.    In accordance with 28 U.S.C. § 1715(b), the CAFA Notice was sent within ten days of the filing of the proposed settlement with the Court (*i.e.*, within ten days of April 23, 2025).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 23rd day of October, 2025, in New York, New York.


                                        *Emily R. Barreca*
                                        Emily R. Barreca

**ATTESTATION (CIVIL LOCAL RULE 5-1(i)(3))**

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the signatory.

Dated:  October 23, 2025

_____*David J. Wiener*_____
David J. Wiener