**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SHEET METAL WORKERS' NATIONAL PENSION FUND and INTERNATIONAL BROTHERHOOD OF TEAMSTERS LOCAL NO. 710 PENSION FUND, individually and as Lead Plaintiffs on behalf of all others similarly situated, and<br><br>INTERNATIONAL UNION OF OPERATING ENGINEERS PENSION FUND OF EASTERN PENNSYLVANIA AND DELAWARE, individually and as Named Plaintiff, on behalf of all others similarly situated,<br><br>     Plaintiffs,<br><br>v.<br><br>BAYER AKTIENGESELLSCHAFT, WERNER BAUMANN, WERNER WENNING, LIAM CONDON, JOHANNES DIETSCH, and WOLFGANG NICKL,<br><br>     Defendants. | Case No. 3:20-cv-04737-RS |

## DECLARATION OF KYLE S. BINGHAM ON IMPLEMENTATION OF CAFA NOTICE

I, KYLE S. BINGHAM, hereby declare and state as follows:

1. My name is KYLE S. BINGHAM. I am over the age of 25 and I have personal knowledge of the matters set forth herein, and I believe them to be true and correct.

2. I am the Senior Director of Legal Noticing for Epiq Class Action & Claims Solutions, Inc. ("Epiq"), a firm that specializes in designing, developing, analyzing and implementing large-scale, un-biased, legal notification plans. I have overseen and handled Class Action Fairness Act ("CAFA") notice mailings for more than 500 class action settlements.

3.      Epiq is a firm with more than 25 years of experience in claims processing and settlement administration.  Epiq's class action case administration services include coordination of all notice requirements, design of direct-mail notices, establishment of fulfillment services, receipt and processing of opt-outs, coordination with the United States Postal Service ("USPS"), claims database management, claim adjudication, funds management and distribution services.

4.       The facts in this Declaration are based on what I personally know, as well as information provided to me in the ordinary course of my business by my colleagues at Epiq.

## CAFA NOTICE IMPLEMENTATION

5.      At the direction of counsel for Defendants Bayer Aktiengesellschaft, Werner Baumann, Werner Wenning, Liam Condon, Johannes Dietsch, and Wolfgang Nickl, 57 federal and state officials (the Attorney General of the United States and the Attorneys General of each of the 50 states, the District of Columbia, and the United States Territories) were identified to receive CAFA notice.

6.      Epiq maintains a list of these federal and state officials with contact information for the purpose of providing CAFA notice.  Prior to mailing, the names and addresses selected from Epiq's list were verified, then run through the Coding Accuracy Support System ("CASS") maintained by the United States Postal Service ("USPS").[1]

7.      On April 29, 2025, Epiq sent 57 CAFA Notice Packages ("Notice"). The Notice was mailed via USPS Priority Mail to 53 officials (the Attorneys General of 47 states, the District of Columbia, and the United States Territories).  As per the direction of the Office of the Nevada, New York, and Connecticut Attorneys General, the Notice was sent to the Nevada, New York, and Connecticut Attorneys General electronically via email. The Notice was also sent via

---

[1] CASS improves the accuracy of carrier route, 5-digit ZIP®, ZIP + 4® and delivery point codes that appear on mail pieces.  The USPS makes this system available to mailing firms who want to improve the accuracy of postal codes, i.e., 5-digit ZIP®, ZIP + 4®, delivery point (DPCs), and carrier route codes that appear on mail pieces.

DECLARATION OF KYLE S. BINGHAM ON IMPLEMENTATION OF CAFA NOTICE

United Parcel Service ("UPS") to the Attorney General of the United States.  The CAFA Notice Service List (USPS Priority Mail, Email, and UPS) is included as **Attachment 1**.

8. The materials sent to the federal and state officials included a Cover Letter, which provided notice of the proposed Settlement of the above-captioned case.  The Cover Letter is included as **Attachment 2**.

9. The cover letter was accompanied by a CD, which included the following Attachments:

a. **Per 28 U.S.C. § 1715(b)(1) – Complaint and Any Amended Complaints:**

- Complaint, *Sheet Metal Workers' National Pension Fund et al.* v. *Bayer Aktiengesellschaft et al.*, Case No. 3:20-cv-04737 (N.D. Cal.), Dkt. 1 (filed on July 15, 2020) (**Attachment A**);

- Civil Cover Sheet attached to Complaint, *Sheet Metal Workers' National Pension Fund et al.* v. *Bayer Aktiengesellschaft et al.*, Case No. 3:20-cv-04737 (N.D. Cal.), Dkt. 1-1 (filed on July 15, 2020) (**Attachment B**);

- Amended Class Action Complaint, *Sheet Metal Workers' National Pension Fund et al.* v. *Bayer Aktiengesellschaft et al.*, Case No. 3:20-cv-04737 (N.D. Cal.), Dkt. 47 (filed on January 19, 2021) (**Attachment C**);

- Corrected Schedule A attached to Amended Class Action Complaint, *Sheet Metal Workers' National Pension Fund et al.* v. *Bayer Aktiengesellschaft et al.*, Case No. 3:20-cv-04737 (N.D. Cal.), Dkt. 47-1 (filed on January 19, 2021) (**Attachment D**);

- Corrected Schedule A attached to Amended Class Action Complaint, *Sheet Metal Workers' National Pension Fund et al.* v. *Bayer Aktiengesellschaft et al.*, Case No. 3:20-cv-04737 (N.D. Cal.), Dkt. 47-2 (filed on January 19, 2021) (**Attachment E**); and

- Second Amended Class Action Complaint, *Sheet Metal Workers' National Pension Fund et al.* v. *Bayer Aktiengesellschaft et al.*, Case No. 3:20-cv-04737 (N.D. Cal.), Dkt. 107 (filed on December 30, 2021) (**Attachment F**).

DECLARATION OF KYLE S. BINGHAM ON IMPLEMENTATION OF CAFA NOTICE

b. **Per 28 U.S.C. § 1715(b)(2) – Notice of Any Scheduled Judicial Hearing:** Dkt. 254 **(Attachment G),** setting a hearing on Plaintiffs' Motion for Preliminary Approval of Proposed Class Action Settlement for June 26, 2025 at 1:30 p.m.

c. **Per 28 U.S.C. § 1715(b)(3) – Notification to Class Members:** The executed Stipulation and Agreement of Settlement, Dkt. 253-2 (**Attachment H**), includes the following exhibits:

- [Proposed] Order Preliminarily Approving Settlement and Providing for Notice (Exhibit A-1);

- Notice of (I) Proposed Class Action Settlement; (II) Settlement Hearing; and (III) Motion for Attorneys' Fees and Litigation Expenses (Exhibit A-2);

- Summary Notice of (I) Proposed Class Action Settlement; (II) Settlement Hearing; and (III) Motion for Attorneys' Fees and Litigation Expenses (Exhibit A-3);

- Proof of Claim and Release Form (Exhibit A-4); and

- [Proposed] Judgment Approving Class Action Settlement (Exhibit A-5).

In addition, the Summary Notice of Pendency of Class Action, Dkt. 196-1 (**Attachment I**), Notice of Pendency of Class Action, Dkt. 196-2 (**Attachment J**), and Postcard Notice of Pendency of Class Action, 196-3 (**Attachment K**), were also included on the CD.

d. **Per 28 U.S.C. § 1715(b)(4) – Class Action Settlement Agreement:** In addition to the executed Stipulation and Agreement of Settlement, Plaintiffs' Unopposed Motion for Preliminary Approval of Proposed Class Action Settlement and Memorandum of Points and Authorities in Support Thereof, *Sheet Metal Workers' National Pension Fund et al.* v. *Bayer Aktiengesellschaft et al.*, Case No. 3:20-cv-04737 (N.D. Cal.), Dkt. 253 (filed on April 23, 2025) (**Attachment L**) was also included on the CD.

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 5, 2025.

 

 

_____

KYLE S. BINGHAM

DECLARATION OF KYLE S. BINGHAM ON IMPLEMENTATION OF CAFA NOTICE

# Attachment 1

**CAFA Notice Service List**
**USPS Priority Mail**

| Appropriate Official | FullName | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Office of the Attorney General | Treg Taylor | 1031 W 4th Ave | Suite 200 | Anchorage | AK | 99501 |
| Office of the Attorney General | Steve Marshall | 501 Washington Ave | | Montgomery | AL | 36104 |
| Office of the Attorney General | Tim Griffin | 323 Center St | Suite 200 | Little Rock | AR | 72201 |
| Office of the Attorney General | Kris Mayes | 2005 N Central Ave | | Phoenix | AZ | 85004 |
| Office of the Attorney General | CAFA Coordinator | Consumer Protection Section | 455 Golden Gate Ave Suite 11000 | San Francisco | CA | 94102 |
| Office of the Attorney General | Phil Weiser | Ralph L Carr Colorado Judicial Center | 1300 Broadway Fl 10 | Denver | CO | 80203 |
| Office of the Attorney General | Brian Schwalb | 400 6th St NW | | Washington | DC | 20001 |
| Office of the Attorney General | Kathy Jennings | Carvel State Bldg | 820 N French St | Wilmington | DE | 19801 |
| Office of the Attorney General | James Uthmeier | State of Florida | The Capitol PL-01 | Tallahassee | FL | 32399 |
| Office of the Attorney General | Chris Carr | 40 Capitol Square SW | | Atlanta | GA | 30334 |
| Department of the Attorney General | Anne E Lopez | 425 Queen St | | Honolulu | HI | 96813 |
| Iowa Attorney General | Brenna Bird | Hoover State Office Building | 1305 E Walnut St | Des Moines | IA | 50319 |
| Office of the Attorney General | Raul Labrador | 700 W Jefferson St Ste 210 | PO Box 83720 | Boise | ID | 83720 |
| Office of the Attorney General | Kwame Raoul | 500 South Second Street | | Springfield | IL | 62701 |
| Office of the Indiana Attorney General | Todd Rokita | Indiana Government Center South | 302 W Washington St Rm 5 | Indianapolis | IN | 46204 |
| Office of the Attorney General | Kris Kobach | 120 SW 10th Ave 2nd Fl | | Topeka | KS | 66612 |
| Office of the Attorney General | Russell Coleman | 700 Capitol Ave Suite 118 | | Frankfort | KY | 40601 |
| Office of the Attorney General | Liz Murrill | PO Box 94005 | | Baton Rouge | LA | 70804 |
| Office of the Attorney General | Andrea Campbell | 1 Ashburton Pl 20th Fl | | Boston | MA | 02108 |
| Office of the Attorney General | Anthony G Brown | 200 St Paul Pl | | Baltimore | MD | 21202 |
| Office of the Attorney General | Aaron Frey | 6 State House Station | | Augusta | ME | 04333 |
| Department of Attorney General | Dana Nessel | PO BOX 30212 | 525 W. Ottawa St. | Lansing | MI | 48909 |
| Office of the Attorney General | Keith Ellison | 445 Minnesota St Ste 1400 | | St Paul | MN | 55101 |
| Missouri Attorney General's Office | Andrew Bailey | 207 West High Street | PO Box 899 | Jefferson City | MO | 65102 |
| Mississippi Attorney General | Lynn Fitch | PO Box 220 | | Jackson | MS | 39205 |
| Office of the Attorney General | Austin Knudsen | 215 N Sanders 3rd Fl | PO Box 201401 | Helena | MT | 59620 |
| Attorney General's Office | Jeff Jackson | 9001 Mail Service Ctr | | Raleigh | NC | 27699 |
| Office of the Attorney General | Drew H Wrigley | 600 E Boulevard Ave Dept 125 | | Bismarck | ND | 58505 |
| Nebraska Attorney General | Mike Hilgers | 2115 State Capitol | PO Box 98920 | Lincoln | NE | 68509 |
| Office of the Attorney General | John Formella | NH Department of Justice | 33 Capitol St | Concord | NH | 03301 |
| Office of the Attorney General | Matthew J Platkin | 25 Market Street | PO Box 080 | Trenton | NJ | 08625 |
| Office of the Attorney General | Raul Torrez | 408 Galisteo St | Villagra Bldg | Santa Fe | NM | 87501 |
| Office of the Attorney General | Dave Yost | 30 E Broad St Fl 14 | | Columbus | OH | 43215 |
| Office of the Attorney General | Gentner Drummond | 313 NE 21st St | | Oklahoma City | OK | 73105 |
| Office of the Attorney General | Dan Rayfield | Oregon Department of Justice | 1162 Court St NE | Salem | OR | 97301 |
| Office of the Attorney General | Dave Sunday | 16th Fl Strawberry Square | | Harrisburg | PA | 17120 |
| Office of the Attorney General | Peter F Neronha | 150 S Main St | | Providence | RI | 02903 |
| Office of the Attorney General | Alan Wilson | PO Box 11549 | | Columbia | SC | 29211 |
| Office of the Attorney General | Marty Jackley | 1302 E Hwy 14 Ste 1 | | Pierre | SD | 57501 |
| Office of the Attorney General | Jonathan Skrmetti | PO Box 20207 | | Nashville | TN | 37202 |
| Office of the Attorney General | Ken Paxton | PO Box 12548 | | Austin | TX | 78711 |
| Office of the Attorney General | Derek Brown | Utah State Capitol Complex | 350 North State Street Ste 230 | Salt Lake City | UT | 84114 |
| Office of the Attorney General | Jason S Miyares | 202 N 9th St | | Richmond | VA | 23219 |
| Office of the Attorney General | Charity R Clark | 109 State St | | Montpelier | VT | 05609 |
| Office of the Attorney General | Nick Brown | 800 5th Ave Ste 2000 | | Seattle | WA | 98104 |
| Office of the Attorney General | Josh Kaul | PO Box 7857 | | Madison | WI | 53707 |
| Office of the Attorney General | JB McCuskey | State Capitol Complex Bldg 1 Room E 26 | 1900 Kanawha Blvd E | Charleston | WV | 25305 |
| Office of the Attorney General | Bridget Hill | 109 State Capital | | Cheyenne | WY | 82002 |
| Department of Legal Affairs | Gwen Tauiliili-Langkilde | GHC Reid Building, Pago Plaza, 2d flr, Room 220 | Territory of American Samoa | Pago Pago | AS | 96799 |
| Attorney General Office of Guam | Douglas Moylan | ITC Bldg. | 590 S Marine Corps Dr Ste 901 | Tamuning | GU | 96913 |
| Office of the Attorney General | Edward Manibusan | PO Box 10007 | | Saipan | MP | 96950 |
| PR Department of Justice | Janet Parra-Mercado | PO Box 9020192 | | San Juan | PR | 00902 |
| Department of Justice | Gordon C. Rhea | 3438 Kronprindsens Gade | GERS BLDG 2nd Floor | St Thomas | VI | 00802 |

**CAFA Notice Service List**

**Email**

| Appropriate Official | Contact Format | State |
|---|---|---|
| Office of the Attorney General for Connecticut | All documents sent to CT AG at their dedicated CAFA email inbox. | CT |
| Office of the Attorney General for Nevada | All documents sent to NV AG at their dedicated CAFA email inbox. | NV |
| Office of the Attorney General for New York | All documents sent to NY AG at their dedicated CAFA email inbox. | NY |

**CAFA Notice Service List**

**UPS**

| Appropriate Official | FullName | Address1 | Address2 | City | State |
|---|---|---|---|---|---|
| US Department of Justice | Pamela Bondi | 950 Pennsylvania Ave NW | | Washington | DC |

# Attachment 2

**CAFA NOTICE ADMINISTRATOR**
HILSOFT NOTIFICATIONS
10300 SW Allen Blvd
Beaverton, OR 97005
P 503-350-5800
DL-CAFA@epiqglobal.com

April 29, 2025

**VIA UPS OR USPS CERTIFIED MAIL**

| Class Action Fairness Act – Notice to Federal and State Officials |
| --- |

Dear Federal and State Officials:

Pursuant to the Class Action Fairness Act of 2005 ("CAFA"), codified at 28 U.S.C. § 1715, please find enclosed information from Defendants Bayer Aktiengesellschaft, Werner Baumann, Werner Wenning, Liam Condon, Johannes Dietsch, and Wolfgang Nickl relating to the proposed settlement of a class action lawsuit.

- **Case:** *Sheet Metal Workers' National Pension Fund et al.* v. *Bayer Aktiengesellschaft et al.*, Case No. 3:20-cv-04737.

- **Court:** United States District Court for the Northern District of California (the "Court").

- **Defendants:** Bayer Aktiengesellschaft, Werner Baumann, Werner Wenning, Liam Condon, Johannes Dietsch, and Wolfgang Nickl.

- **Documents Enclosed**: In accordance with the requirements of 28 U.S.C. § 1715, please find copies of the following documents associated with this action on the enclosed CD:

  1. **Per 28 U.S.C. § 1715(b)(1) – Complaint, Any Amended Complaints, and Materials:**

     a. Complaint, *Sheet Metal Workers' National Pension Fund et al.* v. *Bayer Aktiengesellschaft et al.*, Case No. 3:20-cv-04737 (N.D. Cal.), Dkt. 1 (filed on July 15, 2020) (**Attachment A**);

     b. Civil Cover Sheet attached to Complaint, *Sheet Metal Workers' National Pension Fund et al.* v. *Bayer Aktiengesellschaft et al.*, Case No. 3:20-cv-04737 (N.D. Cal.), Dkt. 1-1 (filed on July 15, 2020) (**Attachment B**);

     c. Amended Class Action Complaint, *Sheet Metal Workers' National Pension Fund et al.* v. *Bayer Aktiengesellschaft et al.*, Case No. 3:20-cv-04737 (N.D. Cal.), Dkt. 47 (filed on January 19, 2021) (**Attachment C**);

     d. Corrected Schedule A attached to Amended Class Action Complaint, *Sheet Metal Workers' National Pension Fund et al.* v. *Bayer Aktiengesellschaft et al.*, Case No. 3:20-cv-04737 (N.D. Cal.), Dkt. 47-1 (filed on January 19, 2021) (**Attachment D**);

     e. Corrected Schedule A attached to Amended Class Action Complaint, *Sheet Metal Workers' National Pension Fund et al.* v. *Bayer Aktiengesellschaft et al.*,

**CAFA NOTICE ADMINISTRATOR**
HILSOFT NOTIFICATIONS
10300 SW Allen Blvd
Beaverton, OR 97005
P 503-350-5800
DL-CAFA@epiqglobal.com

Case No. 3:20-cv-04737 (N.D. Cal.), Dkt. 47-2 (filed on January 19, 2021) (**Attachment E**); and

f.  Second Amended Class Action Complaint, *Sheet Metal Workers' National Pension Fund et al.* v. *Bayer Aktiengesellschaft et al.*, Case No. 3:20-cv-04737 (N.D. Cal.), Dkt. 107 (filed on December 30, 2021) (**Attachment F**).

2.  **Per 28 U.S.C. § 1715(b)(2) – Notice of Any Scheduled Judicial Hearing:**  On April 23, 2025, the Court entered the enclosed notice, Dkt. 254 (**Attachment G**), setting a hearing on Plaintiffs' Motion for Preliminary Approval of Proposed Class Action Settlement for June 26, 2025 at 1:30 p.m.

3.  **Per 28 U.S.C. § 1715(b)(3) – Notification to Class Members:**  The enclosed executed Stipulation and Agreement of Settlement, Dkt. 253-2 (**Attachment H**), includes the following exhibits:

    a.  [Proposed] Order Preliminarily Approving Settlement and Providing for Notice (Exhibit A-1);

    b.  Notice of (I) Proposed Class Action Settlement; (II) Settlement Hearing; and (III) Motion for Attorneys' Fees and Litigation Expenses (Exhibit A-2);

    c.  Summary Notice of (I) Proposed Class Action Settlement; (II) Settlement Hearing; and (III) Motion for Attorneys' Fees and Litigation Expenses (Exhibit A-3);

    d.  Proof of Claim and Release Form (Exhibit A-4); and

    e.  [Proposed] Judgment Approving Class Action Settlement (Exhibit A-5).

In addition, the enclosed Summary Notice of Pendency of Class Action, Dkt. 196-1 (**Attachment I**), Notice of Pendency of Class Action, Dkt. 196-2 (**Attachment J**), and Postcard Notice of Pendency of Class Action, 196-3 (**Attachment K**), were previously disseminated to class members.

4.  **Per 28 U.S.C. § 1715(b)(4) – Class Action Settlement Agreement:**  In addition to the executed Stipulation and Agreement of Settlement, enclosed is Plaintiffs' Unopposed Motion for Preliminary Approval of Proposed Class Action Settlement and Memorandum of Points and Authorities in Support Thereof, *Sheet Metal Workers' National Pension Fund et al.* v. *Bayer Aktiengesellschaft et al.*, Case No. 3:20-cv-04737 (N.D. Cal.), Dkt. 253 (filed on April 23, 2025) (**Attachment L**).

5.  **Per 28 U.S.C. § 1715(b)(5) – Any Settlement or Other Agreements:**  In addition to the settlement papers supplied herein, there is a Confidential Supplemental Agreement

**CAFA NOTICE ADMINISTRATOR**
HILSOFT NOTIFICATIONS
10300 SW Allen Blvd
Beaverton, OR 97005
P 503-350-5800
DL-CAFA@epiqglobal.com

Regarding Requests for Exclusion relating to the threshold for requests for exclusion from the class that would trigger the Defendants' right to terminate the Settlement, which was reached contemporaneously between Lead Plaintiffs' counsel and counsel for the Defendants. This Confidential Supplemental Agreement provides that it will not be filed with the Court unless and until a dispute as between or among Plaintiffs and Defendants concerning its interpretation, terms, or application arises, or unless otherwise requested by the Court. It is customary for agreements of this nature to remain confidential because, as explained by a leading treatise dealing with such litigation, "[k]nowledge of the specific number of opt outs that will vitiate a settlement might encourage third parties to solicit class members to opt out." FED. JUDICIAL CTR., MANUAL FOR COMPLEX LITIGATION (4th ed.) § 21.631. Other than the Stipulation and Agreement of Settlement and the Confidential Supplemental Agreement, there are no other agreements contemporaneously made between Lead Plaintiffs' counsel and counsel for the Defendants concerning the settlement of the above-referenced action.

6. **Per 28 U.S.C. § 1715(b)(6) – Final Judgment or Notice of Dismissal:**  To date, the Court has not issued a final order, judgment or dismissal in the above-referenced action.

7. **Per 28 U.S.C. § 1715(b)(7)(A) and (B) – Names and Estimate of Class Members:**  The settlement class (the "Class") consists of all persons or entities that purchased or otherwise acquired Bayer's publicly traded American Depositary Receipts ("Bayer ADRs") from May 23, 2016 to July 6, 2020, inclusive (the "Class Period").  Excluded from the Class are: (i) Defendants; (ii) members of the immediate family of each of the Individual Defendants; (iii) any subsidiary or affiliate of Bayer, including its employee retirement and benefit plan(s) and their participants or beneficiaries, to the extent they made purchases through such plan(s); (iv) the directors and officers of Bayer during the Class Period, as well as the members of their immediate families; and (v) the legal representatives, heirs, successors, and assigns of any such excluded party.  Also excluded from the Class are any persons or entities who or which have submitted a valid request for exclusion from the Class in connection with the earlier Court-approved notice to Class Members informing them of the certification, in each case who or which has not and does not submit a timely and valid request to opt back into the Class.  If (and only if) the Court requires a second opportunity for Class Members to request exclusion from the Class or Lead Counsel or the Court otherwise permits any additional persons or entities to be excluded from the Class, any such persons and entities who or which exclude themselves by submitting a timely and valid request for exclusion in connection with such second opportunity shall also be excluded from the Class.

At this time, Defendants cannot feasibly determine the names of the class members residing in each state, and therefore cannot feasibly estimate the proportionate share of the claims of such members to the entire settlement pursuant to 28 U.S.C. § 1715(b)(7)(A) and (B).

**CAFA NOTICE ADMINISTRATOR**
HILSOFT NOTIFICATIONS
10300 SW Allen Blvd
Beaverton, OR 97005
P 503-350-5800
DL-CAFA@epiqglobal.com

8. **28 U.S.C. § 1715(b)(8) – Judicial Opinions Related to the Settlement:** As of the date of this notice, no written judicial opinions have been issued relating to the settlement materials referenced above or the materials described in 28 U.S.C. § 1715(b)(3)-(6). The Court issued the following opinions in the above-referenced action: (1) an opinion on the unopposed motion for appointment as lead plaintiff on October 21, 2020; (2) an opinion on Defendants' motion to dismiss the Amended Class Action Complaint on October 19, 2021; (3) an opinion on Defendants' motion for leave to file a motion for reconsideration on November 15, 2021; (4) an opinion on Defendants' motion to dismiss the Second Amended Class Action Complaint on May 18, 2022; (5) an opinion on Plaintiffs' motion for class certification on May 19, 2023; and (6) opinions on Plaintiffs' requests regarding discovery on January 5, 2024, April 15, 2024, and April 18, 2024. These opinions are available on PACER and do not relate to the materials described in 28 U.S.C. § 1715(b)(3)-(6).

If you have questions or concerns about this notice or the enclosed materials, please contact this office.

Sincerely,

CAFA Notice Administrator

Enclosures