# EXHIBIT 1

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

SHEET METAL WORKERS' NATIONAL PENSION FUND and INTERNATIONAL BROTHERHOOD OF TEAMSTERS LOCAL NO. 710 PENSION FUND, individually and as Lead Plaintiffs on behalf of all others similarly situated, and

INTERNATIONAL UNION OF OPERATING ENGINEERS PENSION FUND OF EASTERN PENNSYLVANIA AND DELAWARE, individually and as Named Plaintiff, on behalf of all others similarly situated,

Plaintiffs,

vs.

BAYER AKTIENGESELLSCHAFT, WERNER BAUMANN, WERNER WENNING, LIAM CONDON, JOHANNES DIETSCH, and WOLFGANG NICKL,

Defendants.

Case No: 3:20-cv-04737-RS

CLASS ACTION

**SUPPLEMENTAL DECLARATION OF ADAM D. WALTER REGARDING (I) CONTINUED MAILING OF THE SETTLEMENT NOTICE PACKET AND (II) REPORT ON CLAIMS RECEIVED TO DATE**

SUPPLEMENTAL DECLARATION OF ADAM D. WALTER
CASE NO. 3:20-cv-04737-RS

I, Adam D. Walter, declare as follows:

1. I am a Director of A.B. Data, Ltd.'s Class Action Administration Division ("A.B. Data"). Pursuant to the Court's June 27, 2025 Order Preliminarily Approving Settlement and Providing for Notice (ECF No. 260) (the "Preliminary Approval Order"), A.B. Data was appointed to serve as the Claims Administrator in connection with the Settlement of the above-captioned action (the "Action"). I submit this Declaration as a supplement to my earlier declaration, the Declaration of Adam D. Walter Regarding (I) Mailing of the Notice and Claim Form and (II) Publication of Summary Notice, dated September 25, 2025 (ECF No. 270-5) (the "Initial Mailing Declaration"). I am over 21 years of age and am not a party to the Action. I have personal knowledge of the facts stated in this Declaration and, if called as a witness, could and would testify competently thereto.

## CONTINUED MAILING OF THE NOTICE PACKET

2. Since the execution of my Initial Mailing Declaration in connection with the Settlement, A.B. Data has continued to disseminate copies of the Settlement Notice and Claim Form (together, the "Notice Packet") in response to additional requests from potential Class Members and nominees. As of October 23, 2025, A.B. Data has caused a total of 223,953 Notice Packets to be mailed or emailed to potential Class Members and nominees.

## TELEPHONE HELPLINE AND WEBSITE

3. A.B. Data continues to maintain the toll-free telephone helpline, (800) 524-0614, and interactive voice response system to accommodate inquiries from Class Members. To date, A.B. Data has received 458 calls to the telephone helpline. A.B. Data also continues to maintain the dedicated website for the Action, www.BayerADRSecuritiesLitigation.com, to assist potential Class Members. A.B. Data posted to the case website copies of the papers filed in support of Plaintiffs' Motion for Final Approval of Settlement and Plan of Allocation and Lead Counsel's Motion for Attorneys' Fees and Litigation Expenses. A.B. Data will continue to maintain and, as appropriate, update the case website and toll-free telephone helpline until the conclusion of this administration.

SUPPLEMENTAL DECLARATION OF ADAM D. WALTER
CASE NO. 3:20-cv-04737-RS

1

## REPORT ON CLAIMS RECEIVED TO DATE

4.    The Settlement Notice and Claim Form informed Class Members that in order for them to potentially qualify for a payment from the Net Settlement Fund, they must submit a completed Claim Form with supporting documentation postmarked or online by October 16, 2025. Through October 23, 2025, A.B. Data has received approximately 153,097 Claims.  Of these Claims, approximately 151,078 were submitted electronically by institutions or third-party filers, approximately 870 were submitted by mail, and approximately 1,149 were submitted online through the case website.  A.B. Data will continue to monitor for and process Claims received by mail, online, and electronically.  Claims processing and review is ongoing and subject to further analysis, quality assurance review, audits, and change as A.B. Data notifies Claimants of deficiencies in their claims.  Claimants will be given the opportunity to cure deficiencies and conditions of ineligibility.

## REPORT ON REQUESTS TO OPT BACK INTO THE CLASS

5.    In connection with the Notice of Pendency of Class Action (the "Class Notice"), A.B. Data received 11 valid and timely requests for exclusion from Class Members.  *See* ECF No. 200 ¶ 15; *see also* ECF No. 200-5 (listing the Class Members that requested exclusion).  Since the execution of my Initial Mailing Declaration in connection with the Settlement, A.B. Data has processed two additional requests for exclusion.  Redacted copies of the requests for exclusion are set forth in Exhibit A hereto.

6.    The Settlement Notice and Claim Form informed Class Members of their right to opt back into the Class by October 9, 2025.  A.B. Data has received no requests from the 13 excluded Class Members to opt back into the Class.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 23rd day of October 2025.

_____
ADAM D. WALTER

SUPPLEMENTAL DECLARATION OF ADAM D. WALTER
CASE NO. 3:20-cv-04737-RS

2

# EXHIBIT A

*Bayer Securities Settlement*
**Exclusion Report**

| | Name | Contact Information | Exclusion ID # | Postmark Date |
|---|---|---|---|---|
| 12. | Bonnie C Lampe IRA FBO Bonnie C Lampe | Bonita Springs, FL 34135 | 280737935 | 1/27/2024 |
| 13. | Andrew Perkins | Bellevue, WA 98006 | 280737936 | 1/30/2024 |

Exclusion #12
Exclusion ID 280737935
Postmark Date January 27, 2024

## *COURT-ORDERED LEGAL NOTICE*

THIS NOTICE MAY AFFECT YOUR LEGAL
RIGHTS. PLEASE READ IT CAREFULLY.

Important Legal Notice Authorized by the United
States District Court for the Northern District of
California about a Securities Class Action.

**If you purchased or acquired Bayer
Aktiengesellschaft American Depositary Receipts
between May 23, 2016 and July 6, 2020, inclusive,
you may be affected by a class action lawsuit that
is currently pending.**

Scan QR Code for detailed notice
regarding this Class Action.



54751-Bayer-AM-PST

**Sheet Metal Workers' National
Pension Fund, et al. v. Bayer
Aktiengesellschaft, et al.
BAYER ADR SECURITIES LITIGATION
c/o A.B. Data, Ltd.
P.O. Box 173084
Milwaukee, WI 53217**

PRESORTED FIRST CLASS
U.S. POSTAGE PAID
FARMINGDALE, NY
PERMIT NO.225

JOB#N97100-010

21#

00008538

.08



\*\*\*\*\*\*\*\*AUTO\*\*ALL FOR AADC 339
MLPF&.S CUST FPO
BONNIE C LAMPE IRA
FBO BONNIE C LAMPE

RONITA SPRINGS FI 34135-6989

*Opt Out!*



08

*Sheet Metal Workers' National Pension Fund, et al. v. Bayer Aktiengesellschaft, et al.*, No. 3:20-cv-04737-RS (N.D. Cal.)

FOR MORE INFORMATION PLEASE VISIT WWW.BAYERADRSECURITIESLITIGATION.COM OR CALL 1 (800) 524-0614

The U.S. District Court for the Northern District of California (the "Court") has certified a Class Action that is pending against Bayer Aktiengesellschaft ("Bayer"), certain current and former members of its Board of Management, and certain former members of its Supervisory Board ("Defendants"). **IF YOU ARE A MEMBER OF THE CLASS, YOUR RIGHTS MAY BE AFFECTED BY THIS CLASS ACTION LAWSUIT, WHICH HAS NOT SETTLED.** This postcard provides information about your options. A long-form Notice of Pendency of Class Action is available on the case website, www.BayerADRSecuritiesLitigation.com, or by calling the number above.

**Who Is Included in the Class?** The Class consists of all persons and entities that purchased or otherwise acquired Bayer's American Depositary Receipts ("ADRs") between May 23, 2016 and July 6, 2020, inclusive (the "Class Period"). Excluded from the Class are Defendants, directors and officers of Bayer, and their families and affiliates. If you purchased or otherwise acquired Bayer ADRs during the Class Period for the beneficial interest of a Class member, you are required to forward this notice to the beneficial owners of the ADRs or provide their contact information to the Notice Administrator, Bayer ADR Securities Litigation c/o A.B. Data, Ltd., P.O. Box 173084, Milwaukee, WI 53217.

**Who Represents the Class?** The Court has appointed attorneys at Cohen Milstein Sellers & Toll PLLC as Lead Counsel, and Berman Tabacco as Liaison Counsel, to pursue this Class Action on a contingent fee basis. The Court has appointed the Sheet Metal Workers' National Pension Fund, the International Brotherhood of Teamsters Local No. 710 Pension Fund, and the International Union of Operating Engineers Pension Fund of Eastern Pennsylvania and Delaware to serve as Class Representatives.

**What Are My Rights & Options?** This class action is being litigated and no money has been recovered to date. If you do nothing, you will remain a member of the Class, and if there is a future recovery you may be eligible for a payment. If you remain a member of the Class, you will be bound by all orders, whether favorable or unfavorable, that the Court enters in this case, and you may not pursue your own lawsuit regarding any of the issues in this Action. Members of the Class are represented by Lead Counsel and Liaison Counsel. You will not be personally responsible for their fees and expenses. You may also hire your own attorney, at your own expense, and they must file a notice of appearance with the Court on or before January 29, 2024.

If you DO NOT want to remain a member of the Class and be legally bound by anything that happens in this case, you must exclude yourself from the Class. To do so, you must mail a request for exclusion postmarked by no later than January 29, 2024. To exclude yourself, you must follow the instructions in the long-form Notice of Pendency of Class Action available at www.BayerADRSecuritiesLitigation.com. If you choose to exclude yourself, you will not be able to receive any monetary benefits from this Action, but you will be entitled to pursue any individual remedy that you may have, at your own expense. Defendants retain their defenses to individual claims and may seek their dismissal.

**What Has Happened So Far?** The Court has not yet decided whether Defendants did anything wrong. This case began in July 2020 and alleges claims under federal securities laws concerning allegedly false and misleading statements made by Defendants about Bayer's due diligence on Roundup-related legal risks in connection with its acquisition of the Monsanto Company. The Court denied Defendants' motion to dismiss, and Defendants have answered the Class Representatives' Complaint denying any liability or wrongdoing. In May 2023, the Court certified the Class and appointed Class Representatives, Lead Counsel, and Liaison Counsel. The parties are conducting discovery and trial has been set to begin January 27, 2025.

**Want More Information?** Go to www.BayerADRSecuritiesLitigation.com or call 1 (800) 524-0614. Please do not contact the Court, the District Clerk's office, or Defendants regarding this notice.

Bonita Sprenge, FL



U    TAMPA FL 335
SAINT PETERSBURG FL
27 JAN 2024   PM 7   L

Bayer ADR Securities Litigation
c/o A. B. Data Ltd.
P.O. BOX 173084
Milwaukee, WI    53217

53217-810184

Exclusion #13
Exclusion ID 280737936
Postmark Date January 30, 2024

To Whom it May Concern,                                          January 29, 2024

I am writing here to request exclusion from the Class in Sheet Metal Workers'
National Pension Fund, et al. v. Bayer Aktiengesellschaft, et al., No. 3:20-cv-
04737-RS. I had an investment portfolio that was involved with purchasing or
selling Bayer ADRs during the effected time window of this Class Action Lawsuit.
I do not know the specific details of purchases or sales of Bayer ADRs that I made
during this time as I had another entity managing my account. Thank you for
understanding and for excluding me from this Class.

Thank you,
Andrew Perkins

Address:                        , Bellevue, WA 98006
Phone:

A. Perkins

Bellevue, WA 98006

SEATTLE WA 980

30 JAN 2024   PM 3   L



Bayer ADR Security Litigation
Attn: EXCLUSIONS
PO Box 173001
Milwaukee, WI 53217

53217-801201