UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHEET METAL WORKERS' NATIONAL PENSION FUND and INTERNATIONAL BROTHERHOOD OF TEAMSTERS LOCAL NO. 710 PENSION FUND, individually and as Lead Plaintiffs on behalf of all others similarly situated, and<br><br>INTERNATIONAL UNION OF OPERATING ENGINEERS PENSION FUND OF EASTERN PENNSYLVANIA AND DELAWARE, individually and as Named Plaintiff, on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>  vs.<br><br>BAYER AKTIENGESELLSCHAFT, WERNER BAUMANN, WERNER WENNING, LIAM CONDON, JOHANNES DIETSCH, and WOLFGANG NICKL,<br><br>        Defendants. | Case No. 20-cv-04737-RS<br><br>**ORDER ON ORDERS ON MOTIONS ISSUED OCTOBER 30, 2025** |

On October 30, 2025, this Court issued orders on motions related to parties' class action settlement. *See* Dkts. 275, 276, 277. The parties thereafter requested the Court reissue the orders in the form they had originally proposed. Although there is no substantive difference, the Court will sign and separately file the proposed orders with minor corrections, noted in underline.

**IT IS SO ORDERED**.

Dated: October 31, 2025

_____
RICHARD SEEBORG
Chief United States District Judge