**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SHEET METAL WORKERS' NATIONAL PENSION FUND and INTERNATIONAL BROTHERHOOD OF TEAMSTERS LOCAL NO. 710 PENSION FUND, individually and as Lead Plaintiffs on behalf of all others similarly situated, and<br><br>INTERNATIONAL UNION OF OPERATING ENGINEERS PENSION FUND OF EASTERN PENNSYLVANIA AND DELAWARE, individually and as Named Plaintiff, on behalf of all others similarly situated,<br><br>       Plaintiffs,<br><br>    vs.<br><br>BAYER AKTIENGESELLSCHAFT, WERNER BAUMANN, WERNER WENNING, LIAM CONDON, JOHANNES DIETSCH, and WOLFGANG NICKL,<br><br>       Defendants. | Case No.: 3:20-cv-04737-RS<br><br>CLASS ACTION<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR DISTRIBUTION OF NET SETTLEMENT FUND** |

This matter having come before the Court on Plaintiffs' motion for distribution of the Net Settlement Fund, the Settlement having reached its Effective Date, and the Court having considered the papers filed and proceedings had herein,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1. Plaintiffs' motion is GRANTED in full.

2. The administrative recommendations of the Court-approved Claims Administrator, A.B. Data, Inc. ("A.B. Data"), to (a) accept the Timely Eligible Claims set forth in Exhibit D to the A.B. Data Declaration, (b) accept the Late But Otherwise Eligible Claims set forth in Exhibit E to the A.B. Data Declaration, and (c) reject the Rejected Claims set forth in Exhibit F to the A.B. Data Declaration are hereby APPROVED.

3. The distribution of the Net Settlement Fund to Authorized Claimants is hereby AUTHORIZED and shall be conducted in accordance with the Stipulation, the Court-approved Plan

of Allocation, and the distribution plan for payment of the Net Settlement Fund set forth in paragraph 39 of the A.B. Data Declaration, which is hereby APPROVED.

4. No new Claims may be accepted after May 5, 2026, and no further adjustments to the Claims received on or before May 5, 2026 that would result in an increased Recognized Claim amount may be made for any reason after May 5, 2026.

5. A.B. Data is to be paid the sum of $122,402.98 for outstanding fees and expenses already incurred and those to be incurred in connection with the services performed or to be performed in connection with the administration and disbursement of the Net Settlement Fund.

6. All persons who were involved in the review, verification, calculation, tabulation, or any other aspect of the administration of claims filed in this Action, and all persons who were involved in the administration or taxation of the Net Settlement Fund, are hereby released from liability as to any and all claims arising out of such activities.

7. The Court retains jurisdiction over any further application or matter that may arise in connection with this Action.

SO ORDERED this _2__ day of __June_____, 2026.

_____
The Honorable Richard Seeborg
United States District Judge

[No. 3:20-CV-04737-RS] [PROPOSED] ORDER GRANTING UNOPPOSED MOTION FOR DISTRIBUTION OF NET SETTLEMENT FUND